# Exhibit A

US011032000B2

(12) **United States Patent**
Howard

(10) Patent No.: **US 11,032,000 B2**
(45) Date of Patent: **Jun. 8, 2021**

(54) **COMMUNICATIONS IN A WIRELESS NETWORK**

(71) Applicant: **Intellectual Ventures II LLC**, Wilmington, DE (US)

(72) Inventor: **Paul Howard**, Bristol (GB)

(73) Assignee: **Intellectual Ventures II LLC**, Wilmington, DE (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/682,854**

(22) Filed: **Nov. 13, 2019**

(65) **Prior Publication Data**

US 2020/0083952 A1    Mar. 12, 2020

**Related U.S. Application Data**

(63) Continuation of application No. 14/458,693, filed on Aug. 13, 2014, which is a continuation of application (Continued)

(51) **Int. Cl.**
| | |
|---|---|
| *H04B 7/26* | (2006.01) |
| *H04W 72/04* | (2009.01) |
| *H04W 52/14* | (2009.01) |
| *H04J 3/16* | (2006.01) |
| *H04L 5/00* | (2006.01) |
| *H04W 52/54* | (2009.01) |

(52) **U.S. Cl.**
CPC .......... *H04B 7/2643* (2013.01); *H04J 3/1694* (2013.01); *H04L 5/0053* (2013.01); *H04W 52/146* (2013.01); *H04W 72/042* (2013.01); *H04W 72/0406* (2013.01); *H04W 72/0446* (2013.01); *H04W 52/54* (2013.01)

(58) **Field of Classification Search**
CPC .... H04B 7/2643; H04J 3/1694; H04L 5/0053; H04W 52/146; H04W 72/0406; H04W 72/042; H04W 72/0446
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,056,109 A | | 10/1991 | Gilhousen et al. |
| 5,265,119 A | | 11/1993 | Gilhousen et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 10201270 A1 | 8/2002 | |
| EP | 1467582 A1 | 10/2004 | |

(Continued)

OTHER PUBLICATIONS

"3 UMTS Interfaces," UMTS Protocols and Protocol Testing, pp. 9-14, located at <http://www.tek.com/Measurement/App.sub.--Notes/2F_sub. —14251 /eng/in!- erfaces.pdf>.

(Continued)

*Primary Examiner* — Ronald B Abelson
(74) *Attorney, Agent, or Firm* — Volpe Koenig

(57) **ABSTRACT**

A user equipment (UE) may, in a time interval that it is not sending information over a physical uplink shared channel, send an uplink physical signal based on received resource allocation information. The uplink physical signal may be used to determine channel conditions by a base station. The UE may receive, on a downlink control channel, control information. The control information may be based on the determined channel conditions.

**24 Claims, 5 Drawing Sheets**



## US 11,032,000 B2

Page 2

### Related U.S. Application Data

No. 13/176,298, filed on Jul. 5, 2011, now Pat. No. 8,811,356, which is a continuation of application No. 11/646,692, filed on Dec. 27, 2006, now Pat. No. 8,009,639.

### (56) References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,485,486 A | 1/1996 | Gilhousen et al. | |
| 6,061,784 A | 5/2000 | Tarsky et al. | |
| 6,567,459 B1 | 5/2003 | Hakkinen et al. | |
| 6,611,509 B1 | 8/2003 | Hayashi et al. | |
| 6,754,505 B1 | 6/2004 | Baker et al. | |
| 6,978,151 B2 | 12/2005 | Choi et al. | |
| 7,120,134 B2 | 10/2006 | Tiedemann, Jr. et al. | |
| 7,180,902 B1 | 2/2007 | Raaf et al. | |
| 7,215,657 B2 | 5/2007 | Toshimitsu et al. | |
| 8,009,639 B2 | 8/2011 | Howard | |
| 8,072,916 B2 | 12/2011 | Dateki | |
| 2001/0012276 A1 | 8/2001 | Tsunehara et al. | |
| 2001/0026543 A1 | 10/2001 | Hwang et al. | |
| 2001/0048711 A1 | 12/2001 | Sun et al. | |
| 2002/0061005 A1 | 5/2002 | Lee et al. | |
| 2002/0075891 A1 | 6/2002 | Souissi | |
| 2002/0077151 A1* | 6/2002 | Matthews | H04Q 7/20 |
| 2002/0085522 A1 | 7/2002 | Huber | |
| 2002/0094834 A1 | 7/2002 | Baker et al. | |
| 2002/0105929 A1 | 8/2002 | Chen et al. | |
| 2002/0114311 A1 | 8/2002 | Mazur et al. | |
| 2002/0119798 A1 | 8/2002 | Hamabe | |
| 2002/0136193 A1 | 9/2002 | Chang et al. | |
| 2002/0150058 A1 | 10/2002 | Kim et al. | |
| 2002/0168993 A1 | 11/2002 | Choi et al. | |
| 2002/0172208 A1* | 11/2002 | Malkamaki | H04L 12/28 |
| 2002/0196766 A1 | 12/2002 | Hwang et al. | |
| 2003/0022683 A1 | 1/2003 | Beckmann et al. | |
| 2003/0054850 A1 | 3/2003 | Masseroni et al. | |
| 2003/0069020 A1 | 4/2003 | Speight | |
| 2004/0022213 A1* | 2/2004 | Choi | H04Q 7/00 |
| 2004/0152473 A1 | 8/2004 | Kuwano et al. | |
| 2004/0170132 A1* | 9/2004 | Shin | H04L 5/14 |
| 2004/0203419 A1 | 10/2004 | Crocker et al. | |
| 2005/0002360 A1 | 1/2005 | Lamontagne et al. | |
| 2005/0013287 A1 | 1/2005 | Wallentin et al. | |
| 2005/0022098 A1 | 1/2005 | Vayanos et al. | |
| 2005/0058103 A1* | 3/2005 | Jeong | H04H 7/216 |
| 2005/0222948 A1 | 10/2005 | Sato et al. | |
| 2006/0093026 A1 | 5/2006 | Montojo et al. | |
| 2006/0211417 A1 | 9/2006 | Pedlar | |
| 2006/0221809 A1 | 10/2006 | Malladi et al. | |
| 2007/0058595 A1* | 3/2007 | Classon | H04B 7/212 |
| 2007/0173256 A1 | 7/2007 | Laroia et al. | |
| 2007/0177656 A1 | 8/2007 | Maruta et al. | |
| 2007/0265017 A1 | 11/2007 | Ishii et al. | |
| 2008/0090528 A1 | 4/2008 | Malladi | |
| 2008/0144600 A1* | 6/2008 | Anderson | H04J 3/06 |
| 2009/0262711 A1 | 10/2009 | Ahn et al. | |

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1615384 A1 | 1/2006 | |
| EP | 1681780 A1 | 7/2006 | |
| JP | 11261544 A2 | 9/1999 | |
| JP | 2006197318 A2 | 7/2006 | |
| JP | 2005-346319 | * 9/2006 | H04L 12/56 |
| WO | 2005083897 A1 | 9/2005 | |
| WO | 2006015984 A1 | 2/2006 | |
| WO | 2006019263 A2 | 2/2006 | |
| WO | 2006063138 A2 | 6/2006 | |

### OTHER PUBLICATIONS

"3rd Generation Partnership Project; Technical Specification Group Radio Access Network; Feasibility Study for Evolved UTRA and UTRAN (Release 7)," (Mar. 2006). 3GPP:Valbonne, France, TS 25.912 v0.0.4:1-13.

"3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; 3GPP System Architecture Evolution: Report on Technical Options and Conclusions (Release 7)," (Jul. 2005). 3GPP:Valbonne, France, TA 23.882 v03.0:1-13.

"3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; General UMTS Architecture (3G TS23.101 version 3.0.1 )," (Apr. 1999). 3GPP:Valbonne, France, TS 23.101 v3.0.1 :1-13.

3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Multimedia Broadcast/Multicast Service (MBMS); Architecture and Functional Description (Release 6); 3GPP: Valbonne, France; 3GPP TS 23.246 v.6.4.0 (Sep. 2004).

"UMTS Protocols and Protocol Testing," Tektronix, The International Engineering Consortium, pp. 1-45, located at <http://www.rfpeople.com/docs/umts.pdf>.

3RD Generation Partnership Project. "Technical Specification Group Radio Access Network; Radio Resource Control (RRC); Protocol Specification (Release 7)," 3GPP TS 25.331 V7.3.0, Dec. 2006.

Final Rejection issued by USPTO, dated Nov. 19, 2009 for U.S. Appl. No. 11/646,692.

Final Rejection, U.S. Appl. No. 13/176,298, dated Nov. 6, 2013.

Shadialy, Z. "Tutorial: Medium Access Control (MAC) in 3G/UMTS Protocol Stack," located at <http://www.3g4g.co.uklTutoriai/ZG/zg_sub.—mac.html> visited on Jun. 20, 2007. (9 pages).

International Engineering Consortium. "Universal Mobile Telecommunications System (UMTS) Protocols and Protocol Testing," located at <http://www.iec.org/online/tutorials/umts/topic02.html> visited on Jun. 20, 2007. (7 pages).

International Preliminary Report on Patentability dated Jun. 30, 2009 from PCT Application No. PCT/EP20071064483.

Non-Final Rejection issued by USPTO, dated May 14, 2009 for U.S. Appl. No. 11/646,692.

Non-Final Rejection issued by USPTO, dated May 28, 2010 for U.S. Appl. No. 11/646,692.

Non-Final Rejection, U.S. Appl. No. 13/176,298, dated Jul. 24, 2013.

Non-Final Rejection, U.S. Appl. No. 13/176,298, dated Apr. 10, 2013.

Notice of Allowance issued by USPTO, dated Feb. 2, 2011 for U.S. Appl. No. 11/646,692.

Notice of Allowance issued by USPTO, dated May 17, 2011 for U.S. Appl. No. 11/646,692.

Notice of Allowance, U.S. Appl. No. 13/176,298, dated Apr. 15, 2014.

Office Action, Japanese Patent Application No. 2009-543459, dated Dec. 18, 2012.

Final Rejection, U.S. Appl. No. 14/458,693, dated May 10, 2016.

Final Rejection, U.S. Appl. No. 14/458,693, dated Mar. 21, 2017.

Final Rejection, U.S. Appl. No. 14/458,693, dated May 17, 2018.

Non-Final Rejection, U.S. Appl. No. 14/458,693, dated Dec. 30, 2015.

Non-Final Rejection, U.S. Appl. No. 14/458,693, dated Dec. 2, 2016.

Non-Final Rejection, U.S. Appl. No. 14/458,693, dated Oct. 23, 2017.

Notice of Allowance, U.S. Appl. No. 14/458,693, dated Nov. 16, 2015.

Advisory Action, U.S. Appl. No. 14/458,693, dated Aug. 25, 2016.

Miscellaneous Communication to Applicant, U.S. Appl. No. 14/458,693, dated May 20, 2016.

Examiner's Answer to Appeal Brief, U.S. Appl. No. 14/458,693, dated Nov. 23, 2018.

Third Generation Partnership Project, "Technical Specification Group Radio Access Network; Evolved Universal Terrestrial Radio Access (E-UTRA) and Evolved Universal Terrestrial Radio Access Network (E-UTRAN); Overall description; Stage 2 (Release 8)," 3GPP TS 36.300 V0.3.1 (Nov. 2006).

Third Generation Partnership Project, "Technical Specification Group Radio Access Network; Physical Channels and Modulation (Release 8)," 3GPP TS 36.211 V0.2.1 (Nov. 2006).

**US 11,032,000 B2**

Page 3

(56)         **References Cited**

OTHER PUBLICATIONS

Third Generation Partnership Project, "Technical Specification Group
Radio Access Network; Physical layer procedures (Release 8),"
3GPP TS 36.213 V0.1.0 (Oct. 2006).
Third Generation Partnership Project, "Technical Specification Group
Radio Access Network; Multiplexing and channel coding (Release
8)," 3GPP TS 36.212 V02.1 (Nov. 2006).

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

US 11,032,000 B2

1

# COMMUNICATIONS IN A WIRELESS NETWORK

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 14/458,693, filed Aug. 13, 2014, which is a continuation of U.S. patent application Ser. No. 13/176,298, filed Jul. 5, 2011, which issued as U.S. Pat. No. 8,811,356 on Aug. 19, 2014, which is a continuation of U.S. patent application Ser. No. 11/646,692, filed Dec. 27, 2006, which issued as U.S. Pat. No. 8,009,639 on Aug. 30, 2011, which are all incorporated by reference as if fully set forth.

## BACKGROUND OF THE INVENTION

Time division-code division multiple access (TD-CDMA) is an air interface technology that combines the benefits of the three elemental concepts in a universal mobile telecommunication system (UMTS): time division multiple access (TDMA); code division multiple access (CDMA); and time division duplex (TDD). TDD, in particular, uses the same radio channel for both uplink and downlink communications, and discriminates between signals by separating the transmissions in time. One of the benefits obtained by operating both links on the same frequency is the ability to exploit channel reciprocity.

Channel reciprocity gives equipment the ability to derive information about uplink channel conditions from downlink channel conditions based upon signals received by the user equipment (UE). Pathloss is one example of channel information that can be obtained from channel reciprocity. Knowledge of the uplink pathloss enables open-loop power control to be employed for uplink transmissions. For example, uplink power control is important for the operation of the CDMA element of TD-CDMA as it counteracts the near-far effect that would otherwise be encountered if all UEs transmitted at a fixed power regardless of the uplink pathloss.

The open-loop uplink power control feature provides a significant advantage when coupled with a multiple access data transmission system that is used for packet-based communication and/or shared channels. When access to a limited number of uplink channels is shared between a large population of terminals it is imperative that access to the channels can be switched between terminals with minimal latency. A data terminal that can derive information needed to access uplink channels from the downlink transmissions (beacon signals) has a significant advantage over a terminal that relies on the (lengthy) configuration of a dedicated channel in order to establish a feedback channel.

However, channel reciprocity cannot always be guaranteed. For example TDD transmissions may not be permitted in certain frequency spectrum allocations; this is a regulatory issue and may be used to protect other wireless equipment in the same or adjacent frequency bands. In these situations the correlation between uplink and downlink channels is lost because the channels are transported on carrier frequencies that are separated in frequency by an amount that is greater than the coherence bandwidth of the channel (usually, only a few MHz separation is sufficient to cause the uplink and downlink fading profiles to be independent).

In high speed mobile applications, the time delay between downlink and uplink transmissions may exceed the coherence time of the channel. The maximum time delay that can

2

be tolerated is a function of the mobile speed and the RF carrier frequency used, with the coherence time reducing with increasing speed and RF carrier frequency. Also, the use of multiple transmit and/or receive antennas at the network and/or the mobile terminal can introduce unintentional decorrelation between the uplink and downlink channels.

If the TD-CDMA air interface is to be used in applications where the correlation between the uplink and downlink path loss is not guaranteed, then it would be advantageous to find a substitute for channel reciprocity.

## BRIEF SUMMARY OF THE INVENTION

Although it is desirable to support air interfaces where the pathloss is not reciprocal, known conventional methods do not deal directly with the evolution or adaptation of an air interface that uses channel reciprocity to deliver key features and advantages where channel reciprocity is not guaranteed. The adaptation provided in embodiments of the invention introduces a new technique for uplink channel control that uses a feedback scheme as a substitute for the absence of channel reciprocity, with minimal impact on the ability of the air interface to support uplink shared channels.

Embodiments of the present invention enable active feedback control between a base station and user equipment (UE). In particular, the operation of a system designed for TDD, or unpaired operation, is expanded to operate in FDD, or paired, mode. For example, an uplink beacon function (for power control) and a modified random access process substitute for the information lost due to the lack of channel reciprocity in paired operation. Embodiments of the invention allow a terminal to transmit the uplink physical channel control signal (UL_Beacon) independently from the uplink physical channel. Therefore, the implementation of closed loop feedback may operate in the absence of an uplink physical channel. In one embodiment, a UE allocates a time slot for a beacon signal separated from the time slots for data in a frame. A second time slot is allocated within the frame for the base station to transmit a control signal in response to the beacon signal. The control signal instructs the UE to adjust a transmission parameter.

A UL_Beacon signal may be combined with a physical layer common control channel (PLCCH) to form a feedback system. A dedicated timeslot groups all of the UL_Beacon signals from multiple UEs in a specific uplink timeslot. By grouping the UL_Beacon signals together, embodiments obtain separation between the UL_Beacon signals and the standard uplink physical channels. Additionally, in a synchronous system embodiments of the invention detect and cancel the UL_Beacon signals from other cell sites (intercell interference). The PLCCH carries feedback information to the UEs that are transmitting UL_Beacon signals. The PLCCH can share a timeslot with other physical channels by exploiting the CDMA aspect of the system.

In other embodiments, the number of supported UEs can be increased by fractionating the use of the UL_Beacon and PLCCH across a multiframe period. Fractionation may also prevent timeslot blocking where half duplex UEs have a long UL/DL switching time. Additionally, support for half duplex terminals is implicit due to the nature of the TDMA frame structure. The system may manage the allocation of resource across the population of terminals such that the full capacity of the base station can be utilized even when only half-duplex terminals are deployed. In embodiments of the invention, full-duplex terminals can be still be supported along with half duplex UEs.

US 11,032,000 B2

3

Moreover, in other embodiments, a radio resource control (RRC) connected state covers the subset of terminals that are in cell forward access channel (Cell_FACH), which are also transmitting UL_Beacon and receiving PLCCH, thus creating an active control feedback channel. Management of the UEs that are in Cell_Active state may remove users that are less active, and may add users that are newly active while retaining users that may have on-going data transfer requirements.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** illustrates a cellular communication system according to embodiments of the invention;

FIG. **2** illustrates a timeslot arrangement for uplink and downlink messages supporting the UL_Beacon and its corresponding PLCCH within a TD-CDMA frame structure modified to support FDD according to embodiments of the invention;

FIG. **3** illustrates fractionation in different frames at the base station according to embodiments of the invention;

FIG. **4** illustrates UTRA RRC connected modes according to embodiments of the invention;

FIG. **5** illustrates a computer system that may be employed to implement embodiments of the invention.

DETAILED DESCRIPTION OF THE INVENTION

FIG. **1** illustrates an example of a cellular communication system according to embodiments of the invention. The network includes a user equipment (UE) domain, a radio access network (RAN) domain, and a core network domain. The UE domain includes user equipment **110** that communicate with at least one base station **112** in the RAN domain via a wireless interface. The RAN domain may also include a network controller (RNC) **118** (e.g., radio network controller), such as that used in UMTS systems. Alternatively, such functionality may be distributed between the Node Bs and an access gateway (AGW) (not shown) or other controller in the core network. FIG. **1** also illustrates an optional radio resource manager (RRM) **114**. The RRM may perform functions otherwise performed by the Node Bs or an AGW in some embodiments.

The core network (CN) **116** includes, in this example, a serving GPRS support node (SGSN) **120**, and a gateway GPRS support node (GGSN) **122**. The core network is coupled to an external network **124**. The SGSN **120** is responsible for session control, including keeping track of the location of the UEs. The GGSN **122** concentrates and tunnels user data within the core network **116** to the ultimate destination (e.g., an Internet service provider) in the external network **124**. Further details may be found in the 3GPP UMTS technical specifications, such as TS23.246 v6.4.0 "3rd Generation Partnership Project; Technical Specification Group Services and System Aspects; Multimedia Broadcast/Multicast Service (MBMS); Architecture and Functional Description (Release 6)," published by the 3GPP Support Office, 650 Route des Lucioles—Sophia Antipolis, Valbonne—FRANCE, which are incorporated by reference herein.

Further details regarding exemplary communications systems that may implement embodiments of the invention may be found in 3GPP UMTS technical specifications, such as TR 882, "3GPP System Architecture Evolution: Report on Technical Options and Conclusions"; TR 25.912, "Feasibility Study for Evolved UTRA and UTRAN"; TS 23.101,

4

"General Universal Mobile Telecommunications System (UMTS) Architecture," all of which are incorporated by reference herein.

TDD to FDD Evolution

A system designed for operation in Time Division Duplex (TDD) mode has base stations and terminals that transmit and receive at orthogonal points in time. In normal operation terminals are in receive mode when the base station is transmitting, and base stations are in receive mode when terminals are transmitting. In conventional TDD implementations, neither base stations nor the terminals are able to transmit and receive at the same points in time because the same frequency is used for uplink and downlink communication.

Such a system can be adjusted to operate in Frequency Division Duplex (FDD) mode, where the uplink and downlink communications occur on different frequencies. According to embodiments of the invention, to make full and efficient use of the frequency spectrum resources, the base stations are adapted to transmit and receive at the same time. This is possible since the uplink and downlink communications now occur on different frequencies. The terminals, however, retain the restriction of transmitting and receiving at orthogonal points in time to retain the simplicity of not having to transmit and receive at the same time (e.g., no duplexer required). The full use of the frequency spectrum is then obtained by allocating the resource across a plurality of terminals.

Additional measures may be needed if there are aspects of the air interface that rely on the channel reciprocity that can be assumed for TDD systems. In the case of TD-CDMA, modifications may be made for the correct operation of uplink power control and rate adaptation. This can be achieved by defining an uplink physical control channel used for estimating the uplink channel conditions and a downlink channel used to feed back control information to the terminal. These channels may not need an associated data physical channel to be operational.

Modifications may be made to the random access channel. This may be achieved by introducing an additional indicator step at the start of any physical random access. A new uplink physical channel carries the random access indicators. A new downlink physical channel carries the response to received uplink indicators.

Uplink Physical Channel Control Signal

When pathloss reciprocity is not available, the combination of an uplink physical channel control signal with a downlink feedback channel may be used to keep the terminal informed of the condition of the uplink channel. The uplink physical control signal is referred to herein as an "Uplink Beacon" (UL_Beacon).

In general, a system that supports shared channels may also support shared access to a large number of terminals. To extract the maximum benefit from the resulting trunking gain, shared channels can be quickly and efficiently re-allocated between the population of UEs. To obtain rapid access to the uplink shared channels, terminals can transmit at the correct power with their first transmission so that latency can be kept to a minimum.

According to embodiments of the invention, the RNC or other controller (e.g., other controller having its functionality in the core network) allocates resources so that the physical channel control signal is separate from the uplink (shared) physical channel. Thus, terminals are able to transmit an UL_Beacon independently of their access to the uplink shared channel. The system may implement a closed loop control system, in which the base station detects the

US 11,032,000 B2

5

received power and/or other channel information from the UL_Beacon, and sends controlling commands back to each terminal to keep the terminal informed of the channel conditions observed at the base station.

In certain embodiments, the closed loop control system is simply based on the UL_Beacon power received at the base station. The base station may send power control commands on a shared downlink channel to each terminal based on the power received from the UL_Beacon signal. Each power control command may, for example, indicate whether terminal power should be increased or decreased by a predetermined amount. This downlink channel is referred to as the "Physical Layer Control Channel" (PLCCH). The capacity of the PLCCH may be matched to the number of bits required in the feedback field and the number of UL_Beacon signals that can be simultaneously supported. That is, each UL_Beacon may correspond to one bit of the PLLCH. All terminals transmitting UL_Beacon signals may receive this channel and extract the relevant feedback field.

It is possible to extend the complexity of the control loop by sending control commands based on other aspects of the UL_Beacon signal as received by the base station, such as time-of-arrival, and channel impulse response. The amount of resource that is required for the feedback channel increases with the size (in bits) of the feedback information to each UE.

For example, for air interface technologies with a TDMA element, it is possible to adapt the TDMA frame structure to provide separation between the UL_Beacon and the normal physical channels by dedicating at least one uplink time slot per frame (or at least one time slot per multi-frame) to carrying UL_Beacon signals.

By placing UL_Beacon signals in a dedicated timeslot, a dedicated detection scheme can be applied which may include performance enhancing features such as intra-cell cancelling (for alleviating the effects of cross-correlation interference between UL_Beacon signals transmitted by multiple terminals in the same cell), or inter-cell cancelling (for reducing the interference from neighboring cells in the case where the UL_Beacon timeslots are time synchronized). Cross-interference between UL_Beacon and normal uplink bursts is avoided by the separation obtained from the use of separate time slots.

Those skilled in the art will recognize that there are a large number of possibilities for the arrangement of a UL_Beacon and its associated PLCCH within the frame structure according to embodiments of the invention. More than one UL_Beacon and PLCCH per frame could be supported if the feedback update rate is required to be faster than the frame rate (at the expense of system capacity). For system applications that can tolerate a slower feedback rate, embodiments may fractionate the use of the UL_Beacon timeslot (and the associated PLCCH).

When fractionation is employed, the RNC or other controller may allocate the UL_Beacon timeslot in a given frame to a group of terminals depending on the current fractionation phase, thus increasing the number of terminals that can be supported with active physical channel feedback control. The maximum fractionation cycle length may be determined by the feedback update rate that the system requires in order to meet its performance targets.

FIG. **2** illustrates an example of a timeslot arrangement supporting the UL_Beacon and its corresponding PLCCH within a TD-CDMA frame structure modified to support FDD. In this example, the PLCCH **212** shares a timeslot with another downlink shared channel. This is possible since normal downlink physical channels are used to transmit the

6

PLCCH. The downlink frame also comprises a downlink beacon timeslot **206**, an access control timeslot **208**, and normal traffic carrying timeslots **210**. The uplink frame comprises a UL_Beacon control timeslot **216**, an access control timeslot **218**, and normal traffic carrying timeslots **214**.

FIG. **3** illustrates an example where fractionation is employed. The UL_Beacon and PLCCH timeslots are active in every frame at the base station **302**. However, terminal **304**, terminal **306**, and terminal **308** have been assigned a different fractionation phase. FIG. **3** illustrates the case where the fractionation phase is 3. For example, the fractionation phase of terminal **304** occurs in frame #**0 310**, the fractionation phase of terminal **306** occurs in frame #**1 312**, and the fractionation phase of terminal **308** occurs in frame #**2 314**. Since the fractionation phase is 3, the phase for terminal **304** occurs again in frame #**3 316**.

Half Duplex Terminals

Embodiments of the invention enable terminals to operate in half duplex or full duplex mode. In a half duplex system, base stations and terminals do not transmit and receive simultaneously. When such a system is evolved to operate in paired spectrum, it becomes inefficient if base stations retain their half duplex operation. It is not necessarily inefficient for the terminals to do so, however, since half duplex operation may have some advantages in the design and implementation of the terminal.

Nonetheless, there are some points that should be considered. For example, a single terminal may not be able to access all transmit and all receive slots. Therefore, the system may have to manage resources across the population of terminals to ensure all the available resources at the base station are efficiently utilized. To prevent blocking of timeslots, half duplex terminals may be operated with a fractionation cycle of greater than one. In particular, this may also apply for the case where there are more than one UL_Beacon timeslot per, frame. There is a time delay for half duplex terminals to switch between transmit and receive functions. In some cases this delay exceeds the guard period inserted between consecutive timeslots. In the half duplex terminal case, the terminal is unable to transmit and receive on adjacent timeslots. This will affect the locations of the UL_Beacon, PLCCH, and other common channels. Accordingly, the timeslot arrangement may be adjusted when the system is configured.

Terminal Management

Embodiments of this invention separate uplink control from the uplink physical traffic. This allows the control feedback to operate even when the terminal does not have data to send, with the consequence that uplink shared channels can be used with maximum efficiency.

To use shared channels efficiently, a relatively large user base may be needed. At the same time, the network resources required to support the control feedback channels for these terminals need to be minimized. In general, the number of users that can be supported with active control feedback channels is smaller than the typical number of users per cell. Therefore, the terminals in this active state may be managed.

In UMTS terminology, embodiments of the invention provide a new Universal Terrestrial Radio Access-Radio Resource Control-Connected (UTRA RRC-Control) substate into the system. UTRA systems already support the idea of different RRC-Connected states (see, TS25.331 Radio Resource Control (RRC) Protocol Specification, which is incorporated herein by reference), e.g., CELL_DCH, CELL_FACH etc. This sub-state is referred to as the

US 11,032,000 B2

7

CELL_ACTIVE state. FIG. 4 illustrates this sub-state in context with other UTRA RRC-connected states. A UE in a Cell_Active sub-state transmits the physical channel control part of the uplink physical channel only, and nothing else (i.e., no data).

As shown in FIG. 4, CELL_ACTIVE sub-state is a sub-state of CELL_FACH state 404. In general, UEs in CELL_FACH state have an RRC connection, but they may not be actively transferring data. Out of the population of UEs in CELL_FACH state 404, a smaller number of UEs, determined by the network to be the most-active UEs, are supported in a CELL_ACTIVE state 406. In this state, the UEs transmit the physical channel control signal and listen to the associated feedback channel from the network. Because the UE is aware of the uplink pathloss conditions from the feedback channel, it can have instant access to the uplink shared channels, and the resource allocator (controller) in the network can treat the UE accordingly.

The rules governing which UEs are maintained in CELL_ACTIVE state are decided by the network (e.g., through the RNC) and may be based on factors such as the volume of data transfer required by the UE, the data transfer rate required by a UE, the frequency of short bursts of data transfer, the total number of UEs in CELL_FACH state, the time since the last data transfer, the UE power saving requirements, etc.

Note that UEs in CELL_ACTIVE state have their transmitters active, therefore it is necessary for these UEs to monitor the status of the downlink and automatically come out of CELL_ACTIVE state if the downlink is deemed to be out-of-synchronization (for example, very high downlink errors or low received signal strength). This feature prevents UEs continuing to transmit in a state where the feedback channel may be unreliable and thus causing interference.

While the invention has been described in terms of particular embodiments and illustrative figures, those of ordinary skill in the art will recognize that the invention is not limited to the embodiments or figures described. Although embodiments of the present invention are described, in some instances, using UMTS terminology, those skilled in the art will recognize that such terms are also used in a generic sense herein, and that the present invention is not limited to such systems.

Those skilled in the art will recognize that the operations of the various embodiments may be implemented using hardware, software, firmware, or combinations thereof, as appropriate. For example, some processes can be carried out using processors or other digital circuitry under the control of software, firmware, or hard-wired logic. (The term "logic" herein refers to fixed hardware, programmable logic and/or an appropriate combination thereof, as would be recognized by one skilled in the art to carry out the recited functions.) Software and firmware can be stored on computer-readable media. Some other processes can be implemented using analog circuitry, as is well known to one of ordinary skill in the art. Additionally, memory or other storage, as well as communication components, may be employed in embodiments of the invention.

FIG. 5 illustrates a typical computing system 500 that may be employed to implement processing functionality in embodiments of the invention. Computing systems of this type may be used in the radio controllers, the base stations, and the UEs, for example. Those skilled in the relevant art will also recognize how to implement the invention using other computer systems or architectures. Computing system 500 may represent, for example, a desktop, laptop, or notebook computer, hand-held computing device (PDA, cell

8

phone, palmtop, etc.), mainframe, server, client, or any other type of special or general purpose computing device as may be desirable or appropriate for a given application or environment. Computing system 500 can include one or more processors, such as a processor 504. Processor 504 can be implemented using a general or special purpose processing engine such as, for example, a microprocessor, microcontroller or other control logic. In this example, processor 504 is connected to a bus 502 or other communications medium.

Computing system 500 can also include a main memory 508, such as random access memory (RAM) or other dynamic memory, for storing information and instructions to be executed by processor 504. Main memory 508 also may be used for storing temporary variables or other intermediate information during execution of instructions to be executed by processor 504. Computing system 500 may likewise include a read only memory ("ROM") or other static storage device coupled to bus 502 for storing static information and instructions for processor 504.

The computing system 500 may also include information storage system 510, which may include, for example, a media drive 512 and a removable storage interface 520. The media drive 512 may include a drive or other mechanism to support fixed or removable storage media, such as a hard disk drive, a floppy disk drive, a magnetic tape drive, an optical disk drive, a CD or DVD drive (R, or RW), or other removable or fixed media drive. Storage media 518, may include, for example, a hard disk, floppy disk, magnetic tape, optical disk, CD or DVD, or other fixed or removable medium that is read by and written to by media drive 512. As these examples illustrate, the storage media 518 may include a computer-readable storage medium having stored therein particular computer software or data.

In alternative embodiments, information storage system 510 may include other similar components for allowing computer programs or other instructions or data to be loaded into computing system 500. Such components may include, for example, a removable storage unit 522 and an interface 520, such as a program cartridge and cartridge interface, a removable memory (for example, a flash memory or other removable memory module) and memory slot, and other removable storage units 522 and interfaces 520 that allow software and data to be transferred from the removable storage unit 522 to computing system 500.

Computing system 500 can also include a communications interface 524. Communications interface 524 can be used to allow software and data to be transferred between computing system 500 and external devices. Examples of communications interface 524 can include a modem, a network interface (such as an Ethernet or other NIC card), a communications port (such as for example, a USB port), a PCMCIA slot and card, etc. Software and data transferred via communications interface 524 are in the form of signals which can be electronic, electromagnetic, optical or other signals capable of being received by communications interface 524. These signals are provided to communications interface 524 via a channel 528. This channel 528 may carry signals and may be implemented using a wireless medium, wire or cable, fiber optics, or other communications medium. Some examples of a channel include a phone line, a cellular phone link, an RF link, a network interface, a local or wide area network, and other communications channels.

In this document, the terms "computer program product," "computer-readable medium" and the like may be used generally to refer to media such as, for example, memory 508, storage device 518, or storage unit 522. These and other forms of computer-readable media may store one or more

US 11,032,000 B2

9

instructions for use by processor **504**, to cause the processor to perform specified operations. Such instructions, generally referred to as "computer program code" (which may be grouped in the form of computer programs or other groupings), when executed, enable the computing system **500** to perform functions of embodiments of the present invention. Note that the code may directly cause the processor to perform specified operations, be compiled to do so, and/or be combined with other software, hardware, and/or firmware elements (e.g., libraries for performing standard functions) to do so.

In an embodiment where the elements are implemented using software, the software may be stored in a computer-readable medium and loaded into computing system **500** using, for example, removable storage drive **522**, drive **512** or communications interface **524**. The control logic (in this example, software instructions or computer program code), when executed by the processor **504**, causes the processor **504** to perform the functions of the invention as described herein.

It will be appreciated that, for clarity purposes, the above description has described embodiments of the invention with reference to different functional units and processors. However, it will be apparent that any suitable distribution of functionality between different functional units, processors or domains may be used without detracting from the invention. For example, functionality illustrated to be performed by separate processors or controllers may be performed by the same processor or controller. Hence, references to specific functional units are only to be seen as references to suitable means for providing the described functionality, rather than indicative of a strict logical or physical structure or organization.

Although the present invention has been described in connection with some embodiments, it is not intended to be limited to the specific form set forth herein. Rather, the scope of the present invention is limited only by the claims Additionally, although a feature may appear to be described in connection with particular embodiments, one skilled in the art would recognize that various features of the described embodiments may be combined in accordance with the invention.

Furthermore, although individually listed, a plurality of means, elements or method steps may be implemented by, for example, a single unit or processor. Additionally, although individual features may be included in different claims, these may possibly be advantageously combined, and the inclusion in different claims does not imply that a combination of features is not feasible and/or advantageous. Also, the inclusion of a feature in one category of claims does not imply a limitation to this category, but rather the feature may be equally applicable to other claim categories, as appropriate.

What is claimed is:

**1**. A user equipment (UE) comprising:

a receiver and a processor are configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

a transmitter and the processor are configured to send, over the physical uplink shared channel, data in assigned time intervals;

the transmitter and the processor are further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource alloca-

10

tion information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

the receiver and the processor are further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

**2**. The UE of claim **1**, wherein the receiver and the processor are further configured to receive data on a physical downlink shared channel.

**3**. The UE of claim **2**, wherein the physical control channel and the physical downlink shared channel are time multiplexed.

**4**. The UE of claim **1**, wherein the receiver and the processor are further configured to receive, on the physical control channel, power control information.

**5**. The UE of claim **4**, wherein the physical control channel includes power control information for a plurality of UEs using different bits.

**6**. The UE of claim **1**, wherein in the time interval that the uplink physical signal is sent by the UE, a plurality of UEs each transmit on respective uplink physical control channels in the time interval.

**7**. A network device comprising:

a transmitter and a processor are configured to transmit resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

a receiver and the processor are further configured to receive, over the physical uplink shared channel, data in assigned time intervals;

the receiver and the processor are further configured, in a time interval that it is not receiving information over the physical uplink shared channel, to receive the uplink physical signal based on the transmitted resource allocation information, wherein the uplink physical signal is used to determine channel conditions by the network device and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

the transmitter and the processor are further configured to transmit, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

**8**. The network device of claim **7**, wherein the transmitter and the processor are further configured to transmit data on a physical downlink shared channel.

US 11,032,000 B2

11

**9.** The network device of claim **8**, wherein the physical control channel and the physical downlink shared channel are time multiplexed.

**10.** The network device of claim **7**, wherein the transmitter and the processor are further configured to transmit, on the physical control channel, power control information.

**11.** The network device of claim **10**, wherein the physical control channel includes power control information for a plurality of UEs using different bits.

**12.** The network device of claim **7**, wherein in the time interval that the uplink physical signal is received by the network device, signals are received on other uplink physical control channels in the time interval from a plurality of UEs.

**13.** A method performed by user equipment (UE), the method comprising:

receiving resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

sending, over the physical uplink shared channel, data in assigned time intervals;

sending, in a time interval that it is not sending information over the physical uplink shared channel, the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

receiving, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

**14.** The method of claim **13** further comprising receiving data on a physical downlink shared channel.

**15.** The method of claim **14**, wherein the physical control channel and the physical downlink shared channel are time multiplexed.

**16.** The method of claim **13** further comprising receiving, on the physical control channel, power control information.

**17.** The method of claim **16**, wherein the physical control channel includes power control information for a plurality of UEs using different bits.

12

**18.** The method of claim **13**, wherein in the time interval that the uplink physical signal is sent by the UE, a plurality of UEs each transmit on respective uplink physical control channels in the time interval.

**19.** A method performed by a network device, the method comprising:

transmitting resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources;

receiving, over the physical uplink shared channel, data in assigned time intervals;

receiving, in a time interval that it is not receiving information over the physical uplink shared channel, the uplink physical signal based on the transmitted resource allocation information, wherein the uplink physical signal is used to determine channel conditions by the network device in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and

transmitting, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.

**20.** The method of claim **19** further comprising transmitting data on a physical downlink shared channel.

**21.** The method of claim **20**, wherein the physical control channel and the physical downlink shared channel are time multiplexed.

**22.** The method of claim **19** further comprising transmitting, on the physical control channel, power control information.

**23.** The method of claim **22**, wherein the physical control channel includes power control information for a plurality of UEs using different bits.

**24.** The method of claim **19**, wherein in the time interval that the uplink physical signal is received by the network device, signals are received on other uplink physical control channels in the time interval from a plurality of UEs.

* * * * *

# Exhibit B

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, | Civil Action 3:25-CV-02885-L-BN |
| *Plaintiffs,* | Consolidated with 3:25-CV-3097-L |
| v. | |
| SOUTHWEST AIRLINES CO., | JURY TRIAL DEMANDED |
| *Defendant.* | |

### AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures," "IV," or "Plaintiffs"), in their Amended Complaint for patent infringement against Defendant Southwest Airlines Co. ("Southwest" or "Defendant"), hereby allege as follows:

### NATURE OF THE ACTION

1.       This is a civil action for the infringement of United States Patent No. 8,332,844 ("the '844 Patent"), United States Patent No. 8,407,722 ("the '722 Patent"), United States Patent No. 8,027,326 ("the '326 Patent), United States Patent No. 7,324,469 ("the '469 Patent"), United States Patent No. 7,257,582 ("the '582 Patent"), United States Patent No. 7,712,080 ("the '080 Patent"), United States Patent No. 7,721,282 ("the '282 Patent"), and United States Patent No. 11,032,000 ("the '000 Patent") (collectively, the "Patents-in-Suit") under the Patent Laws of the United States, 35 U.S.C. § 1 *et seq*.

## THE PARTIES

### Intellectual Ventures

2.      Plaintiff Intellectual Ventures I LLC ("Intellectual Ventures I") is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

3.      Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures II") is a Delaware limited liability company having its principal place of business located at 14360 SE Eastgate Way, Bellevue, WA 98007.

4.      Intellectual Ventures I is the owner of all rights, title, and interest in and to the '722, '582, and '326 Patents, and is the exclusive licensee of the '080 Patent.

5.      Intellectual Ventures II is the owner of all rights, title, and interest in and to the '844, '282, '469, and '000 Patents.

### Southwest Airlines

6.      Upon information and belief, Defendant Southwest Airlines ("Southwest") is a Texas corporation with its principal place of business at 2702 Love Field Drive, Dallas, TX 75235. Southwest may be served with process through its registered agent, Corporation Service Company at 211 E. 7th Street Suite 620, Austin, TX 78701.  Southwest is registered to do business in the State of Texas and has been since at least 1967.  On information and belief, Southwest does business in the State of Texas and the Northern District of Texas.

7.      Upon information and belief, Southwest makes, utilizes, services, tests, distributes, sells, offers, and/or offers for sale in the State of Texas and the Northern District of Texas products, services, and technologies ("Accused Products and Services") that infringe the Patents-in-Suit,

contributes to the infringement by others, and/or induces others to commit acts of patent infringement in the State of Texas and the Northern District of Texas.

8.      On information and belief, Southwest has derived substantial revenue from infringing acts in the Northern District of Texas, including from the sale and use of the Accused Products and Services as described in more detail below.

## JURISDICTION AND VENUE

9.      This is an action for patent infringement arising under the patent laws of the United States.  This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

10.      This Court has personal jurisdiction over Southwest because Southwest conducts business in and has committed acts of patent infringement, contributed to infringement by others, and/or induced others to commit acts of patent infringement in this District, the State of Texas, and elsewhere in the United States, and has established minimum contacts with this forum state such that the exercise of jurisdiction over Southwest would not offend the traditional notions of fair play and substantial justice.  Upon information and belief, Southwest transacts substantial business with entities and individuals in the State of Texas and the Northern District of Texas, by, among other things, utilizing, servicing, testing, distributing, selling, offering, and/or offering for sale the Accused Products and Services that infringe the Patents-in-Suit, as well as by providing service and support to its customers in this District.  Southwest also places certain of the Accused Products and Services into the stream of commerce with the knowledge and expectation that they will be sold in the State of Texas, including this District.  For example, Southwest provides Wi-Fi service for its customers and/or employees on Southwest airplanes within this District.

11.      Southwest is subject to this Court's general and specific jurisdiction pursuant to due process and/or the Texas Long Arm Statute due at least to Southwest's substantial business in

the State of Texas and this District, including maintaining a principal place of business at 2702 Love Field Drive, Dallas, TX 75235, through its past infringing activities, because Southwest regularly does and solicits business herein, and/or because Southwest has engaged in persistent conduct and/or has derived substantial revenues from goods and services provided to customers in the State of Texas and this District.

12.    Upon information and belief, Southwest does business itself, or through its subsidiaries, affiliates, and agents, in the State of Texas and the Northern District of Texas.

13.    Upon information and belief, Southwest flies to 10 destinations[1] within Texas.

14.    Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because Southwest has both established places of business in this judicial district and has committed acts of infringement in this judicial district.

15.    Upon information and belief, Southwest maintains regular and established places of business via terminals, airplanes, operations centers, and ticket counters, as well as other equipment and facilities, at airports located in this District.  Southwest has regular and established places of business at which it has committed acts of infringement and placed the Accused Products and Services into the stream of commerce, throughout the State of Texas and the Northern District of Texas.  For example, Southwest operates flights at multiple airports throughout this District, including at least: (1) Dallas Love Field Airport (DAL) – located at 8008 Herb Kelleher Way, Dallas, TX 75235; (2) Lubbock Preston Smith International Airport (LBB) – located at 5401 Martin Luther King Boulevard, Lubbock, TX 79401; (3) Rick Husband Amarillo International

---

[1] https://www.swabiz.com/route-map/?clk=RTMAPMAP (Last Accessed on December 22, 2025).

(AMA) – located at 10801 Airport Blvd, Amarillo, TX 79111 (collectively "Southwest Airport Locations").

16.     Upon information and belief, Southwest holds its Southwest Airport Locations to be regular and established places of business of Southwest in this District by operating flights, selling tickets, and servicing customers at these locations.

17.     Upon information and belief, the Southwest Airport Locations in this District are regular, continuous, and established physical places of business of Southwest, being established, ratified, and/or controlled by Southwest as authorized locations, which are places of business at which Southwest makes, utilizes, services, tests, distributes, offers and/or offers for sale the Accused Products and Services.

18.     Upon information and belief, Southwest ratifies and holds its Southwest Airport Locations out as regular and established places of business of Southwest in this District by listing them on Southwest's website, including, *e.g.,* as shown below:[2]

---

[2] https://www.southwest.com/route-map/?clk=GSUBNAV-AIR-ROUTEMAP (Last Accessed on December 22, 2025).



19.    Upon information and belief, Southwest has established, ratified, and holds these Southwest Airport Locations out as regular and established places of business of Southwest by directing and controlling these Southwest Airport Location's actions and services in the foregoing manner, and has consented to these Southwest Airport Locations acting on Southwest's behalf and being Southwest's places of business whereby the Accused Products  and Services are utilized, serviced, tested, distributed, offered and/or offered for sale and placed into the stream of commerce in this District, and these Southwest Airport Locations have consented to act on Southwest's behalf pursuant to the foregoing terms of control and direction in order to, among other things, be able to offer flight services that utilize the Accused Products  and Services.

## FACTUAL BACKGROUND

20.    Intellectual Ventures Management, LLC ("Intellectual Ventures Management") was founded in 2000. Since then, Intellectual Ventures Management has been involved in the business of inventing. Intellectual Ventures Management facilitates invention by inventors and the filing of patent applications for those inventions, collaboration with others to develop and patent inventions, and the acquisition and licensing of patents from individual inventors, universities, corporations, and other institutions. A significant aspect of Intellectual Ventures Management's business is managing the Plaintiffs in this case, Intellectual Ventures I and Intellectual Ventures II.

21.    One of the founders of Intellectual Ventures Management is Nathan Myhrvold, who worked at Microsoft from 1986 until 2000 in a variety of executive positions, culminating in his appointment as the company's first Chief Technology Officer ("CTO") in 1996. While at Microsoft, Dr. Myhrvold founded Microsoft Research in 1991 and was one of the world's foremost software experts. Between 1986 and 2000, Microsoft became the world's largest technology company.

22.    Under Dr. Myhrvold's leadership, Intellectual Ventures acquired more than 70,000 patents covering many important inventions used in the airline and avionics industries.

23.    Southwest offers various types of airline and avionics related services and technologies to its customers, partners, vendors, and/or third parties. Southwest's products and services utilize and/or support various technologies, including but not limited to Kafka, Docker, Spark, Hadoop, In-Flight and Ground Connectivity, and Internet Hotspots. Certain of these products and services, such as In-Flight and Ground Connectivity and Internet Hotspots, are offered to Southwest's customers and/or employees and use WiFi and cellular technologies,

managed by Southwest, to enable Southwest products and services that it further offers to its customers and/or employees.  Certain of these products and services, such as Kafka, Docker, Spark, and Hadoop, are technologies used and managed by Southwest to enable the various products and services that Southwest offers to its customers.  Southwest makes, utilizes, services, tests, distributes, offers, and/or offers for sale these products and services throughout the world, including in the United States and Texas.

## THE PATENTS-IN-SUIT

### U.S. Patent No. 8,332,844

24.    On December 11, 2012, the PTO issued the '844 Patent, titled "Root Image Caching and Indexing for Block-Level Distributed Application Management."  The '844 Patent is valid and enforceable.  A copy of the '844 Patent is attached as Exhibit 1.

25.    Intellectual Ventures II is the owner of all rights, title, and interest in and to the '844 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '844 Patent.

### U.S. Patent No. 8,407,722

26.    On March 26, 2013, the PTO issued the '722 Patent, titled "Asynchronous Messaging Using a Node Specialization Architecture in the Dynamic Routing Network."  '722 Patent is valid and enforceable.  A copy of the '722 Patent is attached as Exhibit 2.

27.    Intellectual Ventures I is the owner of all rights, title, and interest in and to the '722 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '722 Patent.

*U.S. Patent No. 8,027,326*

28.    On September 27, 2011, the PTO issued the '326 Patent, titled "Method and System for High Data Rate Multi-Channel WLAN Architecture." The '326 Patent is valid and enforceable. A copy of the '326 Patent is attached as Exhibit 3.

29.    Intellectual Ventures I is the owner of all rights, title, and interest in and to the '326 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '326 Patent.

*U.S. Patent No. 7,324,469*

30.    On January 29, 2008, the PTO issued the '469 Patent titled "Satellite Distributed High Speed Internet Access." The '469 Patent is valid and enforceable. A copy of the '469 Patent is attached as Exhibit 4.

31.    Intellectual Ventures II is the owner of all rights, title, and interest in and to the '469 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '469 Patent.

*U.S. Patent No. 7,257,582*

32.    On August 14, 2007, the PTO issued the '582 Patent titled "Load Balancing with Shared Data." The '582 Patent is valid and enforceable. A copy of the '582 Patent is attached as Exhibit 5.

33.    Intellectual Ventures I is the owner of all rights, title, and interest in and to the '582 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '582 Patent.

*U.S. Patent No. 7,712,080*

34.     On May 4, 2010, the PTO issued the '080 Patent, titled "Systems and Methods for Parallel Distributed Programming."  The '080 Patent is valid and enforceable.  A copy of the '080 Patent is attached as Exhibit 16.

35.     Intellectual Ventures I LLC is the exclusive licensee under the '080 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '080 Patent.

*U.S. Patent No. 7,721,282*

36.     On May 18, 2010, the PTO issued the '282 Patent, titled "Block-Level I/O Subsystem For Distributed Application Environment Management."  The '282 Patent is valid and enforceable.  A copy of the '282 Patent is attached as Exhibit 17.

37.     Intellectual Ventures II LLC is the owner of all rights, title, and interest in and to the '282 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '282 Patent.

*U.S. Patent No. 11,032,000*

38.     On June 8, 2021, the PTO issued the '000 Patent, titled "Communications in a Wireless Network."  The '000 Patent is valid and enforceable.  A copy of the '000 Patent is attached as Exhibit 18.

39.     Intellectual Ventures II LLC is the owner of all rights, title, and interest in and to the '000 Patent, and holds all substantial rights therein, including the right to grant licenses, to exclude others, and to enforce and recover past damages for infringement of the '000 Patent.

## <u>COUNT I</u>

(Southwest's Infringement of U.S. Patent No. 8,332,844)

40.     Paragraphs 1 through 40 are incorporated by reference as if fully set forth herein.

41.    **Direct Infringement.**  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '844 Patent, by making, utilizing, servicing, testing, distributing, selling offering, and/or offering for sale the Accused Products and Services that infringe the '844 Patent, including but not limited to at least the Accused Products and Services identified in the example chart incorporated, per paragraph 50 below, into this Count (collectively, "Example Southwest Count I Products and Services") that infringe at least the example claims of the '844 Patent identified in the chart incorporated into this Count (the "Example '844 Patent Claims") literally or by the doctrine of equivalents.

42.    On information and belief, Southwest has also infringed and continues to directly infringe literally or under the doctrine of equivalents, the Example '844 Patent Claims, by internal testing and use of the Example Southwest Count I Products and Services.

43.    Each claim of the '844 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  For example, the '844 Patent is related to root image caching and indexing for block-level distributed application management.  The '844 Patent discloses and claim systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of updating the boot image(s) for the cluster, among other issues.  For example, the '844 Patent describes at column 1 lines 64-67 that "[r]egardless of which of the preceding methods is used, both suffer from the same major problem-updating the boot image(s) for the cluster is cumbersome, as it means updating a number of copies of the boot image."  The '844 Patent addressed this technical problem and others with a technical solution that is reflected in the asserted claims, including for example claim 7.  Additionally, the claims of the '844 Patent are novel and non-obvious and recite elements and steps that were not routine or

conventional at the time of the invention, either individually or in combination.  For example, the following claim limitations recited in claim 7 were not routine or conventional, as evidenced by the '844 Patent file history: "said leaf images including only additional data blocks not previously contained in said root image and changes made by respective compute nodes to the blocks of the root image" and "wherein said leaf images of respective compute nodes do not include blocks of said root image that are unchanged by respective compute nodes."

44.    Each claim of the '844 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '844 Patent.

45.    Southwest has known that its infringing products and services, such as the Example Count I Products and Services, cannot be used without infringing the technology claimed in the '844 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

46.    **Willful Blindness.**  Southwest knew of the '844 Patent, or should have known of the '844 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '844 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.  By the time of trial, Southwest will have known (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '844 Patent.  *See* Exhibit 6 (Notice Letter).

47.    **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '844 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count I Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers,

and/or third parties to infringe the '844 Patent.  For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example Southwest Count I Products and Services. Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '844 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count I Products and Services.

48.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '844 Patent with knowledge of the '844 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '844 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count I Products and Services to infringe the '844 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count I Products and Services.

49.    **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia,* knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '844 Patent by its customers, partners, vendors, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in

infringement of the '844 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

50.     Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third parties' infringement of the '844 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count I Products and Services for use in a manner that infringes one or more claims of the '844 Patent.  Example Southwest Count I Products and Services are especially made or adapted for infringing the '844 Patent and have no substantial non-infringing use.

51.     Exhibit 7 (claim chart) includes the Example Southwest Count I Products and Services and Example '844 Patent Claims.  As set forth in the chart, the Example Southwest Count I Products and Services practice the technology claimed by the '844 Patent.  Accordingly, the Example Southwest Count I Products and Services incorporated in the chart satisfies all elements of the Example '844 Patent Claims.

52.     Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 7.

53.     Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '844 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

54.    Further, Defendant's infringement of Intellectual Ventures' rights under the '844 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

55.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

<u>**COUNT II**</u>

(Southwest's Infringement of U.S. Patent No. 8,407,722)

56.    Paragraphs 1 through 56 are incorporated by reference as if fully set forth herein.

57.    **Direct Infringement.**  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '722 Patent, by making, utilizing, servicing, testing, distributing, and/or offering the Accused Products and Services that infringe the '722 Patent, including but not limited to at least the Accused Products and Services identified in the example chart incorporated, per paragraph 66 below, into this Count (collectively, "Example Southwest Count II Products and Services") that infringed at least the example claims of the '722 Patent identified in the chart incorporated into this Count (the "Example '722 Patent Claims") literally or by the doctrine of equivalents.

58.    On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '722 Patent Claims, by internal testing and use of the Example Southwest Count II Products and Services.

59.    Each claim of the '722 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  For example, the '722 Patent is related to a dynamic content routing network that routes update messages including updates to properties of live objects to clients.  The

'722 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of dynamically updating content at a client device, among other issues.  For example, the '722 Patent describes at column 2 lines 17 to 35 "substantial limitations" with "dynamically updating content in a web page at a client device," including a lack of "efficient updating of data at the client devices.'"  The '722 Patent also describes prior "simple web programming techniques" for attempting to update content on a client device at column 2 line 36 to column 3 line 3, but these approaches suffer from an "unalterable trade off in a client-driven approach."  The '722 Patent further describes that there is a need for "an efficient way to provide dynamic content to a web page at a client device" at column 3 lines 4-5.  The '722 Patent addresses this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims, including claim 14. Additionally, the claims of the '722 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.  For example, the following claim limitations recited in claim 14 were not routine or conventional, as evidenced by the '722 Patent file history: "providing, using a processing device of an input source, a data representation to a client device, different from the input source, coupled to a routing network, wherein the data representation includes at least one live object recognizable by the client device, and causing the client device to respond to the live object of the data representation by determining an object identifier (ID) of the live object and to register for updates of the live object with the routing network …"; "sending, using the processing device of the input source, an update message to the routing network, wherein the update message identifies the live object and contains update data that updates a property of the live object"; and "wherein a gateway device at the routing network is configured to identify a category of the update message based on

the input source, to determine a node type to which the identified category maps, and to route the update message to the node, having the node type, at the routing network."

60.     Each claim of the '722 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '722 Patent.

61.     Southwest has known that its infringing products and services, such as the Example Southwest Count II Products and Services, cannot be used without infringing the technology claimed in the '722 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

62.     **Willful Blindness.**  Southwest knew of the '722 Patent, or should have known of the '722 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '722 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.  By the time of trial, Southwest will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '722 Patent.  *See* Exhibit 6 (Notice Letter).

63.     **Induced Infringement**.  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '722 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count II Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '722 Patent.  For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example Southwest Count II Products and Services.

Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '722 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count II Products and Services.

64.     Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '722 Patent with knowledge of the '722 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '722 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count II Products and Services to infringe the '722 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count II Products and Services.

65.     **Contributory Infringement.**   Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia,* knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '722 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '722 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

66. Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '722 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count II Products and Services for use in a manner that infringes one or more claims of the '722 Patent. Example Southwest Count II Products and Services are especially made or adapted for infringing the '722 Patent and have no substantial non- infringing use.

67. Exhibit 8 (claim chart) includes the Example Southwest Count II Products and Services and Example '722 Patent Claims. As set forth in the chart, the Example Southwest Count II Products and Services practice the technology claimed by the '722 Patent. Accordingly, the Example Southwest Count II Products and Services incorporated in the chart satisfies all elements of the Example '722 Patent Claims.

68. Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 8.

69. Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '722 Patent and will continue to be damaged by such infringement. Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

70. Further, Southwest's infringement of Intellectual Ventures' rights under the '722 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

71.     As a result of Southwest's acts of infringement, Intellectual Ventures has suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT III

(Southwest's Infringement of U.S. Patent No. 8,027,326)

72.     Paragraphs 1 through 72 are incorporated by reference as if fully set forth herein.

73.     **Direct Infringement**.  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '326 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '326 Patent, including but not limited to at least the Accused Products and Services identified in the example chart incorporated, per paragraph 98 below, into this Count (collectively, "Example Southwest Count III Products and Services") that infringe at least the example claims of the '326 Patent identified in the chart incorporated into this Count (the "Example '326 Patent Claims") literally or by the doctrine of equivalents.

74.     On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '326 Patent Claims, by internal testing and use of the Example Southwest Count III Products and Services.

75.     Each claim of the '326 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  For example, the '326 Patent is related to increasing Wi-Fi bandwidth using a dual-channel form for increased flexibility and performance.  The '326 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of increasing Wi-Fi traffic demand and corresponding need to increase bandwidth, among other issues.  For example, the

'326 Patent describes at column 1 lines 65 to column 2 line 1 that radios compliant with IEEE 802.11a or 802.11g use "Orthogonal Frequency Division Multiplexing (OFDM) modulation in which a stream of data is transmitted over multiple small frequency sub-channels." Based on the requirement of backward compatibility in IEEE 802.11 (WiFi), this includes all subsequent versions, meaning this OFDM mode is required to be supported in all WiFi hardware today. The patent further describes that "[l]egacy radios" were designed with several assumptions, including relatively stable channels, frames were "bursty in nature and relatively short," and "initial channel estimate information determined at the start of each frame was assumed to be sufficiently accurate for that frame" at column 3 lines 41-47. The patent describes that, with an emphasis on "mobility and/or accuracy," there is a greater need for "improved accuracy [that] can improve transmission speed and enable a higher transmission rate with a lower packet error rate (PER)" at column 3 lines 47-55. The '326 Patent addressed this technical problem and others with a technical solution that is described in the specification, for example at column 3 lines 59 to 67, and captured by for example claim 1. Additionally, the claims of the '326 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine or conventional, as evidenced by the '326 Patent file history: "partially filling the frequency gap between the first channel and the second channel by adding one or more data subcarriers into the frequency gap such that the one or more guard bands are at least partially filled with at least some of the one or more data subcarriers using full spectral synthesis capability of a fast fourier transform or an inverse fast fourier transform."

76.     Each claim of the '326 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '326 Patent.

77.     Southwest has known that its infringing products and services, such as the Example Southwest Count III Products and Services, cannot be used without infringing the technology claimed in the '326 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

78.     **Willful Blindness.**  Southwest knew of the '326 Patent, or should have known of the '326 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '326 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.  By the time of trial, Southwest will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '326 Patent.  *See* Exhibit 6 (Notice Letter).

79.     **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '326 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count III Products and Services, in an infringing manner as described above, including encouraging and instructing its customers, partners, vendors, customers, and/or third parties to infringe the '326 Patent.  For example, on information and belief, Southwest offers Wi-Fi service through one or more providers such as

Viasat and Anuvu,[3] and Southwest uses hardware and/or software from these providers that support Wi-Fi, including IEEE 802.11n and 802.11ac protocols.[4]

80.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '326 Patent with knowledge of the '326 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '326 Patent. Southwest has actively induced others, including, but not limited to, customers, partners, vendors, customers, and/or third parties who use the Example Southwest Count III Products and Services to infringe the '326 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count III Products and Services.

81.    **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '326 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '326 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

---

[3] https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I (Last Accessed on December 22, 2025).
[4] https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf; https://fcc.report/FCC-ID/U6YRDAA8190/5344017.pdf. (Last Accessed on December 22, 2025).

82.     Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their customers, partners', vendors', and/or third-parties' infringement of the '326 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count III Products and Services for use in a manner that infringes one or more claims of the '326 Patent.  Example Southwest Count III Products and Services are especially made or adapted for infringing the '326 Patent and have no substantial non-infringing use.

83.     Exhibit 9 (claim chart) includes the Example Southwest Count III Products and Services and Example '326 Patent Claims.  As set forth in the chart, the Example Southwest Count III Products and Services practice the technology claimed by the '326 Patent.  Accordingly, the Example Southwest Count III Products and Services incorporated in the chart satisfies all elements of the Example '326 Patent Claims.

84.     Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 9.

85.     Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '326 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

86.     Further, Southwest's infringement of Intellectual Ventures' rights under the '326 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

87.     As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

### COUNT IV

(Southwest's Infringement of U.S. Patent No. 7,324,469)

88.     Paragraphs 1 through 88 are incorporated by reference as if fully set forth herein.

89.     **Direct Infringement**.    Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '469 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '469 Patent, including but not limited to at least the Accused Products and Services identified in the example chart incorporated, per paragraph 114 below, into this Count (collectively, "Example Southwest Count IV Products and Services") that infringe at least the example claims of the '469 Patent identified in the chart incorporated into this Count (the "Example '469 Patent Claims") literally or by the doctrine of equivalents.

90.     On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '469 Patent Claims, by internal testing and use of the Example Southwest Count IV Products and Services.

91.     Each claim of the '469 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.    For example, the '469 Patent is related to an improved satellite distributed high-speed Internet Hotspot.    The '469 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of distributed Internet Hotspots and providing Internet access to users who are in transient, among other issues.    For example, the '469 Patent describes at column

1 lines 14-30 that the development of "high speed wireless Internet connections" has "greatly increased the volume and efficiency of work, both commercial and personal," but that individuals in transit, "such as salesmen, executives, truckers, and private individuals [have] virtually no access while traveling, especially in rural areas," and obtaining Internet access in such environments is "time consuming, costly and severely limits the benefits of the Internet." The '469 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims including claim 24. Additionally, the claims of the '469 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 24 were not routine or conventional, as evidenced by the '469 Patent file history: "a subscriber access unit operatively coupled between the satellite dish and the at least one router, the subscriber access unit being capable of authenticating a subscription account associated with a user prior to allowing the user access to the Internet"; "wherein the satellite dish, at least one router and the subscriber access unit are located in a remote location a experiencing a relatively high volume of transient traffic"; and "wherein the user may authenticate the subscription account and access the Internet at the remote location by establishing a data connection between the web-ready device and the router."

92.    Each claim of the '469 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '469 Patent.

93.    Southwest has known that its infringing products and services, such as the Example Southwest Count IV Products and Services, cannot be used without infringing the technology

claimed in the '469 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

94.     **Willful Blindness.**  Southwest knew of the '469 Patent, or should have known of the '469 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '469 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.  By the time of trial, Southwest will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '469 Patent.  *See* Exhibit 6 (Notice Letter).

95.     **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '469 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count IV Products and Services, in an infringing manner as described above, including encouraging and instructing its customers, partners, vendors, customers, and/or third parties to infringe the '469 Patent.  For example, on information and belief, Southwest offers Wi-Fi service, including satellite-based Wi-Fi, through one or more providers such as Viasat and Anuvu,[5] and Southwest uses hardware and/or software from these providers that support Internet Hotspots using Wi-Fi.[6]

96.     Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '469 Patent with knowledge of the '469 Patent and

---

[5] https://www.swamedia.com/southwest-stories/wifi-modernization-first-viasat-aircraft-enters-service-MC5XTXWTTLWNESJDQR4LZQBIDI2I (Last Accessed on December 22, 2025).
[6] https://www.viasat.com/content/dam/us-site/aviation/documents/Viasat_Select_Router-datasheet.pdf. (Last Accessed on December 22, 2025); https://fcc.report/FCC-ID/U6YRDAA8190/5344017.pdf. (Last Accessed on December 22, 2025).

knowledge that the induced acts constitute infringement of one or more claims of the '469 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count IV Products and Services to infringe the '469 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count IV Products and Services.

97.    **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '469 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '469 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

98.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their customers, partners', vendors', and/or third-parties' infringement of the '469 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count IV Products and Services for use in a manner that infringes one or more claims of the '469 Patent.  Example Southwest Count IV Products and Services are especially made or adapted for infringing the '469 Patent and have no substantial non-infringing use.

99.    Exhibit 10 (claim chart) includes the Example Southwest Count IV Products and Services and Example '469 Patent Claims.  As set forth in the chart, the Example Southwest Count

IV Products and Services practice the technology claimed by the '469 Patent. Accordingly, the Example Southwest Count IV Products and Services incorporated in the chart satisfies all elements of the Example '469 Patent Claims.

100.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 10.

101.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '469 Patent and will continue to be damaged by such infringement. Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

102.    Further, Southwest's infringement of Intellectual Ventures' rights under the '469 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

103.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT V

(Southwest's Infringement of U.S. Patent No. 7,257,582)

104.    Paragraphs 1 through 104 are incorporated by reference as if fully set forth herein.

105.    **Direct Infringement**. Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '582 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '582 Patent,

including but not limited to at least the Accused Products and Services identified in the example charts incorporated, per paragraph 130 below, into this Count (collectively, "Example Southwest Count V Products and Services") that infringe at least the example claims of the '582 Patent identified in the charts incorporated into this Count (the "Example '582 Patent Claims") literally or by the doctrine of equivalents.

106.    On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '582 Patent Claims, by internal testing and use of the Example Southwest Count V Products and Services.

107.    Each claim of the '582 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act. The '582 Patent is related to improving load balancing by parallel processing of partitioned data. The '582 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of enabling parallel processing involving linear processes, among other issues. The '582 Patent addressed this technical problem and others with a technical solution that is described in the specification, for example at column 1 lines 48-57, which reads that objects "of the present invention [include] enable[ing] the decomposition of a certain type of linear processes that currently use a single computer, into equivalent parallel processes that can efficiently use any number of potentially heterogeneous computers, taking the available capacity of each of these computers into account while optimizing execution …, improv[ing] processing efficiency of certain processes ..., [and] obtain[ing] better processor utilization," and captured by one or more claims. Additionally, the claims of the '582 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine

or conventional, as evidenced by the '582 Patent file history: "distributing descriptions of all of said partitions to each of a plurality of subtask processors," "simultaneously executing at least a respective one of the subtasks … in each of at least some of said processors on a respective one of the partitions …," and "thereafter repeating step (c) in at least some of the subtask processors each with another unprocessed partition on a first-come/first-served basis."

108.    Each claim of the '582 Patent recites an independent invention.   Neither the example claims described nor any other individual claim is representative of all claims in the '582 Patent.

109.    Southwest has known that its infringing products and services, such as the Example Southwest Count V Products and Services, cannot be used without infringing the technology claimed in the '582 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

110.    **Willful Blindness.**   Southwest knew of the '582 Patent, or should have known of the '582 Patent, but was willfully blind to its existence.   Southwest has had actual knowledge of the '582 Patent not later than receipt of a letter, dated September 30, 2024, and received on the same date.   By the time of trial, Southwest will have known and intended (since receiving such notice) that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '582 Patent.   *See* Exhibit 6 (Notice Letter).

111.    **Induced Infringement.**   Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '582 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count V Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers,

and/or third parties to infringe the '582 Patent. For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example Southwest Count V Products and Services. Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '582 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count V Products and Services.

112.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '582 Patent with knowledge of the '582 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '582 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count V Products and Services to infringe the '582 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count V Products and Services.

113.    **Contributory Infringement.** Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '582 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in

infringement of the '582 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

114.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '582 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count V Products and Services for use in a manner that infringes one or more claims of the '582 Patent. Example Southwest Count V Products and Services are especially made or adapted for infringing the '582 Patent and have no substantial non-infringing use.

115.    Exhibits 11 and 12 (claim charts) includes the Example Southwest Count V Products and Services and Example '582 Patent Claims. As set forth in these charts, the Example Southwest Count V Products and Services practice the technology claimed by the '582 Patent. Accordingly, the Example Southwest Count V Products and Services incorporated in these charts satisfy all elements of the Example '582 Patent Claims.

116.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim charts of Exhibits 11 and 12.

117.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '582 Patent and will continue to be damaged by such infringement. Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

118.    Further, Southwest's infringement of Intellectual Ventures' rights under the '582 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

119.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

<div align="center">

**COUNT VI**

</div>

<div align="center">

(Southwest's Infringement of U.S. Patent No. 7,712,080)

</div>

120.    Paragraphs 1 through 120 are incorporated by reference as if fully set forth herein.

121.    **Direct Infringement**.  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '080 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '080 Patent, including but not limited to at least the Accused Products and Services identified in the example charts incorporated, per paragraph 146 below, into this Count (collectively, "Example Southwest Count VI Products and Services") that infringe at least the example claims of the '080 Patent identified in the charts incorporated into this Count (the "Example '080 Patent Claims") literally or by the doctrine of equivalents.

122.    On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '080 Patent Claims, by internal testing and use of the Example Southwest Count VI Products and Services.

123.    Each claim of the '080 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  The '080 Patent is related to systems and methods for parallel distributed programming over multiple processors and multiple memories including a distributed shared variable.  The '080 Patent discloses and claims systems and methods that address technical

problems that are inherent in and derive from prior art methods and systems involving the problems of efficiently programming tasks and threads in a parallel distributed program, among other issues. For example, the '080 Patent describes in column 1 at lines 25-30 that software "for operation on multiple processors that uses multiple memory areas" is "more complex" and are generally referred to as "parallel distributed programs."  The Patent further describes different approaches to developing such programs at column 1 line 31 to column 2 line 2, but that existing approaches were problematic because developing source code "may be burdensome to develop because programming the multiple tasks and threads and having them send and receive messages to each other may dramatically change the code structure and data structure of the original algorithm" or are "generally not as efficient" because they "may require a transfer of large amounts of data from the memory" on different processor(s) and "thus may  not satisfy the need for high performance parallel computing."  The '080 Patent further describes that "improved systems  and methods for parallel distributed programming are desirable" at column 2 lines 3-4.  The '080 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims, including claim 1.  Additionally, the claims of the '080 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination.  For example, the following claim limitations recited in claim 9 were not routine or conventional, as evidenced by the '080 Patent file history: "transforming the at least one distributed sequential computing program into at least one distributed parallel computing program by spawning at least one child distributed sequential computing program from the at least one distributed sequential computing program when at least one intermediate condition occurs within the at least one distributed sequential computing program, wherein the at least one distributed parallel computing program concurrently uses the at

least one distributed sequential computing program and the at least one spawned child distributed sequential computing program to perform parallel processing and/or operations, wherein the at least one intermediate condition comprising one intermediate result that will be required by the at least one spawned child distributed sequential computing program to continue computation."

124.    Each claim of the '080 Patent recites an independent invention.  Neither the example claims described nor any other individual claim is representative of all claims in the '080 Patent.

125.    Southwest has known that its infringing products and services, such as the Example Southwest Count VI Products and Services, cannot be used without infringing the technology claimed in the '080 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

126.    **Willful Blindness.**  Southwest knew of the '080 Patent, or should have known of the '080 Patent, but was willfully blind to its existence.  Southwest has had actual knowledge of the '080 Patent.  By the time of trial, Southwest will have known and intended that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '080 Patent.

127.    **Induced Infringement.**  Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '080 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count VI Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '080 Patent.  For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are

associated with backend functionality provided by the Example Southwest Count VI Products and Services. Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '080 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count VI Products and Services.

128.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '080 Patent with knowledge of the '080 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '080 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count VI Products and Services to infringe the '080 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count VI Products and Services.

129.    **Contributory Infringement.** Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '080 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '080 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

130.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '080 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count VI Products and Services for use in a manner that infringes one or more claims of the '080 Patent.  Example Southwest Count VI Products and Services are especially made or adapted for infringing the '080 Patent and have no substantial non-infringing use.

131.    Exhibit 13 (claim chart) includes the Example Southwest Count VI Products and Services and Example '080 Patent Claims.  As set forth in these charts, the Example Southwest Count VI Products and Services practice the technology claimed by the '080 Patent.  Accordingly, the Example Southwest Count VI Products and Services incorporated in these charts satisfy all elements of the Example '080 Patent Claims.

132.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 13.

133.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '080 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

134.    Further, Southwest's infringement of Intellectual Ventures' rights under the '080 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

135.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT VII

(Southwest's Infringement of U.S. Patent No. 11,032,000)

136.    Paragraphs 1 through 136 are incorporated by reference as if fully set forth herein.

137.    **Direct Infringement**.  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '000 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '000 Patent, including but not limited to at least the Accused Products and Services identified in the example charts incorporated, per paragraph 194 below, into this Count (collectively, "Example Southwest Count VII Products and Services") that infringe at least the example claims of the '000 Patent identified in the charts incorporated into this Count (the "Example '000 Patent Claims") literally or by the doctrine of equivalents.

138.    On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '000 Patent Claims, by internal testing and use of the Example Southwest Count VII Products and Services.

139.    Each claim of the '000 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  The '000 Patent is related to improving user equipment (UE) devices by improving UE uplink channel control.  The '000 Patent discloses and claims systems and methods that address technical problems that are inherent in and derive from prior art methods and systems involving the problems of lack of correlation between uplink and downlink path loss, among other issues.  For example, the '000 Patent describes at column 1 lines 29-40 channel reciprocity, which "gives equipment the ability to derive information about uplink channel

conditions from downlink channel conditions based on upon signals received by the user equipment (UE)." The Patent further describes that channel reciprocity "cannot always be guaranteed," for example when "TDD transmissions [are not] permitted in certain frequency spectrum allocations," resulting in losing "correlation between uplink and downlink channels" at column 1 lines 53-64. The Patent further describes that, "in high speed mobile applications, the time delay between downlink and uplink transmissions may exceed the coherence time of the channel," which can be tolerated only to a certain degree, and the "use of multiple transmit and/or receive antennas at the network and/or the mobile terminal can introduce unintentional decorrelation between the uplink and downlink channels" at column 1 line 65 to column 2 line 7. The Patent then describes that "it would be advantageous to find a substitute for channel reciprocity" where correlation between an uplink and downlink path loss is not guaranteed at column 2 lines 8 -11. The '000 Patent addressed this technical problem and others with a technical solution that is described in the specification and captured by the asserted claims including claim 1. Additionally, the claims of the '000 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 14 were not routine or conventional, as evidenced by the '000 Patent file history: "the transmitter and the processor are further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval"; and "the receiver and the processor are further configured to receive, on a physical control channel, control information, wherein the

control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE."

140.    Each claim of the '000 Patent recites an independent invention.    Neither the example claims described nor any other individual claim is representative of all claims in the '000 Patent.

141.    Southwest has known that its infringing products and services, such as the Example Southwest Count VII Products and Services, cannot be used without infringing the technology claimed in the '000 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

142.    **Willful Blindness.**    Southwest knew of the '000 Patent, or should have known of the '000 Patent, but was willfully blind to its existence.    Southwest has had actual knowledge of the '000 Patent.    By the time of trial, Southwest will have known and intended that its continued actions would infringe and actively induce and contribute to the infringement of one or more claims of the '000 Patent.

143.    **Induced Infringement.**    Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '000 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count VII Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '000 Patent.    For example, on information and belief,

Southwest offers products and services to its customers and third parties that are associated with wireless functionality provided by the Example Southwest Count VII Products and Services. Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '000 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with wireless functionality provided by the Example Southwest Count VII Products and Services.

144.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '000 Patent with knowledge of the '000 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '000 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count VII Products and Services to infringe the '000 Patent, literally and/or by the doctrine of equivalents, throughout the United States, including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count VII Products and Services.

145.    **Contributory Infringement.** Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '000 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in

infringement of the '000 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

146.    Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '000 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count VII Products and Services for use in a manner that infringes one or more claims of the '000 Patent. Example Southwest Count VII Products and Services are especially made or adapted for infringing the '000 Patent and have no substantial non-infringing use.

147.    Exhibit 14 (claim chart) includes the Example Southwest Count VII Products and Services and Example '000 Patent Claims. As set forth in these charts, the Example Southwest Count VII Products and Services practice the technology claimed by the '000 Patent. Accordingly, the Example Southwest Count VII Products and Services incorporated in these charts satisfy all elements of the Example '000 Patent Claims.

148.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 14.

149.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '000 Patent and will continue to be damaged by such infringement. Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

150.     Further, Southwest's infringement of Intellectual Ventures' rights under the '000 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

151.     As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## COUNT VIII

(Southwest's Infringement of U.S. Patent No. 7,721,282)

152.     Paragraphs 1 through 152 are incorporated by reference as if fully set forth herein.

153.     **Direct Infringement**.  Southwest, without authorization or license from IV, has directly infringed, and continues to directly infringe, literally and/or by the doctrine of equivalents, individually and/or jointly, the '282 Patent, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Accused Products and Services that infringe the '282 Patent, including but not limited to at least the Accused Products and Services identified in the example charts incorporated, per paragraph 210 below, into this Count (collectively, "Example Southwest Count VIII Products and Services") that infringe at least the example claims of the '282 Patent identified in the charts incorporated into this Count (the "Example '282 Patent Claims") literally or by the doctrine of equivalents.

154.     On information and belief, Southwest has also infringed and continues to directly infringe, literally or under the doctrine of equivalents, the Example '282 Patent Claims, by internal testing and use of the Example Southwest Count VIII Products and Services.

155.     Each claim of the '282 Patent is valid, enforceable, and patent eligible under Section 101 of the Patent Act.  The '282 Patent is related to distributing an application environment to a compute node involving root nodes and leaf nodes in a clustered computer system.  The '282 Patent discloses and claims systems and methods that address technical problems that are inherent

in and derive from prior art methods and systems involving the problems of improving boot or bring-up time in clustered computing systems and reducing wasted disk space, among other issues. For example, the '282 Patent describes at column 1 lines 54-57 that "[r]egardless of which of the preceding methods is used, both suffer from the same major problem-updating the boot image(s) for the cluster is cumbersome, as it means updating a number of copies of the boot image." The '282 Patent addressed this technical problem and others with a technical solution that is reflected in the asserted claims, including for example claim 1. Additionally, the claims of the '282 Patent are novel and non-obvious and recite elements and steps that were not routine or conventional at the time of the invention, either individually or in combination. For example, the following claim limitations recited in claim 1 were not routine or conventional, as evidenced by the '282 Patent file history: "wherein the union block device creates the application environment by merging the blocks of the root image stored on the first storage unit with the blocks of the leaf image stored on the second storage unit."

156.    Each claim of the '282 Patent recites an independent invention. Neither the example claims described nor any other individual claim is representative of all claims in the '282 Patent.

157.    Southwest has known that its infringing products and services, such as the Example Southwest Count VIII Products and Services, cannot be used without infringing the technology claimed in the '282 Patent, and are not staple articles of commerce suitable for substantial non-infringing uses.

158.    **Willful Blindness.** Southwest knew of the '282 Patent, or should have known of the '282 Patent, but was willfully blind to its existence. Southwest has had actual knowledge of the '282 Patent. By the time of trial, Southwest will have known and intended that its continued

actions would infringe and actively induce and contribute to the infringement of one or more claims of the '282 Patent.

159.    **Induced Infringement.**    Southwest has also contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '282 Patent by contributing to and/or inducing its partners, vendors, customers, and/or third parties to use or cause to use its products and services, such as Example Southwest Count VIII Products and Services, in an infringing manner as described above, including encouraging and instructing its partners, vendors, customers, and/or third parties to infringe the '282 Patent.  For example, on information and belief, Southwest offers products and services to its customers and third parties and/or employees that are associated with backend functionality provided by the Example Southwest Count VIII Products and Services.  Southwest has contributed to and/or induced, and continues to contribute to and/or induce the infringement of the '282 Patent by offering such products and services and contributing to and/or inducing its customers and third parties and/or employees to use such products and services that are associated with backend functionality provided by the Example Southwest Count VIII Products and Services.

160.    Southwest therefore actively, knowingly, and intentionally has committed, and continues to commit, affirmative acts that cause infringement, literally and/or by the doctrine of equivalents, of one or more claims of the '282 Patent with knowledge of the '282 Patent and knowledge that the induced acts constitute infringement of one or more claims of the '282 Patent. Southwest has actively induced others, including, but not limited to, partners, vendors, customers, and/or third parties who use the Example Southwest Count VIII Products and Services to infringe the '282 Patent, literally and/or by the doctrine of equivalents, throughout the United States,

including within this District, by, among other things, advertising, promoting, and instructing the infringing use of the Example Southwest Count VIII Products and Services.

161. **Contributory Infringement.**  Southwest actively, knowingly, and intentionally has committed, and continues to commit contributory infringement, literally and/or by the doctrine of equivalents, by, *inter alia*, knowingly providing software and technologies that when used, cause the direct infringement of one or more claims of the '282 Patent by its partners, vendors, customers, and/or third parties, and which have no substantial non-infringing uses, or include a separate and distinct technology that is especially made or especially adapted for use in infringement of the '282 Patent, and is not a staple article or commodity of commerce suitable for substantial non-infringing use.

162. Southwest therefore actively, knowingly, and intentionally has been and continues to materially contribute to their partners', vendors', and/or third-parties' infringement of the '282 Patent, literally and/or by the doctrine of equivalents, by making, utilizing, servicing, testing, distributing, offering, and/or offering for sale the Example Southwest Count VIII Products and Services for use in a manner that infringes one or more claims of the '282 Patent.  Example Southwest Count VIII Products and Services are especially made or adapted for infringing the '282 Patent and have no substantial non-infringing use.

163. Exhibit 15 (claim chart) includes the Example Southwest Count VIII Products and Services and Example '282 Patent Claims.  As set forth in these charts, the Example Southwest Count VIII Products and Services practice the technology claimed by the '282 Patent. Accordingly, the Example Southwest Count VIII Products and Services incorporated in these charts satisfy all elements of the Example '282 Patent Claims.

164.    Intellectual Ventures therefore incorporates by reference in its allegations herein the claim chart of Exhibit 15.

165.    Intellectual Ventures is entitled to recover damages adequate to compensate for Defendant's infringement of the '282 Patent and will continue to be damaged by such infringement.  Intellectual Ventures is entitled to recover damages from Defendant to compensate them for Defendant's infringement, as alleged above, in an amount measured by no less than a reasonable royalty under 35 U.S.C. § 284, as well as enhanced damages pursuant to 35 U.S.C. § 284.

166.    Further, Southwest's infringement of Intellectual Ventures' rights under the '282 Patent will continue to damage Intellectual Ventures' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court.

167.    As a result of Defendant's acts of infringement, Plaintiffs have suffered and will continue to suffer damages in an amount to be proven at trial.

## **MARKING**

168.    Plaintiffs do not make or sell products and thus have no products to mark.

169.    To the extent any of the Patents-in-Suit include only asserted method claims, the marking requirement of 35 U.S.C. § 287 for those Patents-in-Suit does not apply.  Therefore, Plaintiff has complied with all applicable requirements of § 287 for those Patents-in-Suit, such that it is entitled to past damages for infringement.

170.    Plaintiffs have entered into settlement licenses with other entities.  None of the settlement licenses were to produce a patented article for Plaintiffs or under the Patents-in-Suit. Duties of confidentiality prevent disclosure of settlement licenses and their terms in this Complaint, but discovery will show that Plaintiffs have substantially complied with 35 U.S.C.

§ 287(a).  Furthermore, each of the entities in the settlement licenses denied infringing any of the Patents-in-Suit and thus were not entering into the settlement license to produce a patented article for Plaintiffs or under the Patents-in-Suit.

171.    Each settlement license that was entered into between an entity and Plaintiffs was negotiated in the face of continued litigation and while Plaintiffs believe there was infringement, no defendant entity agreed or admitted that it was infringing.

## DEMAND FOR JURY TRIAL

172.    Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request the following relief:

A.    A judgment that the Patents-in-Suit are valid and enforceable;

B.    A judgment that Defendant directly infringes, contributorily infringes, and/or actively induces infringement of one or more claims of *each of* the Patents-in-Suit;

C.    A judgment that awards Plaintiffs all damages adequate to compensate them for Defendant's direct infringement, willful infringement, contributory infringement, and/or induced infringement of the Patents-in-Suit, including all pre- judgment and post- judgment interest at the maximum rate permitted by law;

D.    A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's past infringement with respect to the Patents-in-Suit;

E.    A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's infringement of the '844 Patent, '722 Patent, '326 Patent, '469 Patent, '582 Patent, '080 Patent, '282 Patent, and '000 Patent, which continue to

damage Plaintiffs' business, causing irreparable harm for which there is no adequate remedy at law, unless enjoined by the Court;

F.      A judgment that awards Plaintiffs all appropriate damages under 35 U.S.C. § 284 for Defendant's continuing or future infringement, up until the date such judgment is entered with respect to the Patents-in-Suit, including ongoing royalties, pre- and post-judgment interest, costs, and disbursements as justified under 35 U.S.C. § 284;

G.      A judgment that this case is exceptional under 35 U.S.C. § 285;

H.      An accounting of all damages not presented at trial; and

I.      A judgment that awards Plaintiffs their costs, disbursements, attorneys' fees, and such further and additional relief as is deemed appropriate by the Court.

Dated: December 22, 2025                    RESPECTFULLY SUBMITTED,


                                By: */s/ William D. Ellerman*
                                    William D. Ellerman (TX Bar No. 24007151)
                                    wellerman@CJSJLAW.com
                                    Mark D. Siegmund (TX Bar No. 24117055)
                                    msiegmund@cjsjlaw.com
                                    **CHERRY JOHNSON SIEGMUND
                                    JAMES PC**
                                    7901 Fish Pond Rd., 2nd Floor
                                    Waco, Texas 76710
                                    Telephone: 254-732-2242
                                    Facsimile: 866-627-3509

                                    ***Attorneys for Plaintiffs***
                                    ***INTELLECTUAL VENTURES I LLC and***
                                    ***INTELLECTUAL VENTURES II LLC***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record, via email, on this 22nd day of December, 2025.

By: */s/ William D. Ellerman*
    William D. Ellerman

# Exhibit C

# Exhibit 14 to Amended Complaint
# Intellectual Ventures I LLC and Intellectual Ventures II LLC

**Example Southwest Count VII Systems and Services**
**U.S. Patent No. 11,032,000 ("the '000 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize LTE cellular functionality; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Southwest Systems and Services").[1]

---

[1] For the avoidance of doubt, Plaintiffs do not accuse Southwest Systems and Services, to the extent such Southwest Systems and Services have a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs will provide relevant license agreements for cellular providers in discovery, to the extent any such license agreements exist and have not already been produced. To the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s).

2

| U.S. Patent No. 11,032,000 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| [1.pre]. A user equipment (UE) comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count X Systems and Services include a user equipment (UE). |
| | On information and belief, Southwest airplanes are installed with an Aircraft Interface Device (AID) that provides LTE ground connectivity and acts as a UE in an LTE network. |
| | An Aircraft Interface Device (AID) is a hardware system that allows communication between an Electronic Flight Bag (EFB) and an aircraft data bus.  AID allows information about the aircraft's position and speed to be obtained from its avionics by registering to the ARINC 717 and ARINC 429 data buses. This device offers certain features, such as automatic update of flight planning and weather information updates on the flight. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478.[2] |
| | North America held the largest global aircraft interface device market share in the base year. The North American market was valued at USD 13.17 million in 2023. The market's growth is attributed to the rise in aircraft fleet and airlines in the region. The presence of major airlines, such as American Airlines, Delta Airlines, Southwest Airlines, and others will give a boost to the market growth in the region. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478. |
| | The carrier's multi-year contract with AvioBook provides Southwest with the most innovative technology platform on the market. The deal includes the only fully-integrated Electronic Flight Bag (EFB) and Electronic Logbook (eLB) solution on the market to improve efficiency throughout the operation. Southwest has also signed an agreement to equip the world's largest all Boeing 737 NG fleet with AvioBook's Aircraft Interface Device (AID), known as AvioCast. Once installed, it will provide real time aircraft data to various operational groups. AvioBook's comprehensive suite of software and hardware is designed to further mitigate safety risks, enhance compliance, add technology redundancy and resiliency, and increase environmental sustainability, all while enabling shorter turn times. |
| | Source: https://www.thalesgroup.com/en/worldwide/aerospace/press_release/southwest-airlines-signs-historic-deal-aviobooks-technology. |

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of the filing date of the Amended Complaint.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | **Stay connected with real-time information** ^ <br><br> Dealing with an unexpected event like an in-flight diversion? With AvioCast, you can upload valuable information like in-flight weather, fuel information and a new flight plan directly onto your EFB. AvioCast uses an international 4G modem on the ground or SATCOM in-flight to provide the EFB with a **Wireless Access Point (WAP)** throughout the entire operation. <br><br> Source: https://aviobook.aero/products/aviocast/benefits. <br><br> Aviocast applications and avionics <br><br> Remi further explains that Aviobook provides internet access within the cockpit regardless of where the aircraft is, a satcom connection if the aircraft is in flight. The Aviocast box is connected to an avionics computer located with the bay of the aircraft, ands then to satcom to provide inflight connectivity, a 4G modem connects the system while it on the ground and it generates a wifi network to which the mobile devices used by the different crew connect to as alluded to above. This enables the connected aircraft operations. <br><br> Source: https://www.devicechronicle.com/avionics (annotation added). |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | <br><br>The solution architecture for the Aviocast.<br><br>Source: https://www.devicechronicle.com/avionics (annotation added). |
| [1.a] a receiver and a processor are configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink | On information and belief, the Southwest Count Systems and Services include a receiver and a processor configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resource<br><br>In LTE, a UE is configured to receive radioResourceConfigDedicated IE, which includes PhysicalConfigDedicated IE that further includes SoundingRS-UL-Config IE. This configuration indicates the UE's SRS resources for transmission. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| shared channel have different resources; | 7.2     RRC protocol states & state transitions<br><br>-  **RRC_CONNECTED**:<br><br>   -  UE has an E-UTRAN-RRC connection;<br><br>   -  UE has context in E-UTRAN;<br><br>   -  E-UTRAN knows the cell which the UE belongs to;<br><br>   -  Network can transmit and/or receive data to/from UE;<br><br>   -  Network controlled mobility (handover and inter-RAT cell change order to GERAN with NACC);<br><br>   -  Neighbour cell measurements;<br><br>   -  At PDCP/RLC/MAC level:<br><br>      -  UE can transmit and/or receive data to/from network;<br><br>      -  UE monitors control signalling channel for shared data channel to see if any transmission over the shared data channel has been allocated to the UE;<br><br>      -  UE also reports channel quality information and feedback information to eNB;<br><br>      -  DRX period can be configured according to UE activity level for UE power saving and efficient resource utilization. This is under control of the eNB.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 56. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | **5.3.3.4**     Reception of the *RRCConnectionSetup* by the UE<br><br>NOTE:     Prior to this, lower layer signalling is used to allocate a C-RNTI. For further details see TS 36.321 [6];<br><br>The UE shall:<br><br>1> perform the radio resource configuration procedure in accordance with the received *radioResourceConfigDedicated* and as specified in 5.3.10;<br><br>1> if stored, discard the cell reselection priority information provided by the *idleModeMobilityControlInfo* or inherited from another RAT;<br><br>1> stop timer T300;<br><br>1> stop timer T302, if running;<br><br>1> stop timer T303, if running;<br><br>1> stop timer T305, if running;<br><br>1> stop timer T306, if running;<br><br>1> perform the actions as specified in 5.3.3.7;<br><br>1> stop timer T320, if running;<br><br>1> enter RRC_CONNECTED;<br><br>Source: 3GPP TS 36.331 V10.22.0 at 42.<br><br>–               *RadioResourceConfigDedicated*<br><br>The IE *RadioResourceConfigDedicated* is used to setup/modify/release RBs, to modify the MAC main configuration, to modify the SPS configuration and to modify dedicated physical configuration.<br><br>```
toEUTRA2
    sps-Config                                SPS-Config                  OPTIONAL,         -- Need ON
    physicalConfigDedicated                   PhysicalConfigDedicated     OPTIONAL,         -- Need ON
    ...,
    [[ rlf-TimersAndConstants-r9              RLF-TimersAndConstants-r9        OPTIONAL    -- Need ON
``` |

| U.S. Patent No. 11,032,000 (Claim 1) |
|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |

*RadioResourceConfigDedicated* field descriptions

**logicalChannelConfig**
For SRBs a choice is used to indicate whether the logical channel configuration is signalled explicitly or set to the default logical channel configuration for SRB1 as specified in 9.2.1.1 or for SRB2 as specified in 9.2.1.2.

**logicalChannelIdentity**
The logical channel identity for both UL and DL.

**mac-MainConfig**
Although the ASN.1 includes a choice that is used to indicate whether the mac-MainConfig is signalled explicitly or set to the default MAC main configuration as specified in 9.2.2, EUTRAN does not apply "*defaultValue*".

**measSubframePatternPCell**
Time domain measurement resource restriction pattern for the PCell measurements (RSRP, RSRQ and the radio link monitoring).

**physicalConfigDedicated**
The default dedicated physical configuration is specified in 9.2.4.

– PhysicalConfigDedicated

```
tpc-PDCCH-ConfigPUSCH        TPC-PDCCH-Config        OPTIONAL,        -- Need ON
cqi-ReportConfig             CQI-ReportConfig        OPTIONAL,        -- Cond CQI-
r8
soundingRS-UL-ConfigDedicated  SoundingRS-UL-ConfigDedicated  OPTIONAL,    -- Need ON
antennaInfo                  CHOICE {
    explicitValue                AntennaInfoDedicated,
    defaultValue                 NULL
}       OPTIONAL,                                                 -- Cond AI-r8
schedulingRequestConfig      SchedulingRequestConfig  OPTIONAL,          -- Need ON
```

**SoundingRS-UL-Config** information element

```
SoundingRS-UL-ConfigDedicated ::=   CHOICE{
    release                          NULL,
    setup                            SEQUENCE {
        srs-Bandwidth                    ENUMERATED {bw0, bw1, bw2, bw3},
        srs-HoppingBandwidth             ENUMERATED {hbw0, hbw1, hbw2, hbw3},
        freqDomainPosition               INTEGER (0..23),
        duration                         BOOLEAN,
        srs-ConfigIndex                  INTEGER (0..1023),
        transmissionComb                 INTEGER (0..1),
        cyclicShift                      ENUMERATED {cs0, cs1, cs2, cs3, cs4, cs5, cs6, cs7}
```

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | <table><tr><td colspan="2"><em>SoundingRS-UL-Config</em> field descriptions</td></tr><tr><td><strong>ackNackSRS-SimultaneousTransmission</strong></td></tr><tr><td>Parameter: <em>Simultaneous-AN-and-SRS</em>, see TS 36.213 [23, 8.2]. For SCells this field is not applicable and the UE shall ignore the value.</td></tr><tr><td><strong>cyclicShift, cyclicShiftAp</strong></td></tr><tr><td>Parameter: n_SRS for periodic and aperiodic sounding reference signal transmission respectively. See TS 36.211 [21, 5.5.3.1], where cs0 corresponds to 0 etc.</td></tr><tr><td><strong>duration</strong></td></tr><tr><td>Parameter: Duration for periodic sounding reference signal transmission. See TS 36.213 [21, 8.2]. FALSE corresponds to "single" and value TRUE to "indefinite".</td></tr><tr><td><strong>freqDomainPosition, freqDomainPositionAp</strong></td></tr><tr><td>Parameter: $n_{RRC}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3.2].</td></tr><tr><td><strong>srs-AntennaPort, srs-AntennaPortAp</strong></td></tr><tr><td>Indicates the number of antenna ports used for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3.2]. UE shall release <em>srs-AntennaPort</em> if <em>SoundingRS-UL-ConfigDedicated</em> is released.</td></tr><tr><td><strong>srs-Bandwidth, srs-BandwidthAp</strong></td></tr><tr><td>Parameter: $B_{SRS}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, tables 5.5.3.2-1, 5.5.3.2-2, 5.5.3.2-3 and 5.5.3.2-4].</td></tr><tr><td><strong>srs-BandwidthConfig</strong></td></tr><tr><td>Parameter: SRS Bandwidth Configuration. See TS 36.211, [21, table 5.5.3.2-1, 5.5.3.2-2, 5.5.3.2-3 and 5.5.3.2-4]. Actual configuration depends on UL bandwidth. bw0 corresponds to value 0, bw1 to value 1 and so on.</td></tr><tr><td><strong>srs-ConfigApDCI-Format0 / srs-ConfigApDCI-Format1a2b2c / srs-ConfigApDCI-Format4</strong></td></tr><tr><td>Parameters indicate the resource configurations for aperiodic sounding reference signal transmissions triggered by DCI formats 0, 1A, 2B, 2C, 4. See TS 36.213 [23, 8.2].</td></tr><tr><td><strong>srs-ConfigIndex, srs-ConfigIndexAp</strong></td></tr><tr><td>Parameter: I_SRS for periodic and aperiodic sounding reference signal transmission respectively. See TS 36.213 [23, table 8.2-1 and table 8.2-2] for periodic and TS 36.213 [23, table 8.2-4 and table 8.2-5] for aperiodic SRS transmission.</td></tr><tr><td><strong>srs-HoppingBandwidth</strong></td></tr><tr><td>Parameter: SRS hopping bandwidth $b_{hop} \in \{0,1,2,3\}$ for periodic sounding reference signal transmission, see TS 36.211 [21, 5.5.3.2] where hbw0 corresponds to value 0, hbw1 to value 1 and so on.</td></tr><tr><td><strong>srs-MaxUpPts</strong></td></tr><tr><td>Parameter: srsMaxUpPts, see TS 36.211 [21, 5.5.3.2]. If this field is present, reconfiguration of $m_{SRS,0}^{max}$ applies for UpPts, otherwise reconfiguration does not apply.</td></tr><tr><td><strong>srs-SubframeConfig</strong></td></tr><tr><td>Parameter: SRS SubframeConfiguration. See TS 36.211, [21, table 5.5.3.3-1] applies for FDD whereas TS 36.211, [21, table 5.5.3.3-2] applies for TDD. sc0 corresponds to value 0, sc1 to value 1 and so on.</td></tr><tr><td><strong>transmissionComb, transmissionCombAp</strong></td></tr><tr><td>Parameter: $\bar{k}_{TC} \in \{0,1\}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3.2].</td></tr></table><br><br>Source: 3GPP TS 36.331 V10.22.0 at 178, 188, 194. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 8.2    UE sounding procedure<br><br>A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types:<br><br>- trigger type 0: higher layer signalling<br><br>- trigger type 1: DCI formats 0/4/1A for FDD and TDD and DCI formats 2B/2C for TDD.<br><br>In case both trigger type 0 and trigger type 1 SRS transmissions would occur in the same subframe in the same serving cell, the UE shall only transmit the trigger type 1 SRS transmission.<br><br>A UE may be configured with SRS parameters for trigger type 0 and trigger type 1 on each serving cell. The following SRS parameters are serving cell specific and semi-statically configurable by higher layers for trigger type 0 and for trigger type 1.<br><br>&bull; Transmission comb $\bar{k}_{TC}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>&bull; Starting physical resource block assignment $n_{RRC}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>&bull; *duration*: single or indefinite (until disabled), as defined in [11] for trigger type 0<br><br>&bull; *srs-ConfigIndex* $I_{SRS}$ for SRS periodicity $T_{SRS}$  and SRS subframe offset $T_{offset}$ , as defined in Table 8.2-1 and Table 8.2-2 for trigger type 0 and SRS periodicity $T_{SRS,1}$  and SRS subframe offset $T_{offset,1}$ , as defined in Table 8.2-4 and Table 8.2-5 trigger type 1<br><br>&bull; SRS bandwidth $B_{SRS}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>&bull; Frequency hopping bandwidth, $b_{hop}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0<br><br>&bull; Cyclic shift $n_{SRS}^{cs}$ , as defined in Section 5.5.3.1 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>Source: 3GPP TS 36.331 V10.7.0 at 80. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |

### 9.2.4  Default physical channel configuration

Parameters

| Name | Value | Semantics description | Ver |
|---|---|---|---|
| **PDSCH-ConfigDedicated** | | | |
| **>p-a** | dB0 | | |
| **PUCCH-ConfigDedicated** | | | |
| **> tdd-AckNackFeedbackMode** | bundling | Only valid for TDD mode | |
| **>ackNackRepetition** | release | | |
| **PUSCH-ConfigDedicated** | | | |
| **>betaOffset-ACK-Index** | 10 | | |
| **>betaOffset-RI-Index** | 12 | | |
| **>betaOffset-CQI-Index** | 15 | | |
| *UplinkPowerControlDedicated* | | | |
| *>p0-UE-PUSCH* | 0 | | |
| *>deltaMCS-Enabled* | en0 (disabled) | | |
| *>accumulationEnabled* | TRUE | | |
| *>p0-UE-PUCCH* | 0 | | |
| *>pSRS-Offset* | 7 | | |
| *> filterCoefficient* | fc4 | | |
| *tpc-pdcch-ConfigPUCCH* | release | | |
| *tpc-pdcch-ConfigPUSCH* | release | | |
| *CQI-ReportConfig* | | | |
| *> CQI-ReportPeriodic* | release | | |
| *> cqi-ReportModeAperiodic* | N/A | | |
| *> nomPDSCH-RS-EPRE-Offset* | N/A | | |
| *SoundingRS-UL-ConfigDedicated* | release | | |
| *AntennaInfoDedicated* | | | |
| *>transmissionMode* | tm1, tm2 | If the number of PBCH antenna ports is one, tm1 is used as default; otherwise tm2 is used as default | |
| *>codebookSubsetRestriction* | N/A | | |
| *>ue-TransmitAntennaSelection* | release | | |
| *SchedulingRequestConfig* | release | | |

Source: 3GPP TS 36.331 V10.22.0 at 263.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | The physical uplink shared channel (PUSCH) is transmitted by the UE with resources elements that are different from SRS resources. |

## 5.2      Slot structure and physical resources

### 5.2.1      Resource grid

The transmitted signal in each slot is described by one or several resource grids of $N_{\text{RB}}^{\text{UL}} N_{\text{sc}}^{\text{RB}}$ subcarriers and $N_{\text{symb}}^{\text{UL}}$

SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{\text{RB}}^{\text{UL}}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil

$$N_{\text{RB}}^{\min,\text{UL}} \le N_{\text{RB}}^{\text{UL}} \le N_{\text{RB}}^{\max,\text{UL}}$$

where $N_{\text{RB}}^{\min,\text{UL}} = 6$ and $N_{\text{RB}}^{\max,\text{UL}} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{\text{RB}}^{\text{UL}}$ is given by [7].

The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1.

An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout Section 5 when a sequential numbering of the antenna ports is necessary.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| |  Figure 5.2.1-1: Uplink resource grid.<br><br>## 5.2.2   Resource elements<br><br>Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,\ldots,N_{\mathrm{RB}}^{\mathrm{UL}}N_{\mathrm{sc}}^{\mathrm{RB}}-1$ and $l = 0,\ldots,N_{\mathrm{symb}}^{\mathrm{UL}}-1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 5.2.3    Resource blocks<br><br>A physical resource block is defined as $N_{\text{symb}}^{\text{UL}}$ consecutive SC-FDMA symbols in the time domain and $N_{\text{sc}}^{\text{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\text{symb}}^{\text{UL}}$ and $N_{\text{sc}}^{\text{RB}}$ are given by Table 5.2.3-1. A physical resource block in the uplink thus consists of $N_{\text{symb}}^{\text{UL}} \times N_{\text{sc}}^{\text{RB}}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain.<br><br>**Table 5.2.3-1: Resource block parameters.**<br><br>*(table below)*<br><br>The relation between the physical resource block number $n_{\text{PRB}}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by<br><br>$$n_{\text{PRB}} = \left\lfloor \frac{k}{N_{\text{sc}}^{\text{RB}}} \right\rfloor$$<br><br>## 5.3    Physical uplink shared channel<br><br>### 5.3.4    Mapping to physical resources |

**Table 5.2.3-1: Resource block parameters.**

| Configuration | $N_{\text{sc}}^{\text{RB}}$ | $N_{\text{symb}}^{\text{UL}}$ |
|---|---|---|
| Normal cyclic prefix | 12 | 7 |
| Extended cyclic prefix | 12 | 6 |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),\ldots,z^{(\tilde{p})}(M_{\mathrm{symb}}^{\mathrm{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\mathrm{PUSCH}}$ in order to conform to the transmit power $P_{\mathrm{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and |
| | - not used for transmission of reference signals, and |
| | … |
| | If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\mathrm{PRB}} = n_{\mathrm{VRB}}$ where $n_{\mathrm{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4]. |
| | If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4]. |
| | If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to |
| | $$\tilde{n}_{\mathrm{PRB}}(n_s) = \left(\tilde{n}_{\mathrm{VRB}} + f_{\mathrm{hop}}(i)\cdot N_{\mathrm{RB}}^{\mathrm{sb}} + \left(\left(N_{\mathrm{RB}}^{\mathrm{sb}}-1\right) - 2\left(\tilde{n}_{\mathrm{VRB}} \bmod N_{\mathrm{RB}}^{\mathrm{sb}}\right)\right)\cdot f_{\mathrm{m}}(i)\right)\bmod(N_{\mathrm{RB}}^{\mathrm{sb}}\cdot N_{\mathrm{sb}})$$ $$i = \begin{cases} \lfloor n_s/2 \rfloor & \text{inter} - \text{subframe hopping} \\ n_s & \text{intra and inter} - \text{subframe hopping} \end{cases}$$ $$n_{\mathrm{PRB}}(n_s) = \begin{cases} \tilde{n}_{\mathrm{PRB}}(n_s) & N_{sb} = 1 \\ \tilde{n}_{\mathrm{PRB}}(n_s) + \left\lceil N_{\mathrm{RB}}^{\mathrm{HO}}/2 \right\rceil & N_{sb} > 1 \end{cases}$$ $$\tilde{n}_{\mathrm{VRB}} = \begin{cases} n_{\mathrm{VRB}} & N_{sb} = 1 \\ n_{\mathrm{VRB}} - \left\lceil N_{\mathrm{RB}}^{\mathrm{HO}}/2 \right\rceil & N_{sb} > 1 \end{cases}$$ |
| | Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 5.4  Physical uplink control channel<br><br>The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field.<br><br>...<br><br>The physical resources used for PUCCH depends on two parameters, $N_{RB}^{(2)}$ and $N_{cs}^{(1)}$, given by higher layers. The variable $N_{RB}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{cs}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{cs}^{(1)}$ is an integer multiple of $\Delta_{shift}^{PUCCH}$ within the range of $\{0, 1, \ldots, 7\}$, where $\Delta_{shift}^{PUCCH}$ is provided by higher layers. No mixed resource block is present if $N_{cs}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{PUCCH}^{(1,\tilde{p})}$, $n_{PUCCH}^{(2,\tilde{p})} < N_{RB}^{(2)} N_{sc}^{RB} + \left\lceil \frac{N_{cs}^{(1)}}{8} \right\rceil \cdot (N_{sc}^{RB} - N_{cs}^{(1)} - 2)$, and $n_{PUCCH}^{(3,\tilde{p})}$, respectively.<br><br>### 5.4.1  PUCCH formats 1, 1a and 1b<br><br>For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this section, $d(0) = 1$ shall be assumed for PUCCH format 1.<br><br>The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by<br><br>$$n_p'(n_s) = \begin{cases} n_{PUCCH}^{(1,\tilde{p})} & \text{if } n_{PUCCH}^{(1,\tilde{p})} < c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH} \\ \left( n_{PUCCH}^{(1,\tilde{p})} - c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH} \right) \bmod \left( c \cdot N_{sc}^{RB} / \Delta_{shift}^{PUCCH} \right) & \text{otherwise} \end{cases}$$ |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 5.4.3   Mapping to physical resources<br><br>The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Section 5.1.2.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. PUCCH uses one resource block in each of the two slots in a subframe. Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 12-13, 20-21, 26.<br><br>### 5.5.3   Sounding reference signal<br><br>#### 5.5.3.1    Sequence generation<br><br>The sounding reference signal sequence $r_{\text{SRS}}^{(\tilde{p})}(n)=r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ is defined by Section 5.5.1, where $u$ is the PUCCH sequence-group number defined in Section 5.5.1.3 and $v$ is the base sequence number defined in Section 5.5.1.4. The cyclic shift $\alpha_{\tilde{p}}$ of the sounding reference signal is given as<br><br>$$\alpha_{\tilde{p}} = 2\pi \frac{n_{\text{SRS}}^{\text{cs},\tilde{p}}}{8}$$<br><br>$$n_{\text{SRS}}^{\text{cs},\tilde{p}} = \left(n_{\text{SRS}}^{\text{cs}} + \frac{8\tilde{p}}{N_{\text{ap}}}\right)\bmod 8 ,$$<br><br>$$\tilde{p} \in \{0,1,...,N_{\text{ap}}-1\}$$<br><br>where $n_{\text{SRS}}^{\text{cs}} = \{0,1,2,3,4,5,6,7\}$ is configured separately for periodic and each configuration of aperiodic sounding by the higher-layer parameters *cyclicShift* and *cyclicShift-ap*, respectively, for each UE and $N_{\text{ap}}$ is the number of antenna ports used for sounding reference signal transmission. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
|  | 5.5.3.2      Mapping to physical resources<br><br>For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 35-36.<br><br>8.7.2    *Sounding Reference Signal*<br><br>The mobile usually sends the sounding reference signal in the last symbol of the subframe, as shown in Figure 8.11. In TDD mode, it can also send the signal in the<br><br><br><br>**Figure 8.11**    Example resource element mapping for the sounding reference signal, using a normal cyclic prefix.<br><br>Source: C. Cox, "An Introduction to LTE" (Wiley 2012), § 8.7.2 at 144. |
| [1.b] a transmitter and the processor are configured to send, over the physical uplink shared channel, data in assigned time intervals; | On information and belief, the Southwest Count Systems and Services include a transmitter and the processor configured to send, over the physical uplink shared channel, data in assigned time intervals.<br><br>The UE transmits data on PUSCH in form of subframes in each TTI interval. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 5.2.2    Uplink shared channel<br><br>Figure 5.2.2-1 shows the processing structure for the UL-SCH transport channel on one UL cell. Data arrives to the coding unit in the form of a maximum of two transport blocks every transmission time interval (TTI) per UL cell. The following coding steps can be identified for each transport block of an UL cell:<br><br>Source: 3GPP TS 36.212 V10.9.0 at 22.<br><br>### 5    Physical Layer for E-UTRA<br><br>Downlink and uplink transmissions are organized into radio frames with 10 ms duration. Two radio frame structures are supported:<br><br>   -  Type 1, applicable to FDD.<br><br>   -  Type 2, applicable to TDD.<br><br>Frame structure Type 1 is illustrated in Figure 5.1-1. Each 10 ms radio frame is divided into ten equally sized sub-frames. Each sub-frame consists of two equally sized slots. For FDD, 10 subframes are available for downlink transmission and 10 subframes are available for uplink transmissions in each 10 ms interval. Uplink and downlink transmissions are separated in the frequency domain.<br><br>…<br><br>The physical channels of E-UTRA are:<br><br>… |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | **Physical uplink control channel (PUCCH)**<br><br>- Carries Hybrid ARQ ACK/NAKs in response to downlink transmission;<br><br>- Carries Scheduling Request (SR);<br><br>- Carries CQI reports.<br><br>**Physical uplink shared channel (PUSCH)**<br><br>- Carries the UL-SCH.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 38-39.<br><br>## 11.1.2    Uplink Scheduling<br><br>In the uplink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation for uplink transmission when its downlink reception is enabled (activity governed by DRX when configured). When CA is configured, the same C-RNTI applies to all serving cells.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 93.<br><br>## 5.3    Physical uplink shared channel<br><br>… |

| U.S. Patent No. 11,032,000 (Claim 1) ||
| --- | --- |
| Claim 1 | Example Southwest Count VII Systems and Services |
|  | ### 5.3.4     Mapping to physical resources<br><br>For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),....,z^{(\tilde{p})}(M_{symb}^{ap}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{PUSCH}$ in order to conform to the transmit power $P_{PUSCH}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and<br><br>…<br><br>If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{PRB}=n_{VRB}$ where $n_{VRB}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4].<br><br>If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].<br><br>If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to<br><br>$$\tilde{n}_{PRB}(n_s)=\left(\tilde{n}_{VRB}+f_{hop}(i)\cdot N_{RB}^{sb}+\left(\left(N_{RB}^{sb}-1\right)-2\left(\tilde{n}_{VRB}\bmod N_{RB}^{sb}\right)\right)\cdot f_m(i)\right)\bmod\left(N_{RB}^{sb}\cdot N_{sb}\right)$$ $$i=\begin{cases}\lfloor n_s/2\rfloor & \text{inter}-\text{subframe hopping}\\ n_s & \text{intra and inter}-\text{subframe hopping}\end{cases}$$ $$n_{PRB}(n_s)=\begin{cases}\tilde{n}_{PRB}(n_s) & N_{sb}=1\\ \tilde{n}_{PRB}(n_s)+\lceil N_{RB}^{HO}/2\rceil & N_{sb}>1\end{cases}$$ $$\tilde{n}_{VRB}=\begin{cases}n_{VRB} & N_{sb}=1\\ n_{VRB}-\lceil N_{RB}^{HO}/2\rceil & N_{sb}>1\end{cases}$$<br><br>Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| [1.c] the transmitter and the processor are further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and | On information and belief, the Southwest Count Systems and Services include the transmitter and the processor further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval.<br><br>The UE transmits the sounding reference signal in different resource elements and symbols than those used for PUSCH transmission.<br><br>## 8.2     UE sounding procedure<br><br>A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types:<br><br>Source: 3GPP TS 36.213 V10.13.0 at 82. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 5.2  Slot structure and physical resources<br><br>### 5.2.1  Resource grid<br><br>The transmitted signal in each slot is described by one or several resource grids of $N_{\mathrm{RB}}^{\mathrm{UL}} N_{\mathrm{sc}}^{\mathrm{RB}}$ subcarriers and $N_{\mathrm{symb}}^{\mathrm{UL}}$<br><br>SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{\mathrm{RB}}^{\mathrm{UL}}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil<br><br>$$N_{\mathrm{RB}}^{\mathrm{min,UL}} \leq N_{\mathrm{RB}}^{\mathrm{UL}} \leq N_{\mathrm{RB}}^{\mathrm{max,UL}}$$<br><br>where $N_{\mathrm{RB}}^{\mathrm{min,UL}} = 6$ and $N_{\mathrm{RB}}^{\mathrm{max,UL}} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{\mathrm{RB}}^{\mathrm{UL}}$ is given by [7].<br><br>The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1.<br><br>An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout Section 5 when a sequential numbering of the antenna ports is necessary. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 

**Figure 5.2.1-1: Uplink resource grid.**

## 5.2.2    Resource elements

Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,...,N_{RB}^{UL}N_{sc}^{RB}-1$ and $l = 0,...,N_{symb}^{UL}-1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | <br>## 5.2.3    Resource blocks<br><br>A physical resource block is defined as $N_{\mathrm{symb}}^{\mathrm{UL}}$ consecutive SC-FDMA symbols in the time domain and $N_{\mathrm{sc}}^{\mathrm{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\mathrm{symb}}^{\mathrm{UL}}$ and $N_{\mathrm{sc}}^{\mathrm{RB}}$ are given by Table 5.2.3-1. A physical resource block in the uplink thus consists of $N_{\mathrm{symb}}^{\mathrm{UL}} \times N_{\mathrm{sc}}^{\mathrm{RB}}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain.<br><br>**Table 5.2.3-1: Resource block parameters.**<br><br>| Configuration | $N_{\mathrm{sc}}^{\mathrm{RB}}$ | $N_{\mathrm{symb}}^{\mathrm{UL}}$ |<br>| --- | --- | --- |<br>| Normal cyclic prefix | 12 | 7 |<br>| Extended cyclic prefix | 12 | 6 |<br><br>The relation between the physical resource block number $n_{\mathrm{PRB}}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by<br><br>$$n_{\mathrm{PRB}} = \left\lfloor \frac{k}{N_{\mathrm{sc}}^{\mathrm{RB}}} \right\rfloor$$<br><br># 5.3    Physical uplink shared channel<br><br>### 5.3.4    Mapping to physical resources |

| U.S. Patent No. 11,032,000 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0), \ldots, z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and |

- not used for transmission of reference signals, and

…

If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4].

If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].

If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to

$$\tilde{n}_{\text{PRB}}(n_s) = \left(\tilde{n}_{\text{VRB}} + f_{\text{hop}}(i) \cdot N_{\text{RB}}^{\text{sb}} + \left(\left(N_{\text{RB}}^{\text{sb}}-1\right) - 2\left(\tilde{n}_{\text{VRB}} \bmod N_{\text{RB}}^{\text{sb}}\right)\right) \cdot f_{\text{m}}(i)\right) \bmod(N_{\text{RB}}^{\text{sb}} \cdot N_{\text{sb}})$$

$$i = \begin{cases} \lfloor n_s/2 \rfloor & \text{inter} - \text{subframe hopping} \\ n_s & \text{intra and inter} - \text{subframe hopping} \end{cases}$$

$$n_{\text{PRB}}(n_s) = \begin{cases} \tilde{n}_{\text{PRB}}(n_s) & N_{sb} = 1 \\ \tilde{n}_{\text{PRB}}(n_s) + \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$

$$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb} = 1 \\ n_{\text{VRB}} - \lfloor N_{\text{RB}}^{\text{HO}}/2 \rfloor & N_{sb} > 1 \end{cases}$$

Source: 3GPP TS 36.211 V10.7.0 at 20-21.

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ## 5.4    Physical uplink control channel<br><br>The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field.<br><br>…<br><br>The physical resources used for PUCCH depends on two parameters, $N_{\mathrm{RB}}^{(2)}$ and $N_{\mathrm{cs}}^{(1)}$, given by higher layers. The variable $N_{\mathrm{RB}}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{\mathrm{cs}}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{\mathrm{cs}}^{(1)}$ is an integer multiple of $\Delta_{\mathrm{shift}}^{\mathrm{PUCCH}}$ within the range of $\{0, 1, \ldots, 7\}$, where $\Delta_{\mathrm{shift}}^{\mathrm{PUCCH}}$ is provided by higher layers. No mixed resource block is present if $N_{\mathrm{cs}}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{\mathrm{PUCCH}}^{(1,\tilde{p})}$, $n_{\mathrm{PUCCH}}^{(2,\tilde{p})} < N_{\mathrm{RB}}^{(2)} N_{\mathrm{sc}}^{\mathrm{RB}} + \left\lceil \dfrac{N_{\mathrm{cs}}^{(1)}}{8} \right\rceil \cdot (N_{\mathrm{sc}}^{\mathrm{RB}} - N_{\mathrm{cs}}^{(1)} - 2)$, and $n_{\mathrm{PUCCH}}^{(3,\tilde{p})}$, respectively.<br><br>### 5.4.1    PUCCH formats 1, 1a and 1b<br><br>For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this section, $d(0) = 1$ shall be assumed for PUCCH format 1.<br><br>The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by<br><br>$$n_p'(n_s) = \begin{cases} n_{\mathrm{PUCCH}}^{(1,\tilde{p})} & \text{if } n_{\mathrm{PUCCH}}^{(1,\tilde{p})} < c \cdot N_{\mathrm{cs}}^{(1)} / \Delta_{\mathrm{shift}}^{\mathrm{PUCCH}} \\ \left( n_{\mathrm{PUCCH}}^{(1,\tilde{p})} - c \cdot N_{\mathrm{cs}}^{(1)} / \Delta_{\mathrm{shift}}^{\mathrm{PUCCH}} \right) \bmod \left( c \cdot N_{\mathrm{sc}}^{\mathrm{RB}} / \Delta_{\mathrm{shift}}^{\mathrm{PUCCH}} \right) & \text{otherwise} \end{cases}$$ |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 5.4.3    Mapping to physical resources<br><br>The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Section 5.1.2.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. <mark>PUCCH uses one resource block in each of the two slots in a subframe.</mark> Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 12-13, 20-21, 26.<br><br>### 5.5    Reference signals<br><br>### 5.5.3    Sounding reference signal<br><br>#### 5.5.3.2    Mapping to physical resources<br><br>For all subframes other than special subframes, <mark>the sounding reference signal shall be transmitted in the last symbol of the subframe.</mark><br><br>Source: 3GPP TS 36.211 V10.7.0 at 27, 35, 37.<br><br>Signaled parameters from the network, for example srs-Bandwidth, are used to characterize the uplink Sounding Reference Signals.<br><br>### 5.5.3    Sounding reference signal |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 5.5.3.2    Mapping to physical resources

The sequence shall be multiplied with the amplitude scaling factor $\beta_{SRS}$ in order to conform to the transmit power $P_{SRS}$ specified in Section 5.1.3.1 in [4], and mapped in sequence starting with $r_{SRS}^{(\tilde{p})}(0)$ to resource elements $(k,l)$ on antenna port $p$ according to

$$a_{2 k^* + k_0^{(p)} , l}^{(p)} = \begin{cases} \dfrac{1}{\sqrt{N_{ap}}} \beta_{SRS} r_{SRS}^{(\tilde{p})}(k^*) & k^* = 0,1,\ldots,M_{sc,b}^{RS} - 1 \\ 0 & \text{otherwise} \end{cases}$$

where $N_{ap}$ is the number of antenna ports used for sounding reference signal transmission and the relation between the index $\tilde{p}$ and the antenna port $p$ is given by Table 5.2.1-1. The set of antenna ports used for sounding reference signal transmission is configured independently for periodic and each configuration of aperiodic sounding. The quantity $k_0^{(p)}$ is the frequency-domain starting position of the sounding reference signal and for $b = B_{SRS}$ and $M_{sc,b}^{RS}$ is the length of the sounding reference signal sequence defined as

$$M_{sc,b}^{RS} = m_{SRS,b} N_{sc}^{RB} / 2$$

where $m_{SRS,b}$ is given by Table 5.5.3.2-1 through Table 5.5.3.2-4 for each uplink bandwidth $N_{RB}^{UL}$. The cell-specific parameter srs-BandwidthConfig, $C_{SRS} \in \{0,1,2,3,4,5,6,7\}$ and the UE-specific parameter srs-Bandwidth, $B_{SRS} \in \{0,1,2,3\}$ are given by higher layers. For UpPTS, $m_{SRS,0}$ shall be reconfigured to $m_{SRS,0}^{max} = \max_{c \in C} \left\{ m_{SRS,0}^{c} \right\} \le \left( N_{RB}^{UL} - 6 N_{RA} \right)$ if this

Table 5.5.3.2-1: $m_{SRS,b}$ and $N_b$, $b = 0,1,2,3$, values for the uplink bandwidth of $6 \le N_{RB}^{UL} \le 40$.

| SRS bandwidth configuration | SRS-Bandwidth $B_{SRS} = 0$ | | SRS-Bandwidth $B_{SRS} = 1$ | | SRS-Bandwidth $B_{SRS} = 2$ | | SRS-Bandwidth $B_{SRS} = 3$ | |
|---|---|---|---|---|---|---|---|---|
| $C_{SRS}$ | $m_{SRS,0}$ | $N_0$ | $m_{SRS,1}$ | $N_1$ | $m_{SRS,2}$ | $N_2$ | $m_{SRS,3}$ | $N_3$ |
| 0 | 36 | 1 | 12 | 3 | 4 | 3 | 4 | 1 |
| 1 | 32 | 1 | 16 | 2 | 8 | 2 | 4 | 2 |
| 2 | 24 | 1 | 4 | 6 | 4 | 1 | 4 | 1 |
| 3 | 20 | 1 | 4 | 5 | 4 | 1 | 4 | 1 |
| 4 | 16 | 1 | 4 | 4 | 4 | 1 | 4 | 1 |
| 5 | 12 | 1 | 4 | 3 | 4 | 1 | 4 | 1 |
| 6 | 8 | 1 | 4 | 2 | 4 | 1 | 4 | 1 |
| 7 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 |

Source: 3GPP TS 36.211 V10.7.0 at 35-38. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | The SRS signal is used to estimate the uplink channel conditions. The UE transmits uplink physical signals in the same subframe(s) of a radio frame sent in a single TTI.<br><br>**7.2.2 SOUNDING REFERENCE SIGNALS**<br><br>    In contrast, SRS are transmitted on the uplink to allow for the base station to estimate the uplink *channel state* at different frequencies. The channel-state estimates can then, for<br><br>**7.2.2.1 Periodic SRS Transmission**<br><br>    Similar to DM-RS, different phase rotations, also for SRS referred to as "cyclic shifts" in the LTE specifications, can be used to generate different SRS that are orthogonal to each other. By assigning different phase rotations to different devices, multiple SRS can thus be transmitted in parallel in the same subframe, as illustrated by devices #1 and #2 in the upper part of Figure 7.17. However, it is then required that the reference signals span the same frequency range.<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G" (Academic Press 3d Ed. 2016) at 185, 187, 188.<br><br><br><br>Source: https://howltestuffworks.blogspot.com/2014/07/sounding-reference-signal-procedure.html. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
| --- | --- |
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| [1.d] the receiver and the processor are further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE. | On information and belief, the Southwest Count Systems and Services include the receiver and the processor further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.<br><br>The UE receives downlink control information (DCI) via PDCCH. The DCI includes uplink scheduling assignments based on the channel conditions measured using the received SRS.<br><br>9.1.1    PDCCH Assignment Procedure<br><br>subclause 6.8.1 in [3], where $N_{CCE,k}$ is the total number of CCEs in the control region of subframe $k$ . The UE shall monitor a set of PDCCH candidates on one or more activated serving cells as configured by higher layer signalling for control information in every non-DRX subframe, where monitoring implies attempting to decode each of the PDCCHs in the set according to all the monitored DCI formats.<br><br>Source: 3GPP TS 36.213 V10.13.0 at 94. |

## 6.8        Physical downlink control channel

### 6.8.1    PDCCH formats

The physical downlink control channel carries scheduling assignments and other control information. A physical control channel is transmitted on an aggregation of one or several consecutive control channel elements (CCEs), where a control channel element corresponds to 9 resource element groups. The number of resource-element groups not assigned to PCFICH or PHICH is $N_{REG}$. The CCEs available in the system are numbered from 0 to $N_{CCE} - 1$, where $N_{CCE} = \lfloor N_{REG} / 9 \rfloor$. The PDCCH supports multiple formats as listed in Table 6.8.1-1. A PDCCH consisting of $n$ consecutive CCEs may only start on a CCE fulfilling $i \bmod n = 0$, where $i$ is the CCE number.

Multiple PDCCHs can be transmitted in a subframe.

**Table 6.8.1-1: Supported PDCCH formats.**

| PDCCH format | Number of CCEs | Number of resource-element groups | Number of PDCCH bits |
|---|---|---|---|
| 0 | 1 | 9 | 72 |
| 1 | 2 | 18 | 144 |
| 2 | 4 | 36 | 288 |
| 3 | 8 | 72 | 576 |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 6.8.2   PDCCH multiplexing and scrambling<br><br>The block of bits $b^{(i)}(0),...,b^{(i)}(M_{\text{bit}}^{(i)}-1)$ on each of the control channels to be transmitted in a subframe, where $M_{\text{bit}}^{(i)}$ is the number of bits in one subframe to be transmitted on physical downlink control channel number $i$, shall be multiplexed, resulting in a block of bits<br>$b^{(0)}(0),...,b^{(0)}(M_{\text{bit}}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{\text{bit}}^{(1)}-1),...,b^{(n_{\text{PDCCH}}-1)}(0),...,b^{(n_{\text{PDCCH}}-1)}(M_{\text{bit}}^{(n_{\text{PDCCH}}-1)}-1)$, where $n_{\text{PDCCH}}$ is the number of PDCCHs transmitted in the subframe.<br><br>The block of bits $b^{(0)}(0),...,b^{(0)}(M_{\text{bit}}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{\text{bit}}^{(1)}-1),...,b^{(n_{\text{PDCCH}}-1)}(0),...,b^{(n_{\text{PDCCH}}-1)}(M_{\text{bit}}^{(n_{\text{PDCCH}}-1)}-1)$ shall be scrambled with a cell-specific sequence prior to modulation, resulting in a block of scrambled bits $\tilde{b}(0),...,\tilde{b}(M_{\text{tot}}-1)$ according to<br><br>$$\tilde{b}(i) = \left(b(i) + c(i)\right) \bmod 2$$<br><br>where the scrambling sequence $c(i)$ is given by Section 7.2. The scrambling sequence generator shall be initialised with $c_{\text{init}} = \lfloor n_s/2 \rfloor 2^9 + N_{\text{ID}}^{\text{cell}}$ at the start of each subframe.<br><br>CCE number $n$ corresponds to bits $b(72n),b(72n+1),...,b(72n+71)$. If necessary, <NIL> elements shall be inserted in the block of bits prior to scrambling to ensure that the PDCCHs starts at the CCE positions as described in [4] and to ensure that the length $M_{\text{tot}} = 8N_{\text{REG}} \geq \sum_{i=0}^{n_{\text{PDCCH}}-1} M_{\text{bit}}^{(i)}$ of the scrambled block of bits matches the amount of resource-element groups not assigned to PCFICH or PHICH. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 6.8.5  Mapping to resource elements<br><br>The mapping to resource elements is defined by operations on quadruplets of complex-valued symbols. Let $z^{(p)}(i) = \left\langle y^{(p)}(4i), y^{(p)}(4i+1), y^{(p)}(4i+2), y^{(p)}(4i+3) \right\rangle$ denote symbol quadruplet $i$ for antenna port $p$.<br><br>The block of quadruplets $z^{(p)}(0), ..., z^{(p)}(M_{\text{quad}}-1)$, where $M_{\text{quad}} = M_{\text{symb}}/4$, shall be permuted resulting in $w^{(p)}(0), ..., w^{(p)}(M_{\text{quad}}-1)$. The permutation shall be according to the sub-block interleaver in Section 5.1.4.2.1 of [3] with the following exceptions:<br><br>- the input and output to the interleaver is defined by symbol quadruplets instead of bits<br><br>- interleaving is performed on symbol quadruplets instead of bits by substituting the terms 'bit', 'bits' and 'bit sequence' in Section 5.1.4.2.1 of [3] by 'symbol quadruplet', 'symbol quadruplets' and 'symbol-quadruplet sequence', respectively<br><br>&lt;NULL&gt; elements at the output of the interleaver in [3] shall be removed when forming $w^{(p)}(0), ..., w^{(p)}(M_{\text{quad}}-1)$. Note that the removal of &lt;NULL&gt; elements does not affect any &lt;NIL&gt; elements inserted in Section 6.8.2.<br><br>The block of quadruplets $w^{(p)}(0), ..., w^{(p)}(M_{\text{quad}}-1)$ shall be cyclically shifted, resulting in $\overline{w}^{(p)}(0), ..., \overline{w}^{(p)}(M_{\text{quad}}-1)$ where $\overline{w}^{(p)}(i) = w^{(p)}\left((i + N_{\text{ID}}^{\text{cell}}) \bmod M_{\text{quad}}\right)$.<br><br>Mapping of the block of quadruplets $\overline{w}^{(p)}(0), ..., \overline{w}^{(p)}(M_{\text{quad}}-1)$ is defined in terms of resource-element groups, specified in Section 6.2.4, according to steps 1–10 below:<br><br>1)  Initialize $m' = 0$ (resource-element group number)<br><br>2)  Initialize $k' = 0$ |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 3) Initialize $l' = 0$

4) If the resource element $(k', l')$ represents a resource-element group and the resource-element group is not assigned to PCFICH or PHICH then perform step 5 and 6, else go to step 7

5) Map symbol-quadruplet $\overline{w}^{(p)}(m')$ to the resource-element group represented by $(k', l')$ for each antenna port $p$

6) Increase $m'$ by 1

7) Increase $l'$ by 1

8) Repeat from step 4 if $l' < L$, where $L$ corresponds to the number of OFDM symbols used for PDCCH transmission as indicated by the sequence transmitted on the PCFICH

9) Increase $k'$ by 1

10) Repeat from step 3 if $k' < N_{RB}^{DL} \cdot N_{sc}^{RB}$

Source: 3GPP TS 36.211 V10.7.0 at 67-69.

## 6.10    Reference signals

Five types of downlink reference signals are defined:

- Cell-specific reference signals (CRS)

- MBSFN reference signals

- UE-specific reference signals (DM-RS)

- Positioning reference signals (PRS)

- CSI reference signals (CSI-RS)

There is one reference signal transmitted per downlink antenna port. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 6.10.1.2       Mapping to resource elements<br><br>Figures 6.10.1.2-1 and 6.10.1.2-2 illustrate the resource elements used for reference signal transmission according to the above definition. The notation $R_p$ is used to denote a resource element used for reference signal transmission on antenna port $p$ . |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | <br>Figure 6.10.1.2-1. Mapping of downlink reference signals (normal cyclic prefix). |

| U.S. Patent No. 11,032,000 (Claim 1) | |
| --- | --- |
| Claim 1 | Example Southwest Count VII Systems and Services |



**Figure 6.10.1.2-2. Mapping of downlink reference signals (extended cyclic prefix).**

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | ### 6.10.3    UE-specific reference signals<br><br>UE-specific reference signals are supported for transmission of PDSCH and are transmitted on antenna port(s) $p=5$, $p=7$, $p=8$ or $p=7,8,...,\upsilon+6$, where $\upsilon$ is the number of layers used for transmission of the PDSCH. UE-specific reference signals are present and are a valid reference for PDSCH demodulation only if the PDSCH transmission is associated with the corresponding antenna port according to Section 7.1 of [4]. UE-specific reference signals are transmitted only on the resource blocks upon which the corresponding PDSCH is mapped. The UE-specific reference signal is not transmitted in resource elements $(k,l)$ in which one of the physical channels or physical signals other than UE-specific reference signal defined in 6.1 are transmitted using resource elements with the same index pair $(k,l)$ regardless of their antenna port $p$.<br><br>### 6.10.3.2    Mapping to resource elements<br><br>For antenna port 5, in a physical resource block with frequency-domain index $n_{\mathrm{PRB}}$ assigned for the corresponding PDSCH transmission, the reference signal sequence $r_{n_s}(m)$ shall be mapped to complex-valued modulation symbols $a_{k,l}^{(p)}$ with $p=5$ in a subframe according to:<br><br><br><br>Figure 6.10.3.2-1: Mapping of UE-specific reference signals, antenna port 5 (normal cyclic prefix). |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | <br><br>Figure 6.10.3.2-2: Mapping of UE-specific reference signals, antenna port 5 (extended cyclic prefix).<br><br>Source: 3GPP TS 36.211 V10.7.0 at 73-82.<br><br>**7.2.2 SOUNDING REFERENCE SIGNALS**<br><br>The DM-RS discussed in Section 7.2.1 are intended to be used by the base station for channel estimation to allow for coherent demodulation of uplink physical channels (PUSCH or PUCCH). A DM-RS is always transmitted together with and spanning the same frequency range as the corresponding physical channel.<br><br>In contrast, SRS are transmitted on the uplink to allow for the base station to estimate the uplink *channel state* at different frequencies. The channel-state estimates can then, for example, be used by the base-station scheduler to assign resource blocks of instantaneously good quality for uplink PUSCH transmission from the specific device (uplink channel-dependent scheduling). They can also be used to select different transmission parameters<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G," (Academic Press 3d Ed. 2016) at 185.<br><br>PDCCH is transmitted in the first symbols of a first time slot of a subframe, where a physical downlink shared channel is transmitted in the remaining symbols of the first slot and in a second slot of the subframe. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| |  ■ PSCH (Primary Synchronization Channel)<br>□ SSCH (Secondary Synchronization Channel)<br>□ PBCH (Physical Broadcast Channel)<br>■ RS (cell-specific Reference Signal) for selected Tx antenna port<br><br>■ PCFICH (Physical Control Format Indicator Channel)<br>■ PHICH (Physical Hybrid ARQ (Automatic Repeat reQuest) Indicator Channel)<br>■ PDCCH (Physical Downlink Control Channel)<br>□ Available for PDSCH (Physical Downlink Shared Channel)<br><br>Source: https://www.sharetechnote.com/html/FrameStructure_DL.html. |

The second slot of each downlink subframe does not include PDCCH.



Source: https://www.sharetechnote.com/html/FrameStructure_DL.html.

DCI Format 0 contains different fields and a different number of bits (45 bits in this example) than DCI Format 4 (53 bits in this example).

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | **6.4.3 PHYSICAL DOWNLINK CONTROL CHANNEL** <br><br> The PDCCH is used to carry downlink control information (DCI) such as scheduling decisions and power-control commands. More specifically, the DCI can include: <br><br> **Table 6.4 DCI Formats** <br><br> <table><tr><td></td><td>DCI Format</td><td>Example Size (Bits)</td><td>Usage</td></tr><tr><td>Uplink</td><td>0</td><td>45</td><td>Uplink scheduling grant</td></tr><tr><td></td><td>4</td><td>53</td><td>Uplink scheduling grant with spatial multiplexing</td></tr><tr><td></td><td>6-0A, 6-0B</td><td>46, 36</td><td>Uplink scheduling grant for eMTC devices (see Chapter 20)</td></tr><tr><td>Downlink</td><td>1C</td><td>31</td><td>Special purpose compact assignment</td></tr><tr><td></td><td>1A</td><td>45</td><td>Contiguous allocations only</td></tr><tr><td></td><td>1B</td><td>46</td><td>Codebook-based beam-forming using CRS</td></tr><tr><td></td><td>1D</td><td>46</td><td>MU-MIMO using CRS</td></tr><tr><td></td><td>1</td><td>55</td><td>Flexible allocations</td></tr><tr><td></td><td>2A</td><td>64</td><td>Open-loop spatial multiplexing using CRS</td></tr><tr><td></td><td>2B</td><td>64</td><td>Dual-layer transmission using DM-RS (TM8)</td></tr><tr><td></td><td>2C</td><td>66</td><td>Multi-layer transmission using DM-RS (TM9)</td></tr><tr><td></td><td>2D</td><td>68</td><td>Multi-layer transmission using DM-RS (TM10)</td></tr><tr><td></td><td>2</td><td>67</td><td>Closed-loop spatial multiplexing using CRS</td></tr><tr><td></td><td>6-1A, 6-1B</td><td>46, 36</td><td>Downlink scheduling grants for eMTC devices (see Chapter 20)</td></tr><tr><td>Special</td><td>3, 3A</td><td>45</td><td>Power control commands</td></tr><tr><td></td><td>5</td><td></td><td>Sidelink operation (see Chapter 21)</td></tr><tr><td></td><td>6-2</td><td></td><td>Paging/direct indication for eMTC devices (see Chapter 20)</td></tr></table> <br><br> Source: "4G, LTE-Advanced Pro and The Road to 5G," (Academic Press 3d Ed. 2016) at 138. <br><br> The number of bits sent over the PDCCH depends on the number of fields in the DCI. In the example of FDD single-carrier with SRS request and 100 RBs, the DCI Format 0 message includes the fields shown and 45 bits. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 5.3.3.1.1          Format 0<br><br>DCI format 0 is used for the scheduling of PUSCH in one UL cell.<br><br>The following information is transmitted by means of the DCI format 0:<br><br>- Flag for format0/format1A differentiation – 1 bit, where value 0 indicates format 0 and value 1 indicates format 1A<br><br>- Frequency hopping flag – 1 bit as defined in section 8.4 of [3]. This field is used as the MSB of the corresponding resource allocation field for resource allocation type 1.<br><br>- Resource block assignment and hopping resource allocation – $\left\lceil \log_2 (N_{RB}^{UL} (N_{RB}^{UL}+1)/2) \right\rceil$ bits<br><br>- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]<br><br>- New data indicator – 1 bit<br><br>- TPC command for scheduled PUSCH – 2 bits as defined in section 5.1.1.1 of [3]<br><br>- Cyclic shift for DM RS and OCC index – 3 bits as defined in section 5.5.2.1.1 of [2]<br><br>- CSI request – 1 or 2 bits as defined in section 7.2.1 of [3]. The 2-bit field applies to UEs that are configured with more than one DL cell and when the corresponding DCI format is mapped onto the UE specific search space given by the C-RNTI as defined in [3]; otherwise the 1-bit field applies<br><br>- SRS request – 0 or 1 bit. This field can only be present in DCI formats scheduling PUSCH which are mapped onto the UE specific search space given by the C-RNTI as defined in [3]. The interpretation of this field is provided in section 8.2 of [3]<br><br>- Resource allocation type – 1 bit. This field is only present if $N_{RB}^{UL} \le N_{RB}^{DL}$. The interpretation of this field is provided in section 8.1 of [3]<br><br>Source: 3GPP TS 36.212 V10.9.0 at 57-58.<br><br>For the same example of FDD single-carrier with 100 RBs, DCI Format 4 includes the shown fields and 53 bits. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | 5.3.3.1.8    Format 4<br><br>DCI format 4 is used for the scheduling of PUSCH in one UL cell with multi-antenna port transmission mode.<br><br>The following information is transmitted by means of the DCI format 4:<br><br>- Resource block assignment - $\max\left(\left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2)\right\rceil, \left\lceil \log_2\left(\binom{\lceil N_{RB}^{UL}/P+1\rceil}{4}\right)\right\rceil\right)$ bits, where $P$ is the<br>UL RBG size as defined in section 8.1.2 of [3]<br><br>- TPC command for scheduled PUSCH – 2 bits as defined in section 5.1.1.1 of [3]<br><br>- Cyclic shift for DM RS and OCC index – 3 bits as defined in section 5.5.2.1.1 of [2]<br><br>- CSI request – 1 or 2 bits as defined in section 7.2.1 of [3]. The 2-bit field applies to UEs that are configured with more than one DL cell; otherwise the 1-bit field applies<br><br>- SRS request – 2 bits as defined in section 8.2 of [3]<br><br>- Resource allocation type – 1 bit as defined in section 8.1 of [3]<br><br>In addition, for transport block 1:<br><br>- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]<br><br>- New data indicator – 1 bit<br><br>In addition, for transport block 2:<br><br>- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]<br><br>- New data indicator – 1 bit<br><br>Precoding information and number of layers: number of bits as specified in Table 5.3.3.1.8-1. Bit field as shown in Table 5.3.3.1.8-2 and Table 5.3.3.1.8- 3. Note that TPMI for 2 antenna ports indicates which codebook index is to be used in Table 5.3.3A.2-1 of [2], and TPMI for 4 antenna ports indicates which codebook index is to be used in Table 5.3.3A.2-2, Table 5.3.3A.2-3, Table 5.3.3A.2-4 and Table 5.3.3A.2-5 of [2]. If both transport blocks are enabled, transport block 1 is mapped to codeword 0; and transport block 2 is mapped to codeword 1. In case one of the transport blocks is disabled, the transport block to codeword mapping is specified according to Table 5.3.3.1.5-2. For a single enabled codeword, indices 24 to 39 in Table 5.3.3.1.8-3 are only supported for retransmission of the corresponding transport block if that transport block has previously been transmitted using two layers.<br><br>Source: 3GPP TS 36.212 V10.9.0 at 72-73.<br><br>For the same example of FDD single-carrier with 100 RBs, DCI Format 4 includes the shown fields and 53 bits. |

| U.S. Patent No. 11,032,000 (Claim 1) | |
|---|---|
| **Claim 1** | **Example Southwest Count VII Systems and Services** |
| | Table 5.3.3.1.8-1: Number of bits for precoding information. |

Table 5.3.3.1.8-1: Number of bits for precoding information.

| Number of antenna ports at UE | Number of bits for precoding information |
|---|---|
| 2 | 3 |
| 4 | 6 |

Table 5.3.3.1.8-2: Content of precoding information field for 2 antenna ports

| One codeword: Codeword 0 enabled Codeword 1 disabled | | Two codewords: Codeword 0 enabled Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 1 layer: TPMI=0 | 0 | 2 layers: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1-7 | reserved |
| 2 | 1 layer: TPMI=2 | | |
| ... | ... | | |
| 5 | 1 layer: TPMI=5 | | |
| 6-7 | reserved | | |

Table 5.3.3.1.8-3: Content of precoding information field for 4 antenna ports

| One codeword: Codeword 0 enabled Codeword 1 disabled | | Two codewords: Codeword 0 enabled Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 1 layer: TPMI=0 | 0 | 2 layers: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1 | 2 layers: TPMI=1 |
| ... | ... | ... | ... |
| 23 | 1 layer: TPMI=23 | 15 | 2 layers: TPMI=15 |
| 24 | 2 layers: TPMI=0 | 16 | 3 layers: TPMI=0 |
| 25 | 2 layers: TPMI=1 | 17 | 3 layers: TPMI=1 |
| ... | ... | ... | ... |
| 39 | 2 layers: TPMI=15 | 27 | 3 layers: TPMI=11 |
| 40-63 | reserved | 28 | 4 layers: TPMI=0 |
| | | 29 - 63 | Reserved |

Source: 3GPP TS 36.212 V10.9.0 at 72-73.

46

# Exhibit D

**Exhibit 11 to**
**Intellectual Ventures I LLC's and Intellectual Ventures II LLC's**
**Second Amended Preliminary Infringement Contentions**

**Infringement Claim Chart of**
**U.S. Patent No. 11,032,000 ("the '000 Patent")**

The Accused Systems and Services include without limitation Southwest systems and services that utilize LTE cellular functionality; all past, current, and future systems and services that operate in the same or substantially similar manner as the specifically identified systems and services; and all past, current, and future Southwest systems and services that have the same or substantially similar features as the specifically identified systems and services ("Example Southwest Count X Systems and Services" or "Southwest Systems and Services").[1]

On information and belief, Southwest's Systems and Services directly infringe the asserted claims of the '000 Patent, either literally or under the doctrine of equivalents, through at least using LTE in its airplanes. In addition, Southwest directly infringes the '000 Patent by testing the Southwest Systems and Services. On information and belief, Southwest, with knowledge at least since the time of filing the complaint, also indirectly infringes the '000 Patent by inducing its employees and customers to use Southwest Systems and Services, and provides documents that include instructions regarding how to use Southwest Systems and Services in an infringing manner. On information and belief, Southwest provides instructions on how to use the Southwest Systems and Services in an infringing manner, the use of which results in infringement of the '000 Patent claims. On information and belief, Southwest also indirectly infringes by contributorily infringing the '000 Patent by selling, offering to sell, or importing components used in the Southwest Systems and Services that do not have substantial non-infringing uses.

Consistent with this Court's Standing Order Governing Proceedings (OGP), IV identifies systems and services that provide LTE, as used in Southwest's systems and offerings, as the Accused Instrumentality. Information regarding how specifically Southwest implements LTE, including for which products and offerings, is generally not public. IV intends to obtain discovery regarding how LTE is used and implemented in Southwest products and services and will update its infringement positions once this discovery is completed.

IV does not intend this exemplary claim chart to be limiting, and IV reserves its rights to pursue other accused instrumentalities, patent claims, evidence, and infringement arguments in this case. Discovery has yet to begin, and this case is still in its initial stages. Accordingly, IV reserves the right to amend and/or supplement these contentions to the full extent allowed by the Court, including but not limited to, incorporating additional information, claims, theories, and / or accused products.

---

[1] Plaintiffs do not accuse Southwest Systems and Services, to the extent such Southwest Systems and Services have a license to Plaintiffs' patents that covers Defendant's activities. Plaintiffs will provide relevant license agreements for cellular providers in discovery, to the extent any such license agreements exist and have not already been produced. To the extent any of these licenses are relevant to Defendant's activities, Plaintiffs will meet and confer with Defendant about the impact of such license(s).

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| [1.pre]. A user equipment (UE) comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count X Systems and Services include a user equipment (UE). |
| | On information and belief, Southwest airplanes are installed with an Aircraft Interface Device (AID) that provides LTE ground connectivity and acts as a UE in an LTE network. |
| | An Aircraft Interface Device (AID) is a hardware system that allows communication between an Electronic Flight Bag (EFB) and an aircraft data bus.  AID allows information about the aircraft's position and speed to be obtained from its avionics by registering to the ARINC 717 and ARINC 429 data buses. This device offers certain features, such as automatic update of flight planning and weather information updates on the flight. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478.[2] |
| | North America held the largest global aircraft interface device market share in the base year. The North American market was valued at USD 13.17 million in 2023. The market's growth is attributed to the rise in aircraft fleet and airlines in the region. The presence of major airlines, such as American Airlines, Delta Airlines, Southwest Airlines, and others will give a boost to the market growth in the region. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478. |
| | The carrier's multi-year contract with AvioBook provides Southwest with the most innovative technology platform on the market. The deal includes the only fully-integrated Electronic Flight Bag (EFB) and Electronic Logbook (eLB) solution on the market to improve efficiency throughout the operation. Southwest has also signed an agreement to equip the world's largest all Boeing 737 NG fleet with AvioBook's Aircraft Interface Device (AID), known as AvioCast. Once installed, it will provide real time aircraft data to various operational groups. AvioBook's comprehensive suite of software and hardware is designed to further mitigate safety risks, enhance compliance, add technology redundancy and resiliency, and increase environmental sustainability, all while enabling shorter turn times. |
| | Source: https://www.thalesgroup.com/en/worldwide/aerospace/press_release/southwest-airlines-signs-historic-deal-aviobooks-technology. |

---

[2] Unless otherwise noted, all sources cited in this document were publicly accessible as of the filing date of the Complaint.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **Stay connected with real-time information** ︿<br><br>Dealing with an unexpected event like an in-flight diversion? With AvioCast, you can upload valuable information like in-flight weather, fuel information and a new flight plan directly onto your EFB. AvioCast uses an international 4G modem on the ground or SATCOM in-flight to provide the EFB with a **Wireless Access Point (WAP)** throughout the entire operation.<br><br>Source: https://aviobook.aero/products/aviocast/benefits.<br><br>Aviocast applications and avionics<br><br>Remi further explains that Aviobook provides internet access within the cockpit regardless of where the aircraft is, a satcom connection if the aircraft is in flight. The Aviocast box is connected to an avionics computer located with the bay of the aircraft, ands then to satcom to provide inflight connectivity, a 4G modem connects the system while it on the ground and it generates a wifi network to which the mobile devices used by the different crew connect to as alluded to above. This enables the connected aircraft operations.<br><br>Source: https://www.devicechronicle.com/avionics (annotation added). |

4

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  The solution architecture for the Aviocast. Source: https://www.devicechronicle.com/avionics (annotation added). |
| [1.a] a receiver and a processor are configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical | On information and belief, the Southwest Count X Systems and Services include a receiver and a processor configured to receive resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources.<br><br>In LTE, a UE is configured to receive radioResourceConfigDedicated IE, which includes PhysicalConfigDedicated IE that further includes SoundingRS-UL-Config IE. This configuration |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| signal and a physical uplink shared channel have different resources; | indicates the UE's SRS resources for transmission.<br><br>7.2    RRC protocol states & state transitions<br><br>- **RRC_CONNECTED:**<br><br>  - UE has an E-UTRAN-RRC connection;<br><br>  - UE has context in E-UTRAN;<br><br>  - E-UTRAN knows the cell which the UE belongs to;<br><br>  - Network can transmit and/or receive data to/from UE;<br><br>  - Network controlled mobility (handover and inter-RAT cell change order to GERAN with NACC);<br><br>  - Neighbour cell measurements;<br><br>  - At PDCP/RLC/MAC level:<br><br>    - UE can transmit and/or receive data to/from network;<br><br>    - UE monitors control signalling channel for shared data channel to see if any transmission over the shared data channel has been allocated to the UE;<br><br>    - UE also reports channel quality information and feedback information to eNB;<br><br>    - DRX period can be configured according to UE activity level for UE power saving and efficient resource utilization. This is under control of the eNB.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 56. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 5.3.3.4        Reception of the *RRCConnectionSetup* by the UE<br><br>NOTE:      Prior to this, lower layer signalling is used to allocate a C-RNTI. For further details see TS 36.321 [6];<br><br>The UE shall:<br><br>1> perform the radio resource configuration procedure in accordance with the received *radioResourceConfigDedicated* and as specified in 5.3.10;<br><br>1> if stored, discard the cell reselection priority information provided by the *idleModeMobilityControlInfo* or inherited from another RAT;<br><br>1> stop timer T300;<br><br>1> stop timer T302, if running;<br><br>1> stop timer T303, if running;<br><br>1> stop timer T305, if running;<br><br>1> stop timer T306, if running;<br><br>1> perform the actions as specified in 5.3.3.7;<br><br>1> stop timer T320, if running;<br><br>1> enter RRC_CONNECTED;<br><br>Source: 3GPP TS 36.331 V10.22.0 at 42.<br><br>–        *RadioResourceConfigDedicated*<br><br>The IE *RadioResourceConfigDedicated* is used to setup/modify/release RBs, to modify the MAC main configuration, to modify the SPS configuration and to modify dedicated physical configuration. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  Source: 3GPP TS 36.331 V10.22.0 at 178, 188, 194. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 8.2    UE sounding procedure<br><br>A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types:<br><br>- trigger type 0: higher layer signalling<br><br>- trigger type 1: DCI formats 0/4/1A for FDD and TDD and DCI formats 2B/2C for TDD.<br><br>In case both trigger type 0 and trigger type 1 SRS transmissions would occur in the same subframe in the same serving cell, the UE shall only transmit the trigger type 1 SRS transmission.<br><br>A UE may be configured with SRS parameters for trigger type 0 and trigger type 1 on each serving cell. The following SRS parameters are serving cell specific and semi-statically configurable by higher layers for trigger type 0 and for trigger type 1.<br><br>• Transmission comb $\bar{k}_{TC}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• Starting physical resource block assignment $n_{RRC}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• *duration*: single or indefinite (until disabled), as defined in [11] for trigger type 0<br><br>• *srs-ConfigIndex* $I_{SRS}$ for SRS periodicity $T_{SRS}$ and SRS subframe offset $T_{offset}$ , as defined in Table 8.2-1 and Table 8.2-2 for trigger type 0 and SRS periodicity $T_{SRS,1}$ and SRS subframe offset $T_{offset,1}$ , as defined in Table 8.2-4 and Table 8.2-5 trigger type 1<br><br>• SRS bandwidth $B_{SRS}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• Frequency hopping bandwidth, $b_{hop}$ , as defined in Section 5.5.3.2 of [3] for trigger type 0<br><br>• Cyclic shift $n_{SRS}^{cs}$ , as defined in Section 5.5.3.1 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>Source: 3GPP TS 36.331 V10.7.0 at 80. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 9.2.4     Default physical channel configuration

Parameters

| Name | Value | Semantics description | Ver |
|---|---|---|---|
| *PDSCH-ConfigDedicated* | | | |
| *>p-a* | dB0 | | |
| *PUCCH-ConfigDedicated* | | | |
| *> tdd-AckNackFeedbackMode* | bundling | Only valid for TDD mode | |
| *>ackNackRepetition* | release | | |
| *PUSCH-ConfigDedicated* | | | |
| *>betaOffset-ACK-Index* | 10 | | |
| *>betaOffset-RI-Index* | 12 | | |
| *>betaOffset-CQI-Index* | 15 | | |
| *UplinkPowerControlDedicated* | | | |
| *>p0-UE-PUSCH* | 0 | | |
| *>deltaMCS-Enabled* | en0 (disabled) | | |
| *>accumulationEnabled* | TRUE | | |
| *>p0-UE-PUCCH* | 0 | | |
| *>pSRS-Offset* | 7 | | |
| *> filterCoefficient* | fc4 | | |
| *tpc-pdcch-ConfigPUCCH* | release | | |
| *tpc-pdcch-ConfigPUSCH* | release | | |
| *CQI-ReportConfig* | | | |
| *> CQI-ReportPeriodic* | release | | |
| *> cqi-ReportModeAperiodic* | N/A | | |
| *> nomPDSCH-RS-EPRE-Offset* | N/A | | |
| *SoundingRS-UL-ConfigDedicated* | release | | |
| *AntennaInfoDedicated* | | | |
| *>transmissionMode* | tm1, tm2 | If the number of PBCH antenna ports is one, tm1 is used as default; otherwise tm2 is used as default | |
| *>codebookSubsetRestriction* | N/A | | |
| *>ue-TransmitAntennaSelection* | release | | |
| *SchedulingRequestConfig* | release | | |

Source: 3GPP TS 36.331 V10.22.0 at 263. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | The physical uplink shared channel (PUSCH) is transmitted by the UE with resources elements that are different from SRS resources. <br><br> ## 5.2     Slot structure and physical resources <br><br> ### 5.2.1    Resource grid <br><br> The transmitted signal in each slot is described by one or several resource grids of $N_{\mathrm{RB}}^{\mathrm{UL}} N_{\mathrm{sc}}^{\mathrm{RB}}$ subcarriers and $N_{\mathrm{symb}}^{\mathrm{UL}}$ SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{\mathrm{RB}}^{\mathrm{UL}}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil <br><br> $$N_{\mathrm{RB}}^{\mathrm{min,UL}} \leq N_{\mathrm{RB}}^{\mathrm{UL}} \leq N_{\mathrm{RB}}^{\mathrm{max,UL}}$$ <br><br> where $N_{\mathrm{RB}}^{\mathrm{min,UL}} = 6$ and $N_{\mathrm{RB}}^{\mathrm{max,UL}} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{\mathrm{RB}}^{\mathrm{UL}}$ is given by [7]. <br><br> The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1. <br><br> An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout Section 5 when a sequential numbering of the antenna ports is necessary. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  Figure 5.2.1-1: Uplink resource grid.<br><br>## 5.2.2    Resource elements<br><br>Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,...,N_{RB}^{UL}N_{sc}^{RB} - 1$ and $l = 0,...,N_{symb}^{UL} - 1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) |
|---|
| **Claim(s)** · **Example Southwest Count X Systems and Services** |

| Claim(s) | Example Southwest Count X Systems and Services |
|---|---|
| | ### 5.2.3  Resource blocks |

A physical resource block is defined as $N_{\text{symb}}^{\text{UL}}$ consecutive SC-FDMA symbols in the time domain and

$N_{\text{sc}}^{\text{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\text{symb}}^{\text{UL}}$ and $N_{\text{sc}}^{\text{RB}}$ are given by Table 5.2.3-1. A physical resource block in the uplink thus consists of $N_{\text{symb}}^{\text{UL}} \times N_{\text{sc}}^{\text{RB}}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain.

**Table 5.2.3-1: Resource block parameters.**

| Configuration | $N_{\text{sc}}^{\text{RB}}$ | $N_{\text{symb}}^{\text{UL}}$ |
|---|---|---|
| Normal cyclic prefix | 12 | 7 |
| Extended cyclic prefix | 12 | 6 |

The relation between the physical resource block number $n_{\text{PRB}}$ in the frequency domain and resource elements $(k, l)$ in a slot is given by

$$n_{\text{PRB}} = \left\lfloor \frac{k}{N_{\text{sc}}^{\text{RB}}} \right\rfloor$$

## 5.3  Physical uplink shared channel

### 5.3.4  Mapping to physical resources

14

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| :---: | :---: |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),\ldots,z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and |

- not used for transmission of reference signals, and

…

If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4].

If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].

If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_{\text{s}}$ is given by the scheduling grant together with a predefined pattern according to

$$\tilde{n}_{\text{PRB}}(n_{\text{s}}) = \left(\tilde{n}_{\text{VRB}} + f_{\text{hop}}(i)\cdot N_{\text{RB}}^{\text{sb}} + \left(\left(N_{\text{RB}}^{\text{sb}}-1\right) - 2\left(\tilde{n}_{\text{VRB}} \bmod N_{\text{RB}}^{\text{sb}}\right)\right)\cdot f_{\text{m}}(i)\right) \bmod (N_{\text{RB}}^{\text{sb}}\cdot N_{\text{sb}})$$

$$i = \begin{cases} \lfloor n_{\text{s}}/2 \rfloor & \text{inter}-\text{subframe hopping} \\ n_{\text{s}} & \text{intra and inter}-\text{subframe hopping} \end{cases}$$

$$n_{\text{PRB}}(n_{\text{s}}) = \begin{cases} \tilde{n}_{\text{PRB}}(n_{\text{s}}) & N_{sb}=1 \\ \tilde{n}_{\text{PRB}}(n_{\text{s}}) + \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb}>1 \end{cases}$$

$$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb}=1 \\ n_{\text{VRB}} - \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb}>1 \end{cases}$$

Source: 3GPP TS 36.211 V10.7.0 at 20-21.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 5.4 Physical uplink control channel<br><br>The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field.<br><br>…<br><br>The physical resources used for PUCCH depends on two parameters, $N_{RB}^{(2)}$ and $N_{cs}^{(1)}$, given by higher layers. The variable $N_{RB}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{cs}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{cs}^{(1)}$ is an integer multiple of $\Delta_{shift}^{PUCCH}$ within the range of $\{0, 1, \ldots, 7\}$, where $\Delta_{shift}^{PUCCH}$ is provided by higher layers. No mixed resource block is present if $N_{cs}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{PUCCH}^{(1,\tilde{p})}$, $n_{PUCCH}^{(2,\tilde{p})} < N_{RB}^{(2)} N_{sc}^{RB} + \left\lceil \frac{N_{cs}^{(1)}}{8} \right\rceil \cdot (N_{sc}^{RB} - N_{cs}^{(1)} - 2)$, and $n_{PUCCH}^{(3,\tilde{p})}$, respectively.<br><br>## 5.4.1 PUCCH formats 1, 1a and 1b<br><br>For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this section, $d(0) = 1$ shall be assumed for PUCCH format 1.<br><br>The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by<br><br>$$n'_{\tilde{p}}(n_s) = \begin{cases} n_{PUCCH}^{(1,\tilde{p})} & \text{if } n_{PUCCH}^{(1,\tilde{p})} < c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH} \\ \left(n_{PUCCH}^{(1,\tilde{p})} - c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH}\right) \bmod \left(c \cdot N_{sc}^{RB} / \Delta_{shift}^{PUCCH}\right) & \text{otherwise} \end{cases}$$ |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.4.3  Mapping to physical resources<br><br>The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Section 5.1.2.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. PUCCH uses one resource block in each of the two slots in a subframe. Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 12-13, 20-21, 26.<br><br><br>### 5.5.3  Sounding reference signal |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.5.3.1    Sequence generation<br><br>The sounding reference signal sequence $r_{\text{SRS}}^{(\tilde{p})}(n) = r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ is defined by Section 5.5.1, where $u$ is the PUCCH sequence-group number defined in Section 5.5.1.3 and $v$ is the base sequence number defined in Section 5.5.1.4. The cyclic shift $\alpha_{\tilde{p}}$ of the sounding reference signal is given as<br><br>$$\alpha_{\tilde{p}} = 2\pi \frac{n_{\text{SRS}}^{\text{cs},\tilde{p}}}{8}$$<br><br>$$n_{\text{SRS}}^{\text{cs},\tilde{p}} = \left( n_{\text{SRS}}^{\text{cs}} + \frac{8\tilde{p}}{N_{\text{ap}}} \right) \bmod 8 \,,$$<br><br>$$\tilde{p} \in \{0,1,...,N_{\text{ap}} - 1\}$$<br><br>where $n_{\text{SRS}}^{\text{cs}} = \{0,1,2,3,4,5,6,7\}$ is configured separately for periodic and each configuration of aperiodic sounding by the higher-layer parameters *cyclicShift* and *cyclicShift-ap*, respectively, for each UE and $N_{\text{ap}}$ is the number of antenna ports used for sounding reference signal transmission.<br><br>### 5.5.3.2    Mapping to physical resources<br><br>For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 35-36. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | *8.7.2* **Sounding Reference Signal**<br><br>The mobile usually sends the sounding reference signal in the last symbol of the subframe, as shown in Figure 8.11. In TDD mode, it can also send the signal in the<br><br><br><br>**Figure 8.11**  Example resource element mapping for the sounding reference signal, using a normal cyclic prefix.<br><br>Source: C. Cox, "An Introduction to LTE" (Wiley 2012), § 8.7.2 at 144. |
| [1.b] a transmitter and the processor are configured to send, over the physical uplink shared channel, data in assigned time intervals; | On information and belief, the Southwest Count X Systems and Services include a transmitter and the processor configured to send, over the physical uplink shared channel, data in assigned time intervals.<br><br>The UE transmits data on PUSCH in form of subframes in each TTI interval.<br><br>**5.2.2     Uplink shared channel**<br><br>Figure 5.2.2-1 shows the processing structure for the UL-SCH transport channel on one UL cell. Data arrives to the coding unit in the form of a maximum of two transport blocks every transmission time interval (TTI) per UL cell. The following coding steps can be identified for each transport block of an UL cell:<br><br>Source: 3GPP TS 36.212 V10.9.0 at 22. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| Claim(s) | Example Southwest Count X Systems and Services |
|---|---|
| | **5    Physical Layer for E-UTRA**<br><br>Downlink and uplink transmissions are organized into radio frames with 10 ms duration. Two radio frame structures are supported:<br><br>- Type 1, applicable to FDD,<br><br>- Type 2, applicable to TDD,<br><br>Frame structure Type 1 is illustrated in Figure 5.1-1. Each 10 ms radio frame is divided into ten equally sized sub-frames. Each sub-frame consists of two equally sized slots. For FDD, 10 subframes are available for downlink transmission and 10 subframes are available for uplink transmissions in each 10 ms interval. Uplink and downlink transmissions are separated in the frequency domain.<br><br><br><br>…<br><br>The physical channels of E-UTRA are:<br><br>… |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **Physical uplink control channel (PUCCH)**<br><br>  - Carries Hybrid ARQ ACK/NAKs in response to downlink transmission;<br><br>  - Carries Scheduling Request (SR);<br><br>  - Carries CQI reports.<br><br>**Physical uplink shared channel (PUSCH)**<br><br>  - Carries the UL-SCH.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 38-39.<br><br>11.1.2    Uplink Scheduling<br><br>In the uplink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation for uplink transmission when its downlink reception is enabled (activity governed by DRX when configured). When CA is configured, the same C-RNTI applies to all serving cells.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 93.<br><br>5.3    Physical uplink shared channel<br><br>… |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.3.4    Mapping to physical resources<br><br>For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),...,z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and<br><br>…<br><br>If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4].<br><br>If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].<br><br>If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_{\text{s}}$ is given by the scheduling grant together with a predefined pattern according to<br><br>$$\tilde{n}_{\text{PRB}}(n_{\text{s}}) = \left(\tilde{n}_{\text{VRB}} + f_{\text{hop}}(i) \cdot N_{\text{RB}}^{\text{sb}} + \left(\left(N_{\text{RB}}^{\text{sb}}-1\right)-2\left(\tilde{n}_{\text{VRB}} \bmod N_{\text{RB}}^{\text{sb}}\right)\right) \cdot f_{\text{m}}(i)\right) \bmod (N_{\text{RB}}^{\text{sb}} \cdot N_{\text{sb}})$$<br>$$i = \begin{cases} \lfloor n_{\text{s}}/2 \rfloor & \text{inter} - \text{subframe hopping} \\ n_{\text{s}} & \text{intra and inter} - \text{subframe hopping} \end{cases}$$<br>$$n_{\text{PRB}}(n_{\text{s}}) = \begin{cases} \tilde{n}_{\text{PRB}}(n_{\text{s}}) & N_{sb} = 1 \\ \tilde{n}_{\text{PRB}}(n_{\text{s}}) + \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$<br>$$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb} = 1 \\ n_{\text{VRB}} - \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$<br><br>Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| [1.c] the transmitter and the processor are further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and | On information and belief, the Southwest Count X Systems and Services include the transmitter and the processor further configured, in a time interval that it is not sending information over the physical uplink shared channel, to send the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval. <br><br> The UE transmits the sounding reference signal in different resource elements and symbols than those used for PUSCH transmission. <br><br> ## 8.2　　UE sounding procedure <br><br> A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types: <br><br> Source: 3GPP TS 36.213 V10.13.0 at 82. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 5.2     Slot structure and physical resources<br><br>### 5.2.1     Resource grid<br><br>The transmitted signal in each slot is described by one or several resource grids of $N_{\mathrm{RB}}^{\mathrm{UL}} N_{\mathrm{sc}}^{\mathrm{RB}}$ subcarriers and $N_{\mathrm{symb}}^{\mathrm{UL}}$<br><br>SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{\mathrm{RB}}^{\mathrm{UL}}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil<br><br>$$N_{\mathrm{RB}}^{\mathrm{min,UL}} \le N_{\mathrm{RB}}^{\mathrm{UL}} \le N_{\mathrm{RB}}^{\mathrm{max,UL}}$$<br><br>where $N_{\mathrm{RB}}^{\mathrm{min,UL}} = 6$ and $N_{\mathrm{RB}}^{\mathrm{max,UL}} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{\mathrm{RB}}^{\mathrm{UL}}$ is given by [7].<br><br>The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1.<br><br>An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout Section 5 when a sequential numbering of the antenna ports is necessary. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  **Figure 5.2.1-1: Uplink resource grid.** ## 5.2.2  Resource elements Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,...,N_{RB}^{UL}N_{sc}^{RB}-1$ and $l = 0,...,N_{symb}^{UL}-1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) |
|---|
| **Claim(s)** / **Example Southwest Count X Systems and Services** |

| Claim(s) | Example Southwest Count X Systems and Services |
|---|---|
|  | ## 5.2.3    Resource blocks

A physical resource block is defined as $N_{\mathrm{symb}}^{\mathrm{UL}}$ consecutive SC-FDMA symbols in the time domain and $N_{\mathrm{sc}}^{\mathrm{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\mathrm{symb}}^{\mathrm{UL}}$ and $N_{\mathrm{sc}}^{\mathrm{RB}}$ are given by Table 5.2.3-1. A physical resource block in the uplink thus consists of $N_{\mathrm{symb}}^{\mathrm{UL}} \times N_{\mathrm{sc}}^{\mathrm{RB}}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain.

**Table 5.2.3-1: Resource block parameters.**

| Configuration | $N_{\mathrm{sc}}^{\mathrm{RB}}$ | $N_{\mathrm{symb}}^{\mathrm{UL}}$ |
|---|---|---|
| Normal cyclic prefix | 12 | 7 |
| Extended cyclic prefix | 12 | 6 |

The relation between the physical resource block number $n_{\mathrm{PRB}}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by

$$n_{\mathrm{PRB}} = \left\lfloor \frac{k}{N_{\mathrm{sc}}^{\mathrm{RB}}} \right\rfloor$$

## 5.3    Physical uplink shared channel

### 5.3.4    Mapping to physical resources |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),...,z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and <br><br>    -   not used for transmission of reference signals, and <br><br> … <br><br> If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}}=n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4]. <br><br> If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4]. <br><br> If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to <br><br> $\tilde{n}_{\text{PRB}}(n_s)=\left(\tilde{n}_{\text{VRB}}+f_{\text{hop}}(i)\cdot N_{\text{RB}}^{\text{sb}}+\left(\left(N_{\text{RB}}^{\text{sb}}-1\right)-2\left(\tilde{n}_{\text{VRB}}\bmod N_{\text{RB}}^{\text{sb}}\right)\right)\cdot f_m(i)\right)\bmod(N_{\text{RB}}^{\text{sb}}\cdot N_{\text{sb}})$ <br><br> $i=\begin{cases}\lfloor n_s/2\rfloor & \text{inter}-\text{subframe hopping} \\ n_s & \text{intra and inter}-\text{subframe hopping}\end{cases}$ <br><br> $n_{\text{PRB}}(n_s)=\begin{cases}\tilde{n}_{\text{PRB}}(n_s) & N_{sb}=1 \\ \tilde{n}_{\text{PRB}}(n_s)+\lceil N_{\text{RB}}^{\text{HO}}/2\rceil & N_{sb}>1\end{cases}$ <br><br> $\tilde{n}_{\text{VRB}}=\begin{cases}n_{\text{VRB}} & N_{sb}=1 \\ n_{\text{VRB}}-\lfloor N_{\text{RB}}^{\text{HO}}/2\rfloor & N_{sb}>1\end{cases}$ <br><br> Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 5.4     Physical uplink control channel <br><br> The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field. <br><br> … <br><br> The physical resources used for PUCCH depends on two parameters, $N_{RB}^{(2)}$ and $N_{cs}^{(1)}$, given by higher layers. The variable $N_{RB}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{cs}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{cs}^{(1)}$ is an integer multiple of $\Delta_{shift}^{PUCCH}$ within the range of $\{0, 1, \ldots, 7\}$, where $\Delta_{shift}^{PUCCH}$ is provided by higher layers. No mixed resource block is present if $N_{cs}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{PUCCH}^{(1,\tilde{p})}$, $n_{PUCCH}^{(2,\tilde{p})} < N_{RB}^{(2)} N_{sc}^{RB} + \left\lceil \frac{N_{cs}^{(1)}}{8} \right\rceil \cdot (N_{sc}^{RB} - N_{cs}^{(1)} - 2)$, and $n_{PUCCH}^{(3,\tilde{p})}$, respectively. <br><br> ## 5.4.1     PUCCH formats 1, 1a and 1b <br><br> For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this section, $d(0) = 1$ shall be assumed for PUCCH format 1. <br><br> The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by <br><br> $$n'_{\tilde{p}}(n_s) = \begin{cases} n_{PUCCH}^{(1,\tilde{p})} & \text{if } n_{PUCCH}^{(1,\tilde{p})} < c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH} \\ \left( n_{PUCCH}^{(1,\tilde{p})} - c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH} \right) \text{mod} \left( c \cdot N_{sc}^{RB} / \Delta_{shift}^{PUCCH} \right) & \text{otherwise} \end{cases}$$ |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.4.3   Mapping to physical resources<br><br>The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Section 5.1.2.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. PUCCH uses one resource block in each of the two slots in a subframe. Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 12-13, 20-21, 26.<br><br>### 5.5   Reference signals<br><br>### 5.5.3   Sounding reference signal<br><br>5.5.3.2      Mapping to physical resources<br><br>For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 27, 35, 37.<br><br>Signaled parameters from the network, for example srs-Bandwidth, are used to characterize the uplink Sounding Reference Signals.<br><br>### 5.5.3   Sounding reference signal |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 5.5.3.2    Mapping to physical resources |

The sequence shall be multiplied with the amplitude scaling factor $\beta_{SRS}$ in order to conform to the transmit power $P_{SRS}$ specified in Section 5.1.3.1 in [4], and mapped in sequence starting with $r_{SRS}^{(\bar{p})}(0)$ to resource elements $(k,l)$ on antenna port $p$ according to

$$a_{2k'+k_0^{(p)},l}^{(p)} = \begin{cases} \frac{1}{\sqrt{N_{ap}}}\beta_{SRS}r_{SRS}^{(\bar{p})}(k') & k'=0,1,\ldots,M_{sc,b}^{RS}-1 \\ 0 & \text{otherwise} \end{cases}$$

where $N_{ap}$ is the number of antenna ports used for sounding reference signal transmission and the relation between the index $\bar{p}$ and the antenna port $p$ is given by Table 5.2.1-1. The set of antenna ports used for sounding reference signal transmission is configured independently for periodic and each configuration of aperiodic sounding. The quantity $k_0^{(p)}$ is the frequency-domain starting position of the sounding reference signal and for $b=B_{SRS}$ and $M_{sc,b}^{RS}$ is the length of the sounding reference signal sequence defined as

$$M_{sc,b}^{RS} = m_{SRS,b}N_{sc}^{RB}/2$$

where $m_{SRS,b}$ is given by Table 5.5.3.2-1 through Table 5.5.3.2-4 for each uplink bandwidth $N_{RB}^{UL}$. The cell-specific parameter srs-BandwidthConfig, $C_{SRS} \in \{0,1,2,3,4,5,6,7\}$ and the UE-specific parameter srs-Bandwidth, $B_{SRS} \in \{0,1,2,3\}$ are given by higher layers. For UpPTS, $m_{SRS,0}$ shall be reconfigured to $m_{SRS,0}^{max} = \max_{c \in C}\{m_{SRS,0}^c\} \le (N_{RB}^{UL} - 6N_{RA})$ if this

**Table 5.5.3.2-1:** $m_{SRS,b}$ and $N_b$, $b=0,1,2,3$, values for the uplink bandwidth of $6 \le N_{RB}^{UL} \le 40$.

| SRS bandwidth configuration | SRS-Bandwidth $B_{SRS}=0$ | | SRS-Bandwidth $B_{SRS}=1$ | | SRS-Bandwidth $B_{SRS}=2$ | | SRS-Bandwidth $B_{SRS}=3$ | |
|---|---|---|---|---|---|---|---|---|
| $C_{SRS}$ | $m_{SRS,0}$ | $N_0$ | $m_{SRS,1}$ | $N_1$ | $m_{SRS,2}$ | $N_2$ | $m_{SRS,3}$ | $N_3$ |
| 0 | 36 | 1 | 12 | 3 | 4 | 3 | 4 | 1 |
| 1 | 32 | 1 | 16 | 2 | 8 | 2 | 4 | 2 |
| 2 | 24 | 1 | 4 | 6 | 4 | 1 | 4 | 1 |
| 3 | 20 | 1 | 4 | 5 | 4 | 1 | 4 | 1 |
| 4 | 16 | 1 | 4 | 4 | 4 | 1 | 4 | 1 |
| 5 | 12 | 1 | 4 | 3 | 4 | 1 | 4 | 1 |
| 6 | 8 | 1 | 4 | 2 | 4 | 1 | 4 | 1 |
| 7 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 |

Source: 3GPP TS 36.211 V10.7.0 at 35-38.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| Claim(s) | Example Southwest Count X Systems and Services |
|---|---|
| | The SRS signal is used to estimate the uplink channel conditions. The UE transmits uplink physical signals in the same subframe(s) of a radio frame sent in a single TTI.<br><br>**7.2.2 SOUNDING REFERENCE SIGNALS**<br><br>In contrast, SRS are transmitted on the uplink to allow for the base station to estimate the uplink *channel state* at different frequencies. The channel-state estimates can then, for<br><br>**7.2.2.1 Periodic SRS Transmission**<br><br>Similar to DM-RS, different phase rotations, also for SRS referred to as "cyclic shifts" in the LTE specifications, can be used to generate different SRS that are orthogonal to each other. By assigning different phase rotations to different devices, multiple SRS can thus be transmitted in parallel in the same subframe, as illustrated by devices #1 and #2 in the upper part of Figure 7.17. However, it is then required that the reference signals span the same frequency range.<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G" (Academic Press 3d Ed. 2016) at 185, 187, 188.<br><br> |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | Source: https://howltestuffworks.blogspot.com/2014/07/sounding-reference-signal-procedure.html. |
| [1.d] the receiver and the processor are further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE. | On information and belief, the Southwest Count X Systems and Services include the receiver and the processor further configured to receive, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE.<br><br>The UE receives downlink control information (DCI) via PDCCH. The DCI includes uplink scheduling assignments based on the channel conditions measured using the received SRS.<br><br>9.1.1    PDCCH Assignment Procedure<br><br>subclause 6.8.1 in [3], where $N_{CCE,k}$ is the total number of CCEs in the control region of subframe $k$. The UE shall monitor a set of PDCCH candidates on one or more activated serving cells as configured by higher layer signalling for control information in every non-DRX subframe, where monitoring implies attempting to decode each of the PDCCHs in the set according to all the monitored DCI formats.<br><br>Source: 3GPP TS 36.213 V10.13.0 at 94. |

## 6.8       Physical downlink control channel

### 6.8.1     PDCCH formats

The physical downlink control channel carries scheduling assignments and other control information. A physical control channel is transmitted on an aggregation of one or several consecutive control channel elements (CCEs), where a control channel element corresponds to 9 resource element groups. The number of resource-element groups not assigned to PCFICH or PHICH is $N_{REG}$. The CCEs available in the system are numbered from 0 to $N_{CCE} - 1$, where $N_{CCE} = \lfloor N_{REG}/9 \rfloor$. The PDCCH supports multiple formats as listed in Table 6.8.1-1. A PDCCH consisting of $n$ consecutive CCEs may only start on a CCE fulfilling $i \bmod n = 0$, where $i$ is the CCE number.

Multiple PDCCHs can be transmitted in a subframe.

**Table 6.8.1-1: Supported PDCCH formats.**

| PDCCH format | Number of CCEs | Number of resource-element groups | Number of PDCCH bits |
|---|---|---|---|
| 0 | 1 | 9 | 72 |
| 1 | 2 | 18 | 144 |
| 2 | 4 | 36 | 288 |
| 3 | 8 | 72 | 576 |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| Claim(s) | Example Southwest Count X Systems and Services |
| | ### 6.8.2      PDCCH multiplexing and scrambling<br><br>The block of bits $b^{(i)}(0),...,b^{(i)}(M_{bit}^{(i)}-1)$ on each of the control channels to be transmitted in a subframe, where $M_{bit}^{(i)}$ is the number of bits in one subframe to be transmitted on physical downlink control channel number $i$, shall be multiplexed, resulting in a block of bits<br><br>$b^{(0)}(0),...,b^{(0)}(M_{bit}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{bit}^{(1)}-1),...,b^{(n_{PDCCH}-1)}(0),...,b^{(n_{PDCCH}-1)}(M_{bit}^{(n_{PDCCH}-1)}-1)$, where $n_{PDCCH}$ is the number of PDCCHs transmitted in the subframe.<br><br>The block of bits $b^{(0)}(0),...,b^{(0)}(M_{bit}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{bit}^{(1)}-1),...,b^{(n_{PDCCH}-1)}(0),...,b^{(n_{PDCCH}-1)}(M_{bit}^{(n_{PDCCH}-1)}-1)$ shall be scrambled with a cell-specific sequence prior to modulation, resulting in a block of scrambled bits $\tilde{b}(0),...,\tilde{b}(M_{tot}-1)$ according to<br><br>$$\tilde{b}(i)=\left(b(i)+c(i)\right)\bmod 2$$<br><br>where the scrambling sequence $c(i)$ is given by Section 7.2. The scrambling sequence generator shall be initialised with $c_{init}=\lfloor n_s/2 \rfloor 2^9 + N_{ID}^{cell}$ at the start of each subframe.<br><br>CCE number $n$ corresponds to bits $b(72n),b(72n+1),...,b(72n+71)$. If necessary, <NIL> elements shall be inserted in the block of bits prior to scrambling to ensure that the PDCCHs starts at the CCE positions as described in [4] and to ensure that the length $M_{tot}=8N_{REG}\geq\sum_{i=0}^{n_{PDCCH}-1}M_{bit}^{(i)}$ of the scrambled block of bits matches the amount of resource-element groups not assigned to PCFICH or PHICH. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.8.5    Mapping to resource elements<br><br>The mapping to resource elements is defined by operations on quadruplets of complex-valued symbols. Let $z^{(p)}(i) = \left\langle y^{(p)}(4i), y^{(p)}(4i+1), y^{(p)}(4i+2), y^{(p)}(4i+3) \right\rangle$ denote symbol quadruplet $i$ for antenna port $p$.<br><br>The block of quadruplets $z^{(p)}(0),...,z^{(p)}(M_{quad}-1)$, where $M_{quad} = M_{symb}/4$, shall be permuted resulting in $w^{(p)}(0),...,w^{(p)}(M_{quad}-1)$. The permutation shall be according to the sub-block interleaver in Section 5.1.4.2.1 of [3] with the following exceptions:<br><br>- the input and output to the interleaver is defined by symbol quadruplets instead of bits<br><br>- interleaving is performed on symbol quadruplets instead of bits by substituting the terms 'bit', 'bits' and 'bit sequence' in Section 5.1.4.2.1 of [3] by 'symbol quadruplet', 'symbol quadruplets' and 'symbol-quadruplet sequence', respectively<br><br>\<NULL\> elements at the output of the interleaver in [3] shall be removed when forming $w^{(p)}(0),...,w^{(p)}(M_{quad}-1)$. Note that the removal of \<NULL\> elements does not affect any \<NIL\> elements inserted in Section 6.8.2.<br><br>The block of quadruplets $w^{(p)}(0),...,w^{(p)}(M_{quad}-1)$ shall be cyclically shifted, resulting in $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{quad}-1)$ where $\overline{w}^{(p)}(i) = w^{(p)}\left((i + N_{ID}^{cell}) \bmod M_{quad}\right)$.<br><br>Mapping of the block of quadruplets $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{quad}-1)$ is defined in terms of resource-element groups, specified in Section 6.2.4, according to steps 1–10 below:<br><br>1) Initialize $m' = 0$ (resource-element group number)<br><br>2) Initialize $k' = 0$ |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 3) Initialize $l' = 0$ <br><br> 4) If the resource element $(k',l')$ represents a resource-element group and the resource-element group is not assigned to PCFICH or PHICH then perform step 5 and 6, else go to step 7 <br><br> 5) Map symbol-quadruplet $\overline{w}^{(p)}(m')$ to the resource-element group represented by $(k',l')$ for each antenna port $p$ <br><br> 6) Increase $m'$ by 1 <br><br> 7) Increase $l'$ by 1 <br><br> 8) Repeat from step 4 if $l' < L$, where $L$ corresponds to the number of OFDM symbols used for PDCCH transmission as indicated by the sequence transmitted on the PCFICH <br><br> 9) Increase $k'$ by 1 <br><br> 10) Repeat from step 3 if $k' < N_{RB}^{DL} \cdot N_{sc}^{RB}$ <br><br> Source: 3GPP TS 36.211 V10.7.0 at 67-69. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | <h1>6.10    Reference signals</h1><br><br>Five types of downlink reference signals are defined:<br><br>- Cell-specific reference signals (CRS)<br>- MBSFN reference signals<br>- UE-specific reference signals (DM-RS)<br>- Positioning reference signals (PRS)<br>- CSI reference signals (CSI-RS)<br><br>There is one reference signal transmitted per downlink antenna port.<br><br>## 6.10.1.2    Mapping to resource elements<br><br>Figures 6.10.1.2-1 and 6.10.1.2-2 illustrate the resource elements used for reference signal transmission according to the above definition. The notation $R_p$ is used to denote a resource element used for reference signal transmission on antenna port $p$. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| Claim(s) | Example Southwest Count X Systems and Services |
| | Figure 6.10.1.2-1. Mapping of downlink reference signals (normal cyclic prefix). |

38

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  Figure 6.10.1.2-2. Mapping of downlink reference signals (extended cyclic prefix). |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.10.3    UE-specific reference signals<br><br>UE-specific reference signals are supported for transmission of PDSCH and are transmitted on antenna port(s) $p = 5$, $p = 7$, $p = 8$ or $p = 7,8,...,v+6$, where $v$ is the number of layers used for transmission of the PDSCH. UE-specific reference signals are present and are a valid reference for PDSCH demodulation only if the PDSCH transmission is associated with the corresponding antenna port according to Section 7.1 of [4]. UE-specific reference signals are transmitted only on the resource blocks upon which the corresponding PDSCH is mapped. The UE-specific reference signal is not transmitted in resource elements $(k,l)$ in which one of the physical channels or physical signals other than UE-specific reference signal defined in 6.1 are transmitted using resource elements with the same index pair $(k,l)$ regardless of their antenna port $p$.<br><br>### 6.10.3.2    Mapping to resource elements<br><br>For antenna port 5, in a physical resource block with frequency-domain index $n_{\mathrm{PRB}}$ assigned for the corresponding PDSCH transmission, the reference signal sequence $r_{n_s}(m)$ shall be mapped to complex-valued modulation symbols $a_{k,l}^{(p)}$ with $p = 5$ in a subframe according to:<br><br><br><br>**Figure 6.10.3.2-1: Mapping of UE-specific reference signals, antenna port 5 (normal cyclic prefix).** |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  Figure 6.10.3.2-2: Mapping of UE-specific reference signals, antenna port 5 (extended cyclic prefix). |

Source: 3GPP TS 36.211 V10.7.0 at 73-82.

### 7.2.2 SOUNDING REFERENCE SIGNALS

The DM-RS discussed in Section 7.2.1 are intended to be used by the base station for channel estimation to allow for coherent demodulation of uplink physical channels (PUSCH or PUCCH). A DM-RS is always transmitted together with and spanning the same frequency range as the corresponding physical channel.

In contrast, SRS are transmitted on the uplink to allow for the base station to estimate the uplink *channel state* at different frequencies. The channel-state estimates can then, for example, be used by the base-station scheduler to assign resource blocks of instantaneously good quality for uplink PUSCH transmission from the specific device (uplink channel-dependent scheduling). They can also be used to select different transmission parameters

Source: "4G, LTE-Advanced Pro and The Road to 5G," (Academic Press 3d Ed. 2016) at 185.

PDCCH is transmitted in the first symbols of a first time slot of a subframe, where a physical downlink shared channel is transmitted in the remaining symbols of the first slot and in a second slot of the subframe.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  PSCH (Primary Synchronization Channel)<br>SSCH (Secondary Synchronization Channel)<br>PBCH (Physical Broadcast Channel)<br>RS (cell-specific Reference Signal) for selected Tx antenna port<br><br>PCFICH (Physical Control Format Indicator Channel)<br>PHICH (Physical Hybrid ARQ (Automatic Repeat reQuest) Indicator Channel)<br>PDCCH (Physical Downlink Control Channel)<br>Available for PDSCH (Physical Downlink Shared Channel)<br><br>Source: https://www.sharetechnote.com/html/FrameStructure_DL.html.<br><br>The second slot of each downlink subframe does not include PDCCH. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  Source: https://www.sharetechnote.com/html/FrameStructure_DL.html. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | DCI Format 0 contains different fields and a different number of bits (45 bits in this example) than DCI Format 4 (53 bits in this example).<br><br>6.4.3 **PHYSICAL DOWNLINK CONTROL CHANNEL**<br><br>The PDCCH is used to carry downlink control information (DCI) such as scheduling decisions and power-control commands. More specifically, the DCI can include:<br><br>**Table 6.4 DCI Formats**<br><br>*(see table below)*<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G," (Academic Press 3d Ed. 2016) at 138. |

**Table 6.4 DCI Formats**

| | DCI Format | Example Size (Bits) | Usage |
|---|---|---|---|
| Uplink | 0 | 45 | Uplink scheduling grant |
| | 4 | 53 | Uplink scheduling grant with spatial multiplexing |
| | 6-0A, 6-0B | 46, 36 | Uplink scheduling grant for eMTC devices (see Chapter 20) |
| Downlink | 1C | 31 | Special purpose compact assignment |
| | 1A | 45 | Contiguous allocations only |
| | 1B | 46 | Codebook-based beam-forming using CRS |
| | 1D | 46 | MU-MIMO using CRS |
| | 1 | 55 | Flexible allocations |
| | 2A | 64 | Open-loop spatial multiplexing using CRS |
| | 2B | 64 | Dual-layer transmission using DM-RS (TM8) |
| | 2C | 66 | Multi-layer transmission using DM-RS (TM9) |
| | 2D | 68 | Multi-layer transmission using DM-RS (TM10) |
| | 2 | 67 | Closed-loop spatial multiplexing using CRS |
| | 6-1A, 6-1B | 46, 36 | Downlink scheduling grants for eMTC devices (see Chapter 20) |
| Special | 3, 3A | 45 | Power control commands |
| | 5 | | Sidelink operation (see Chapter 21) |
| | 6-2 | | Paging/direct indication for eMTC devices (see Chapter 20) |

44

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| Claim(s) | Example Southwest Count X Systems and Services |
| --- | --- |
| | The number of bits sent over the PDCCH depends on the number of fields in the DCI.  In the example of FDD single-carrier with SRS request and 100 RBs, the DCI Format 0 message includes the fields shown and 45 bits. <br><br> **5.3.3.1.1    Format 0** <br><br> DCI format 0 is used for the scheduling of PUSCH in one UL cell. <br><br> The following information is transmitted by means of the DCI format 0: <br><br> - Flag for format0/format1A differentiation – 1 bit, where value 0 indicates format 0 and value 1 indicates format 1A <br><br> - Frequency hopping flag – 1 bit as defined in section 8.4 of [3]. This field is used as the MSB of the corresponding resource allocation field for resource allocation type 1. <br><br> - Resource block assignment and hopping resource allocation – $\left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2) \right\rceil$ bits <br><br> - Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3] <br><br> - New data indicator – 1 bit <br><br> - TPC command for scheduled PUSCH – 2 bits as defined in section 5.1.1.1 of [3] <br><br> - Cyclic shift for DM RS and OCC index – 3 bits as defined in section 5.5.2.1.1 of [2] <br><br> - CSI request – 1 or 2 bits as defined in section 7.2.1 of [3]. The 2-bit field applies to UEs that are configured with more than one DL cell and when the corresponding DCI format is mapped onto the UE specific search space given by the C-RNTI as defined in [3]; otherwise the 1-bit field applies <br><br> - SRS request – 0 or 1 bit. This field can only be present in DCI formats scheduling PUSCH which are mapped onto the UE specific search space given by the C-RNTI as defined in [3]. The interpretation of this field is provided in section 8.2 of [3] <br><br> - Resource allocation type – 1 bit. This field is only present if $N_{RB}^{UL} \le N_{RB}^{DL}$ . The interpretation of this field is provided in section 8.1 of [3] <br><br> Source: 3GPP TS 36.212 V10.9.0 at 57-58. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | For the same example of FDD single-carrier with 100 RBs, DCI Format 4 includes the shown fields and 53 bits.<br><br>5.3.3.1.8    Format 4<br><br>DCI format 4 is used for the scheduling of PUSCH in one UL cell with multi-antenna port transmission mode.<br><br>The following information is transmitted by means of the DCI format 4:<br><br>- Resource block assignment - $\max\left(\left\lceil\log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2)\right\rceil, \left\lceil\log_2\left(\left(\binom{\lceil N_{RB}^{UL}/P+1\rceil}{4}\right)\right)\right\rceil\right)$ bits, where $P$ is the<br><br>UL RBG size as defined in section 8.1.2 of [3]<br><br>- TPC command for scheduled PUSCH – 2 bits as defined in section 5.1.1.1 of [3]<br><br>- Cyclic shift for DM RS and OCC index – 3 bits as defined in section 5.5.2.1.1 of [2]<br><br>- CSI request – 1 or 2 bits as defined in section 7.2.1 of [3]. The 2-bit field applies to UEs that are configured with more than one DL cell; otherwise the 1-bit field applies<br><br>- SRS request – 2 bits as defined in section 8.2 of [3]<br><br>- Resource allocation type – 1 bit as defined in section 8.1 of [3]<br><br>In addition, for transport block 1:<br><br>  - Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]<br><br>  - New data indicator – 1 bit<br><br>In addition, for transport block 2:<br><br>  - Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]<br><br>  - New data indicator – 1 bit<br><br>Precoding information and number of layers: number of bits as specified in Table 5.3.3.1.8-1. Bit field as shown in Table 5.3.3.1.8-2 and Table 5.3.3.1.8- 3. Note that TPMI for 2 antenna ports indicates which codebook index is to be used in Table 5.3.3A.2-1 of [2], and TPMI for 4 antenna ports indicates which codebook index is to be used in Table 5.3.3A.2-2, Table 5.3.3A.2-3, Table 5.3.3A.2-4 and Table 5.3.3A.2-5 of [2]. If both transport blocks are enabled, transport block 1 is mapped to codeword 0; and transport block 2 is mapped to codeword 1. In case one of the transport blocks is disabled, the transport block to codeword mapping is specified according to Table 5.3.3.1.5-2. For a single enabled codeword, indices 24 to 39 in Table 5.3.3.1.8-3 are only supported for retransmission of the corresponding transport block if that transport block has previously been transmitted using two layers.<br><br>Source: 3GPP TS 36.212 V10.9.0 at 72-73. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | For the same example of FDD single-carrier with 100 RBs, DCI Format 4 includes the shown fields and 53 bits. |

Table 5.3.3.1.8-1: Number of bits for precoding information.

| Number of antenna ports at UE | Number of bits for precoding information |
|---|---|
| 2 | 3 |
| 4 | 6 |

Table 5.3.3.1.8-2: Content of precoding information field for 2 antenna ports

| One codeword: Codeword 0 enabled Codeword 1 disabled | | Two codewords: Codeword 0 enabled Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 1 layer: TPMI=0 | 0 | 2 layers: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1-7 | reserved |
| 2 | 1 layer: TPMI=2 | | |
| ... | ... | | |
| 5 | 1 layer: TPMI=5 | | |
| 6-7 | reserved | | |

Table 5.3.3.1.8-3: Content of precoding information field for 4 antenna ports

| One codeword: Codeword 0 enabled Codeword 1 disabled | | Two codewords: Codeword 0 enabled Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 1 layer: TPMI=0 | 0 | 2 layers: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1 | 2 layers: TPMI=1 |
| ... | ... | ... | ... |
| 23 | 1 layer: TPMI=23 | 15 | 2 layers: TPMI=15 |
| 24 | 2 layers: TPMI=0 | 16 | 3 layers: TPMI=0 |
| 25 | 2 layers: TPMI=1 | 17 | 3 layers: TPMI=1 |
| ... | ... | ... | ... |
| 39 | 2 layers: TPMI=15 | 27 | 3 layers: TPMI=11 |
| 40-63 | reserved | 28 | 4 layers: TPMI=0 |
| | | 29 - 63 | Reserved |

Source: 3GPP TS 36.212 V10.9.0 at 72-73.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| [2] The UE of claim 1, wherein the receiver and the processor are further configured to receive data on a physical downlink shared channel. | On information and belief, the Southwest Count X Systems and Services practice claim 1. *See* claim 1. On information and belief, the Southwest Count X Systems and Services further practice the receiver and the processor are further configured to receive data on a physical downlink shared channel.<br><br>For example, the UE includes components for processing relating to transmitting and receiving signals.<br><br>An Aircraft Interface Device (AID) is a hardware system that allows communication between an Electronic Flight Bag (EFB) and an aircraft data bus. AID allows information about the aircraft's position and speed to be obtained from its avionics by registering to the ARINC 717 and ARINC 429 data buses. This device offers certain features, such as automatic update of flight planning and weather information updates on the flight.<br><br>Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478.<br><br>North America held the largest global aircraft interface device market share in the base year. The North American market was valued at USD 13.17 million in 2023. The market's growth is attributed to the rise in aircraft fleet and airlines in the region. The presence of major airlines, such as American Airlines, Delta Airlines, Southwest Airlines, and others will give a boost to the market growth in the region.<br><br>Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478.<br><br>The carrier's multi-year contract with AvioBook provides Southwest with the most innovative technology platform on the market. The deal includes the only fully-integrated Electronic Flight Bag (EFB) and Electronic Logbook (eLB) solution on the market to improve efficiency throughout the operation. Southwest has also signed an agreement to equip the world's largest all Boeing 737 NG fleet with AvioBook's Aircraft Interface Device (AID), known as AvioCast. Once installed, it will provide real time aircraft data to various operational groups. AvioBook's comprehensive suite of software and hardware is designed to further mitigate safety risks, enhance compliance, add technology redundancy and resiliency, and increase environmental sustainability, all while enabling shorter turn times.<br><br>Source: https://www.thalesgroup.com/en/worldwide/aerospace/press_release/southwest-airlines-signs-historic-deal-aviobooks-technology. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| Claim(s) | Example Southwest Count X Systems and Services |
| --- | --- |
|  | **Stay connected with real-time information** ∧

Dealing with an unexpected event like an in-flight diversion? With AvioCast, you can upload valuable information like in-flight weather, fuel information and a new flight plan directly onto your EFB. AvioCast uses an international 4G modem on the ground or SATCOM in-flight to provide the EFB with a **Wireless Access Point (WAP)** throughout the entire operation.

Source: https://aviobook.aero/products/aviocast/benefits.

Aviocast applications and avionics

Remi further explains that Aviobook provides internet access within the cockpit regardless of where the aircraft is, a satcom connection if the aircraft is in flight. The Aviocast box is connected to an avionics computer located with the bay of the aircraft, ands then to satcom to provide inflight connectivity, a 4G modem connects the system while it on the ground and it generates a wifi network to which the mobile devices used by the different crew connect to as alluded to above. This enables the connected aircraft operations.

Source: https://www.devicechronicle.com/avionics (annotation added). |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  The solution architecture for the Aviocast. Source: https://www.devicechronicle.com/avionics (annotation added). The UE receives data on a physical downlink shared channel. |

50

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 4.2    Downlink

Table 4.2-1 specifies the mapping of the downlink transport channels to their corresponding physical channels. Table 4.2-2 specifies the mapping of the downlink control channel information to its corresponding physical channel.

**Table 4.2-1**

| TrCH | Physical Channel |
|---|---|
| DL-SCH | PDSCH |
| BCH | PBCH |
| PCH | PDSCH |
| MCH | PMCH |

Source: 3GPP TS 36.212 V10.9.0 at 8.

### 5.3.2    Downlink shared channel, Paging channel and Multicast channel

Figure 5.3.2-1 shows the processing structure for each transport block for the DL-SCH, PCH and MCH transport channels. Data arrives to the coding unit in the form of a maximum of two transport blocks every transmission time interval (TTI) per DL cell. The following coding steps can be identified for each transport block of a DL cell:

– Add CRC to the transport block

– Code block segmentation and code block CRC attachment

– Channel coding

– Rate matching

– Code block concatenation

Source: 3GPP TS 36.212 V10.9.0 at 54. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.2     Slot structure and physical resource elements<br><br>### 6.2.1     Resource grid<br><br>The transmitted signal in each slot is described by one or several resource grids of $N_{\mathrm{RB}}^{\mathrm{DL}} N_{\mathrm{sc}}^{\mathrm{RB}}$ subcarriers and $N_{\mathrm{symb}}^{\mathrm{DL}}$ OFDM symbols. The resource grid structure is illustrated in Figure 6.2.2-1. The quantity $N_{\mathrm{RB}}^{\mathrm{DL}}$ depends on the downlink transmission bandwidth configured in the cell and shall fulfil<br><br><br><br>**Figure 6.2.2-1: Downlink resource grid.** |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.3.5     Mapping to resource elements<br><br>For each of the antenna ports used for transmission of the physical channel, the block of complex-valued symbols $y^{(p)}(0),...,y^{(p)}(M_{symb}^{ap}-1)$ shall conform to the downlink power allocation specified in Section 5.2 in [4] and be mapped in sequence starting with $y^{(p)}(0)$ to resource elements $(k,l)$ which meet all of the following criteria:<br><br>If the DCI associated with the downlink transmission uses the C-RNTI or semi-persistent C-RNTI and transmit diversity according to section 6.3.4.3 is used, resource elements in an OFDM symbol assumed by the UE to contain CSI-RS shall be used in the mapping above if and only if all of the following criteria are fulfilled:<br><br>- there is an even number of resource elements for the OFDM symbol in each resource block assigned for transmission, and<br><br>- the complex-valued symbols $y^{(p)}(i)$ and $y^{(p)}(i+1)$, where $i$ is an even number, can be mapped to resource elements $(k,l)$ and $(k+n,l)$ in the same OFDM symbol with $n<3$.<br><br>The mapping to resource elements $(k,l)$ on antenna port $p$ not reserved for other purposes shall be in increasing order of first the index $k$ over the assigned physical resource blocks and then the index $l$, starting with the first slot in a subframe. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.4    Physical downlink shared channel<br><br>The physical downlink shared channel shall be processed and mapped to resource elements as described in Section 6.3 with the following exceptions:<br><br>- In resource blocks in which UE-specific reference signals are not transmitted, the PDSCH shall be transmitted on the same set of antenna ports as the PBCH, which is one of $\{0\}$, $\{0,1\}$, or $\{0,1,2,3\}$<br><br>- In resource blocks in which UE-specific reference signals are transmitted, the PDSCH shall be transmitted on antenna port(s) $\{5\},\{7\},\{8\}$, or $p \in \{7,8,...,\nu+6\}$, where $\nu$ is the number of layers used for transmission of the PDSCH.<br><br>- If PDSCH is transmitted in MBSFN subframes as defined in [4], the PDSCH shall be transmitted on one or several of antenna port(s) $p \in \{7,8,...,\nu+6\}$, where $\nu$ is the number of layers used for transmission of the PDSCH.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 52-64.<br><br>**PDSCH (Physical Downlink Shared Channel)**<br>PDSCH is a physical channel that carries user data.<br><br>- Carries user specific data (DL Payload).<br>- Carries Random Access Response Message in case of PDSCH mapped to RACH channel.<br>- It is using AMC with QPSK, 16 QAM and 64 QAM. The modulation scheme for each PDSCH for each user is determined by MCS value in DCI.<br><br>Source: https://www.sharetechnote.com/html/Handbook_LTE_PDSCH.html. |
| [3] The UE of claim 2, wherein the physical control channel and the physical downlink shared channel are time multiplexed. | On information and belief, the Southwest Count X Systems and Services practice claim 2. *See* claim 2. On information and belief, the Southwest Count X Systems and Services further practice the physical control channel and the physical downlink shared channel are time multiplexed.<br><br>For example, the PDCCH and PDSCH may be transmitted using a time-multiplexing approach. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.2 Slot structure and physical resource elements<br><br>### 6.2.1 Resource grid<br><br>The transmitted signal in each slot is described by one or several resource grids of $N_{RB}^{DL} N_{sc}^{RB}$ subcarriers and $N_{symb}^{DL}$ OFDM symbols. The resource grid structure is illustrated in Figure 6.2.2-1. The quantity $N_{RB}^{DL}$ depends on the downlink transmission bandwidth configured in the cell and shall fulfil<br><br><br><br>**Figure 6.2.2-1: Downlink resource grid.** |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.3.5    Mapping to resource elements <br><br> For each of the antenna ports used for transmission of the physical channel, the block of complex-valued symbols $y^{(p)}(0),...,y^{(p)}(M_{\mathrm{symb}}^{\mathrm{ap}}-1)$ shall conform to the downlink power allocation specified in Section 5.2 in [4] and be mapped in sequence starting with $y^{(p)}(0)$ to resource elements $(k,l)$ which meet all of the following criteria: <br><br><br> If the DCI associated with the downlink transmission uses the C-RNTI or semi-persistent C-RNTI and transmit diversity according to section 6.3.4.3 is used, resource elements in an OFDM symbol assumed by the UE to contain CSI-RS shall be used in the mapping above if and only if all of the following criteria are fulfilled: <br><br> - there is an even number of resource elements for the OFDM symbol in each resource block assigned for transmission, and <br><br> - the complex-valued symbols $y^{(p)}(i)$ and $y^{(p)}(i+1)$, where $i$ is an even number, can be mapped to resource elements $(k,l)$ and $(k+n,l)$ in the same OFDM symbol with $n<3$. <br><br> The mapping to resource elements $(k,l)$ on antenna port $p$ not reserved for other purposes shall be in increasing order of first the index $k$ over the assigned physical resource blocks and then the index $l$, starting with the first slot in a subframe. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.4    Physical downlink shared channel<br><br>The physical downlink shared channel shall be processed and mapped to resource elements as described in Section 6.3 with the following exceptions:<br><br>- In resource blocks in which UE-specific reference signals are not transmitted, the PDSCH shall be transmitted on the same set of antenna ports as the PBCH, which is one of $\{0\}$, $\{0,1\}$, or $\{0,1,2,3\}$<br><br>- In resource blocks in which UE-specific reference signals are transmitted, the PDSCH shall be transmitted on antenna port(s) $\{5\}, \{7\}, \{8\}$, or $p \in \{7,8,...,v+6\}$, where $v$ is the number of layers used for transmission of the PDSCH.<br><br>- If PDSCH is transmitted in MBSFN subframes as defined in [4], the PDSCH shall be transmitted on one or several of antenna port(s) $p \in \{7,8,...,v+6\}$, where $v$ is the number of layers used for transmission of the PDSCH.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 52-64. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.8    Physical downlink control channel<br><br>### 6.8.1    PDCCH formats<br><br>The physical downlink control channel carries scheduling assignments and other control information. A physical control channel is transmitted on an aggregation of one or several consecutive control channel elements (CCEs), where a control channel element corresponds to 9 resource element groups. The number of resource-element groups not assigned to PCFICH or PHICH is $N_{REG}$. The CCEs available in the system are numbered from 0 to $N_{CCE} - 1$, where $N_{CCE} = \lfloor N_{REG} / 9 \rfloor$. The PDCCH supports multiple formats as listed in Table 6.8.1-1. A PDCCH consisting of $n$ consecutive CCEs may only start on a CCE fulfilling $i \bmod n = 0$, where $i$ is the CCE number.<br><br>Multiple PDCCHs can be transmitted in a subframe.<br><br>**Table 6.8.1-1: Supported PDCCH formats.**<br><br>| PDCCH format | Number of CCEs | Number of resource-element groups | Number of PDCCH bits |<br>|---|---|---|---|<br>| 0 | 1 | 9 | 72 |<br>| 1 | 2 | 18 | 144 |<br>| 2 | 4 | 36 | 288 |<br>| 3 | 8 | 72 | 576 | |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
|  | ### 6.8.2    PDCCH multiplexing and scrambling<br><br>The block of bits $b^{(i)}(0),...,b^{(i)}(M_{bit}^{(i)}-1)$ on each of the control channels to be transmitted in a subframe, where $M_{bit}^{(i)}$ is the number of bits in one subframe to be transmitted on physical downlink control channel number $i$, shall be multiplexed, resulting in a block of bits<br><br>$b^{(0)}(0),...,b^{(0)}(M_{bit}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{bit}^{(1)}-1),...,b^{(n_{PDCCH}-1)}(0),...,b^{(n_{PDCCH}-1)}(M_{bit}^{(n_{PDCCH}-1)}-1)$, where $n_{PDCCH}$ is the number of PDCCHs transmitted in the subframe.<br><br>The block of bits $b^{(0)}(0),...,b^{(0)}(M_{bit}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{bit}^{(1)}-1),...,b^{(n_{PDCCH}-1)}(0),...,b^{(n_{PDCCH}-1)}(M_{bit}^{(n_{PDCCH}-1)}-1)$ shall be scrambled with a cell-specific sequence prior to modulation, resulting in a block of scrambled bits $\tilde{b}(0),...,\tilde{b}(M_{tot}-1)$ according to<br><br>$$\tilde{b}(i) = \left(b(i) + c(i)\right) \bmod 2$$<br><br>where the scrambling sequence $c(i)$ is given by Section 7.2. The scrambling sequence generator shall be initialised with $c_{init} = \lfloor n_s/2 \rfloor 2^9 + N_{ID}^{cell}$ at the start of each subframe.<br><br>CCE number $n$ corresponds to bits $b(72n),b(72n+1),...,b(72n+71)$. If necessary, <NIL> elements shall be inserted in the block of bits prior to scrambling to ensure that the PDCCHs starts at the CCE positions as described in [4] and to ensure that the length $M_{tot} = 8N_{REG} \geq \sum_{i=0}^{n_{PDCCH}-1} M_{bit}^{(i)}$ of the scrambled block of bits matches the amount of resource-element groups not assigned to PCFICH or PHICH. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.8.5    Mapping to resource elements<br><br>The mapping to resource elements is defined by operations on quadruplets of complex-valued symbols. Let $z^{(p)}(i) = \left\langle y^{(p)}(4i), y^{(p)}(4i+1), y^{(p)}(4i+2), y^{(p)}(4i+3)\right\rangle$ denote symbol quadruplet $i$ for antenna port $p$.<br><br>The block of quadruplets $z^{(p)}(0),...,z^{(p)}(M_{\text{quad}}-1)$, where $M_{\text{quad}} = M_{\text{symb}}/4$, shall be permuted resulting in $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$. The permutation shall be according to the sub-block interleaver in Section 5.1.4.2.1 of [3] with the following exceptions:<br><br>- the input and output to the interleaver is defined by symbol quadruplets instead of bits<br><br>- interleaving is performed on symbol quadruplets instead of bits by substituting the terms 'bit', 'bits' and 'bit sequence' in Section 5.1.4.2.1 of [3] by 'symbol quadruplet', 'symbol quadruplets' and 'symbol-quadruplet sequence', respectively<br><br><NULL> elements at the output of the interleaver in [3] shall be removed when forming $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$. Note that the removal of <NULL> elements does not affect any <NIL> elements inserted in Section 6.8.2.<br><br>The block of quadruplets $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$ shall be cyclically shifted, resulting in $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{\text{quad}}-1)$ where $\overline{w}^{(p)}(i) = w^{(p)}\left((i+N_{\text{ID}}^{\text{cell}}) \bmod M_{\text{quad}}\right)$.<br><br>Mapping of the block of quadruplets $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{\text{quad}}-1)$ is defined in terms of resource-element groups, specified in Section 6.2.4, according to steps 1–10 below:<br><br>1) Initialize $m' = 0$ (resource-element group number)<br><br>2) Initialize $k' = 0$ |

60

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 3) Initialize $l' = 0$ |
| | 4) If the resource element $(k', l')$ represents a resource-element group and the resource-element group is not assigned to PCFICH or PHICH then perform step 5 and 6, else go to step 7 |
| | 5) Map symbol-quadruplet $\overline{w}^{(p)}(m')$ to the resource-element group represented by $(k', l')$ for each antenna port $p$ |
| | 6) Increase $m'$ by 1 |
| | 7) Increase $l'$ by 1 |
| | 8) Repeat from step 4 if $l' < L$, where $L$ corresponds to the number of OFDM symbols used for PDCCH transmission as indicated by the sequence transmitted on the PCFICH |
| | 9) Increase $k'$ by 1 |
| | 10) Repeat from step 3 if $k' < N_{RB}^{DL} \cdot N_{sc}^{RB}$ |
| | Source: 3GPP TS 36.211 V10.7.0 at 67-69. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **PDSCH (Physical Data Shared Channel) in a Nutshell**<br><br>- PDSCH is a downlink physical channel that deliver user data from gNB to UE. It has characterstics summarized as below.<br>- Resource Grid: PDSCH occupies a time-frequency grid of Resource Blocks (RBs) within a slot. Maximum number of PDSCH OFDM symbol within a slot is 14, but in most case it use less than 14 because usually one or more OFDM symbols are used for PDCCH.<br>- Scheduling: The gNB schedules PDSCH resources for UEs based on their channel quality, data requirements, and fairness considerations.<br>- Modulation: PDSCH supports various modulation schemes such as QPSK, 16QAM, 64QAM, and 256QAM to accommodate different channel conditions and data rates.<br>- Channel Coding: PDSCH uses LDPC (Low-Density Parity-Check) coding to provide forward error correction, enhancing the robustness of data transmission over the wireless channel.<br>- Layer Mapping : In MIMO (Multiple Input Multiple Output) systems, a PDSCH is distributed among multiple layers.<br>- Rate Matching: PDSCH employs rate matching to adjust the coded data rate to match the allocated resources, accommodating different UE requirements and channel conditions.<br>- DMRS (Demodulation Reference Signals): PDSCH includes DMRS to assist the UE in channel estimation and demodulation, ensuring accurate data reception ==> DMRS is explain in further detail in another note here.<br><br>Source: https://www.sharetechnote.com/html/5G/5G_PDSCH.html.<br><br>**TDD frame type 2**<br>In TDD mode, the uplink and downlink subframes are transmitted on the same frequency and are multiplexed in the time domain. The locations of the uplink, downlink, and special subframes are determined by the uplink-downlink configuration. There are seven possible configurations given in the standard. The following is an illustration of a TDD frame with uplink-downlink configuration set to 2 and special subframe configuration set to 6.<br><br>Source: https://helpfiles.keysight.com/csg/89600B/Webhelp/Subsystems/lte-a/content/lte_overview.htm. |
| [4] The UE of claim 1, wherein the receiver and the processor are further configured to receive, on the | On information and belief, the Southwest Count X Systems and Services practice claim 1. *See* claim 1. On information and belief, the Southwest Count X Systems and Services further practice the receiver and the processor are further configured to receive, on the physical control channel, power control information. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| physical control channel, power control information. | For example, the UE is configured to receive power control commands on physical downlink control channel PDCCH.<br><br>## 5    Power control<br><br>Downlink power control determines the energy per resource element (EPRE). The term resource element energy denotes the energy prior to CP insertion.   The term resource element energy also denotes the average energy taken over all constellation points for the modulation scheme applied. Uplink power control determines the average power over a SC-FDMA symbol in which the physical channel is transmitted.<br><br>### 5.1    Uplink power control<br><br>Uplink power control controls the transmit power of the different uplink physical channels.<br><br>For PUSCH, the transmit power $\hat{P}_{\text{PUSCH},c}(i)$ defined in section 5.1.1, is first scaled by the ratio of the number of antennas ports with a non-zero PUSCH transmission to the number of configured antenna ports for the transmission scheme.  The resulting scaled power is then split equally across the antenna ports on which the non-zero PUSCH is transmitted.<br><br>For PUCCH or SRS, the transmit power $\hat{P}_{\text{PUCCH}}(i)$, defined in Section 5.1.1.1, or $\hat{P}_{\text{SRS},c}(i)$ is split equally across the configured antenna ports for PUCCH or SRS.  $\hat{P}_{\text{SRS},c}(i)$ is the linear value of $P_{\text{SRS},c}(i)$ defined in Section 5.1.3.<br><br>A cell wide overload indicator (OI) and a High Interference Indicator (HII) to control UL interference are defined in [9].<br><br>### 5.1.1    Physical uplink shared channel<br><br>#### 5.1.1.1    UE behaviour<br><br>The setting of the UE Transmit power for a physical uplink shared channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for PUSCH transmission in subframe $i$ for the serving cell $c$ is given by |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | $$P_{\text{PUSCH},c}(i) = \min\begin{cases} P_{\text{CMAX},c}(i), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j) \cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{ [dBm]}$$  If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe $i$ for the serving cell $c$ is given by  $$P_{\text{PUSCH},c}(i) = \min\begin{cases} 10\log_{10}(\hat{P}_{\text{CMAX},c}(i) - \hat{P}_{\text{PUCCH}}(i)), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j) \cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{ [dBm]}$$  If the UE is not transmitting PUSCH for the serving cell $c$, for the accumulation of TPC command received with DCI format 3/3A for PUSCH, the UE shall assume that the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe $i$ for the serving cell $c$ is computed by  $$P_{\text{PUSCH},c}(i) = \min\{P_{\text{CMAX},c}(i), P_{\text{O\_PUSCH},c}(1) + \alpha_c(1) \cdot PL_c + f_c(i)\} \quad \text{[dBm]}$$  <ul><li>$\delta_{\text{PUSCH},c}$ is a correction value, also referred to as a TPC command and is included in PDCCH with DCI format 0/4 for serving cell $c$ or jointly coded with other TPC commands in PDCCH with DCI format 3/3A whose CRC parity bits are scrambled with TPC-PUSCH-RNTI. The current PUSCH power control adjustment state for serving cell $c$ is given by $f_c(i)$ which is defined by:</li></ul> |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **Table 5.1.1.1-2: Mapping of TPC Command Field in DCI format 0/3/4 to absolute and accumulated** $\delta_{\mathrm{PUSCH},c}$ **values.** |

| TPC Command Field in DCI format 0/3/4 | Accumulated $\delta_{\mathrm{PUSCH},c}$ [dB] | Absolute $\delta_{\mathrm{PUSCH},c}$ [dB] only DCI format 0/4 |
|---|---|---|
| 0 | -1 | -4 |
| 1 | 0 | -1 |
| 2 | 1 | 1 |
| 3 | 3 | 4 |

**Table 5.1.1.1-3: Mapping of TPC Command Field in DCI format 3A to accumulated** $\delta_{\mathrm{PUSCH},c}$ **values.**

| TPC Command Field in DCI format 3A | Accumulated $\delta_{\mathrm{PUSCH},c}$ [dB] |
|---|---|
| 0 | -1 |
| 1 | 1 |

Source: 3GPP TS 36.213 V10.7.0 at 10-14.

The PDCCH carries essential control information such as resource allocation, scheduling assignments, power control commands, and other system-specific control messages. It operates in the downlink direction, meaning it's transmitted from the base station to the user equipment.

Source: https://www.linkedin.com/pulse/lte-pdcch-part-1-dci-rnti-malaka-dahanayake-hrjnc

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| [5] The UE of claim 4, wherein the physical control channel includes power control information for a plurality of UEs using different bits. | On information and belief, the Southwest Count X Systems and Services practice claim 4. *See* claim 4. On information and belief, the Southwest Count X Systems and Services further practice the physical control channel includes power control information for a plurality of UEs using different bits.<br><br>## 5   Power control<br><br>Downlink power control determines the energy per resource element (EPRE). The term resource element energy denotes the energy prior to CP insertion.   The term resource element energy also denotes the average energy taken over all constellation points for the modulation scheme applied. Uplink power control determines the average power over a SC-FDMA symbol in which the physical channel is transmitted.<br><br>### 5.1   Uplink power control<br><br>Uplink power control controls the transmit power of the different uplink physical channels.<br><br>For PUSCH, the transmit power $\hat{P}_{\text{PUSCH},c}(i)$ defined in section 5.1.1, is first scaled by the ratio of the number of antennas ports with a non-zero PUSCH transmission to the number of configured antenna ports for the transmission scheme.   The resulting scaled power is then split equally across the antenna ports on which the non-zero PUSCH is transmitted.<br><br>For PUCCH or SRS, the transmit power $\hat{P}_{\text{PUCCH}}(i)$, defined in Section 5.1.1.1, or $\hat{P}_{\text{SRS},c}(i)$ is split equally across the configured antenna ports for PUCCH or SRS. $\hat{P}_{\text{SRS},c}(i)$ is the linear value of $P_{\text{SRS},c}(i)$ defined in Section 5.1.3.<br><br>A cell wide overload indicator (OI) and a High Interference Indicator (HII) to control UL interference are defined in [9]. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| Claim(s) | Example Southwest Count X Systems and Services |
| | ### 5.1.1    Physical uplink shared channel<br><br>### 5.1.1.1    UE behaviour<br><br>The setting of the UE Transmit power for a physical uplink shared channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\mathrm{PUSCH},c}(i)$ for PUSCH transmission in subframe $i$ for the serving cell $c$ is given by<br><br>$$P_{\mathrm{PUSCH,c}}(i) = \min\begin{Bmatrix} P_{\mathrm{CMAX},c}(i), \\ 10\log_{10}(M_{\mathrm{PUSCH},c}(i)) + P_{\mathrm{O\_PUSCH},c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\mathrm{TF},c}(i) + f_c(i) \end{Bmatrix} \quad [\mathrm{dBm}]$$<br><br>If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{\mathrm{PUSCH},c}(i)$ for the PUSCH transmission in subframe $i$ for the serving cell $c$ is given by<br><br>$$P_{\mathrm{PUSCH,c}}(i) = \min\begin{Bmatrix} 10\log_{10}(\hat{P}_{\mathrm{CMAX},c}(i) - \hat{P}_{\mathrm{PUCCH}}(i)), \\ 10\log_{10}(M_{\mathrm{PUSCH},c}(i)) + P_{\mathrm{O\_PUSCH},c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\mathrm{TF},c}(i) + f_c(i) \end{Bmatrix} \quad [\mathrm{dBm}]$$<br><br>If the UE is not transmitting PUSCH for the serving cell c, for the accumulation of TPC command received with DCI format 3/3A for PUSCH, the UE shall assume that the UE transmit power $P_{\mathrm{PUSCH},c}(i)$ for the PUSCH transmission in subframe $i$ for the serving cell $c$ is computed by<br><br>$$P_{\mathrm{PUSCH,c}}(i) = \min\{P_{\mathrm{CMAX},c}(i), P_{\mathrm{O\_PUSCH},c}(1) + \alpha_c(1)\cdot PL_c + f_c(i)\} \quad [\mathrm{dBm}]$$<br><br>- $\delta_{\mathrm{PUSCH},c}$ is a correction value, also referred to as a TPC command and is included in PDCCH with DCI format 0/4 for serving cell $c$ or jointly coded with other TPC commands in PDCCH with DCI format 3/3A whose CRC parity bits are scrambled with TPC-PUSCH-RNTI. The current PUSCH power control adjustment state for serving cell $c$ is given by $f_c(i)$ which is defined by: |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **Table 5.1.1.1-2: Mapping of TPC Command Field in DCI format 0/3/4 to absolute and accumulated** $\delta_{\mathrm{PUSCH},c}$ **values.**<br><br>Source: 3GPP TS 36.213 V10.7.0 at 10-14. |

Table 5.1.1.1-2 content:

| TPC Command Field in DCI format 0/3/4 | Accumulated $\delta_{\mathrm{PUSCH},c}$ [dB] | Absolute $\delta_{\mathrm{PUSCH},c}$ [dB] only DCI format 0/4 |
|---|---|---|
| 0 | -1 | -4 |
| 1 | 0 | -1 |
| 2 | 1 | 1 |
| 3 | 3 | 4 |

**Table 5.1.1.1-3: Mapping of TPC Command Field in DCI format 3A to accumulated** $\delta_{\mathrm{PUSCH},c}$ **values.**

| TPC Command Field in DCI format 3A | Accumulated $\delta_{\mathrm{PUSCH},c}$ [dB] |
|---|---|
| 0 | -1 |
| 1 | 1 |

Source: 3GPP TS 36.213 V10.7.0 at 10-14.

| Claim(s) | Example |
|---|---|
| [6] The UE of claim 1, wherein in the time interval that the uplink physical signal is sent by the UE, a plurality of UEs each transmit on respective uplink physical control channels in the time interval. | On information and belief, the Southwest Count X Systems and Services practice claim 1. *See* claim 1. On information and belief, the Southwest Count X Systems and Services further practice wherein in the time interval that the uplink physical signal is sent by the UE, a plurality of UEs each transmit on respective uplink physical control channels in the time interval.<br><br>As described in claim 1, the UE transmits a sounding reference signal using resource elements and symbols. Multiple UEs may transmit a sounding reference signal in the time interval.<br><br>## 8.2      UE sounding procedure<br><br>A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types:<br><br>Source: 3GPP TS 36.213 V10.13.0 at 82. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 5.3      Physical uplink shared channel<br><br>### 5.3.4     Mapping to physical resources<br><br>For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),...,z^{(\tilde{p})}(M^{ap}_{symb}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{PUSCH}$ in order to conform to the transmit power $P_{PUSCH}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and<br><br>    -   not used for transmission of reference signals, and<br><br>… |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4]. |

If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].

If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_{\text{s}}$ is given by the scheduling grant together with a predefined pattern according to

$$\tilde{n}_{\text{PRB}}(n_{\text{s}}) = \left(\tilde{n}_{\text{VRB}} + f_{\text{hop}}(i) \cdot N_{\text{RB}}^{\text{sb}} + \left(\left(N_{\text{RB}}^{\text{sb}} - 1\right) - 2\left(\tilde{n}_{\text{VRB}} \bmod N_{\text{RB}}^{\text{sb}}\right)\right) \cdot f_{\text{m}}(i)\right) \bmod (N_{\text{RB}}^{\text{sb}} \cdot N_{\text{sb}})$$

$$i = \begin{cases} \lfloor n_{\text{s}}/2 \rfloor & \text{inter} - \text{subframe hopping} \\ n_{\text{s}} & \text{intra and inter} - \text{subframe hopping} \end{cases}$$

$$n_{\text{PRB}}(n_{\text{s}}) = \begin{cases} \tilde{n}_{\text{PRB}}(n_{\text{s}}) & N_{sb} = 1 \\ \tilde{n}_{\text{PRB}}(n_{\text{s}}) + \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$

$$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb} = 1 \\ n_{\text{VRB}} - \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$

Source: 3GPP TS 36.211 V10.7.0 at 20-21.

## 5.5    Reference signals

### 5.5.3    Sounding reference signal

#### 5.5.3.2    Mapping to physical resources

For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.

Source: 3GPP TS 36.211 V10.7.0 at 27, 35, 37.

70

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| [13.pre] A method performed by user equipment (UE), the method comprising: | To the extent this preamble is limiting, on information and belief, the Southwest Count X Systems and Services include a user equipment (UE) that practices the method recited in the limitations of claim 13. |
| | On information and belief, Southwest airplanes are installed with an Aircraft Interface Device (AID) that provides LTE ground connectivity and acts as a UE in an LTE network. |
| | On information and belief, Southwest airplanes are installed with an Aircraft Interface Device (AID) that provides LTE ground connectivity and acts as a UE in an LTE network. |
| | An Aircraft Interface Device (AID) is a hardware system that allows communication between an Electronic Flight Bag (EFB) and an aircraft data bus. AID allows information about the aircraft's position and speed to be obtained from its avionics by registering to the ARINC 717 and ARINC 429 data buses. This device offers certain features, such as automatic update of flight planning and weather information updates on the flight. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478. |
| | North America held the largest global aircraft interface device market share in the base year. The North American market was valued at USD 13.17 million in 2023. The market's growth is attributed to the rise in aircraft fleet and airlines in the region. The presence of major airlines, such as American Airlines, Delta Airlines, Southwest Airlines, and others will give a boost to the market growth in the region. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478. |
| | The carrier's multi-year contract with AvioBook provides Southwest with the most innovative technology platform on the market. The deal includes the only fully-integrated Electronic Flight Bag (EFB) and Electronic Logbook (eLB) solution on the market to improve efficiency throughout the operation. Southwest has also signed an agreement to equip the world's largest all Boeing 737 NG fleet with AvioBook's Aircraft Interface Device (AID), known as AvioCast. Once installed, it will provide real time aircraft data to various operational groups. AvioBook's comprehensive suite of software and hardware is designed to further mitigate safety risks, enhance compliance, add technology redundancy and resiliency, and increase environmental sustainability, all while enabling shorter turn times. |
| | Source: https://www.thalesgroup.com/en/worldwide/aerospace/press_release/southwest-airlines-signs-historic-deal-aviobooks-technology. |

71

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **Stay connected with real-time information** ⌃<br><br>Dealing with an unexpected event like an in-flight diversion? With AvioCast, you can upload valuable information like in-flight weather, fuel information and a new flight plan directly onto your EFB. AvioCast uses an international 4G modem on the ground or SATCOM in-flight to provide the EFB with a **Wireless Access Point (WAP)** throughout the entire operation.<br><br>Source: https://aviobook.aero/products/aviocast/benefits.<br><br>Aviocast applications and avionics<br><br>Remi further explains that Aviobook provides internet access within the cockpit regardless of where the aircraft is, a satcom connection if the aircraft is in flight. The Aviocast box is connected to an avionics computer located with the bay of the aircraft, ands then to satcom to provide inflight connectivity, a 4G modem connects the system while it on the ground and it generates a wifi network to which the mobile devices used by the different crew connect to as alluded to above. This enables the connected aircraft operations.<br><br>Source: https://www.devicechronicle.com/avionics (annotation added). |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  The solution architecture for the Aviocast. Source: https://www.devicechronicle.com/avionics (annotation added). *See also* claim preamble [1.a]. |
| [13.a] receiving resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a | On information and belief, the Southwest Count X Systems and Services practice receiving resource allocation information associated with an uplink physical signal, wherein the uplink physical signal and a physical uplink shared channel have different resources. In LTE, a UE is configured to receive radioResourceConfigDedicated IE, which includes |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| physical uplink shared channel have different resources; | PhysicalConfigDedicated IE that further includes SoundingRS-UL-Config IE. This configuration indicates the UE's SRS resources for transmission. |
| | 7.2    RRC protocol states & state transitions |
| | -   **RRC_CONNECTED**: |
| | -   UE has an E-UTRAN-RRC connection; |
| | -   UE has context in E-UTRAN; |
| | -   E-UTRAN knows the cell which the UE belongs to; |
| | -   Network can transmit and/or receive data to/from UE; |
| | -   Network controlled mobility (handover and inter-RAT cell change order to GERAN with NACC); |
| | -   Neighbour cell measurements; |
| | -   At PDCP/RLC/MAC level: |
| |     -   UE can transmit and/or receive data to/from network; |
| |     -   UE monitors control signalling channel for shared data channel to see if any transmission over the shared data channel has been allocated to the UE; |
| |     -   UE also reports channel quality information and feedback information to eNB; |
| |     -   DRX period can be configured according to UE activity level for UE power saving and efficient resource utilization. This is under control of the eNB. |
| | Source: 3GPP TS 36.300 V10.12.0 at 56. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **5.3.3.4**    Reception of the *RRCConnectionSetup* by the UE<br><br>NOTE:    Prior to this, lower layer signalling is used to allocate a C-RNTI. For further details see TS 36.321 [6];<br><br>The UE shall:<br><br>1> perform the radio resource configuration procedure in accordance with the received <mark>*radioResourceConfigDedicated*</mark> and as specified in 5.3.10;<br><br>1> if stored, discard the cell reselection priority information provided by the *idleModeMobilityControlInfo* or inherited from another RAT;<br><br>1> stop timer T300;<br><br>1> stop timer T302, if running;<br><br>1> stop timer T303, if running;<br><br>1> stop timer T305, if running;<br><br>1> stop timer T306, if running;<br><br>1> perform the actions as specified in 5.3.3.7;<br><br>1> stop timer T320, if running;<br><br>1> <mark>enter RRC_CONNECTED;</mark><br><br>Source: 3GPP TS 36.331 V10.22.0 at 42.<br><br>–        *RadioResourceConfigDedicated*<br><br>The <mark>IE *RadioResourceConfigDedicated* is used to setup/modify/release RBs,</mark> to modify the MAC main configuration, to modify the SPS configuration and to modify dedicated physical configuration. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | toEUTRA2<br>    sps-Config                    SPS-Config                  OPTIONAL,    -- Need ON<br>    physicalConfigDedicated        PhysicalConfigDedicated     OPTIONAL,    -- Need ON<br>    ...,<br>    [[  rlf-TimersAndConstants-r9    RLF-TimersAndConstants-r9   OPTIONAL   -- Need ON<br><br>**RadioResourceConfigDedicated field descriptions**<br>**logicalChannelConfig**<br>For SRBs a choice is used to indicate whether the logical channel configuration is signalled explicitly or set to the default logical channel configuration for SRB1 as specified in 9.2.1.1 or for SRB2 as specified in 9.2.1.2.<br>**logicalChannelIdentity**<br>The logical channel identity for both UL and DL.<br>**mac-MainConfig**<br>Although the ASN.1 includes a choice that is used to indicate whether the mac-MainConfig is signalled explicitly or set to the default MAC main configuration as specified in 9.2.2, EUTRAN does not apply "*defaultValue*".<br>**measSubframePatternPCell**<br>Time domain measurement resource restriction pattern for the PCell measurements (RSRP, RSRQ and the radio link monitoring).<br>**physicalConfigDedicated**<br>The default dedicated physical configuration is specified in 9.2.4.<br><br>–        *PhysicalConfigDedicated*<br><br>    tpc-PDCCH-ConfigPUSCH          TPC-PDCCH-Config            OPTIONAL,    -- Need ON<br>    cqi-ReportConfig               CQI-ReportConfig            OPTIONAL,    -- Cond CQI=<br>r8<br>    soundingRS-UL-ConfigDedicated  SoundingRS-UL-ConfigDedicated  OPTIONAL    -- Need ON<br>    antennaInfo                    CHOICE [<br>        explicitValue                  AntennaInfoDedicated,<br>        defaultValue                   NULL<br>    ]        OPTIONAL,                                              -- Cond AI-r8<br>    schedulingRequestConfig        SchedulingRequestConfig     OPTIONAL,    -- Need ON<br><br>**SoundingRS-UL-Config** information element |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  |

```
SoundingRS-UL-ConfigDedicated ::=    CHOICE{
    release                              NULL,
    setup                                SEQUENCE {
        srs-Bandwidth                        ENUMERATED {bw0, bw1, bw2, bw3},
        srs-HoppingBandwidth                 ENUMERATED {hbw0, hbw1, hbw2, hbw3},
        freqDomainPosition                   INTEGER (0..23),
        duration                             BOOLEAN,
        srs-ConfigIndex                      INTEGER (0..1023),
        transmissionComb                     INTEGER (0..1),
        cyclicShift                          ENUMERATED {cs0, cs1, cs2, cs3, cs4, cs5, cs6, cs7}
```

**SoundingRS-UL-Config field descriptions**

**ackNackSRS-SimultaneousTransmission**
Parameter: *Simultaneous-AN-and-SRS*, see TS 36.213 [23, 8.2]. For SCells this field is not applicable and the UE shall ignore the value.

**cyclicShift, cyclicShiftAp**
Parameter: $n\_SRS$ for periodic and aperiodic sounding reference signal transmission respectively. See TS 36.211 [21, 5.5.3.1], where cs0 corresponds to 0 etc.

**duration**
Parameter: Duration for periodic sounding reference signal transmission. See TS 36.213 [21, 8.2]. FALSE corresponds to "single" and value TRUE to "indefinite".

**freqDomainPosition, freqDomainPositionAp**
Parameter: $n_{RRC}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3.2].

**srs-AntennaPort, srs-AntennaPortAp**
Indicates the number of antenna ports used for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3]. UE shall release *srs-AntennaPort* if *SoundingRS-UL-ConfigDedicated* is released.

**srs-Bandwidth, srs-BandwidthAp**
Parameter: $B_{SRS}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, tables 5.5.3.2-1, 5.5.3.2-2, 5.5.3.2-3 and 5.5.3.2-4].

**srs-BandwidthConfig**
Parameter: SRS Bandwidth Configuration. See TS 36.211, [21, table 5.5.3.2-1, 5.5.3.2-2, 5.5.3.2-3 and 5.5.3.2-4]. Actual configuration depends on UL bandwidth. bw0 corresponds to value 0, bw1 to value 1 and so on.

**srs-ConfigApDCI-Format0 / srs-ConfigApDCI-Format1a2b2c / srs-ConfigApDCI-Format4**
Parameters indicate the resource configurations for aperiodic sounding reference signal transmissions triggered by DCI formats 0, 1A, 2B, 2C, 4. See TS 36.213 [23, 8.2].

**srs-ConfigIndex, srs-ConfigIndexAp**
Parameter: $I_{SRS}$ for periodic and aperiodic sounding reference signal transmission respectively. See TS 36.213 [23, table 8.2-1 and table 8.2-2] for periodic and TS 36.213 [23, table 8.2-4 and table 8.2-5] for aperiodic SRS transmission.

**srs-HoppingBandwidth**
Parameter: SRS hopping bandwidth $b_{hop} \in \{0,1,2,3\}$ for periodic sounding reference signal transmission, see TS 36.211 [21, 5.5.3.2] where hbw0 corresponds to value 0, hbw1 to value 1 and so on.

**srs-MaxUpPts**
Parameter: srsMaxUpPts, see TS 36.211 [21, 5.5.3]. If this field is present, reconfiguration of $m_{SRS,0}^{max}$ applies for UpPts, otherwise reconfiguration does not apply.

**srs-SubframeConfig**
Parameter: SRS SubframeConfiguration. See TS 36.211, [21, table 5.5.3.3-1] applies for FDD whereas TS 36.211, [21, table 5.5.3.3-2] applies for TDD. sc0 corresponds to value 0, sc1 to value 1 and so on.

**transmissionComb, transmissionCombAp**
Parameter: $\bar{k}_{TC} \in \{0,1\}$ for periodic and aperiodic sounding reference signal transmission respectively, see TS 36.211 [21, 5.5.3.2].

Source: 3GPP TS 36.331 V10.22.0 at 178, 188, 194.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| Claim(s) | Example Southwest Count X Systems and Services |
|---|---|
| | ## 8.2    UE sounding procedure<br><br>A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types:<br><br>- trigger type 0: higher layer signalling<br><br>- trigger type 1: DCI formats 0/4/1A for FDD and TDD and DCI formats 2B/2C for TDD.<br><br>In case both trigger type 0 and trigger type 1 SRS transmissions would occur in the same subframe in the same serving cell, the UE shall only transmit the trigger type 1 SRS transmission.<br><br>A UE may be configured with SRS parameters for trigger type 0 and trigger type 1 on each serving cell. The following SRS parameters are serving cell specific and semi-statically configurable by higher layers for trigger type 0 and for trigger type 1.<br><br>• Transmission comb $\bar{k}_{TC}$, as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• Starting physical resource block assignment $n_{RRC}$, as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• *duration*: single or indefinite (until disabled), as defined in [11] for trigger type 0<br><br>• *srs-ConfigIndex* $I_{SRS}$ for SRS periodicity $T_{SRS}$ and SRS subframe offset $T_{offset}$, as defined in Table 8.2-1 and Table 8.2-2 for trigger type 0 and SRS periodicity $T_{SRS,1}$ and SRS subframe offset $T_{offset,1}$, as defined in Table 8.2-4 and Table 8.2-5 trigger type 1<br><br>• SRS bandwidth $B_{SRS}$, as defined in Section 5.5.3.2 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>• Frequency hopping bandwidth, $b_{hop}$, as defined in Section 5.5.3.2 of [3] for trigger type 0<br><br>• Cyclic shift $n_{SRS}^{cs}$, as defined in Section 5.5.3.1 of [3] for trigger type 0 and each configuration of trigger type 1<br><br>Source: 3GPP TS 36.331 V10.7.0 at 80. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| Claim(s) | Example Southwest Count X Systems and Services |

### 9.2.4    Default physical channel configuration

Parameters

| Name | Value | Semantics description | Ver |
|---|---|---|---|
| *PDSCH-ConfigDedicated* | | | |
| *>p-a* | dB0 | | |
| *PUCCH-ConfigDedicated* | | | |
| *> tdd-AckNackFeedbackMode* | bundling | Only valid for TDD mode | |
| *>ackNackRepetition* | release | | |
| *PUSCH-ConfigDedicated* | | | |
| *>betaOffset-ACK-Index* | 10 | | |
| *>betaOffset-RI-Index* | 12 | | |
| *>betaOffset-CQI-Index* | 15 | | |
| *UplinkPowerControlDedicated* | | | |
| *>p0-UE-PUSCH* | 0 | | |
| *>deltaMCS-Enabled* | en0 (disabled) | | |
| *>accumulationEnabled* | TRUE | | |
| *>p0-UE-PUCCH* | 0 | | |
| *>pSRS-Offset* | 7 | | |
| *> filterCoefficient* | fc4 | | |
| *tpc-pdcch-ConfigPUCCH* | release | | |
| *tpc-pdcch-ConfigPUSCH* | release | | |
| *CQI-ReportConfig* | | | |
| *> CQI-ReportPeriodic* | release | | |
| *> cqi-ReportModeAperiodic* | N/A | | |
| *> nomPDSCH-RS-EPRE-Offset* | N/A | | |
| *SoundingRS-UL-ConfigDedicated* | release | | |
| *AntennaInfoDedicated* | | | |
| *>transmissionMode* | tm1, tm2 | If the number of PBCH antenna ports is one, tm1 is used as default; otherwise tm2 is used as default | |
| *>codebookSubsetRestriction* | N/A | | |
| *>ue-TransmitAntennaSelection* | release | | |
| *SchedulingRequestConfig* | release | | |

Source: 3GPP TS 36.331 V10.22.0 at 263.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | The physical uplink shared channel (PUSCH) is transmitted by the UE with resources elements that are different from SRS resources.<br><br>## 5.2      Slot structure and physical resources<br><br>### 5.2.1      Resource grid<br><br>The transmitted signal in each slot is described by one or several resource grids of $N_{RB}^{UL} N_{sc}^{RB}$ subcarriers and $N_{symb}^{UL}$<br><br>SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{RB}^{UL}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil<br><br>$$N_{RB}^{min,UL} \leq N_{RB}^{UL} \leq N_{RB}^{max,UL}$$<br><br>where $N_{RB}^{min,UL} = 6$ and $N_{RB}^{max,UL} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{RB}^{UL}$ is given by [7].<br><br>The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1.<br><br>An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout Section 5 when a sequential numbering of the antenna ports is necessary. |

80

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  Figure 5.2.1-1: Uplink resource grid. ## 5.2.2    Resource elements Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,...,N_{RB}^{UL}N_{sc}^{RB} - 1$ and $l = 0,...,N_{symb}^{UL} - 1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.2.3  Resource blocks<br><br>A physical resource block is defined as $N_{\text{symb}}^{\text{UL}}$ consecutive SC-FDMA symbols in the time domain and $N_{\text{sc}}^{\text{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\text{symb}}^{\text{UL}}$ and $N_{\text{sc}}^{\text{RB}}$ are given by Table 5.2.3-1. A physical resource block in the uplink thus consists of $N_{\text{symb}}^{\text{UL}} \times N_{\text{sc}}^{\text{RB}}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain.<br><br>**Table 5.2.3-1: Resource block parameters.**<br><br>{{TABLE}}<br><br>The relation between the physical resource block number $n_{\text{PRB}}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by<br><br>$$n_{\text{PRB}} = \left\lfloor \frac{k}{N_{\text{sc}}^{\text{RB}}} \right\rfloor$$<br><br>## 5.3    Physical uplink shared channel<br><br>### 5.3.4    Mapping to physical resources |

Table 5.2.3-1:

| Configuration | $N_{\text{sc}}^{\text{RB}}$ | $N_{\text{symb}}^{\text{UL}}$ |
|---|---|---|
| Normal cyclic prefix | 12 | 7 |
| Extended cyclic prefix | 12 | 6 |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),...,z^{(\tilde{p})}(M^{\text{ap}}_{\text{symb}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and |
| | |
| | - not used for transmission of reference signals, and |
| | |
| | … |
| | |
| | If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4]. |
| | |
| | If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4]. |
| | |
| | If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_{\text{s}}$ is given by the scheduling grant together with a predefined pattern according to |
| | $$\tilde{n}_{\text{PRB}}(n_{\text{s}}) = \left(\tilde{n}_{\text{VRB}} + f_{\text{hop}}(i)\cdot N^{\text{sb}}_{\text{RB}} + \left(\left(N^{\text{sb}}_{\text{RB}}-1\right)-2\left(\tilde{n}_{\text{VRB}}\bmod N^{\text{sb}}_{\text{RB}}\right)\right)\cdot f_{\text{m}}(i)\right)\bmod(N^{\text{sb}}_{\text{RB}}\cdot N_{\text{sb}})$$ $$i = \begin{cases} \lfloor n_{\text{s}}/2\rfloor & \text{inter}-\text{subframe hopping} \\ n_{\text{s}} & \text{intra and inter}-\text{subframe hopping} \end{cases}$$ $$n_{\text{PRB}}(n_{\text{s}}) = \begin{cases} \tilde{n}_{\text{PRB}}(n_{\text{s}}) & N_{sb}=1 \\ \tilde{n}_{\text{PRB}}(n_{\text{s}})+\left\lceil N^{\text{HO}}_{\text{RB}}/2\right\rceil & N_{sb}>1 \end{cases}$$ $$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb}=1 \\ n_{\text{VRB}}-\left\lceil N^{\text{HO}}_{\text{RB}}/2\right\rceil & N_{sb}>1 \end{cases}$$ |
| | |
| | Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 5.4 Physical uplink control channel |

The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field.

…

The physical resources used for PUCCH depends on two parameters, $N_{RB}^{(2)}$ and $N_{cs}^{(1)}$, given by higher layers. The variable $N_{RB}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{cs}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{cs}^{(1)}$ is an integer multiple of $\Delta_{shift}^{PUCCH}$ within the range of $\{0, 1, …, 7\}$, where $\Delta_{shift}^{PUCCH}$ is provided by higher layers. No mixed resource block is present if $N_{cs}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{PUCCH}^{(1,\tilde{p})}$,

$n_{PUCCH}^{(2,\tilde{p})} < N_{RB}^{(2)} N_{sc}^{RB} + \left\lceil \dfrac{N_{cs}^{(1)}}{8} \right\rceil \cdot (N_{sc}^{RB} - N_{cs}^{(1)} - 2)$, and $n_{PUCCH}^{(3,\tilde{p})}$, respectively.

## 5.4.1 PUCCH formats 1, 1a and 1b

For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this section, $d(0) = 1$ shall be assumed for PUCCH format 1.

The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by

$$n'_{\tilde{p}}(n_s) = \begin{cases} n_{PUCCH}^{(1,\tilde{p})} & \text{if } n_{PUCCH}^{(1,\tilde{p})} < c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH} \\ \left(n_{PUCCH}^{(1,\tilde{p})} - c \cdot N_{cs}^{(1)} / \Delta_{shift}^{PUCCH}\right) \bmod \left(c \cdot N_{sc}^{RB} / \Delta_{shift}^{PUCCH}\right) & \text{otherwise} \end{cases}$$

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.4.3    Mapping to physical resources<br><br>The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Section 5.1.2.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. PUCCH uses one resource block in each of the two slots in a subframe. Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 12-13, 20-21, 26.<br><br><br>### 5.5.3    Sounding reference signal |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.5.3.1    Sequence generation

The sounding reference signal sequence $r_{SRS}^{(\tilde{p})}(n) = r_{u,v}^{(\alpha_{\tilde{p}})}(n)$ is defined by Section 5.5.1, where $u$ is the PUCCH sequence-group number defined in Section 5.5.1.3 and $v$ is the base sequence number defined in Section 5.5.1.4. The cyclic shift $\alpha_{\tilde{p}}$ of the sounding reference signal is given as

$$\alpha_{\tilde{p}} = 2\pi \frac{n_{SRS}^{cs,\tilde{p}}}{8}$$

$$n_{SRS}^{cs,\tilde{p}} = \left( n_{SRS}^{cs} + \frac{8\tilde{p}}{N_{ap}} \right) \bmod 8 \,,$$

$$\tilde{p} \in \{0,1,...,N_{ap}-1\}$$

where $n_{SRS}^{cs} = \{0,1,2,3,4,5,6,7\}$ is configured separately for periodic and each configuration of aperiodic sounding by the higher-layer parameters *cyclicShift* and *cyclicShift-ap*, respectively, for each UE and $N_{ap}$ is the number of antenna ports used for sounding reference signal transmission.

### 5.5.3.2    Mapping to physical resources

For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.

Source: 3GPP TS 36.211 V10.7.0 at 35-36. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 8.7.2  *Sounding Reference Signal*<br><br>The mobile usually sends the sounding reference signal in the last symbol of the subframe, as shown in Figure 8.11. In TDD mode, it can also send the signal in the<br><br><br><br>**Figure 8.11**  Example resource element mapping for the sounding reference signal, using a normal cyclic prefix.<br><br>Source: C. Cox, "An Introduction to LTE" (Wiley 2012), § 8.7.2 at 144.<br><br>*See also* claim limitation [1.a]. |
| [13.b] sending, over the physical uplink shared channel, data in assigned time intervals; | On information and belief, the Southwest Count X Systems and Services practice sending, over the physical uplink shared channel, data in assigned time intervals.<br><br>The UE transmits data on PUSCH in form of subframes in each TTI interval.<br><br>## 5.2.2    Uplink shared channel<br><br>Figure 5.2.2-1 shows the processing structure for the UL-SCH transport channel on one UL cell. Data arrives to the coding unit in the form of a maximum of two transport blocks every transmission time interval (TTI) per UL cell. The following coding steps can be identified for each transport block of an UL cell: |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | Source: 3GPP TS 36.212 V10.9.0 at 22.<br><br>## 5    Physical Layer for E-UTRA<br><br>Downlink and uplink transmissions are organized into radio frames with 10 ms duration. Two radio frame structures are supported:<br><br>- Type 1, applicable to FDD,<br><br>- Type 2, applicable to TDD.<br><br>Frame structure Type 1 is illustrated in Figure 5.1-1. Each 10 ms radio frame is divided into ten equally sized sub-frames. Each sub-frame consists of two equally sized slots. For FDD, 10 subframes are available for downlink transmission and 10 subframes are available for uplink transmissions in each 10 ms interval. Uplink and downlink transmissions are separated in the frequency domain.<br><br><br><br>…<br><br>The physical channels of E-UTRA are:<br><br>… |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **Physical uplink control channel (PUCCH)**<br><br>- Carries Hybrid ARQ ACK/NAKs in response to downlink transmission;<br><br>- Carries Scheduling Request (SR);<br><br>- Carries CQI reports.<br><br>**Physical uplink shared channel (PUSCH)**<br><br>- Carries the UL-SCH.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 38-39.<br><br>### 11.1.2    Uplink Scheduling<br><br>In the uplink, E-UTRAN can dynamically allocate resources (PRBs and MCS) to UEs at each TTI via the C-RNTI on PDCCH(s). A UE always monitors the PDCCH(s) in order to find possible allocation for uplink transmission when its downlink reception is enabled (activity governed by DRX when configured). When CA is configured, the same C-RNTI applies to all serving cells.<br><br>Source: 3GPP TS 36.300 V10.12.0 at 93.<br><br>### 5.3    Physical uplink shared channel<br><br>… |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| :-- | :-- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.3.4　Mapping to physical resources<br><br>For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),...,z^{(\tilde{p})}(M_{symb}^{ap}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{PUSCH}$ in order to conform to the transmit power $P_{PUSCH}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and<br><br>…<br><br>If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{PRB}=n_{VRB}$ where $n_{VRB}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4].<br><br>If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].<br><br>If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_s$ is given by the scheduling grant together with a predefined pattern according to<br><br>$$\tilde{n}_{PRB}(n_s)=\left(\tilde{n}_{VRB}+f_{hop}(i)\cdot N_{RB}^{sb}+\left(\left(N_{RB}^{sb}-1\right)-2\left(\tilde{n}_{VRB}\bmod N_{RB}^{sb}\right)\right)\cdot f_m(i)\right)\bmod(N_{RB}^{sb}\cdot N_{sb})$$<br>$$i=\begin{cases}\lfloor n_s/2\rfloor & inter-subframe\ hopping\\ n_s & intra\ and\ inter-subframe\ hopping\end{cases}$$<br>$$n_{PRB}(n_s)=\begin{cases}\tilde{n}_{PRB}(n_s) & N_{sb}=1\\ \tilde{n}_{PRB}(n_s)+\lceil N_{RB}^{HO}/2\rceil & N_{sb}>1\end{cases}$$<br>$$\tilde{n}_{VRB}=\begin{cases}n_{VRB} & N_{sb}=1\\ n_{VRB}-\lceil N_{RB}^{HO}/2\rceil & N_{sb}>1\end{cases}$$<br><br>Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | *See also* claim limitation [1.b]. |
| [13.c] sending, in a time interval that it is not sending information over the physical uplink shared channel, the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval; and | On information and belief, the Southwest Count X Systems and Services practice sending, in a time interval that it is not sending information over the physical uplink shared channel, the uplink physical signal based on the received resource allocation information, wherein the uplink physical signal is used to determine channel conditions by a base station and in the same time interval that the uplink physical signal is sent, a plurality of UEs transmit uplink physical signals in the same time interval.<br><br>The UE transmits the sounding reference signal in different resource elements and symbols than those used for PUSCH transmission.<br><br>### 8.2    UE sounding procedure<br><br>A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types:<br><br>Source: 3GPP TS 36.213 V10.13.0 at 82. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) |
|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |

## 5.2  Slot structure and physical resources

### 5.2.1  Resource grid

The transmitted signal in each slot is described by one or several resource grids of $N_{\text{RB}}^{\text{UL}} N_{\text{sc}}^{\text{RB}}$ subcarriers and $N_{\text{symb}}^{\text{UL}}$

SC-FDMA symbols. The resource grid is illustrated in Figure 5.2.1-1. The quantity $N_{\text{RB}}^{\text{UL}}$ depends on the uplink transmission bandwidth configured in the cell and shall fulfil

$$N_{\text{RB}}^{\text{min,UL}} \le N_{\text{RB}}^{\text{UL}} \le N_{\text{RB}}^{\text{max,UL}}$$

where $N_{\text{RB}}^{\text{min,UL}} = 6$ and $N_{\text{RB}}^{\text{max,UL}} = 110$ are the smallest and largest uplink bandwidths, respectively, supported by the current version of this specification. The set of allowed values for $N_{\text{RB}}^{\text{UL}}$ is given by [7].

The number of SC-FDMA symbols in a slot depends on the cyclic prefix length configured by the higher layer parameter *UL-CyclicPrefixLength* and is given in Table 5.2.3-1.

An antenna port is defined such that the channel over which a symbol on the antenna port is conveyed can be inferred from the channel over which another symbol on the same antenna port is conveyed. There is one resource grid per antenna port. The antenna ports used for transmission of a physical channel or signal depends on the number of antenna ports configured for the physical channel or signal as shown in Table 5.2.1-1. The index $\tilde{p}$ is used throughout Section 5 when a sequential numbering of the antenna ports is necessary.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  **Figure 5.2.1-1: Uplink resource grid.** ## 5.2.2    Resource elements Each element in the resource grid is called a resource element and is uniquely defined by the index pair $(k,l)$ in a slot where $k = 0,...,N_{RB}^{UL}N_{sc}^{RB} - 1$ and $l = 0,...,N_{symb}^{UL} - 1$ are the indices in the frequency and time domains, respectively. Resource element $(k,l)$ on antenna port $p$ corresponds to the complex value $a_{k,l}^{(p)}$. When there is no risk for confusion, or no particular antenna port is specified, the index $p$ may be dropped. Quantities $a_{k,l}^{(p)}$ corresponding to resource elements not used for transmission of a physical channel or a physical signal in a slot shall be set to zero. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 5.2.3   Resource blocks<br><br>A physical resource block is defined as $N_{\text{symb}}^{\text{UL}}$ consecutive SC-FDMA symbols in the time domain and $N_{\text{sc}}^{\text{RB}}$ consecutive subcarriers in the frequency domain, where $N_{\text{symb}}^{\text{UL}}$ and $N_{\text{sc}}^{\text{RB}}$ are given by Table 5.2.3-1. A physical resource block in the uplink thus consists of $N_{\text{symb}}^{\text{UL}} \times N_{\text{sc}}^{\text{RB}}$ resource elements, corresponding to one slot in the time domain and 180 kHz in the frequency domain. |

**Table 5.2.3-1: Resource block parameters.**

| Configuration | $N_{\text{sc}}^{\text{RB}}$ | $N_{\text{symb}}^{\text{UL}}$ |
|---|---|---|
| Normal cyclic prefix | 12 | 7 |
| Extended cyclic prefix | 12 | 6 |

The relation between the physical resource block number $n_{\text{PRB}}$ in the frequency domain and resource elements $(k,l)$ in a slot is given by

$$n_{\text{PRB}} = \left\lfloor \frac{k}{N_{\text{sc}}^{\text{RB}}} \right\rfloor$$

# 5.3   Physical uplink shared channel

## 5.3.4   Mapping to physical resources

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
|  | ==For each antenna port $p$ used for transmission of the PUSCH in a subframe== the block of complex-valued symbols $z^{(\tilde{p})}(0),\ldots,z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. ==The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission== and

- ==not used for transmission of reference signals==, and

…

If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4].

If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].

If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_{\text{s}}$ is given by the scheduling grant together with a predefined pattern according to

$$\tilde{n}_{\text{PRB}}(n_{\text{s}}) = \left(\tilde{n}_{\text{VRB}} + f_{\text{hop}}(i)\cdot N_{\text{RB}}^{\text{sb}} + \left(\left(N_{\text{RB}}^{\text{sb}}-1\right)-2\left(\tilde{n}_{\text{VRB}}\bmod N_{\text{RB}}^{\text{sb}}\right)\right)\cdot f_{\text{m}}(i)\right)\bmod\left(N_{\text{RB}}^{\text{sb}}\cdot N_{\text{sb}}\right)$$

$$i = \begin{cases} \lfloor n_{\text{s}}/2 \rfloor & \text{inter}-\text{subframe hopping} \\ n_{\text{s}} & \text{intra and inter}-\text{subframe hopping} \end{cases}$$

$$n_{\text{PRB}}(n_{\text{s}}) = \begin{cases} \tilde{n}_{\text{PRB}}(n_{\text{s}}) & N_{sb}=1 \\ \tilde{n}_{\text{PRB}}(n_{\text{s}})+\lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb}>1 \end{cases}$$

$$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb}=1 \\ n_{\text{VRB}}-\lfloor N_{\text{RB}}^{\text{HO}}/2 \rfloor & N_{sb}>1 \end{cases}$$

Source: 3GPP TS 36.211 V10.7.0 at 20-21. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| Claim(s) | Example Southwest Count X Systems and Services |
| | ## 5.4    Physical uplink control channel <br><br> The physical uplink control channel, PUCCH, carries uplink control information. Simultaneous transmission of PUCCH and PUSCH from the same UE is supported if enabled by higher layers. For frame structure type 2, the PUCCH is not transmitted in the UpPTS field. <br><br> … <br><br> The physical resources used for PUCCH depends on two parameters, $N_{\text{RB}}^{(2)}$ and $N_{\text{cs}}^{(1)}$, given by higher layers. The variable $N_{\text{RB}}^{(2)} \geq 0$ denotes the bandwidth in terms of resource blocks that are available for use by PUCCH formats 2/2a/2b transmission in each slot. The variable $N_{\text{cs}}^{(1)}$ denotes the number of cyclic shift used for PUCCH formats 1/1a/1b in a resource block used for a mix of formats 1/1a/1b and 2/2a/2b. The value of $N_{\text{cs}}^{(1)}$ is an integer multiple of $\Delta_{\text{shift}}^{\text{PUCCH}}$ within the range of $\{0, 1, \ldots, 7\}$, where $\Delta_{\text{shift}}^{\text{PUCCH}}$ is provided by higher layers. No mixed resource block is present if $N_{\text{cs}}^{(1)} = 0$. At most one resource block in each slot supports a mix of formats 1/1a/1b and 2/2a/2b. Resources used for transmission of PUCCH formats 1/1a/1b, 2/2a/2b and 3 are represented by the non-negative indices $n_{\text{PUCCH}}^{(1,\tilde{p})}$, $n_{\text{PUCCH}}^{(2,\tilde{p})} < N_{\text{RB}}^{(2)} N_{\text{sc}}^{\text{RB}} + \left\lceil \dfrac{N_{\text{cs}}^{(1)}}{8} \right\rceil \cdot (N_{\text{sc}}^{\text{RB}} - N_{\text{cs}}^{(1)} - 2)$, and $n_{\text{PUCCH}}^{(3,\tilde{p})}$, respectively. <br><br> ## 5.4.1    PUCCH formats 1, 1a and 1b <br><br> For PUCCH format 1, information is carried by the presence/absence of transmission of PUCCH from the UE. In the remainder of this section, $d(0) = 1$ shall be assumed for PUCCH format 1. <br><br> The resource indices within the two resource blocks in the two slots of a subframe to which the PUCCH is mapped are given by <br><br> $$n_{\tilde{p}}'(n_s) = \begin{cases} n_{\text{PUCCH}}^{(1,\tilde{p})} & \text{if } n_{\text{PUCCH}}^{(1,\tilde{p})} < c \cdot N_{\text{cs}}^{(1)} / \Delta_{\text{shift}}^{\text{PUCCH}} \\ \left( n_{\text{PUCCH}}^{(1,\tilde{p})} - c \cdot N_{\text{cs}}^{(1)} / \Delta_{\text{shift}}^{\text{PUCCH}} \right) \bmod \left( c \cdot N_{\text{sc}}^{\text{RB}} / \Delta_{\text{shift}}^{\text{PUCCH}} \right) & \text{otherwise} \end{cases}$$ |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.4.3    Mapping to physical resources

The block of complex-valued symbols $z^{(\tilde{p})}(i)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUCCH}}$ in order to conform to the transmit power $P_{\text{PUCCH}}$ specified in Section 5.1.2.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to resource elements. PUCCH uses one resource block in each of the two slots in a subframe. Within the physical resource block used for transmission, the mapping of $z^{(\tilde{p})}(i)$ to resource elements $(k,l)$ on antenna port $p$ and not used for transmission of reference signals shall be in increasing order of first $k$, then $l$ and finally the slot number, starting with the first slot in the subframe. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1.

Source: 3GPP TS 36.211 V10.7.0 at 12-13, 20-21, 26.

### 5.5    Reference signals

### 5.5.3    Sounding reference signal

5.5.3.2      Mapping to physical resources

For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.

Source: 3GPP TS 36.211 V10.7.0 at 27, 35, 37.

Signaled parameters from the network, for example srs-Bandwidth, are used to characterize the uplink Sounding Reference Signals.

### 5.5.3    Sounding reference signal |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| Claim(s) | Example Southwest Count X Systems and Services |
| | <br>**5.5.3.2    Mapping to physical resources**<br><br>The sequence shall be multiplied with the amplitude scaling factor $\beta_{SRS}$ in order to conform to the transmit power $P_{SRS}$ specified in Section 5.1.3.1 in [4], and mapped in sequence starting with $r_{SRS}^{(\tilde{p})}(0)$ to resource elements $(k,l)$ on antenna port $p$ according to<br><br>$$a_{2k'+k_0^{(p)},l}^{(p)} = \begin{cases} \dfrac{1}{\sqrt{N_{ap}}}\beta_{SRS}r_{SRS}^{(\tilde{p})}(k') & k'=0,1,\ldots,M_{sc,b}^{RS}-1 \\ 0 & \text{otherwise} \end{cases}$$<br><br>where $N_{ap}$ is the number of antenna ports used for sounding reference signal transmission and the relation between the index $\tilde{p}$ and the antenna port $p$ is given by Table 5.2.1-1. The set of antenna ports used for sounding reference signal transmission is configured independently for periodic and each configuration of aperiodic sounding. The quantity $k_0^{(p)}$ is the frequency-domain starting position of the sounding reference signal and for $b=B_{SRS}$ and $M_{sc,b}^{RS}$ is the length of the sounding reference signal sequence defined as<br><br>$$M_{sc,b}^{RS}=m_{SRS,b}N_{sc}^{RB}/2$$<br><br>where $m_{SRS,b}$ is given by Table 5.5.3.2-1 through Table 5.5.3.2-4 for each uplink bandwidth $N_{RB}^{UL}$. The cell-specific parameter $srs\text{-}BandwidthConfig$, $C_{SRS}\in\{0,1,2,3,4,5,6,7\}$ and the UE-specific parameter $srs\text{-}Bandwidth$, $B_{SRS}\in\{0,1,2,3\}$ are given by higher layers. For UpPTS, $m_{SRS,0}$ shall be reconfigured to $m_{SRS,0}^{max}=\max_{c\in C}\{m_{SRS,0}^c\}\le\left(N_{RB}^{UL}-6N_{RA}\right)$ if this |

Table 5.5.3.2-1: $m_{SRS,b}$ and $N_b$, $b=0,1,2,3$, values for the uplink bandwidth of $6\le N_{RB}^{UL}\le 40$.

| SRS bandwidth configuration | SRS-Bandwidth $B_{SRS}=0$ | | SRS-Bandwidth $B_{SRS}=1$ | | SRS-Bandwidth $B_{SRS}=2$ | | SRS-Bandwidth $B_{SRS}=3$ | |
|---|---|---|---|---|---|---|---|---|
| $C_{SRS}$ | $m_{SRS,0}$ | $N_0$ | $m_{SRS,1}$ | $N_1$ | $m_{SRS,2}$ | $N_2$ | $m_{SRS,3}$ | $N_3$ |
| 0 | 36 | 1 | 12 | 3 | 4 | 3 | 4 | 1 |
| 1 | 32 | 1 | 16 | 2 | 8 | 2 | 4 | 2 |
| 2 | 24 | 1 | 4 | 6 | 4 | 1 | 4 | 1 |
| 3 | 20 | 1 | 4 | 5 | 4 | 1 | 4 | 1 |
| 4 | 16 | 1 | 4 | 4 | 4 | 1 | 4 | 1 |
| 5 | 12 | 1 | 4 | 3 | 4 | 1 | 4 | 1 |
| 6 | 8 | 1 | 4 | 2 | 4 | 1 | 4 | 1 |
| 7 | 4 | 1 | 4 | 1 | 4 | 1 | 4 | 1 |

Source: 3GPP TS 36.211 V10.7.0 at 35-38.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| Claim(s) | Example Southwest Count X Systems and Services |
|---|---|
| | The SRS signal is used to estimate the uplink channel conditions. The UE transmits uplink physical signals in the same subframe(s) of a radio frame sent in a single TTI. <br><br> **7.2.2 SOUNDING REFERENCE SIGNALS** <br><br> In contrast, SRS are transmitted on the uplink to allow for the base station to estimate the uplink *channel state* at different frequencies. The channel-state estimates can then, for <br><br> **7.2.2.1 Periodic SRS Transmission** <br><br> Similar to DM-RS, different phase rotations, also for SRS referred to as "cyclic shifts" in the LTE specifications, can be used to generate different SRS that are orthogonal to each other. By assigning different phase rotations to different devices, multiple SRS can thus be transmitted in parallel in the same subframe, as illustrated by devices #1 and #2 in the upper part of Figure 7.17. However, it is then required that the reference signals span the same frequency range. <br><br> Source: "4G, LTE-Advanced Pro and The Road to 5G" (Academic Press 3d Ed. 2016) at 185, 187, 188. <br><br>  |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | Source: https://howltestuffworks.blogspot.com/2014/07/sounding-reference-signal-procedure.html. *See also* claim limitation [1.c]. |
| [13.d] receiving, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE. | On information and belief, the Southwest Count X Systems and Services practice receiving, on a physical control channel, control information, wherein the control information is based on the determined channel conditions, wherein physical control channels are transmitted in a same time slot with other physical channels in a plurality of predetermined time slots in a downlink frame, wherein other time slots of the downlink frame do not include a physical control channel, wherein a number of bits sent over the physical control channel is based on a number of fields of control information to be sent to the UE. The UE receives downlink control information (DCI) via PDCCH. The DCI includes uplink scheduling assignments based on the channel conditions measured using the received SRS. **9.1.1     PDCCH Assignment Procedure** subclause 6.8.1 in [3], where $N_{CCE,k}$ is the total number of CCEs in the control region of subframe $k$. The UE shall monitor a set of PDCCH candidates on one or more activated serving cells as configured by higher layer signalling for control information in every non-DRX subframe, where monitoring implies attempting to decode each of the PDCCHs in the set according to all the monitored DCI formats. Source: 3GPP TS 36.213 V10.13.0 at 94. |

## 6.8    Physical downlink control channel

### 6.8.1    PDCCH formats

The physical downlink control channel carries scheduling assignments and other control information. A physical control channel is transmitted on an aggregation of one or several consecutive control channel elements (CCEs), where a control channel element corresponds to 9 resource element groups. The number of resource-element groups not assigned to PCFICH or PHICH is $N_{REG}$. The CCEs available in the system are numbered from 0 to $N_{CCE} - 1$, where $N_{CCE} = \lfloor N_{REG} / 9 \rfloor$. The PDCCH supports multiple formats as listed in Table 6.8.1-1. A PDCCH consisting of $n$ consecutive CCEs may only start on a CCE fulfilling $i \bmod n = 0$, where $i$ is the CCE number.

Multiple PDCCHs can be transmitted in a subframe.

**Table 6.8.1-1: Supported PDCCH formats.**

| PDCCH format | Number of CCEs | Number of resource-element groups | Number of PDCCH bits |
|---|---|---|---|
| 0 | 1 | 9 | 72 |
| 1 | 2 | 18 | 144 |
| 2 | 4 | 36 | 288 |
| 3 | 8 | 72 | 576 |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.8.2     PDCCH multiplexing and scrambling

The block of bits $b^{(i)}(0),...,b^{(i)}(M_{bit}^{(i)}-1)$ on each of the control channels to be transmitted in a subframe, where $M_{bit}^{(i)}$ is the number of bits in one subframe to be transmitted on physical downlink control channel number $i$, shall be multiplexed, resulting in a block of bits

$b^{(0)}(0),...,b^{(0)}(M_{bit}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{bit}^{(1)}-1),...,b^{(n_{PDCCH}-1)}(0),...,b^{(n_{PDCCH}-1)}(M_{bit}^{(n_{PDCCH}-1)}-1)$, where $n_{PDCCH}$ is the number of PDCCHs transmitted in the subframe.

The block of bits $b^{(0)}(0),...,b^{(0)}(M_{bit}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{bit}^{(1)}-1),...,b^{(n_{PDCCH}-1)}(0),...,b^{(n_{PDCCH}-1)}(M_{bit}^{(n_{PDCCH}-1)}-1)$ shall be scrambled with a cell-specific sequence prior to modulation, resulting in a block of scrambled bits $\tilde{b}(0),...,\tilde{b}(M_{tot}-1)$ according to

$$\tilde{b}(i) = \left(b(i) + c(i)\right) \bmod 2$$

where the scrambling sequence $c(i)$ is given by Section 7.2. The scrambling sequence generator shall be initialised with $c_{init} = \lfloor n_s/2 \rfloor 2^9 + N_{ID}^{cell}$ at the start of each subframe.

CCE number $n$ corresponds to bits $b(72n), b(72n+1),...,b(72n+71)$. If necessary, <NIL> elements shall be inserted in the block of bits prior to scrambling to ensure that the PDCCHs starts at the CCE positions as described in [4] and to ensure that the length $M_{tot} = 8N_{REG} \geq \sum_{i=0}^{n_{PDCCH}-1} M_{bit}^{(i)}$ of the scrambled block of bits matches the amount of resource-element groups not assigned to PCFICH or PHICH. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.8.5    Mapping to resource elements<br><br>The mapping to resource elements is defined by operations on quadruplets of complex-valued symbols. Let $z^{(p)}(i) = \left\langle y^{(p)}(4i), y^{(p)}(4i+1), y^{(p)}(4i+2), y^{(p)}(4i+3) \right\rangle$ denote symbol quadruplet $i$ for antenna port $p$.<br><br>The block of quadruplets $z^{(p)}(0),...,z^{(p)}(M_{\text{quad}}-1)$, where $M_{\text{quad}} = M_{\text{symb}}/4$, shall be permuted resulting in $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$. The permutation shall be according to the sub-block interleaver in Section 5.1.4.2.1 of [3] with the following exceptions:<br><br>- the input and output to the interleaver is defined by symbol quadruplets instead of bits<br><br>- interleaving is performed on symbol quadruplets instead of bits by substituting the terms 'bit', 'bits' and 'bit sequence' in Section 5.1.4.2.1 of [3] by 'symbol quadruplet', 'symbol quadruplets' and 'symbol-quadruplet sequence', respectively<br><br>\<NULL\> elements at the output of the interleaver in [3] shall be removed when forming $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$. Note that the removal of \<NULL\> elements does not affect any \<NIL\> elements inserted in Section 6.8.2.<br><br>The block of quadruplets $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$ shall be cyclically shifted, resulting in $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{\text{quad}}-1)$ where $\overline{w}^{(p)}(i) = w^{(p)}\left( (i + N_{\text{ID}}^{\text{cell}}) \bmod M_{\text{quad}} \right)$.<br><br>Mapping of the block of quadruplets $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{\text{quad}}-1)$ is defined in terms of resource-element groups, specified in Section 6.2.4, according to steps 1–10 below:<br><br>1) Initialize $m' = 0$ (resource-element group number)<br><br>2) Initialize $k'=0$ |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 3) Initialize $l' = 0$ <br><br> 4) If the resource element $(k', l')$ represents a resource-element group and the resource-element group is not assigned to PCFICH or PHICH then perform step 5 and 6, else go to step 7 <br><br> 5) Map symbol-quadruplet $\overline{w}^{(p)}(m')$ to the resource-element group represented by $(k', l')$ for each antenna port $p$ <br><br> 6) Increase $m'$ by 1 <br><br> 7) Increase $l'$ by 1 <br><br> 8) Repeat from step 4 if $l' < L$, where $L$ corresponds to the number of OFDM symbols used for PDCCH transmission as indicated by the sequence transmitted on the PCFICH <br><br> 9) Increase $k'$ by 1 <br><br> 10) Repeat from step 3 if $k' < N_{RB}^{DL} \cdot N_{sc}^{RB}$ <br><br> Source: 3GPP TS 36.211 V10.7.0 at 67-69. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | # 6.10    Reference signals<br><br>Five types of downlink reference signals are defined:<br><br>- Cell-specific reference signals (CRS)<br><br>- MBSFN reference signals<br><br>- UE-specific reference signals (DM-RS)<br><br>- Positioning reference signals (PRS)<br><br>- CSI reference signals (CSI-RS)<br><br>There is one reference signal transmitted per downlink antenna port.<br><br>## 6.10.1.2    Mapping to resource elements<br><br>Figures 6.10.1.2-1 and 6.10.1.2-2 illustrate the resource elements used for reference signal transmission according to the above definition. The notation $R_p$ is used to denote a resource element used for reference signal transmission on antenna port $p$. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 

Figure 6.10.1.2-1. Mapping of downlink reference signals (normal cyclic prefix). |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  Figure 6.10.1.2-2. Mapping of downlink reference signals (extended cyclic prefix). |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
|  | ### 6.10.3    UE-specific reference signals<br><br>UE-specific reference signals are supported for transmission of PDSCH and are transmitted on antenna port(s) $p = 5$, $p = 7$, $p = 8$ or $p = 7,8,...,\upsilon+6$, where $\upsilon$ is the number of layers used for transmission of the PDSCH. UE-specific reference signals are present and are a valid reference for PDSCH demodulation only if the PDSCH transmission is associated with the corresponding antenna port according to Section 7.1 of [4]. UE-specific reference signals are transmitted only on the resource blocks upon which the corresponding PDSCH is mapped. The UE-specific reference signal is not transmitted in resource elements $(k,l)$ in which one of the physical channels or physical signals other than UE-specific reference signal defined in 6.1 are transmitted using resource elements with the same index pair $(k,l)$ regardless of their antenna port $p$.<br><br>### 6.10.3.2    Mapping to resource elements<br><br>For antenna port 5, in a physical resource block with frequency-domain index $n_{\mathrm{PRB}}$ assigned for the corresponding PDSCH transmission, the reference signal sequence $r_{n_s}(m)$ shall be mapped to complex-valued modulation symbols $a_{k,l}^{(p)}$ with $p = 5$ in a subframe according to:<br><br><br><br>**Figure 6.10.3.2-1: Mapping of UE-specific reference signals, antenna port 5 (normal cyclic prefix).** |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | <br><br>Antenna port 5<br><br>**Figure 6.10.3.2-2: Mapping of UE-specific reference signals, antenna port 5 (extended cyclic prefix).**<br><br>Source: 3GPP TS 36.211 V10.7.0 at 73-82.<br><br>## 7.2.2 SOUNDING REFERENCE SIGNALS<br><br>The DM-RS discussed in Section 7.2.1 are intended to be used by the base station for channel estimation to allow for coherent demodulation of uplink physical channels (PUSCH or PUCCH). A DM-RS is always transmitted together with and spanning the same frequency range as the corresponding physical channel.<br><br>In contrast, SRS are transmitted on the uplink to allow for the base station to estimate the uplink *channel state* at different frequencies. The channel-state estimates can then, for example, be used by the base-station scheduler to assign resource blocks of instantaneously good quality for uplink PUSCH transmission from the specific device (uplink channel-dependent scheduling). They can also be used to select different transmission parameters<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G," (Academic Press 3d Ed. 2016) at 185.<br><br>PDCCH is transmitted in the first symbols of a first time slot of a subframe, where a physical downlink shared channel is transmitted in the remaining symbols of the first slot and in a second slot of the subframe. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 

Source: https://www.sharetechnote.com/html/FrameStructure_DL.html.

The second slot of each downlink subframe does not include PDCCH. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | <br>Source: https://www.sharetechnote.com/html/FrameStructure_DL.html. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | DCI Format 0 contains different fields and a different number of bits (45 bits in this example) than DCI Format 4 (53 bits in this example).<br><br>6.4.3 **PHYSICAL DOWNLINK CONTROL CHANNEL**<br><br>The PDCCH is used to carry downlink control information (DCI) such as scheduling decisions and power-control commands. More specifically, the DCI can include:<br><br>**Table 6.4 DCI Formats**<br><br>| | **DCI Format** | **Example Size (Bits)** | **Usage** |<br>\|---\|---\|---\|---\|<br>\| Uplink \| 0 \| 45 \| Uplink scheduling grant \|<br>\| \| 4 \| 53 \| Uplink scheduling grant with spatial multiplexing \|<br>\| \| 6-0A, 6-0B \| 46, 36 \| Uplink scheduling grant for eMTC devices (see Chapter 20) \|<br>\| Downlink \| 1C \| 31 \| Special purpose compact assignment \|<br>\| \| 1A \| 45 \| Contiguous allocations only \|<br>\| \| 1B \| 46 \| Codebook-based beam-forming using CRS \|<br>\| \| 1D \| 46 \| MU-MIMO using CRS \|<br>\| \| 1 \| 55 \| Flexible allocations \|<br>\| \| 2A \| 64 \| Open-loop spatial multiplexing using CRS \|<br>\| \| 2B \| 64 \| Dual-layer transmission using DM-RS (TM8) \|<br>\| \| 2C \| 66 \| Multi-layer transmission using DM-RS (TM9) \|<br>\| \| 2D \| 68 \| Multi-layer transmission using DM-RS (TM10) \|<br>\| \| 2 \| 67 \| Closed-loop spatial multiplexing using CRS \|<br>\| \| 6-1A, 6-1B \| 46, 36 \| Downlink scheduling grants for eMTC devices (see Chapter 20) \|<br>\| Special \| 3, 3A \| 45 \| Power control commands \|<br>\| \| 5 \| \| Sidelink operation (see Chapter 21) \|<br>\| \| 6-2 \| \| Paging/direct indication for eMTC devices (see Chapter 20) \|<br><br>Source: "4G, LTE-Advanced Pro and The Road to 5G," (Academic Press 3d Ed. 2016) at 138. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | The number of bits sent over the PDCCH depends on the number of fields in the DCI.  In the example of FDD single-carrier with SRS request and 100 RBs, the DCI Format 0 message includes the fields shown and 45 bits. |

### 5.3.3.1.1    Format 0

DCI format 0 is used for the scheduling of PUSCH in one UL cell.

The following information is transmitted by means of the DCI format 0:

- Flag for format0/format1A differentiation – 1 bit, where value 0 indicates format 0 and value 1 indicates format 1A

- Frequency hopping flag – 1 bit as defined in section 8.4 of [3]. This field is used as the MSB of the corresponding resource allocation field for resource allocation type 1.

- Resource block assignment and hopping resource allocation – $\left\lceil \log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2) \right\rceil$ bits

- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]

- New data indicator – 1 bit

- TPC command for scheduled PUSCH – 2 bits as defined in section 5.1.1.1 of [3]

- Cyclic shift for DM RS and OCC index – 3 bits as defined in section 5.5.2.1.1 of [2]

- CSI request – 1 or 2 bits as defined in section 7.2.1 of [3]. The 2-bit field applies to UEs that are configured with more than one DL cell and when the corresponding DCI format is mapped onto the UE specific search space given by the C-RNTI as defined in [3]; otherwise the 1-bit field applies

- SRS request – 0 or 1 bit. This field can only be present in DCI formats scheduling PUSCH which are mapped onto the UE specific search space given by the C-RNTI as defined in [3]. The interpretation of this field is provided in section 8.2 of [3]

- Resource allocation type – 1 bit. This field is only present if $N_{RB}^{UL} \le N_{RB}^{DL}$. The interpretation of this field is provided in section 8.1 of [3]

Source: 3GPP TS 36.212 V10.9.0 at 57-58.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
|  | For the same example of FDD single-carrier with 100 RBs, DCI Format 4 includes the shown fields and 53 bits.

5.3.3.1.8      Format 4

DCI format 4 is used for the scheduling of PUSCH in one UL cell with multi-antenna port transmission mode.

The following information is transmitted by means of the DCI format 4:

- Resource block assignment - $\max\left(\left\lceil\log_2(N_{RB}^{UL}(N_{RB}^{UL}+1)/2)\right\rceil, \left\lceil\log_2\left(\left\lceil\left(\left\lceil N_{RB}^{UL}/P+1\right\rceil\atop 4\right)\right\rceil\right)\right\rceil\right)$ bits, where $P$ is the UL RBG size as defined in section 8.1.2 of [3]

- TPC command for scheduled PUSCH – 2 bits as defined in section 5.1.1.1 of [3]

- Cyclic shift for DM RS and OCC index – 3 bits as defined in section 5.5.2.1.1 of [2]

- CSI request – 1 or 2 bits as defined in section 7.2.1 of [3]. The 2-bit field applies to UEs that are configured with more than one DL cell; otherwise the 1-bit field applies

- SRS request – 2 bits as defined in section 8.2 of [3]

- Resource allocation type – 1 bit as defined in section 8.1 of [3]

In addition, for transport block 1:

- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]

- New data indicator – 1 bit

In addition, for transport block 2:

- Modulation and coding scheme and redundancy version – 5 bits as defined in section 8.6 of [3]

- New data indicator – 1 bit

Precoding information and number of layers: number of bits as specified in Table 5.3.3.1.8-1. Bit field as shown in Table 5.3.3.1.8-2 and Table 5.3.3.1.8-3. Note that TPMI for 2 antenna ports indicates which codebook index is to be used in Table 5.3.3A.2-1 of [2], and TPMI for 4 antenna ports indicates which codebook index is to be used in Table 5.3.3A.2-2, Table 5.3.3A.2-3, Table 5.3.3A.2-4 and Table 5.3.3A.2-5 of [2]. If both transport blocks are enabled, transport block 1 is mapped to codeword 0; and transport block 2 is mapped to codeword 1. In case one of the transport blocks is disabled, the transport block to codeword mapping is specified according to Table 5.3.3.1.5-2. For a single enabled codeword, indices 24 to 39 in Table 5.3.3.1.8-3 are only supported for retransmission of the corresponding transport block if that transport block has previously been transmitted using two layers.

Source: 3GPP TS 36.212 V10.9.0 at 72-73. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | For the same example of FDD single-carrier with 100 RBs, DCI Format 4 includes the shown fields and 53 bits. |

Table 5.3.3.1.8-1: Number of bits for precoding information.

| Number of antenna ports at UE | Number of bits for precoding information |
|---|---|
| 2 | 3 |
| 4 | 6 |

Table 5.3.3.1.8-2: Content of precoding information field for 2 antenna ports

| One codeword: Codeword 0 enabled Codeword 1 disabled | | Two codewords: Codeword 0 enabled Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 1 layer: TPMI=0 | 0 | 2 layers: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1-7 | reserved |
| 2 | 1 layer: TPMI=2 | | |
| … | … | | |
| 5 | 1 layer: TPMI=5 | | |
| 6-7 | reserved | | |

Table 5.3.3.1.8-3: Content of precoding information field for 4 antenna ports

| One codeword: Codeword 0 enabled Codeword 1 disabled | | Two codewords: Codeword 0 enabled Codeword 1 enabled | |
|---|---|---|---|
| Bit field mapped to index | Message | Bit field mapped to index | Message |
| 0 | 1 layer: TPMI=0 | 0 | 2 layers: TPMI=0 |
| 1 | 1 layer: TPMI=1 | 1 | 2 layers: TPMI=1 |
| … | … | … | … |
| 23 | 1 layer: TPMI=23 | 15 | 2 layers: TPMI=15 |
| 24 | 2 layers: TPMI=0 | 16 | 3 layers: TPMI=0 |
| 25 | 2 layers: TPMI=1 | 17 | 3 layers: TPMI=1 |
| … | … | … | … |
| 39 | 2 layers: TPMI=15 | 27 | 3 layers: TPMI=11 |
| 40-63 | reserved | 28 | 4 layers: TPMI=0 |
| | | 29 - 63 | Reserved |

Source: 3GPP TS 36.212 V10.9.0 at 72-73.

*See also* claim limitation [1.d].

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| [14] The method of claim 13 further comprising receiving data on a physical downlink shared channel. | On information and belief, the Southwest Count X Systems and Services practice the method of claim 13. *See* claim 13. On information and belief, the Southwest Count X Systems and Services further practice receiving data on a physical downlink shared channel. |
| | For example, the UE includes components for processing relating to transmitting and receiving signals. |
| | An Aircraft Interface Device (AID) is a hardware system that allows communication between an Electronic Flight Bag (EFB) and an aircraft data bus. AID allows information about the aircraft's position and speed to be obtained from its avionics by registering to the ARINC 717 and ARINC 429 data buses. This device offers certain features, such as automatic update of flight planning and weather information updates on the flight. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478. |
| | North America held the largest global aircraft interface device market share in the base year. The North American market was valued at USD 13.17 million in 2023. The market's growth is attributed to the rise in aircraft fleet and airlines in the region. The presence of major airlines, such as American Airlines, Delta Airlines, Southwest Airlines, and others will give a boost to the market growth in the region. |
| | Source: https://www.fortunebusinessinsights.com/aircraft-interface-device-market-108478. |
| | The carrier's multi-year contract with AvioBook provides Southwest with the most innovative technology platform on the market. The deal includes the only fully-integrated Electronic Flight Bag (EFB) and Electronic Logbook (eLB) solution on the market to improve efficiency throughout the operation. Southwest has also signed an agreement to equip the world's largest all Boeing 737 NG fleet with AvioBook's Aircraft Interface Device (AID), known as AvioCast. Once installed, it will provide real time aircraft data to various operational groups. AvioBook's comprehensive suite of software and hardware is designed to further mitigate safety risks, enhance compliance, add technology redundancy and resiliency, and increase environmental sustainability, all while enabling shorter turn times. |
| | Source: https://www.thalesgroup.com/en/worldwide/aerospace/press_release/southwest-airlines-signs-historic-deal-aviobooks-technology. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | Source: https://aviobook.aero/products/aviocast/benefits.<br><br>### Aviocast applications and avionics<br><br>Remi further explains that Aviobook provides internet access within the cockpit regardless of where the aircraft is, a satcom connection if the aircraft is in flight. The Aviocast box is connected to an avionics computer located with the bay of the aircraft, ands then to satcom to provide inflight connectivity, a 4G modem connects the system while it on the ground and it generates a wifi network to which the mobile devices used by the different crew connect to as alluded to above. This enables the connected aircraft operations.<br><br>Source: https://www.devicechronicle.com/avionics (annotation added). |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| |  The solution architecture for the Aviocast. Source: https://www.devicechronicle.com/avionics (annotation added). The UE receives data on a physical downlink shared channel. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 4.2    Downlink<br><br>Table 4.2-1 specifies the mapping of the downlink transport channels to their corresponding physical channels. Table 4.2-2 specifies the mapping of the downlink control channel information to its corresponding physical channel.<br><br>**Table 4.2-1**<br><br><table><tr><td>TrCH</td><td>Physical Channel</td></tr><tr><td>DL-SCH</td><td>PDSCH</td></tr><tr><td>BCH</td><td>PBCH</td></tr><tr><td>PCH</td><td>PDSCH</td></tr><tr><td>MCH</td><td>PMCH</td></tr></table><br>Source: 3GPP TS 36.212 V10.9.0 at 8.<br><br>### 5.3.2    Downlink shared channel, Paging channel and Multicast channel<br><br>Figure 5.3.2-1 shows the processing structure for each transport block for the DL-SCH, PCH and MCH transport channels. Data arrives to the coding unit in the form of a maximum of two transport blocks every transmission time interval (TTI) per DL cell. The following coding steps can be identified for each transport block of a DL cell:<br><br>–   Add CRC to the transport block<br><br>–   Code block segmentation and code block CRC attachment<br><br>–   Channel coding<br><br>–   Rate matching<br><br>–   Code block concatenation<br><br>Source: 3GPP TS 36.212 V10.9.0 at 54. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
|  | ## 6.2      Slot structure and physical resource elements<br><br>### 6.2.1     Resource grid<br><br>The transmitted signal in each slot is described by one or several resource grids of $N_{\text{RB}}^{\text{DL}} N_{\text{sc}}^{\text{RB}}$ subcarriers and $N_{\text{symb}}^{\text{DL}}$ OFDM symbols. The resource grid structure is illustrated in Figure 6.2.2-1. The quantity $N_{\text{RB}}^{\text{DL}}$ depends on the downlink transmission bandwidth configured in the cell and shall fulfil<br><br><br><br>**Figure 6.2.2-1: Downlink resource grid.** |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.3.5  Mapping to resource elements<br><br>For each of the antenna ports used for transmission of the physical channel, the block of complex-valued symbols $y^{(p)}(0),...,y^{(p)}(M_{\text{symb}}^{\text{ap}}-1)$ shall conform to the downlink power allocation specified in Section 5.2 in [4] and be mapped in sequence starting with $y^{(p)}(0)$ to resource elements $(k,l)$ which meet all of the following criteria:<br><br>If the DCI associated with the downlink transmission uses the C-RNTI or semi-persistent C-RNTI and transmit diversity according to section 6.3.4.3 is used, resource elements in an OFDM symbol assumed by the UE to contain CSI-RS shall be used in the mapping above if and only if all of the following criteria are fulfilled:<br><br>   - there is an even number of resource elements for the OFDM symbol in each resource block assigned for transmission, and<br><br>   - the complex-valued symbols $y^{(p)}(i)$ and $y^{(p)}(i+1)$, where $i$ is an even number, can be mapped to resource elements $(k,l)$ and $(k+n,l)$ in the same OFDM symbol with $n<3$.<br><br>The mapping to resource elements $(k,l)$ on antenna port $p$ not reserved for other purposes shall be in increasing order of first the index $k$ over the assigned physical resource blocks and then the index $l$, starting with the first slot in a subframe. |

121

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.4  Physical downlink shared channel<br><br>The physical downlink shared channel shall be processed and mapped to resource elements as described in Section 6.3 with the following exceptions:<br><br>- In resource blocks in which UE-specific reference signals are not transmitted, the PDSCH shall be transmitted on the same set of antenna ports as the PBCH, which is one of $\{0\}$, $\{0,1\}$, or $\{0,1,2,3\}$<br><br>- In resource blocks in which UE-specific reference signals are transmitted, the PDSCH shall be transmitted on antenna port(s) $\{5\}$, $\{7\}$, $\{8\}$, or $p \in \{7,8,...,\nu+6\}$, where $\nu$ is the number of layers used for transmission of the PDSCH.<br><br>- If PDSCH is transmitted in MBSFN subframes as defined in [4], the PDSCH shall be transmitted on one or several of antenna port(s) $p \in \{7,8,...,\nu+6\}$, where $\nu$ is the number of layers used for transmission of the PDSCH.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 52-64.<br><br>**PDSCH (Physical Downlink Shared Channel)**<br>PDSCH is a physical channel that carries user data.<br><br>- Carries user specific data (DL Payload).<br>- Carries Random Access Response Message in case of PDSCH mapped to RACH channel.<br>- It is using AMC with QPSK, 16 QAM and 64 QAM. The modulation scheme for each PDSCH for each user is determined by MCS value in DCI.<br><br>Source: https://www.sharetechnote.com/html/Handbook_LTE_PDSCH.html.<br><br>*See also* claim 2. |
| [15] The method of claim 14, wherein the physical control channel and the physical downlink shared channel are time multiplexed. | On information and belief, the Southwest Count X Systems and Services practice the method of claim 14. *See* claim 14. On information and belief, the Southwest Count X Systems and Services further practice the physical control channel and the physical downlink shared channel are time multiplexed.<br><br>For example, the PDCCH and PDSCH may be transmitted using a time-multiplexing approach. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.2 Slot structure and physical resource elements<br><br>### 6.2.1 Resource grid<br><br>The transmitted signal in each slot is described by one or several resource grids of $N_{RB}^{DL} N_{sc}^{RB}$ subcarriers and $N_{symb}^{DL}$ OFDM symbols. The resource grid structure is illustrated in Figure 6.2.2-1. The quantity $N_{RB}^{DL}$ depends on the downlink transmission bandwidth configured in the cell and shall fulfil<br><br><br><br>**Figure 6.2.2-1: Downlink resource grid.** |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.3.5    Mapping to resource elements <br><br> For each of the antenna ports used for transmission of the physical channel, the block of complex-valued symbols $y^{(p)}(0),...,y^{(p)}(M_{\text{symb}}^{\text{ap}}-1)$ shall conform to the downlink power allocation specified in Section 5.2 in [4] and be mapped in sequence starting with $y^{(p)}(0)$ to resource elements $(k,l)$ which meet all of the following criteria: <br><br> If the DCI associated with the downlink transmission uses the C-RNTI or semi-persistent C-RNTI and transmit diversity according to section 6.3.4.3 is used, resource elements in an OFDM symbol assumed by the UE to contain CSI-RS shall be used in the mapping above if and only if all of the following criteria are fulfilled: <br><br> - there is an even number of resource elements for the OFDM symbol in each resource block assigned for transmission, and <br><br> - the complex-valued symbols $y^{(p)}(i)$ and $y^{(p)}(i+1)$, where $i$ is an even number, can be mapped to resource elements $(k,l)$ and $(k+n,l)$ in the same OFDM symbol with $n<3$. <br><br> The mapping to resource elements $(k,l)$ on antenna port $p$ not reserved for other purposes shall be in increasing order of first the index $k$ over the assigned physical resource blocks and then the index $l$, starting with the first slot in a subframe. |

124

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.4    Physical downlink shared channel<br><br>The physical downlink shared channel shall be processed and mapped to resource elements as described in Section 6.3 with the following exceptions:<br><br>- In resource blocks in which UE-specific reference signals are not transmitted, the PDSCH shall be transmitted on the same set of antenna ports as the PBCH, which is one of $\{0\}$, $\{0,1\}$, or $\{0,1,2,3\}$<br><br>- In resource blocks in which UE-specific reference signals are transmitted, the PDSCH shall be transmitted on antenna port(s) $\{5\}, \{7\}, \{8\}$, or $p \in \{7,8,...,\nu+6\}$, where $\nu$ is the number of layers used for transmission of the PDSCH.<br><br>- If PDSCH is transmitted in MBSFN subframes as defined in [4], the PDSCH shall be transmitted on one or several of antenna port(s) $p \in \{7,8,...,\nu+6\}$, where $\nu$ is the number of layers used for transmission of the PDSCH.<br><br>Source: 3GPP TS 36.211 V10.7.0 at 52-64. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ## 6.8     Physical downlink control channel<br><br>### 6.8.1    PDCCH formats<br><br>The physical downlink control channel carries scheduling assignments and other control information. A physical control channel is transmitted on an aggregation of one or several consecutive control channel elements (CCEs), where a control channel element corresponds to 9 resource element groups. The number of resource-element groups not assigned to PCFICH or PHICH is $N_{\text{REG}}$. The CCEs available in the system are numbered from 0 to $N_{\text{CCE}} - 1$, where $N_{\text{CCE}} = \lfloor N_{\text{REG}} / 9 \rfloor$. The PDCCH supports multiple formats as listed in Table 6.8.1-1. A PDCCH consisting of $n$ consecutive CCEs may only start on a CCE fulfilling $i \bmod n = 0$, where $i$ is the CCE number.<br><br>Multiple PDCCHs can be transmitted in a subframe.<br><br>**Table 6.8.1-1: Supported PDCCH formats.**<table><tr><th>PDCCH format</th><th>Number of CCEs</th><th>Number of resource-element groups</th><th>Number of PDCCH bits</th></tr><tr><td>0</td><td>1</td><td>9</td><td>72</td></tr><tr><td>1</td><td>2</td><td>18</td><td>144</td></tr><tr><td>2</td><td>4</td><td>36</td><td>288</td></tr><tr><td>3</td><td>8</td><td>72</td><td>576</td></tr></table> |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 6.8.2    PDCCH multiplexing and scrambling |

The block of bits $b^{(i)}(0),...,b^{(i)}(M_{bit}^{(i)}-1)$ on each of the control channels to be transmitted in a subframe, where $M_{bit}^{(i)}$ is the number of bits in one subframe to be transmitted on physical downlink control channel number $i$, shall be multiplexed, resulting in a block of bits

$b^{(0)}(0),...,b^{(0)}(M_{bit}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{bit}^{(1)}-1),...,b^{(n_{PDCCH}-1)}(0),...,b^{(n_{PDCCH}-1)}(M_{bit}^{(n_{PDCCH}-1)}-1)$, where $n_{PDCCH}$ is the number of PDCCHs transmitted in the subframe.

The block of bits $b^{(0)}(0),...,b^{(0)}(M_{bit}^{(0)}-1),b^{(1)}(0),...,b^{(1)}(M_{bit}^{(1)}-1),...,b^{(n_{PDCCH}-1)}(0),...,b^{(n_{PDCCH}-1)}(M_{bit}^{(n_{PDCCH}-1)}-1)$ shall be scrambled with a cell-specific sequence prior to modulation, resulting in a block of scrambled bits $\tilde{b}(0),...,\tilde{b}(M_{tot}-1)$ according to

$$\tilde{b}(i) = (b(i)+c(i)) \bmod 2$$

where the scrambling sequence $c(i)$ is given by Section 7.2. The scrambling sequence generator shall be initialised with $c_{init} = \lfloor n_s/2 \rfloor 2^9 + N_{ID}^{cell}$ at the start of each subframe.

CCE number $n$ corresponds to bits $b(72n),b(72n+1),...,b(72n+71)$. If necessary, <NIL> elements shall be inserted in the block of bits prior to scrambling to ensure that the PDCCHs starts at the CCE positions as described in [4] and to ensure that the length $M_{tot} = 8N_{REG} \geq \sum_{i=0}^{n_{PDCCH}-1} M_{bit}^{(i)}$ of the scrambled block of bits matches the amount of resource-element groups not assigned to PCFICH or PHICH.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) ||
| Claim(s) | Example Southwest Count X Systems and Services |
|---|---|
| | ### 6.8.5     Mapping to resource elements<br><br>The mapping to resource elements is defined by operations on quadruplets of complex-valued symbols. Let $z^{(p)}(i) = \left\langle y^{(p)}(4i), y^{(p)}(4i+1), y^{(p)}(4i+2), y^{(p)}(4i+3) \right\rangle$ denote symbol quadruplet $i$ for antenna port $p$.<br><br>The block of quadruplets $z^{(p)}(0),...,z^{(p)}(M_{\text{quad}}-1)$, where $M_{\text{quad}} = M_{\text{symb}}/4$, shall be permuted resulting in $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$. The permutation shall be according to the sub-block interleaver in Section 5.1.4.2.1 of [3] with the following exceptions:<br><br>-    the input and output to the interleaver is defined by symbol quadruplets instead of bits<br><br>-    interleaving is performed on symbol quadruplets instead of bits by substituting the terms 'bit', 'bits' and 'bit sequence' in Section 5.1.4.2.1 of [3] by 'symbol quadruplet', 'symbol quadruplets' and 'symbol-quadruplet sequence', respectively<br><br>&lt;NULL&gt; elements at the output of the interleaver in [3] shall be removed when forming $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$. Note that the removal of &lt;NULL&gt; elements does not affect any &lt;NIL&gt; elements inserted in Section 6.8.2.<br><br>The block of quadruplets $w^{(p)}(0),...,w^{(p)}(M_{\text{quad}}-1)$ shall be cyclically shifted, resulting in $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{\text{quad}}-1)$ where $\overline{w}^{(p)}(i) = w^{(p)}\left((i+N_{\text{ID}}^{\text{cell}}) \bmod M_{\text{quad}}\right)$.<br><br>Mapping of the block of quadruplets $\overline{w}^{(p)}(0),...,\overline{w}^{(p)}(M_{\text{quad}}-1)$ is defined in terms of resource-element groups, specified in Section 6.2.4, according to steps 1–10 below:<br><br>1)   Initialize $m' = 0$ (resource-element group number)<br><br>2)   Initialize $k' = 0$ |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | 3) Initialize $l' = 0$ <br><br> 4) If the resource element $(k', l')$ represents a resource-element group and the resource-element group is not assigned to PCFICH or PHICH then perform step 5 and 6, else go to step 7 <br><br> 5) Map symbol-quadruplet $\overline{w}^{(p)}(m')$ to the resource-element group represented by $(k', l')$ for each antenna port $p$ <br><br> 6) Increase $m'$ by 1 <br><br> 7) Increase $l'$ by 1 <br><br> 8) Repeat from step 4 if $l' < L$, where $L$ corresponds to the number of OFDM symbols used for PDCCH transmission as indicated by the sequence transmitted on the PCFICH <br><br> 9) Increase $k'$ by 1 <br><br> 10) Repeat from step 3 if $k' < N_{RB}^{DL} \cdot N_{sc}^{RB}$ <br><br> Source: 3GPP TS 36.211 V10.7.0 at 67-69. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **PDSCH (Physical Data Shared Channel) in a Nutshell**<br><br>• PDSCH is a downlink physical channel that deliver user data from gNB to UE. It has characterstics summarized as below.<br>• Resource Grid: PDSCH occupies a time-frequency grid of Resource Blocks (RBs) within a slot. Maximum number of PDSCH OFDM symbol within a slot is 14, but in most case it use less than 14 because usually one or more OFDM symbols are used for PDCCH.<br>• Scheduling: The gNB schedules PDSCH resources for UEs based on their channel quality, data requirements, and fairness considerations.<br>• Modulation: PDSCH supports various modulation schemes such as QPSK, 16QAM, 64QAM, and 256QAM to accommodate different channel conditions and data rates.<br>• Channel Coding: PDSCH uses LDPC (Low-Density Parity-Check) coding to provide forward error correction, enhancing the robustness of data transmission over the wireless channel.<br>• Layer Mapping : In MIMO (Multiple Input Multiple Output) systems, a PDSCH is distributed among multiple layers.<br>• Rate Matching: PDSCH employs rate matching to adjust the coded data rate to match the allocated resources, accommodating different UE requirements and channel conditions.<br>• DMRS (Demodulation Reference Signals): PDSCH includes DMRS to assist the UE in channel estimation and demodulation, ensuring accurate data reception ==> DMRS is explain in further detail in another note here.<br><br>Source: https://www.sharetechnote.com/html/5G/5G_PDSCH.html.<br><br>**TDD frame type 2**<br>In TDD mode, the uplink and downlink subframes are transmitted on the same frequency and are multiplexed in the time domain. The locations of the uplink, downlink, and special subframes are determined by the uplink-downlink configuration. There are seven possible configurations given in the standard. The following is an illustration of a TDD frame with uplink-downlink configuration set to 2 and special subframe configuration set to 6.<br><br>Source: https://helpfiles.keysight.com/csg/89600B/Webhelp/Subsystems/lte-a/content/lte_overview.htm.<br><br>*See also* claim 3. |
| [16] The method of claim 13 further comprising receiving, on the physical | On information and belief, the Southwest Count X Systems and Services practice the method of claim 13. *See* claim 13. On information and belief, the Southwest Count X Systems and Services further practice receiving, on the physical control channel, power control information. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| control channel, power control information. | For example, the UE is configured to receive power control commands on physical downlink control channel PDCCH.<br><br>## 5     Power control<br><br>Downlink power control determines the energy per resource element (EPRE). The term resource element energy denotes the energy prior to CP insertion. The term resource element energy also denotes the average energy taken over all constellation points for the modulation scheme applied. Uplink power control determines the average power over a SC-FDMA symbol in which the physical channel is transmitted.<br><br>## 5.1     Uplink power control<br><br>Uplink power control controls the transmit power of the different uplink physical channels.<br><br>For PUSCH, the transmit power $\hat{P}_{\text{PUSCH},c}(i)$ defined in section 5.1.1, is first scaled by the ratio of the number of antennas ports with a non-zero PUSCH transmission to the number of configured antenna ports for the transmission scheme. The resulting scaled power is then split equally across the antenna ports on which the non-zero PUSCH is transmitted.<br><br>For PUCCH or SRS, the transmit power $\hat{P}_{\text{PUCCH}}(i)$, defined in Section 5.1.1.1, or $\hat{P}_{\text{SRS},c}(i)$ is split equally across the configured antenna ports for PUCCH or SRS. $\hat{P}_{\text{SRS},c}(i)$ is the linear value of $P_{\text{SRS},c}(i)$ defined in Section 5.1.3.<br><br>A cell wide overload indicator (OI) and a High Interference Indicator (HII) to control UL interference are defined in [9].<br><br>### 5.1.1    Physical uplink shared channel<br><br>#### 5.1.1.1    UE behaviour<br><br>The setting of the UE Transmit power for a physical uplink shared channel (PUSCH) transmission is defined as follows.<br><br>If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for PUSCH transmission in subframe $i$ for the serving cell $c$ is given by |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | $$P_{\text{PUSCH},c}(i) = \min \begin{cases} P_{\text{CMAX},c}(i), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j) \cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{[dBm]}$$ <br><br> If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe $i$ for the serving cell $c$ is given by <br><br> $$P_{\text{PUSCH},c}(i) = \min \begin{cases} 10\log_{10}\left(\hat{P}_{\text{CMAX},c}(i) - \hat{P}_{\text{PUCCH}}(i)\right), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j) \cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{[dBm]}$$ <br><br> If the UE is not transmitting PUSCH for the serving cell $c$, for the accumulation of TPC command received with DCI format 3/3A for PUSCH, the UE shall assume that the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe $i$ for the serving cell $c$ is computed by <br><br> $$P_{\text{PUSCH},c}(i) = \min \left\{ P_{\text{CMAX},c}(i), P_{\text{O\_PUSCH},c}(1) + \alpha_c(1) \cdot PL_c + f_c(i) \right\} \text{[dBm]}$$ <br><br> &bull; $\delta_{\text{PUSCH},c}$ is a correction value, also referred to as a TPC command and is included in PDCCH with DCI format 0/4 for serving cell $c$ or jointly coded with other TPC commands in PDCCH with DCI format 3/3A whose CRC parity bits are scrambled with TPC-PUSCH-RNTI. The current PUSCH power control adjustment state for serving cell $c$ is given by $f_c(i)$ which is defined by: |

132

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **Table 5.1.1.1-2: Mapping of TPC Command Field in DCI format 0/3/4 to absolute and accumulated $\delta_{\text{PUSCH,c}}$ values.** |

| TPC Command Field in DCI format 0/3/4 | Accumulated $\delta_{\text{PUSCH,c}}$ [dB] | Absolute $\delta_{\text{PUSCH,c}}$ [dB] only DCI format 0/4 |
|---|---|---|
| 0 | -1 | -4 |
| 1 | 0 | -1 |
| 2 | 1 | 1 |
| 3 | 3 | 4 |

**Table 5.1.1.1-3: Mapping of TPC Command Field in DCI format 3A to accumulated $\delta_{\text{PUSCH,c}}$ values.**

| TPC Command Field in DCI format 3A | Accumulated $\delta_{\text{PUSCH,c}}$ [dB] |
|---|---|
| 0 | -1 |
| 1 | 1 |

Source: 3GPP TS 36.213 V10.7.0 at 10-14.

The PDCCH carries essential control information such as resource allocation, scheduling assignments, power control commands, and other system-specific control messages. It operates in the downlink direction, meaning it's transmitted from the base station to the user equipment.

Source: https://www.linkedin.com/pulse/lte-pdcch-part-1-dci-rnti-malaka-dahanayake-hrjnc.

*See also* claim 4.

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| [17] The method of claim 16, wherein the physical control channel includes power control information for a plurality of UEs using different bits. | On information and belief, the Southwest Count X Systems and Services practice the method of claim 16. *See* claim 16. On information and belief, the Southwest Count X Systems and Services further practice the physical control channel includes power control information for a plurality of UEs using different bits.<br><br># 5      Power control<br><br>Downlink power control determines the energy per resource element (EPRE). The term resource element energy denotes the energy prior to CP insertion.   The term resource element energy also denotes the average energy taken over all constellation points for the modulation scheme applied. Uplink power control determines the average power over a SC-FDMA symbol in which the physical channel is transmitted.<br><br>## 5.1      Uplink power control<br><br>Uplink power control controls the transmit power of the different uplink physical channels.<br><br>For PUSCH, the transmit power $\hat{P}_{\text{PUSCH},c}(i)$ defined in section 5.1.1, is first scaled by the ratio of the number of antennas ports with a non-zero PUSCH transmission to the number of configured antenna ports for the transmission scheme.   The resulting scaled power is then split equally across the antenna ports on which the non-zero PUSCH is transmitted.<br><br>For PUCCH or SRS, the transmit power $\hat{P}_{\text{PUCCH}}(i)$, defined in Section 5.1.1.1, or $\hat{P}_{\text{SRS},c}(i)$ is split equally across the configured antenna ports for PUCCH or SRS.   $\hat{P}_{\text{SRS},c}(i)$ is the linear value of $P_{\text{SRS},c}(i)$ defined in Section 5.1.3.<br><br>A cell wide overload indicator (OI) and a High Interference Indicator (HII) to control UL interference are defined in [9]. |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
| --- | --- |
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | ### 5.1.1    Physical uplink shared channel <br><br> #### 5.1.1.1    UE behaviour <br><br> The setting of the UE Transmit power for a physical uplink shared channel (PUSCH) transmission is defined as follows. <br><br> If the UE transmits PUSCH without a simultaneous PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for PUSCH transmission in subframe $i$ for the serving cell $c$ is given by <br><br> $$P_{\text{PUSCH},c}(i) = \min \begin{cases} P_{\text{CMAX},c}(i), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{ [dBm]}$$ <br><br> If the UE transmits PUSCH simultaneous with PUCCH for the serving cell $c$, then the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe $i$ for the serving cell $c$ is given by <br><br> $$P_{\text{PUSCH},c}(i) = \min \begin{cases} 10\log_{10}\left(\hat{P}_{\text{CMAX},c}(i) - \hat{P}_{\text{PUCCH}}(i)\right), \\ 10\log_{10}(M_{\text{PUSCH},c}(i)) + P_{\text{O\_PUSCH},c}(j) + \alpha_c(j)\cdot PL_c + \Delta_{\text{TF},c}(i) + f_c(i) \end{cases} \text{ [dBm]}$$ <br><br> If the UE is not transmitting PUSCH for the serving cell c, for the accumulation of TPC command received with DCI format 3/3A for PUSCH, the UE shall assume that the UE transmit power $P_{\text{PUSCH},c}(i)$ for the PUSCH transmission in subframe $i$ for the serving cell $c$ is computed by <br><br> $$P_{\text{PUSCH},c}(i) = \min\left\{ P_{\text{CMAX},c}(i), P_{\text{O\_PUSCH},c}(1) + \alpha_c(1)\cdot PL_c + f_c(i) \right\} \text{ [dBm]}$$ <br><br> • $\delta_{\text{PUSCH},c}$ is a correction value, also referred to as a TPC command and is included in PDCCH with DCI format 0/4 for serving cell $c$ or jointly coded with other TPC commands in PDCCH with DCI format 3/3A whose CRC parity bits are scrambled with TPC-PUSCH-RNTI. The current PUSCH power control adjustment state for serving cell $c$ is given by $f_c(i)$ which is defined by: |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | **Table 5.1.1.1-2: Mapping of TPC Command Field in DCI format 0/3/4 to absolute and accumulated** $\delta_{\text{PUSCH},c}$ **values.** <br><br> _(table below)_ <br><br> **Table 5.1.1.1-3: Mapping of TPC Command Field in DCI format 3A to accumulated** $\delta_{\text{PUSCH},c}$ **values.** <br><br> _(table below)_ <br><br> Source: 3GPP TS 36.213 V10.7.0 at 10-14. <br><br> _See also_ claim 5. |
| [18] The method of claim 13, wherein in the time interval that the uplink physical signal is sent by the UE, a plurality of UEs each transmit on respective uplink physical control channels in the time interval. | On information and belief, the Southwest Count X Systems and Services practice the method of claim 13. _See_ claim 13. On information and belief, the Southwest Count X Systems and Services further practice in the time interval that the uplink physical signal is sent by the UE, a plurality of UEs each transmit on respective uplink physical control channels in the time interval. <br><br> As described in claims 1 and 13, the UE transmits a sounding reference signal using resource elements and symbols. Multiple UEs may transmit a sounding reference signal in the time interval. <br><br> ## 8.2    UE sounding procedure <br><br> A UE shall transmit Sounding Reference Symbol (SRS) on per serving cell SRS resources based on two trigger types: |

**Table 5.1.1.1-2: Mapping of TPC Command Field in DCI format 0/3/4 to absolute and accumulated** $\delta_{\text{PUSCH},c}$ **values.**

| TPC Command Field in DCI format 0/3/4 | Accumulated $\delta_{\text{PUSCH},c}$ [dB] | Absolute $\delta_{\text{PUSCH},c}$ [dB] only DCI format 0/4 |
|---|---|---|
| 0 | -1 | -4 |
| 1 | 0 | -1 |
| 2 | 1 | 1 |
| 3 | 3 | 4 |

**Table 5.1.1.1-3: Mapping of TPC Command Field in DCI format 3A to accumulated** $\delta_{\text{PUSCH},c}$ **values.**

| TPC Command Field in DCI format 3A | Accumulated $\delta_{\text{PUSCH},c}$ [dB] |
|---|---|
| 0 | -1 |
| 1 | 1 |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | Source: 3GPP TS 36.213 V10.13.0 at 82. <br><br> ## 5.3      Physical uplink shared channel <br><br> ### 5.3.4    Mapping to physical resources <br><br> For each antenna port $p$ used for transmission of the PUSCH in a subframe the block of complex-valued symbols $z^{(\tilde{p})}(0),\ldots,z^{(\tilde{p})}(M_{\text{symb}}^{\text{ap}}-1)$ shall be multiplied with the amplitude scaling factor $\beta_{\text{PUSCH}}$ in order to conform to the transmit power $P_{\text{PUSCH}}$ specified in Section 5.1.1.1 in [4], and mapped in sequence starting with $z^{(\tilde{p})}(0)$ to physical resource blocks on antenna port $p$ and assigned for transmission of PUSCH. The relation between the index $\tilde{p}$ and the antenna port number $p$ is given by Table 5.2.1-1. The mapping to resource elements $(k,l)$ corresponding to the physical resource blocks assigned for transmission and <br><br>     -   not used for transmission of reference signals, and <br><br> … |

| U.S. Patent No. 11,032,000 (Claims 1-6, 13-18) | |
|---|---|
| **Claim(s)** | **Example Southwest Count X Systems and Services** |
| | If uplink frequency-hopping is disabled or the resource blocks allocated for PUSCH transmission are not contiguous in frequency, the set of physical resource blocks to be used for transmission is given by $n_{\text{PRB}} = n_{\text{VRB}}$ where $n_{\text{VRB}}$ is obtained from the uplink scheduling grant as described in Section 8.1 in [4]. |

If uplink frequency-hopping with type 1 PUSCH hopping is enabled, the set of physical resource blocks to be used for transmission is given by Section 8.4.1 in [4].

If uplink frequency-hopping with predefined hopping pattern is enabled, the set of physical resource blocks to be used for transmission in slot $n_{\text{s}}$ is given by the scheduling grant together with a predefined pattern according to

$$\tilde{n}_{\text{PRB}}(n_{\text{s}}) = \left(\tilde{n}_{\text{VRB}} + f_{\text{hop}}(i) \cdot N_{\text{RB}}^{\text{sb}} + \left(\left(N_{\text{RB}}^{\text{sb}} - 1\right) - 2\left(\tilde{n}_{\text{VRB}} \bmod N_{\text{RB}}^{\text{sb}}\right)\right) \cdot f_{\text{m}}(i)\right) \bmod(N_{\text{RB}}^{\text{sb}} \cdot N_{\text{sb}})$$

$$i = \begin{cases} \lfloor n_{\text{s}}/2 \rfloor & \text{inter} - \text{subframe hopping} \\ n_{\text{s}} & \text{intra and inter} - \text{subframe hopping} \end{cases}$$

$$n_{\text{PRB}}(n_{\text{s}}) = \begin{cases} \tilde{n}_{\text{PRB}}(n_{\text{s}}) & N_{sb} = 1 \\ \tilde{n}_{\text{PRB}}(n_{\text{s}}) + \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$

$$\tilde{n}_{\text{VRB}} = \begin{cases} n_{\text{VRB}} & N_{sb} = 1 \\ n_{\text{VRB}} - \lceil N_{\text{RB}}^{\text{HO}}/2 \rceil & N_{sb} > 1 \end{cases}$$

Source: 3GPP TS 36.211 V10.7.0 at 20-21.

## 5.5    Reference signals

### 5.5.3    Sounding reference signal

5.5.3.2    Mapping to physical resources

For all subframes other than special subframes, the sounding reference signal shall be transmitted in the last symbol of the subframe.

Source: 3GPP TS 36.211 V10.7.0 at 27, 35, 37.

*See also* claim 6.

# Exhibit E

US006928062B2

(12) **United States Patent**           (10) Patent No.:     **US 6,928,062 B2**
    Krishnan et al.                     (45) Date of Patent:       **Aug. 9, 2005**

(54) **UPLINK PILOT AND SIGNALING TRANSMISSION IN WIRELESS COMMUNICATION SYSTEMS**

(75) Inventors: **Ranganathan Krishnan**, San Diego, CA (US); **Rajiv Vijayan**, San Diego, CA (US); **Tamer Kadous**, San Diego, CA (US)

(73) Assignee: **Qualcomm, Incorporated**, San Diego, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/340,507**

(22) Filed: **Jan. 10, 2003**

(65) **Prior Publication Data**

US 2004/0081123 A1 Apr. 29, 2004

**Related U.S. Application Data**

(60) Provisional application No. 60/422,368, filed on Oct. 29, 2002, and provisional application No. 60/422,362, filed on Oct. 29, 2002.

(51) Int. Cl.⁷ ............................................... H04Q 7/00
(52) U.S. Cl. ....................... 370/329; 370/208; 370/310; 455/436
(58) Field of Search ................................ 370/208, 329, 370/482, 331, 310; 714/780; 455/431, 436

(56)                  **References Cited**

U.S. PATENT DOCUMENTS

6,104,926 A  *  8/2000  Hogg et al. ................. 455/436
6,430,412 B1 *  8/2002  Hogg et al. ................. 455/436

* cited by examiner

*Primary Examiner*—Salvatore Cangialosi
(74) *Attorney, Agent, or Firm*—Dmitry Milikovsky; Micky Minhas; Philip Wadsworth

(57)                  **ABSTRACT**

Techniques to more efficiently transmit pilot and signaling on the uplink in an OFDM system. With subband multiplexing, M usable subbands in the system are partitioned into Q disjoint groups of subbands. Each subband group may be assigned to a different terminal for uplink pilot transmission. Multiple terminals may transmit simultaneously on their assigned subbands. The transmit power for the pilot may be scaled higher to attain the same total pilot energy even though S instead of M subbands are used for pilot transmission by each terminal. Pilot transmissions from the terminals are received, and a channel estimate is derived for each terminal based on the pilot received on the assigned subbands. The channel estimate comprises a response for additional subbands not included in the assigned group. Subband multiplexing may also be used for uplink signaling transmission.

**30 Claims, 7 Drawing Sheets**





*FIG. 1*

U.S. Patent          Aug. 9, 2005          Sheet 2 of 7          US 6,928,062 B2



FIG. 2





**FIG. 5**



**FIG. 6**



FIG. 7

U.S. Patent          Aug. 9, 2005          Sheet 7 of 7          US 6,928,062 B2



**FIG. 8A**



**FIG. 8B**



**FIG. 8C**

US 6,928,062 B2

**1**

## UPLINK PILOT AND SIGNALING TRANSMISSION IN WIRELESS COMMUNICATION SYSTEMS

### RELATED APPLICATIONS

This application claims priority to both U.S. Provisional Patent Application Ser. No. 60/422,368, filed Oct. 29, 2002, entitled "Uplink Pilot And Signaling Transmission In Wireless Communication Systems," and to U.S. Provisional Patent Application Ser. No. 60/422,362, filed Oct. 29, 2002, entitled "Channel Estimation for OFDM Communication Systems," which are incorporated herein by reference in its entirety for all purposes.

This application is related to U.S. patent application Ser. No. 10/340,130, entitled "Channel Estimation for OFDM Communication Systems," filed on the same day herewith, which is incorporated herein by reference in its entirety for all purposes.

### BACKGROUND

#### I. Field of the Invention

The present invention relates generally to data communication, and more specifically to techniques for transmitting pilot and signaling (e.g., rate control) information on the uplink in wireless communication systems.

#### II. Background

Wireless communication systems are widely deployed to provide various types of communication such as voice, packet data, and so on. These systems may be multiple-access systems capable of supporting communication with multiple users sequentially or simultaneously by sharing the available system resources. Examples of such multiple-access systems include code division multiple access (CDMA) systems, time division multiple access (TDMA) systems, and orthogonal frequency division multiple access (OFDMA) systems.

An OFDM system employs orthogonal frequency division multiplexing (OFDM) to effectively partition the overall system bandwidth into a number of (N) orthogonal subbands. These subbands are also referred to as tones, frequency bins, and frequency subchannels. Each subband may be viewed as an independent transmission channel that may be used to transmit data.

In a wireless communication system, an RF modulated signal from a transmitter may reach a receiver via a number of propagation paths. The characteristics of the propagation paths typically vary over time due to a number of factors. For an OFDM system, the N subbands may experience different channel conditions and may achieve different signal-to-noise ratios (SNRs).

An accurate estimate of the response of the wireless channel between the transmitter and the receiver is normally needed in order to effectively transmit data on the available subbands. Channel estimation is typically performed by sending a pilot from the transmitter and measuring the pilot at the receiver. Since the pilot is made up of symbols that are known a priori by the receiver, the channel response can be estimated as the ratio of the received pilot symbols over the transmitted pilot symbols.

Pilot transmission represents overhead in a wireless communication system. Thus, it is desirable to minimize pilot transmission to the extent possible. However, because of noise and other artifacts in the wireless channel, a sufficient amount of pilot needs to be transmitted in order for the receiver to obtain a reasonably accurate estimate of the

**2**

channel response. Moreover, because the contributions of the propagation paths to the channel response and the propagation paths themselves typically vary over time, the pilot transmission needs to be repeated. The time duration over which the wireless channel may be assumed to be relatively constant is often referred to as a channel coherence time. The repeated pilot transmissions need to be spaced significantly closer than the channel coherence time to maintain high system performance.

In the downlink of a wireless communication system, a single pilot transmission from an access point (or a base station) may be used by a number of terminals to estimate the response of the distinct channels from the access point to each of the terminals. In the uplink, the channel from each of the terminals to the access point typically needs to be estimated through separate pilot transmissions from each of the terminals.

Thus, for a wireless communication system, multiple terminals may each need to transmit a pilot on the uplink to an access point. Moreover, signaling information such as rate control information and acknowledgments for downlink transmission may need to be sent on the uplink. If the uplink transmissions are performed in a time division multiplexed (TDM) manner, then each terminal may be assigned a distinct time slot and would then transmit its pilot and signaling information in the assigned time slot. Depending on the number of active terminals and the duration of the time slots, a relatively large fraction of the uplink transmission time may be taken up by the pilot and signaling transmissions. This inefficiency in the uplink transmission of pilot and signaling information is exacerbated in an OFDM system where the data-carrying capacity of the smallest transmission unit (typically one OFDM symbol) may be quite large.

There is therefore a need in the art for techniques to transmit pilot and signaling information in a more efficient manner in wireless communication systems (e.g., OFDM systems).

### SUMMARY

Techniques are provided herein to more efficiently transmit pilot and signaling on the uplink in wireless communication systems. With subband multiplexing, the M usable subbands in a system may be partitioned into Q disjoint groups of subbands, where each subband is included in only one group, if at all. Each subband group may then be assigned to a different terminal. Multiple terminals may transmit simultaneously on their assigned subbands.

Using subband multiplexing, an accurate channel estimate may be obtained for each terminal for the entire usable band based on uplink pilot transmission on only a small subset of the usable subbands. If the total energy used for pilot transmission on S subbands is maintained so as to equal to the total energy otherwise used for pilot transmission on all M usable subbands, then it is possible to use the pilot transmission on only S subbands to accurately interpolate the channel response for the other M-S subbands.

One embodiment provides a method for transmitting pilot on the uplink in a wireless communication system (e.g., an OFDM system) with a plurality of subbands. In accordance with the method, M usable subbands suitable for data transmission in the system are initially partitioned into Q disjoint groups of subbands. The Q groups may include equal or different number of subbands, and the subbands in each group may be uniformly or non-uniformly distributed across the M usable subbands. A different group of subbands

US 6,928,062 B2

3

is assigned to each one or more terminals for uplink pilot transmission. Pilot transmission is then received from the one or more terminals on the assigned groups of subbands. For each terminal, the transmit power for the pilot in each subband may be scaled higher (e.g., by a factor of Q) so that the same total pilot energy is achieved even though the pilot transmission is over S instead of M subbands. The power scaling may be performed such that the total transmit power available at each terminal is observed, transmit power constraints (e.g., regulatory constraints) are met, and hardware component costs are minimally increased (if at all). A channel estimate may then be derived for each terminal based on the pilot received on the subbands assigned to the terminal. The channel estimate for each terminal can cover one or more additional subbands not included in the group assigned to the terminal. For example, the channel estimate may include the response for all M usable subbands.

Subband multiplexing may also be used for transmission of signaling information on the uplink. The signaling information may comprise rate control information used for downlink data transmission, acknowledgment for data received on the downlink, and so on.

Various aspects and embodiments of the invention are described in further detail below.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features, nature, and advantages of the present invention will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout and wherein:

FIG. 1 illustrates an OFDM system that supports a number of users;

FIGS. 2, 3, and 4 illustrate a frame structure, an OFDM subband structure, and an OFDM subband structure that supports subband multiplexing, respectively;

FIG. 5 shows a process for transmitting uplink pilot using subband multiplexing;

FIG. 6 illustrates a frame structure that supports subband multiplexing for uplink pilot and signaling information;

FIG. 7 is a block diagram of an access point and a terminal in the OFDM system; and

FIGS. 8A through 8C show plots of potential savings that may be realized with subband multiplexing for uplink pilot and signaling information.

## DETAILED DESCRIPTION

The word "exemplary" is used herein to mean "serving as an example, instance, or illustration." An embodiment or design described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other embodiments or designs.

The techniques described herein to transmit pilot and signaling information may be used in various types of wireless communication system. For example, these techniques may be used for CDMA, TDMA, FDMA, and ODFM systems. These techniques may also be used for hybrid systems such as an OFDM TDM system that transmits pilot/signaling and traffic data using time division multiplexing, whereby OFDM is used for pilot/signaling and another transmission scheme is used for traffic data. For clarity, these techniques are specifically described below for an OFDM system.

FIG. 1 illustrates an OFDM system 100 that supports a number of users. OFDM system 100 includes a number of

4

access points (AP) 110 that support communication for a number of terminals (T) 120. For simplicity, only one access point is shown in FIG. 1. An access point may also be referred to as a base station or some other terminology.

Terminals 120 may be dispersed throughout the system. A terminal may also be referred to as a mobile station, a remote station, an access terminal, a user equipment (UE), a wireless device, or some other terminology. Each terminal may be a fixed or a mobile terminal that can communicate with one or possibly multiple access points on the downlink and/or uplink at any given moment. The downlink (or forward link) refers to transmission from the access point to the terminal, and the uplink (or reverse link) refers to transmission from the terminal to the access point.

In FIG. 1, access point 110 communicates with user terminals 120a through 120f via the downlink and uplink. Depending on the specific design of the OFDM system, an access point may communicate with multiple terminals simultaneously (e.g., via multiple subbands) or sequentially (e.g., via multiple time slots).

FIG. 2 illustrates a frame structure 200 that may be used for the OFDM system if a single frequency band is used for both the downlink and the uplink. In this case, the downlink and uplink can share the same frequency band using time division duplexing (TDD).

As shown in FIG. 2, downlink and uplink transmissions occur in units of "MAC frames". Each MAC frame may be defined to cover a particular time duration. Each MAC frame is partitioned into a downlink phase 210 and an uplink phase 220. Downlink transmissions to multiple terminals may be multiplexed using time division multiplex (TDM) on the downlink phase. Similarly, uplink transmissions from multiple terminals may be multiplexed using TDM on the uplink phase. For the specific TDM implementation shown in FIG. 2, each phase is further partitioned into a number of time slots (or simply, slots) 230. The slots may have fixed or variable durations, and the slot duration may be the same or different for the downlink and uplink phases. For this specific TDM implementation, each slot 230 in the uplink phase includes a pilot segment 232, a signaling segment 234, and a data segment 236. Segment 232 is used to send an uplink pilot from the terminal to the access point, segment 234 is used to send signaling (e.g., rate control, acknowledgment, and so on), and segment 236 is used to send data.

The slots in the uplink phase of each MAC frame may be assigned to one or more terminals for uplink transmission. Each terminal would then transmit on its assigned slot(s).

Frame structure 200 represents a specific implementation that may be used for the OFDM system if only one frequency band is available. If two frequency bands are available, then the downlink and uplink may be transmitted on separate frequency bands using frequency division duplex (FDD). In this case, the downlink phase may be implemented on one frequency band, and the uplink phase may be implemented on the other frequency band.

The pilot and signaling transmission techniques described herein may be used for both TDD-based and FDD-based frame structures. For simplicity, these techniques are described specifically for the TDD-based frame structure.

FIG. 3 illustrates an OFDM subband structure 300 that may be used for the OFDM system. The OFDM system has an overall system bandwidth of W MHz, which is partitioned into N orthogonal subbands using OFDM. Each subband has a bandwidth of W/N MHz. Of the N total subbands, only M subbands are used for data transmission,

US 6,928,062 B2

5

where M<N. The remaining N−M subbands are not used and serve as guard bands to allow the OFDM system to meet its spectral mask requirements. The M "usable" subbands include subbands F̄ through M+F̄−1.

For OFDM, the data to be transmitted on each subband is first modulated (i.e., symbol mapped) using a particular modulation scheme selected for use for that subband. For the N−M unused subbands, the signal value is set to zero. For each symbol period, the M modulation symbols and N−M zeros for all N subbands are transformed to the time domain with an inverse fast Fourier transform (IFFT) to obtain a transformed symbol that comprises N time-domain samples. The duration of each transformed symbol is inversely related to the bandwidth of each subband. For example, if the system bandwidth is W=20 MHz and N=256, then the bandwidth of each subband is 78.125 KHz and the duration of each transformed symbol is 12.8 μsec.

OFDM can provide certain advantages, such as the ability to combat frequency selective fading, which is characterized by different channel gains at different frequencies of the overall system bandwidth. It is well known that frequency selective fading causes inter-symbol interference (ISI), which is a phenomenon whereby each symbol in a received signal acts as distortion to subsequent symbols in the received signal. The ISI distortion degrades performance by impacting the ability to correctly detect the received symbols. Frequency selective fading can be conveniently combated with OFDM by repeating a portion of (or appending a cyclic prefix to) each transformed symbol to form a corresponding OFDM symbol, which is then transmitted.

The length of the cyclic prefix (i.e., the amount to repeat) for each OFDM symbol is dependent on the delay spread of the wireless channel. The delay spread for a given transmitter is the difference between the earliest and latest arriving signal instances at a receiver for the signal transmitted by this transmitter. The delay spread for the system is the expected worst case delay spread for all terminals in the system. To effectively combat ISI, the cyclic prefix should be longer than the delay spread.

Each transformed symbol has a duration of N sample periods, where each sample period has a duration of (1/W) μsec. The cyclic prefix can be defined to comprise $C_p$ samples, where $C_p$ is an integer selected based on the expected delay spread of the system. In particular, $C_p$ is selected to be greater than or equal to the number of taps (L) for the impulse response of the wireless channel (i.e., $C_p \geq L$). In this case, each OFDM symbol would include N+$C_p$ samples, and each symbol period would span N+$C_p$ sample periods.

Uplink Pilot Transmission

In some OFDM systems, pilots are transmitted on the uplink by the terminals to allow the access point to estimate the uplink channel. If the TDD-TDM frame structure shown in FIG. 2 is used, then each terminal can transmit its uplink pilot in the pilot segment of its assigned slot. Typically, each terminal transmits the uplink pilot in all M usable subbands and at full transmit power. This would then allow the access point to estimate the uplink channel response across the entire usable band. Although this uplink pilot transmission scheme is effective, it is also inefficient since a relatively large fraction of the uplink phase may be used for pilot transmissions by all active terminals. The pilot segments for all uplink terminals may comprise a large fraction of the uplink phase.

Techniques are provided herein to more efficiently transmit pilot on the uplink in the OFDM system. To be effective, a pilot transmission scheme needs to be designed such that

6

accurate channel estimates can be obtained for each active terminal based on the uplink pilot transmission from the terminal. However, it has been discovered that the quality of the channel estimates is generally determined by the total energy of the pilot rather than the specifics of the pilot transmission scheme. The total pilot energy is equal to the transmit power used for the pilot multiplied by the time duration of the pilot transmission.

An accurate channel estimate may be obtained for the entire usable band based on pilot transmission on only S subbands, where S is selected such that $C_p \leq S < M$ and is typically much less than M. One such channel estimation technique is described in the aforementioned U.S. Provisional Patent Application Ser. No. 60/422,638, U.S. Provisional Patent Application Ser. No. 60/422,362, and U.S. patent application Ser. No. 10/173,592. In fact, it can be shown that if the total energy used for pilot transmission on the S subbands is equal to the total energy used for pilot transmission on all M subbands, then it is possible to accurately interpolate the channel response for the other M–S subbands based on the pilot transmission on the S subbands using the channel estimation technique above. In other words, if the total pilot energy is the same, then the interpolated channel response for the M–S subbands would typically have the same quality (e.g., the same average mean squared error) as the channel estimate obtained based on pilot transmission on all M subbands.

Subband multiplexing may be used to allow multiple terminals to transmit pilot simultaneously on the uplink. To implement subband multiplexing, the M usable subbands may be partitioned into Q disjoint groups of subbands such that each usable subband appears in only one group, if at all. The Q groups may include the same or different numbers of subbands, and the subbands in each group may be uniformly or non-uniformly distributed across the M usable subbands. It is also not necessary to use all M subbands in the Q groups (i.e., some usable subbands may be omitted from use for pilot transmission).

In an embodiment, each group includes S subbands, where S=⌊M/Q⌋ and S≥$C_p$, where "⌊ ⌋" denotes the floor operator. The number of subbands in each group should be equal to or greater than the delay spread $C_p$ so that the effects of ISI can be mitigated and a more accurate channel estimate can be obtain.

FIG. 4 illustrates an embodiment of an OFDM pilot structure 400 that may be used for the OFDM system and which supports subband multiplexing. In this embodiment, the M usable subbands are initially divided into S disjoint sets, with each set including Q consecutive subbands. The Q subbands in each set are assigned to the Q groups such that the i-th subband in each set is assigned to the i-th group. The S subbands in each group would then be uniformly distributed across the M usable subbands such that consecutive subbands in the group are separated by Q subbands. The M subbands may also be distributed to the Q groups in some other manners, and this is within the scope of the invention.

The Q groups of subbands may be assigned to up to Q terminals for uplink pilot transmission. Each terminal would then transmit the pilot on its assigned subbands. With subband multiplexing, up to Q terminals may simultaneously transmit pilots on the uplink on up to M usable subbands. This can greatly reduce the amount of time needed for uplink pilot transmission.

To allow the access point to obtain high quality channel estimates, each terminal may increase the transmit power per subband by a factor of Q. This would result in the total pilot energy for the pilot transmission on the S assigned subbands

US 6,928,062 B2

**7**

to be the same as if all M subbands were used for pilot transmission. The same total pilot energy would allow the access point to estimate the channel response of the entire usable band based on a subset of the M usable subbands with little or no loss in quality, as described below.

The OFDM system may be operated in a frequency band that has a per MHz power constraint of P dBm/MHz and a total power constraint of P·W dBm. For example, the 5 GHz UNII band includes three 20 MHz frequency bands designated as UNII-1, UNII-2, and UNII-3. These three frequency bands have total transmit power restrictions of 17, 24, and 30 dBm and per MHz power restrictions of 4, 11 and 17 dBm/MHz, respectively. The power constraints per terminal may be selected based on the lowest power constraints for the three frequency bands, so that the per MHz power constraint is P=4 dBm/MHz and the total power constraint is P·W=17 dBm.

The groups of subbands may be formed such that full transmit power may be used for uplink pilot transmission even if the per MHz and total power constraints are imposed on each terminal. In particular, if the spacing between the subbands within each group is approximately 1 MHz, then each terminal can transmit the uplink pilot on all S subbands assigned to it at a power per subband of P dBm, and still abide by the per MHz power constraint. The total transmit power for the S subbands would then be equal to P·S dBm, which is approximately equal to P·W dBm since S=W due to the 1 MHz spacing. In general, the per MHz and total power constraints can be met by appropriate scaling as long as S>W, where W is given in units of MHz.

In an exemplary OFDM system, the system bandwidth is W=20 MHz, N=256, and M=224. The OFDM pilot structure includes Q=12 groups, with each group including S=18 subbands. For this pilot structure, 216 of the 224 usable subbands may be used simultaneously for uplink pilot transmission and the remaining 8 subbands are not used.

In general, the amount of transmit power that may be used for each subband in each group is dependent on various factors such as (1) the per MHz and total power constraints and (2) the distribution of the subbands in each group. The terminals may transmit the uplink pilot at full power even if the spacing between the subbands is not uniform and/or is less than 1 MHz. The specific amounts of power to use for the subbands would then be determined based on the distribution of the subbands among the Q groups. For simplicity, the S subbands in each group are assumed to be uniformly spaced and separated by the required minimum spacing (e.g., at least 1 MHz).

FIG. 5 is a flow diagram of an embodiment of a process 500 for transmitting uplink pilot using subband multiplexing. Initially, the M usable subbands are partitioned into Q disjoint groups of subbands (step 512). This partitioning may be performed once based on the expected loading in the OFDM system. Alternatively, the M usable subbands may be dynamically partitioned whenever warranted by changes in the system loading. For example, fewer groups may be formed under light system loading and more groups may be formed during peak system loading. In any case, the partitioning is such that the condition S≧Cp is satisfied for each group.

One group of subbands is assigned to each active terminal for uplink pilot transmission (step 514). The subband assignment may be determined at call setup or at a later time, and may be signaled to the terminal. Thereafter, each terminal transmits pilot on the uplink on its assigned subbands (step 522). Each terminal may also scale up the transmit power used for uplink pilot transmission, with the amount of

**8**

transmit power used for each subband being determined based on the various factors noted above. The amount of transmit power to use for each subband (or each group of subband) may also be specified by the access point and signaled to the terminal along with the subband assignment.

The access point receives uplink pilot transmissions from all active terminals on all or a subset of the M usable subbands (step 532). The access point then processes the received signal to obtain channel estimate for the subbands assigned to each active terminal (step 534). For each active terminal, the channel estimate for the entire usable band may then be derived based on the per-subband channel estimate obtained for the assigned subbands (step 536). The channel estimate for the entire usable band may be derived from the channel estimate for a subset of the usable subbands using various techniques. One such channel estimation technique is described in the aforementioned U.S. Provisional Patent Application Ser. No. 60/422,638, U.S. Provisional Patent Application Ser. No. 60/422,362, and U.S. patent application Ser. No. 10/173,592. The channel estimate for the entire usable band may also be derived by interpolating the per-subband channel estimate for a subset of the usable subbands.

For each active terminal, the channel estimate for the entire usable band may thereafter be used for downlink and/or uplink data transmission to/from the terminal (step 538). The uplink pilot transmission and channel estimation are typically continually performed during a communication session to obtain up-to-date channel estimates.

The model for an OFDM system may be expressed as:

$$r=\underline{H}o\underline{x}+\underline{n},\qquad\text{Eq (1)}$$

where $\underline{r}$ is a vector with N entries for the symbols received on the N subbands;

$\underline{x}$ is a vector with N entries for the symbols transmitted on the N subbands (some entries may include zeros);

$\underline{H}$ is an (N×1) vector for the channel frequency response between the access point and terminal;

$\underline{n}$ is an additive white Gaussian noise (AWGN) vector for the N subbands; and

"o" denotes the Hadamard product (i.e., point-wise product, where the i-th element of $\underline{r}$ is the product of the i-th elements of $\underline{x}$ and $\underline{H}$).

The noise $\underline{n}$ is assumed to have zero mean and a variance of $\sigma^2$.

With subband multiplexing, each active terminal transmits pilot on its S assigned subbands during the pilot transmission interval. The transmitted pilot for each terminal may be denoted by an (N×1) vector $\underline{x}_i$, which includes a pilot symbol for each of the S assigned subbands and zeros for all other subbands. The transmit power for the pilot symbol for each assigned subband may be expressed as $P_{i,j}=x_{i,j}^2$, where $x_{i,j}$ is the pilot symbol transmitted on the j-th subband by terminal i.

A per-subband channel estimate $\underline{\hat{H}}_i^{meas}$ for terminal i may be expressed as:

$$\underline{\hat{H}}_i^{meas}=\underline{r}_i/\underline{x}_i=\underline{H}_i+\underline{n}_i/\underline{x}_i,\qquad\text{Eq (2)}$$

where $\underline{\hat{H}}_i^{meas}$ is an (S×1) vector and $\underline{a}_i/\underline{b}_i=[a_1/b_1\ldots a_s/b_s]^T$, which includes ratios for the S subbands assigned to terminal i. The per-subband channel estimate $\underline{\hat{H}}_i^{meas}$ may be determined by the access point for terminal i based on the received and transmitted pilot symbols for each of the S subbands assigned to the terminal. The per-subband channel estimate $\underline{\hat{H}}_i^{meas}$ is thus indicative of the channel frequency response for terminal i for the S assigned subbands.

**9**

An estimate for $\underline{H}$ in equation (1) may be obtained from the per-subband channel estimate $\hat{\underline{H}}_q^{meas}$ using several techniques. One such technique, as noted above, is described in the aforementioned U.S. Provisional Patent Application Ser. No. 60/422,638, U.S. Provisional Patent Application Ser. No. 60/422,362, and U.S. patent application Ser. No. 10/173, 592.

If all N subbands are used for data transmission (i.e., M=N), it can be shown that the mean square error (MSE) for the channel estimate obtained based on pilot transmission on only S subbands using the technique described in the aforementioned U.S. Provisional Patent Application Ser. No. 60/422,638, U.S. Provisional Patent Application Ser. No. 60/422,362, and U.S. patent application Ser. No. 10/173,592 is the same as the MSE for the channel estimate obtained based on pilot transmission on all N subbands, if the following conditions are satisfied:

1. Choose S≧Cp and S≧W;
2. Uniform distribution of the S subbands in each group across the N total subbands; and
3. Set the transmit power for each of the S assigned N/S times higher than the average transmit power $P_{avg}$ defined below.

The total transmit power that may be used for transmission by a terminal is normally constrained by the lesser of (1) the total transmit power $P_{total}$ of the terminal (which may be limited by the terminal's power amplifier) and (2) the total power constraint P·W of the operating band. The average transmit power $P_{avg}$ is then equal to the smaller of $P_{total}/N$ and P·W/N. For example, $P_{avg}$=P·W/N if the total transmit power that may be used by the terminal is limited by regulatory constraints

If only a subset of the N total subbands is used for data transmission (i.e., M<N), which is the case if some subbands are used for guard bands, then the minimum mean square error (MMSE) is only attained if S=M. However, it has been found in the aforementioned U.S. Provisional Patent Application Ser. No. 60/422,638, U.S. Provisional Patent Application Ser. No. 60/422,362, and U.S. patent application Ser. No. 10/173,592 that if S≈1.1 Cp then the MSE is close to the MMSE. Hence, for the case in which S≦M<N, the MSE is minimized for the channel estimate obtained based on pilot transmission on only S subbands, if the following conditions are satisfied:

1. Choose S≈1.1 Cp and S>W;
2. Uniformly distribute the S subbands in each group across the M data subbands; and
3. Set the transmit power for each of the S assigned subbands N/S times higher than the average transmit power $P_{avg}$ described above.

Uplink Signaling Transmission

In many wireless systems, the terminals may need to send signaling information on the uplink to the access point. For example, the terminals may need to inform the access point of the rate(s) to use for downlink data transmission, send acknowledgment for received data packets, and so on. The signaling information typically comprises a small amount of data, but may need to be sent in a timely manner, and possibly on a regular basis.

In some systems, rate control information may need to be sent on the uplink to indicate the rate that may be used on the downlink for each of one or more transmission channels. Each transmission channel may correspond to a spatial subchannel (i.e., an eigenmode) in a multiple-input multiple-output (MIMO) system, a subband or frequency subchannel in an OFDM system, a time slot in a TDD system, and so on.

**10**

Each terminal may estimate the downlink channel and determine the maximum rate that may be supported by each of the transmission channels. Rate control information for the transmission channels may then be sent back to the access point and used to determine the rate for downlink data transmission to the terminal. The rate control information may be in the form of one or more rate codes, each of which may be mapped to a specific combination of code rate, modulation scheme, and so on. Alternatively, the rate control information may be provided in some other form (e.g., the received SNR for each transmission channel). In any case, the rate control information for each transmission channel may comprise 3 to 4 bits, and the rate control information for all transmission channels may comprise a total of 15 bits.

As another example, channel response or frequency selectivity information may need to be reported back to the access point. The number of bits required for the channel response or frequency selectivity information may be dependent on the granularity of the information being sent (e.g., every subband, or every n-th subband).

Techniques are also provided herein to more efficiently transmit signaling information on the uplink in the OFDM system. The M usable subbands may be partitioned into a number of $Q_R$ disjoint groups, where each usable subband appears in only one group, if at all. The $Q_R$ groups may include the same or different number of subbands. The grouping of the usable subbands for uplink signaling information may be the same or different from the grouping of the usable subbands for uplink pilot transmission. Each subband group may be allocated to one terminal for uplink signaling transmission. Multiple terminals may transmit signaling information simultaneously on their assigned subbands.

The use of subband multiplexing to send uplink signaling information may provide various benefits. Because of the relatively large data-carrying capacity of an OFDM symbol, it may be extremely inefficient to allocate entire OFDM symbols to active terminals when only a small amount of data needs to be sent. Using subband multiplexing, the number of subbands allocated to each active terminal may be commensurate with the amount of data that needs to be sent.

The savings provided by subband multiplexing may be even greater if the transmit power per subband is increased by the number of terminals multiplexed together within the same time interval. The higher transmit power per subband would result in higher received SNR at the access point, which would then support a higher order modulation scheme. This would in turn allow more data or information bits to be transmitted on each subband. Alternatively, each terminal may be assigned fewer subbands so that more terminals may be multiplexed together in the same time interval. The fewer subbands can provide the requisite data-carrying capacity if a higher order modulation scheme is used.

Subband multiplexing may also be used for the transmission of acknowledgment on the uplink. For some systems, an acknowledgment may need to be sent by the receiver to acknowledge correct or erroneous detection of each packet received by the receiver. Improved system efficiency may be achieved by reducing the granularity of the allocation of resources for acknowledgment transmission (i.e., by assigning a group of subbands instead of entire OFDM symbol to each terminal).

The amount of data to send for acknowledgment may differ from terminal to terminal and also from frame to frame. This is because each terminal typically only sends acknowledgments for packets received in the current/prior

US 6,928,062 B2

**11**

MAC frame, and the number of packets sent to each terminal can differ among terminals and over time. In contrast, the amount of data to send for rate control tends to be more constant.

A number schemes may be used to allocate subbands for uplink transmission of variable amounts of signaling (e.g., acknowledgment) among active terminals. In one scheme, the M usable subbands are partitioned into a number of $Q_A$ disjoint groups. The $Q_A$ groups may include the same or different number of subbands. Each active terminal may be assigned a variable number of subbands for acknowledgment transmission. For this scheme, the number of subbands assigned to a given terminal may be proportional to the number of packets sent to the terminal.

In another scheme, each active terminal is assigned a fixed number of subbands for acknowledgment transmission. However, the modulation scheme used by each terminal is not fixed, but can be selected based on the channel conditions. For a reciprocal channel whereby the downlink and uplink are highly correlated, the transmission capacities of the downlink and uplink are related. Thus, if more packets can be sent on the downlink within a given time period because of improved channel conditions, then the same channel conditions can support the transmission of more information bits on the uplink in a given time interval. Thus, by allocating a fixed number of subbands to each active terminal but allowing the modulation to adapt based on the channel conditions, more acknowledgment bits may be sent when needed.

To simplify the assignment of subbands to active terminals, the subbands may be arranged into groups, and the terminals may be assigned groups of subbands instead of individual subbands. In general, each group may include any number of subbands, depending on the desired granularity for the subband assignment. As an example, 37 groups of subbands may be formed, with each group including 6 subbands. A given terminal may then be assigned any number of subband groups, depending on its data requirement.

For a specific OFDM system design, between 150 and 2000 bits may be transmitted in two OFDM symbols for a range of rates supported by the system. This range of bit rates is also achieved under the assumption that higher transmit power is used for each subband with subband multiplexing. Each of the 37 subband groups for the example described above may then be used to send 150/37 to 2000/37 bits for acknowledgments, depending on the channel conditions. Thus, the fixed number of subbands in each group may be able to send a variable number of bits for acknowledgment, depending on the rate selected for use, which in turn depends on the channel conditions.

There may be instances where the transmit power per subband needs to be maintained at the same level as for data transmission. This situation may arise, for example, if all of the usable subbands are allocated to a single terminal. However when the subbands have lower data-carrying capacity, the requirement on it is also correspondingly lower. Two OFDM symbols may be adequate for acknowledgment data for all expected channel configurations.

In an alternative scheme, acknowledgment data is sent along with uplink packet data. Additional delay may be incurred for the acknowledgment data if it needs to wait for packet data to be sent on the uplink. If the additional delay is tolerable, then the acknowledgment data may be sent with essentially no overhead since the amount of acknowledgment data is typically small and will likely fit in the padding portion of an uplink data packet.

**12**

In yet another scheme, acknowledgment data is sent along with the rate control information. The group of subbands assigned to each active terminal for rate control transmission may have greater data-carrying capacity than that needed to send the rate control information. In this case, the acknowledgment data may be sent in the excess data-carrying capacity of the subbands allocated for rate control.

When subband multiplexing is used for transmission of signaling information on the uplink, the access point can process the received signal to individually recover the signaling (e.g., rate control and acknowledgment) sent by each terminal.

Example Frame Structure with Subband Multiplexing

FIG. **6** illustrates an embodiment of a frame structure **600** that supports subband multiplexing for uplink pilot and signaling transmission. The MAC frame is partitioned into a downlink phase **610** and an uplink phase **620**. The uplink phase is further partitioned into a pilot segment **622**, a signaling segment **624**, and a number of slots **630**. Subband multiplexing may be used for segment **622** so that multiple terminals can concurrently transmit pilot on the uplink in this segment. Similarly, subband multiplexing may be used for segment **624** so that multiple terminals can concurrently transmit signaling (e.g., rate control information, acknowledgment, and so on) on the uplink in this segment. Slots **630** may be used for transmission of packet data, messages, and other information. Each slot **630** may be assigned with or without subband multiplexing to one or more active terminals. Each slot **630** may also be used to send an overhead message to multiple terminals.

Various other frame structures may also be designed for use, and this is within the scope of the invention. For example, the uplink phase may include a rate control segment used to send rate control information and an acknowledgment segment used to send acknowledgment data. As another example, the frame may be partitioned into multiple uplink and downlink phases, and different phases may be used for different types of transmission such as traffic data, pilot, rate signaling, and acknowledgement.

Implementation Considerations

Subband multiplexing can substantially reduce the amount of resources needed to support the transmission of pilot and signaling on the uplink, as quantified below. However, various factors may need to be considered in the implementation of subband multiplexing, such as (1) overhead signaling for the assignment of subbands to the terminals, (2) timing offset among the uplink transmissions received from the terminals, and (3) frequency offset among the uplink transmissions from the terminals. Each of these factors is described in further detail below.

Overhead Signaling

Overhead signaling is needed to convey the subband assignment for each terminal. For pilot and rate control information, each active terminal may be assigned a specific subband group for each or for both types of uplink transmission. This assignment may be made during call setup, and the assigned subbands typically do not need to be repeated or changed for every MAC frame.

If there are 24 subband groups for up to 24 terminals, then 5 bits would be sufficient to identify the specific subband group assigned to a terminal. These 5 bits may be included in a control message sent to a terminal to put it into an active state. If the control message has a length of 80 bits, then the 5 bits for subband assignment would increase the message length by approximately 6%.

The amount of overhead signaling would be greater if there is flexibility in forming the subband groups and/or if

US 6,928,062 B2

13

the groups may be dynamically assigned to the terminals. For example, if the number of subbands assigned for acknowledgment transmission can change from frame to frame, then higher amount of overhead signaling would be needed to convey the subband assignment.

Uplink Timing

The multiple terminals allowed to transmit concurrently via subband multiplexing may be located throughout the system. If these terminals have different distances to the access point, then the propagation times for the signals transmitted from these terminals would be different. In this case, if the terminals transmit their signals at the same time, then the access point would receive the signals from these terminals at different times. The difference between the earliest and latest arriving signals at the access point would be dependent on the difference in the round trip delays for the terminals with respect to the access point.

The difference in arrival times for the signals from different terminals would cut into the delay spread tolerance of the farther terminals. As an example, for an access point with a coverage area of 50 meters in radius, the maximum difference in arrival times between the earliest and latest arriving signals is approximately 330 nsec. This would represent a significant portion of an 800 nsec cyclic prefix. Moreover, the effect of diminished delay spread tolerance is worst for the terminals at the edge of the coverage area, which are most in need of resilience to multipath delay spread.

In an embodiment, to account for the difference in round trip delays among the active terminals, the uplink timing of each active terminal is adjusted so that its signal arrives within a particular time window at the access point. A timing adjustment loop may be maintained for each active terminal and would estimate the round trip delay for the terminal. The uplink transmission from the terminal would then be advanced or delayed by an amount determined by the estimated round trip delay such that the uplink transmissions from all active terminals arrive within the particular time window at the access point.

The timing adjustment for each active terminal may be derived based on the pilot or some other uplink transmission from the terminal. For example, the uplink pilot may be correlated against a copy of the pilot by the access point. The result of the correlation is an indication of whether the received pilot is early or late with respect to the pilots from the other terminals. A 1-bit timing adjustment value may then be sent to the terminal to direct it to advance or retard its timing by a particular amount (e.g., ±one sample period).

Frequency Offset

If subband multiplexing is used to permit simultaneous transmission by multiple terminals on their assigned subbands, then the signals from nearby terminals may cause substantial interference to the signals from faraway terminals if all terminals transmit at full power. In particular, it can be shown that frequency offset among the terminals can result in inter-subband interference. This interference can cause degradation in the channel estimate derived from uplink pilots and/or increase the bit error rate of uplink data transmissions. To mitigate the effects of inter-subband interference, the terminals may be power controlled so that the nearby terminals do not cause excessive interference to faraway terminals.

The effect of interference from nearby terminals was investigated, and it was discovered that power control may be applied coarsely to mitigate the inter-subband interference effect. In particular, it was found that if the maximum frequency offset among the terminals is 300 Hz or less, then

14

by limiting the SNRs of the nearby terminals to 40 dB or less, there would be a loss of 1 dB or less in the SNRs of the other terminals. And if the frequency offset among the terminals is 1000 Hz or less, then the SNRs of the nearby terminals need to be limited to 27 dB to ensure 1 dB or less of loss in the SNRs of the other terminals. If the SNR needed to achieve the highest rate supported by the OFDM system is less than 27 dB, then limiting the SNR of nearby terminals to 27 dB (or 40 dB) would not have any impact on the maximum supported data rates for the nearby terminals.

The coarse power control requirements stated above may be achieved with a slow power control loop. For example, control messages may be sent when and as needed to adjust the uplink power of nearby terminals (e.g., when the power level changes due to movement by these terminals). Each terminal may be informed of the initial transmit power level to use for the uplink when accessing the system as part of the call setup.

The groups of subbands may be assigned to the active terminals in a manner to mitigate the effect of inter-subband interference. In particular, terminals with high received SNRs may be assigned subbands near each other. Terminals with low received SNRs may be assigned subbands near each other, but away from the subbands assigned to the terminals with high received SNRs.

Overhead Saving with Subband Multiplexing

The ability to have up to Q simultaneous uplink pilot transmissions reduces the overhead for pilot by a factor of up to Q. The improvement can be significant since the uplink pilot transmission can represent a large portion of the uplink phase. The amount of improvement may be quantified for an exemplary OFDM system.

In this exemplary OFDM system, the system bandwidth is W=20 MHz and N=256. Each sample period has a duration of 50 nsec. A cyclic prefix of 800 nsec (or Cp=16 samples) is used, and each OFDM symbol has a duration of 13.6 $\mu$sec (or N+Cp=272 samples). The uplink pilot is transmitted in each MAC frame, which has a duration of 5 msec or 367 OFDM symbols. The pilot transmission from each terminal needs to have total energy of 4 symbol periods×full transmit power. If there are K active terminals, then the total number of symbol periods used for pilot transmissions without subband multiplexing is 4·K. For K=12, 48 symbol periods would be used for uplink pilot transmission, which would represent approximately 13.1% of the 367 symbols in the MAC frame. The pilot overhead would increase to 26.2% of the MAC frame if there are K=24 active terminals.

If the K active terminals are assigned to K groups of subbands and are allowed to transmit the uplink pilot simultaneously, then only 4 symbol periods would be required in each MAC frame for the uplink pilot. The use of subband multiplexing for the uplink pilot reduces the overhead to 1.1% of the MAC frame for K=12 and 2.2% for K=24. This represents a significant saving of 12% and 24% for K=12 and 24, respectively, in the amount of overhead required for uplink pilot transmission.

FIG. 8A shows a plot of the amount of saving in uplink pilot transmission for different number of active terminals for the exemplary OFDM system described above. As shown in FIG. 8A, the amount of saving increases approximately linearly with the number of terminals.

The amount of saving for an exemplary OFDM system that supports $Q_R$ simultaneous uplink rate control transmissions may also be quantified. This exemplary OFDM system has M=224 usable subbands and uses BPSK modulation with a rate 1/3 code. The number of information bits per modulation symbol is 1/3, and approximately 75 informa-

US 6,928,062 B2

15

tion bits may be sent on the 224 usable subbands for each symbol period. If each terminal sends 15 bits or less of rate control information for each MAC frame, then approximately 5 terminals may be accommodated simultaneously on the same OFDM symbol. Without subband multiplexing, 5 OFDM symbols would need to be assigned to the 5 terminals for their rate control information (where each OFDM symbol would contain a large amount of padding for the unused bits). With subband multiplexing, the same rate control information may be sent within one OFDM symbol, which would represent an 80% saving.

The amount of savings with subband multiplexing is even greater for some diversity transmission modes. For a space-time transmit diversity (STTD) scheme, each pair of modulation symbols (denoted as $s_1$ and $s_2$) is transmitted over two symbol periods from two transmit antennas. The first antenna transmits a vector $\underline{x}_1=[s_1 \ s_2{}^*]^T$ over 2 symbol periods and the second antenna transmits a vector $\underline{x}_2=[s_2 -s_1{}^*]^T$ over the same 2 symbol periods. The transmission unit for STTD is effectively two OFDM symbols. With subband multiplexing, rate control information for 10 terminals may be sent in 2 OFDM symbols, which is substantially less than the 20 OFDM symbols that would be needed if each terminal transmits its rate control information on a separate pair of OFDM symbols.

The amount of saving is even greater for a diversity transmission mode that uses 4 antennas and has a transmission unit of 4 OFDM symbols. For this diversity transmission mode, 15 terminals may be subband multiplexed onto one 4-symbol period. The rate control information for the 15 terminals may be sent in 4 OFDM symbols with subband multiplexing, which is substantially less than the 60 OFDM symbols that would be needed if each terminal transmits its rate control information on a separate set of four OFDM symbols.

FIG. 8B shows a plot of the amount of saving in uplink rate control transmission for different number of active terminals for an exemplary OFDM system. For this system, up to 12 terminals may be multiplexed together using subband multiplexing. Each terminal may be assigned 18 subbands, with each subband capable of carrying 3 information bits. The 12 terminals may each be able to transmit 108 information bits in their 18 assigned subbands in 2 symbol periods. This is much less than the 24 symbol periods that would be needed by the 12 terminals without subband multiplexing. If 12 terminals are present, then a saving of 22 symbols may be achieved, which represents approximately 6% of the MAC frame with 367 OFDM symbols. And if 24 terminals are present, then a saving of 44 symbols may be realized, which represents approximately 12% of the MAC frame. As shown in FIG. 8B, the amount of saving increases approximately linearly with the number of terminals.

FIG. 8C shows plots of the amount of saving resulting from subband multiplexing of the pilot, rate control, and acknowledgment on the uplink. In plot 812, the pilot and rate control information for multiple terminals are subband multiplexed in the pilot and rate control segments, respectively. The acknowledgment is not considered for this case. In plot 814, the pilot, rate control information, and acknowledgment for multiple terminals are subband multiplexed in the pilot, rate control, and acknowledgment segments, respectively.

As can be seen from the plots in FIG. 8C, the amount of saving increases approximately linearly with the number of terminals multiplexed together. Moreover, the amount of saving increases as more types of information are multi-

16

plexed. It can be seen that subband multiplexing can substantially reduce the amount of overhead for pilot and signaling, so that more of the available resources may be advantageously used for data transmission.

System

FIG. 7 is a block diagram of an embodiment of an access point 110x and a terminal 120x, which are capable of supporting subband multiplexing for the uplink. At access point 110x, traffic data is provided from a data source 708 to a TX data processor 710, which formats, codes, and interleaves the traffic data to provide coded data. The data rate and coding may be determined by a rate control and a coding control, respectively, provided by a controller 730.

An OFDM modulator 720 receives and processes the coded data and pilot symbols to provide a stream of OFDM symbols. The processing by OFDM modulator 720 may include (1) modulating the coded data to form modulation symbols, (2) multiplexing the modulation symbols with pilot symbols, (3) transforming the modulation and pilot symbols to obtain transformed symbols, and (4) appending a cyclic prefix to each transformed symbol to form a corresponding OFDM symbol.

A transmitter unit (TMTR) 722 then receives and converts the stream of OFDM symbols into one or more analog signals and further conditions (e.g., amplifies, filters, and upconverts) the analog signals to generate a downlink modulated signal suitable for transmission over the wireless channel. The modulated signal is then transmitted via an antenna 724 to the terminals.

At terminal 120x, the downlink modulated signal is received by antenna 752 and provided to a receiver unit (RCVR) 754. Receiver unit 754 conditions (e.g., filters, amplifies, and downconverts) the received signal and digitizes the conditioned signal to provide samples.

An OFDM demodulator 756 then removes the cyclic prefix appended to each OFDM symbol, transforms each received transformed symbol using an FFT, and demodulates the received modulation symbols to provide demodulated data. An RX data processor 758 then decodes the demodulated data to recover the transmitted traffic data, which is provided to a data sink 760. The processing by OFDM demodulator 756 and RX data processor 758 is complementary to that performed by OFDM modulator 720 and TX data processor 710, respectively, at access point 110x.

As shown in FIG. 7, OFDM demodulator 756 may derive channel estimates and provide these channel estimates to a controller 770. RX data processor 758 may provide the status of each received packet. Based on the various types of information received from OFDM demodulator 756 and RX data processor 758, controller 770 may determine or select a particular rate for each transmission channel. Uplink pilot and signaling information (e.g., the rates to use for downlink data transmission, acknowledgments for received packets, and so on), may be provided by controller 770, processed by a TX data processor 782, modulated by an OFDM modulator 784, conditioned by a transmitter unit 786, and transmitted by antenna 752 back to access point 110x. The uplink pilot and signaling information may be sent on group(s) of subbands assigned to terminal 120x for these types of transmissions.

At access point 110x, the uplink modulated signal from terminal 120x is received by antenna 724, conditioned by a receiver unit 742, demodulated by an OFDM demodulator 744, and processed by a RX data processor 746 to recover the pilot and signaling information transmitted by the terminal. The recovered signaling information is provided to

US 6,928,062 B2

17

controller **730** and used to control the processing of the downlink data transmission to the terminal. For example, the rate on each transmission channel may be determined based on the rate control information provided by the terminal, or may be determined based on the channel estimates from the terminal. The received acknowledgment may be used to initiate retransmission of packets received in error by the terminal. Controller **730** may also derive the enhanced channel frequency response for each terminal based on the uplink pilot transmitted on the assigned subbands, as described above.

Controllers **730** and **770** direct the operation at the access point and terminal, respectively. Memories **732** and **772** provide storage for program codes and data used by controllers **730** and **770**, respectively.

The uplink pilot and signaling transmission techniques described herein may be implemented by various means. For example, these techniques may be implemented in hardware, software, or a combination thereof. For a hardware implementation, the elements used to implement any one or a combination of the techniques may be implemented within one or more application specific integrated circuits (ASICs), digital signal processors (DSPs), digital signal processing devices (DSPDs), programmable logic devices (PLDs), field programmable gate arrays (FPGAs), processors, controllers, micro-controllers, microprocessors, other electronic units designed to perform the functions described herein, or a combination thereof.

For a software implementation, these techniques may be implemented with modules (e.g., procedures, functions, and so on) that perform the functions described herein. The software codes may be stored in a memory unit (e.g., memory units **732** or **772** in FIG. **7**) and executed by a processor (e.g., controller **730** or **770**). The memory unit may be implemented within the processor or external to the processor, in which case it can be communicatively coupled to the processor via various means as is known in the art.

Headings are included herein for reference and to aid in locating certain sections. These headings are not intended to limit the scope of the concepts described therein under, and these concepts may have applicability in other sections throughout the entire specification.

The previous description of the disclosed embodiments is provided to enable any person skilled in the art to make or use the present invention. Various modifications to these embodiments will be readily apparent to those skilled in the art, and the generic principles defined herein may be applied to other embodiments without departing from the spirit or scope of the invention. Thus, the present invention is not intended to be limited to the embodiments shown herein but is to be accorded the widest scope consistent with the principles and novel features disclosed herein.

What we claim is:

**1**. A method for transmitting pilot signals on an uplink in a wireless communication system, comprising;

partitioning a plurality of usable subbands suitable for use for data transmission into at least two disjoint groups of subbands;

assigning a first group in the at least two disjoint groups to a terminal; and

receiving pilot transmission from the terminal on the subbands in the first group.

**2**. The method of claim **1**, further comprising:

assigning a second group in the at least two disjoint groups to a second terminal; and

receiving pilot transmission from the second terminal on the subbands in the second group.

18

**3**. The method of claim **1**, further comprising:

deriving a channel estimate for the terminal based on the receiving, wherein the channel estimate covers at least one subband not included in the first group.

**4**. The method of claim **3**, wherein the channel estimate for the terminal covers the plurality of usable subbands.

**5**. The method of claim **1**, wherein each of the at least two disjoint groups include the same number of subbands.

**6**. The method of claim **1**, wherein each group in the at least two disjoint groups includes S subbands, where S is an integer greater than or equal to a number of taps for a channel impulse response for the uplink.

**7**. The method of claim **1**, wherein the subbands in each of the at least two disjoint groups are uniformly distributed across the plurality of usable subbands.

**8**. The method of claim **1**, wherein transmit power used for the pilot transmission in each of the subbands in the first group is scaled higher than the average transmit power per subband that would be used if pilot transmission were done on all subbands, by a scaling factor that is greater than one.

**9**. The method of claim **8**, wherein the scaling factor is equal to the number of usable subbands divided by the number of subbands in the first group.

**10**. The method of claim **8**, wherein the scaling factor for the transmit power used for the pilot transmission in each of the subbands in the first group is determined by a per MHz and full transmit power constraints for a frequency band used by the wireless communication system.

**11**. The method of claim **1**, further comprising:

controlling transmit power of the pilot transmission from the terminal such that a received signal-to-noise ratio (SNR) for the terminal is maintained at or below a particular threshold SNR.

**12**. The method of claim **1**, wherein the subbands in the first group assigned to the terminal are adjacent to subbands in at least one other group assigned to at least one other terminal with approximately equal received pilot power.

**13**. The method of claim **1**, wherein the wireless communication system is an orthogonal frequency division multiplexing (OFDM) communication system.

**14**. The method of claim **1**, wherein the plurality of usable subbands are orthogonal subbands formed by OFDM.

**15**. A method for transmitting pilot signals on an uplink in an orthogonal frequency division multiplexing (OFDM) communication system, comprising:

partitioning a plurality of usable subbands suitable for use for data transmission into a plurality of disjoint groups of subbands, wherein each group in the plurality of disjoint groups includes the same number of subbands;

assigning one group in the plurality of disjoint groups to each of at least two terminals, wherein the at least two terminals are assigned at least two groups of subbands; and

receiving pilot transmission from the at least two terminals on the at least two groups of subbands.

**16**. The method of claim **15**, further comprising:

deriving a channel estimate for each of the at least two terminals based on the receiving, wherein the channel estimate for each of the at least two terminals covers the plurality of usable subbands.

**17**. A method for transmitting a pilot signal on an uplink in a wireless communication system, comprising:

receiving an assignment of a group of subbands to use for the pilot signal on the uplink, wherein the group includes a subset of a plurality of usable subbands suitable for use far data transmission;

US 6,928,062 B2

**19**

determining transmit power to use for each of the subbands in the group, wherein the transmit power for each subband is scaled higher than the average transmit power per subband that would be used if pilot transmission were done on all subbands, by a scaling factor that is greater than one; and

transmitting the pilot signal on the subbands in the group at the determined transmit power.

**18**. A method for transmitting signaling information on an uplink in a wireless communication system, comprising:

partitioning a plurality of usable subbands suitable for use for data transmission into a plurality of disjoint groups of subbands;

assigning one group in the plurality of disjoint groups to each of at least two terminals, wherein the at least two terminals are assigned at least two groups of subbands; and

receiving signaling transmission, within a same time interval, from the at least two terminals on the at least two groups of subbands.

**19**. The method of claim **18**, wherein the signaling transmission comprises rate control information for downlink data transmission.

**20**. The method of claim **18**, wherein the signaling transmission comprises acknowledgment for data received via a downlink.

**21**. The method of claim **18**, wherein transmit power used for the signaling transmission in each subband is scaled higher than the average transmit power per subband that would be used if pilot transmission were done on all subbands, by a scaling factor that is greater than one.

**22**. The method of claim **18**, wherein each group in the plurality of disjoint groups includes the same number of subbands.

**23**. The method of claim **18**, wherein each group in the plurality of disjoint groups includes a variable number of subbands.

**24**. The method of claim **18**, wherein a different modulation scheme is selectable for use for each of the plurality of disjoint groups.

**25**. An apparatus in a wireless communication system with a plurality of subbands, comprising:

means for partitioning a plurality of usable subbands suitable for use for data transmission into at least two disjoint groups of subbands;

means for assigning a first group in the at least two disjoint groups to a terminal; and

means for receiving pilot transmission from the terminal on the subbands in the first group.

**26**. The apparatus of **25**, further comprising:

means for driving a channel estimate for the terminal based on the pilot transmission received on the sub-

**20**

bands in the first group, wherein the channel estimate covers at least one subband not included in the first group.

**27**. An apparatus in a wireless communication system, comprising:

means for receiving an assignment of a group of subbands to use for uplink pilot transmission, wherein the group includes a subset of a plurality of usable subbands suitable for use for data transmission; and

means for transmitting a pilot signal on the subbands in the group, wherein transmit power used for the pilot signal in each of the subbands in the group is scaled higher than the average transmit power per subband that would be used if pilot transmission were done on all subbands, by a scaling factor that is greater than one.

**28**. An access point in a wireless communication system, comprising:

a demodulator operative to receive pilot transmission from a terminal, wherein a plurality of disjoint groups of subbands are formed from a plurality of usable subbands suitable for use for data transmission, and wherein the pilot transmission is received on a first group of subbands selected from the plurality of disjoint groups and assigned to the terminal; and

a controller operative to derive a channel estimate for the terminal based on the received pilot transmission, wherein the channel estimate covers at least one subband not included in the group assigned to the terminal.

**29**. The access point of claim **28**, wherein the demodulator is further operative to receive pilot transmission from a second terminal on a second group of subbands, wherein the second group is selected from the plurality of disjoint groups and assigned to the second terminal.

**30**. An access point in a wireless communication system, comprising:

a demodulator operative to receive signaling transmission, within the same time interval, from at least two terminals, wherein a plurality of disjoint groups of subbands are formed from a plurality of usable subbands suitable for use for data transmission, wherein each of the at least two terminals is assigned one group in the plurality of disjoint groups, wherein at least two groups are assigned to the at least two terminals, and wherein the signaling transmission from the at least two terminals is received on the at least two groups of subbands; and

a controller operative to process the signaling transmission received from the at least two terminals.

\* \* \* \* \*

# Exhibit F

Case 1:26-cv-00134-UNA    Document 1-1    Filed 02/04/26    Page 275 of 297 PageID #: 281

US 20080081655A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2008/0081655 A1
Shin et al. (43) **Pub. Date:** **Apr. 3, 2008**

(54) **COMBINED OPEN LOOP/CLOSED LOOP (CQI-BASED) UPLINK TRANSMIT POWER CONTROL WITH INTERFERENCE MITIGATION FOR E-UTRA**

(75) Inventors: **Sung-Hyuk Shin**, Northvale, NJ (US); **Donald M. Grieco**, Manhassett, NY (US); **Robert Lind Olesen**, Huntington, NY (US)

Correspondence Address:
VOLPE AND KOENIG, P.C.
DEPT. ICC
UNITED PLAZA, SUITE 1600
30 SOUTH 17TH STREET
PHILADELPHIA, PA 19103 (US)

(73) Assignee: **INTERDIGITAL TECHNOLOGY CORPORATION**, Wilmington, DE (US)

(21) Appl. No.: **11/862,459**

(22) Filed: **Sep. 27, 2007**

Related U.S. Application Data

(60) Provisional application No. 60/827,965, filed on Oct. 3, 2006. Provisional application No. 60/863,188, filed on Oct. 27, 2006.

Publication Classification

(51) Int. Cl.
*H04B 7/005* (2006.01)
(52) U.S. Cl. .............................................. **455/522**

(57) **ABSTRACT**

A combined open loop and closed loop (channel quality indicator (CQI)-based) transmit power control (TPC) scheme with interference mitigation for a long term evolution (LTE) wireless transmit/receive unit (WTRU) is disclosed. The transmit power of the WTRU is derived based on a target signal-to-interference noise ratio (SINR) and a pathloss value. The pathloss value pertains to the downlink signal from a serving evolved Node-B (eNodeB) and includes shadowing. An interference and noise value of the serving eNodeB is included in the transmit power derivation, along with an offset constant value to adjust for downlink (DL) reference signal power and actual transmit power. A weighting factor is also used based on the availability of CQI feedback.





*FIG. 1*



**FIG. 2**

US 2008/0081655 A1

1

# COMBINED OPEN LOOP/CLOSED LOOP (CQI-BASED) UPLINK TRANSMIT POWER CONTROL WITH INTERFERENCE MITIGATION FOR E-UTRA

## CROSS REFERENCE TO RELATED APPLICATIONS

[0001] This application claims the benefit of U.S. Provisional Application No. 60/827,965 filed Oct. 3, 2006 and U.S. Provisional Application No. 60/863,188 filed Oct. 27, 2006, which are incorporated by reference as if fully set forth.

## FIELD OF INVENTION

[0002] The present invention is related to wireless communication systems.

## BACKGROUND

[0003] For the evolved universal terrestrial radio access (E-UTRA) uplink (UL), there are several transmit power control (TPC) proposals that were submitted to third generation partnership project (3GPP) long term evolution (LTE) Work Group 1 (WG1). These proposals can be generally divided into (slow) open loop TPC and slow closed loop or channel quality information (CQI)-based TPC.

[0004] Open loop TPC is based on pathloss measurement and system parameters where the pathloss measurement is performed at a wireless transmit/receive unit (WTRU) and the system parameters are provided by an evolved Node-B (eNodeB).

[0005] Closed loop TPC is typically based on TPC feedback information, (such as a TPC command), that is periodically sent from the eNodeB where the feedback information is generally derived using signal-to-interference noise ratio (SINR) measured at the eNodeB.

[0006] Open loop TPC can compensate for long-term channel variations, (e.g. pathloss and shadowing), in an effective way, for instance, without the history of the transmit power. However, open loop TPC typically results in pathloss measurement errors and transmit power setting errors. On the other hand, slow closed loop or CQI-based TPC is less sensitive to errors in measurement and transmit power setting, because it is based on feedback signaled from the eNodeB. However, slow closed loop or CQI-based TPC degrades performance when there is no available feedback due to UL transmission pause, or pauses in the feedback transmission or channel variations are severely dynamic.

## SUMMARY

[0007] For the E-UTRA UL, TPC is considered to compensate for at least path loss and shadowing and/or to mitigate interference. An enhanced UL TPC scheme that combines an open loop TPC scheme and a closed loop TPC with interference mitigation is disclosed. The closed loop TCP is based on CQI, (e.g., UL grant information or modulation and coding set (MCS) information). This enhanced UL TPC scheme can be used for both the UL data and control channels. Also, this proposed enhanced UL TPC scheme is flexible and adaptive to dynamic system/link parameters and channel conditions, in order to achieve the E-UTRA UL requirements.

[0008] Additionally, in order to avoid poor UL channel and CQI estimation where the channel and CQI estimation is based on the UL reference signal, it is proposed that the UL TPC for a data channel is performed at a slow rate such as 100 Hz, (i.e., one TPC update per one or two hybrid automatic repeat request (HARQ) cycle period(s)). For data-associated control signaling, the TPC update rate may be increased to 1000 Hz, assuming a maximum CQI reporting rate of once per 1 msec transmission timing interval (TTI).

## BRIEF DESCRIPTION OF THE DRAWINGS

[0009] The foregoing summary, as well as the following detailed description, will be better understood when read with reference to the appended drawings, wherein:

[0010] FIG. 1 shows a wireless communication system including a WTRU and an eNodeB; and

[0011] FIG. 2 shows a flow diagram of a TPC procedure implemented by the system of FIG. 1.

## DETAILED DESCRIPTION

[0012] When referred to hereafter, the terminology "wireless transmit/receive unit (WTRU)" includes but is not limited to a user equipment (UE), a mobile station, a fixed or mobile subscriber unit, a pager, a cellular telephone, a personal digital assistant (PDA), a computer, or any other type of user device capable of operating in a wireless environment. When referred to hereafter, the terminology "evolved Node-B (eNodeB)" includes but is not limited to a base station, a Node-B, a cell, a site controller, an access point (AP), or any other type of interfacing device capable of operating in a wireless environment.

[0013] FIG. 1 shows a wireless communication system 100 including at least one WTRU 105 and at least one serving eNodeB 110. The WTRU 105 includes a receiver 115, a transmitter 120, a processor 125 and at least one antenna 130. The serving eNode-B 110 includes a transmitter 135, a receiver 140, a processor 145, a mapping table 150 and at least one antenna 155. The WTRU 105 and the eNodeB 110 communicate via a downlink (DL) control channel 160, a UL shared data channel 165 and a UL control channel 170.

[0014] The processor 145 in the eNodeB 110 performs UL interference over thermal noise (IoT) measurements, based on signals received by the receiver 140, and compares the measured IoT measurements to a predefined threshold. The processor 145 also generates an interference load indicator that is broadcast by the transmitter 135 of the eNodeB 110 on either a regular basis or a trigger basis. The interference load indicator indicates whether or not the IoT measurements performed at the eNodeB 110 exceed the predefined threshold. When the receiver 115 in the WTRU 105 receives and decodes the interference load indicator, the processor 125 in the WTRU 105 is able to determine the status of the IoT at the eNodeB 110, which can be used to mitigate inter-cell interference in the eNodeB 110.

[0015] The WTRU 105 performs open loop TPC based on system parameters and pathloss measurements while it is located in a particular cell. The WTRU 105 relies on the interference load indicator to mitigate inter-cell interference in the eNodeB 110, which is located in the strongest cell

neighboring the particular cell as compared to other neighboring cells. The strongest cell refers to a cell to which the WTRU **105** has the highest path gain, (i.e., least path loss). The WTRU **105** then corrects its open loop based calculated transmit power, which may be biased due to open loop errors, according to CQI received via the DL control channel **160** and target SINR, in order to compensate for the open loop errors.

[0016]  It should be noted that the CQI refers to the UL grant information (or MCS) that the eNodeB **110** signals to the WTRU **105** via the DL control channel **160** for UL link adaptation. The CQI represents the WTRU specific UL channel quality which the serving eNodeB **110** feeds back to the WTRU **105** in the DL control channel **160**. In E-UTRA, the CQI is provided in the form of UL grant information. The target SINR is a WTRU-specific parameter determined by the eNodeB **110** and signaled to the WTRU **105** via higher layer signaling.

[0017]  The WTRU **105** transmit power, $P_{Tx}$, for the UL shared data channel **165** is determined in an initial transmission phase based on a DL reference signal **175** transmitted by the transmitter **135** of the eNodeB **110**. The DL reference signal **175** has a known transmit power that the WTRU **105** uses for pathloss measurement. For intra-cell TPC, the WTRU **105** initial transmit power, $P_{Tx}$, is defined based on open loop TPC as follows:

$$P_{Tx}=\max(\min(SINR_T+PL+IN_0+K,P_{max}),P_{min}). \qquad \text{Equation (1A)}$$

where $SINR_T$ is the target signal-to-interference noise ratio (SINR) in dB at the serving eNodeB **110**, and PL is the pathloss, (i.e., a set point parameter), in dB, including shadowing, from the serving eNodeB **110** to the WTRU **105**. The WTRU **105** measures the pathloss based on the DL reference signal **175**, whose transmit power is known at the WTRU **105** via DL signaling. The value $IN_0$ is the UL interference and noise power in dBm at the serving eNodeB **110**. K is a power control margin used for the serving eNodeB **110**, taking into account the fact that, in practice, the power of the DL reference signal **175** may be offset from the actual transmit power. $P_{max}$ and $P_{min}$ are the maximum and minimum transmit power levels in dBm, respectively, for transmissions made by the WTRU **105** over the UL shared data channel **165**.

[0018]  The target SINR for a WTRU **105**, (or a sub-group of WTRUs), is assumed to be adjustable according to a certain metric at the serving eNodeB **110**. An outer loop TPC scheme may be used for the target SINR adjustment. In general, the target SINR is determined based on the target link quality, (e.g., block error rate (BLER)), of the UL shared data channel **165**. In addition, different multipath fading channel conditions typically require a different target SINR for a given target link quality, (e.g., BLER). Accordingly, the metric includes the target link quality (and possibly fading channel condition) to the WTRU **105**.

[0019]  In the case of UL multiple-input multiple output (MIMO), the target SINR also depends on a selected MIMO mode, taking into account the fact that different MIMO modes require different power or SINRs for a given link quality (e.g., BLER). In this case, the WTRU **105** may comprise a plurality of antennas **130**.

[0020]  Alternatively, the WTRU **105** transmit power, $P_{Tx}$, may be defined including inter-cell TPC as follows:

$$P_{Tx}=\max(\min(SINR_T+PL+IN_0+K+\Delta(IoT_S),P_{max}),P_{min}), \qquad \text{Equation (1B)}$$

where the value $\Delta(IoT_S)$ represents the UL load control step size, which is a function of the UL interference load indicator ($IoT_S$) of the strongest (S) neighboring cell, $IoT_S$.

[0021]  $\Delta(IoT_S)$ takes an integer value as follows:

$$\Delta(IoT_S) = \begin{cases} \delta < 0, & \text{when } IoT_S = 1 \text{ (e.g., down command)} \\ 0, & \text{when } IoT_S = 0 \text{ (e.g., no change);} \end{cases} \qquad \text{Equation (2)}$$

where $\delta$ is a predefined system parameter, e.g., $\delta=-1$ or $-2$ dB. With the use of $\Delta(IoT_S)$, inter-cell interference in neighboring cells can be mitigated. Since WTRUs at cell center inject less interference into other cells than those at cell edge, a fraction of the load control step size is considered as follows:

$$\delta = \begin{cases} \delta, & \text{for } WTRUs \text{ at cell edge} \\ \dfrac{\delta}{x}, & \text{for cell interior } WTRUs \text{ where } x > 1; \end{cases} \qquad \text{Equation (3)}$$

where x is the fractional inter-cell load control factor.

[0022]  The strongest neighboring cell is determined at the WTRU **105**, based on pathloss measurements from the individual neighboring cell to the WTRU **105**, where the strongest neighboring cell is the neighboring cell to which the WTRU **105** has the least pathloss among the cells neighboring the cell that the WTRU **105** is currently served by.

[0023]  $\Delta(IoT_S)$ is introduced to mitigate inter-cell interference, (e.g., inter-cell TPC), especially to the strongest neighboring cell. For inter-cell TPC, eNodeB measures UL interference (on a regular basis or periodically) and then determines whether or not the measured interference level exceeds a predefined threshold. The resulting status on the UL interference is broadcast using $IoT_S$ (i.e., the load indicator) from the eNodeB **110** (on a regular basis or a trigger basis). For example, if the interference exceeds the threshold, then $IoT_S$ is set to 1, whereby the eNodeB **110** commands WTRUs in neighboring cells to reduce their transmit power by a certain amount, since the eNodeB **110** experiences excessive inter-cell interference in the UL. Otherwise, $IoT_S$ is set to 0, whereby the eNodeB **110** accepts the current UL interference level, so that WTRUs in neighboring cells do not require their transmit power to be reduced. The WTRU **105** decodes the load indicator received from the strongest neighboring cell and then follows the command ($IoT_S$). If $IoT_S$ is decoded as 1, then the transmit power of the WTRU **105** is reduced by $\Delta(IoT_S)$, that is, $\Delta(IoT_S)<0$ dB. If $IoT_S$ is decoded as 0, then $\Delta(IoT_S)=0$ dB.

[0024]  It is assumed that each cell broadcasts a UL interference load bit periodically, (similar to the relative grant in high speed uplink packet access (HSUPA)), so that the WTRU **105** can decode the indicator bit from the selected strongest neighboring cell. The WTRU **105** may make a decision on whether the WTRU **105** is at cell edge or at cell interior, based on a pathloss ratio between its serving cell

3

and the strongest neighboring cell. Alternatively, the fractional inter-cell load control factor x may be defined as follows:

$$x = \frac{pathloss \text{ from the strongest neighboring cell}}{pathloss \text{ from the serving cell}} > 1. \qquad \text{Equation (4)}$$

[0025] After an initial transmission phase during which the WTRU 105 starts implementing its TPC immediately after power up (similar to random access channel (RACH) processing) or after a session connection is established, the WTRU transmit power is calculated as follows:

$$P_{tx} = \max(\min(\mathrm{SINR}_T + PL + IN_0 + K + \alpha \cdot f(CQI, \mathrm{SINR}_T), \\ P_{max}), P_{min}); \qquad \text{Equation (5)}$$

where $f(CQI, \mathrm{SINR}_T)$ is a closed loop correction factor based on the UL CQI, (e.g., UL grant information or MCS information), and the corresponding target SINR. A weighting factor $\alpha$ may be determined, where $0 \leqq \alpha \leqq 1$, according to channel conditions and CQI availability (or UL transmission pause). For example, in the case that there is no UL CQI (UL grant or MCS information) available from the eNodeB 110 due to a lack of a scheduled UL data transmission, the weighting factor $\alpha$ is set to zero. Otherwise, the weighting factor $\alpha$ is set to one. Although for simplicity, the weighting factor $\alpha$ is set to 0 or 1 here, an alternative embodiment includes an adaptive $\alpha$ value adapted to channel conditions and UL/DL channel configuration.

[0026] The correction factor, $f(CQI, \mathrm{SINR}_T)$, is used to compensate for open loop TPC related errors, including the pathloss measurement error mainly due to non-perfect reciprocity in UL and DL in frequency division duplex (FDD), and the impairment of the transmitter 120 of the WTRU 105 due to non-linear power amplification. In addition to the pathloss, which is a set point parameter, the eNodeB 110 may facilitate the correction factor to adjust the TPC relevant system parameters such as SINR, $IN_0$ and K, which are also set point parameters. For example, when it is necessary for the eNodeB 110 to adjust the target SINR for a given WTRU 105 and then let the WTRU 105 know about the adjustment, the eNodeB 110 may adjust CQI (UL grant) for the WTRU 105 accordingly, rather than directly signaling the target SINR to the WTRU 105. The correction factor is calculated by the WTRU 105 according to the UL CQI (UL grant or MCS information) feedback from the serving eNodeB 110, taking into account the fact that the UL CQI represents the SINR received at the eNodeB 110. For example,

$$f(CQI, \mathrm{SINT}_T) = \mathrm{SINR}_T - E\{\mathrm{SINR}_{est}(CQI)\}(dB); \qquad \text{Equation (6)}$$

where $\mathrm{SINR}_{est}$ (CQI) represents the eNodeB received SINR estimate which the WTRU 105 derives from the UL CQI feedback based on a SINR-to-CQI mapping table that is signaled via a higher layer from the serving eNodeB 110. $E\{\mathrm{SINR}_{est}(CQI)\}$ denotes the estimated SINR average over time such that:

$$E\{\mathrm{SINR}_{est}(CQI^k)\} = \rho \cdot E\{\mathrm{SINR}_{est}(CQI^{k-1})\} + (1 - \rho) \cdot E\{\mathrm{SINR}_{est}(CQI^k)\}; \qquad \text{Equation (7)}$$

where $CQI^k$ represents the k-th received CQI and $\rho$ is the averaging filter coefficient, $0 \leqq \rho \leqq 1$.

[0027] The correction factor, given above by the difference between the target SINR and the estimated SINR

(derived from the reported CQIs), typically represents the open loop TPC related errors which need to be compensated.

[0028] eNodeB Signaling for the Proposed TPC Scheme

[0029] A target SINR level, $\mathrm{SINR}_T$, which is a WTRU (or a sub-group of WTRUs)-specific parameter, may be signaled by the eNodeB 110 to the WTRU 105 as a function of the distance (e.g., pathloss) from the eNodeB 110 to the WTRU 105 and/or the given quality requirement(s), such as BLER. Typically, the eNodeB 110 uses the mapping table 150 to map a target quality (e.g., BLER) to a target SINR value. How such a mapping table is generated is the eNodeB's (or carrier operator's) proprietary scheme. The target SINR may be adjusted through an outer loop mechanism. The signaling of the target SINR is done via in band L1/2 control signaling upon its adjustment.

[0030] A power control margin, K, which is an eNodeB-specific parameter used primarily for the DL reference signal, may be signaled by the eNodeB 110 to the WTRU 105. For instance, the DL reference signal 175 is used for the pathloss measurement of the WTRU 105, since the DL reference signal 175 is transmitted with a constant transmit power level which is known at the WTRU via higher layer signaling. However, the actual transmit power of the DL reference signal 175 may be different than the signaled power value due to an eNodeB's proprietary scheme. In this case, the power offset is between the actually used transmit power and the transmit power signaled via a broadcast channel (BCH) on a semi-static basis. K is likely to be semi-static and signaled via a broadcast channel (BCH). The WTRU 105 uses this information for its UL/DL pathloss calculation. It should be noted that even though the power control margin, K, is assumed to be separately signaled along with the other parameters, it may be embedded in the target SINR, $\mathrm{SINR}_T$, such that:

$$\mathrm{SINR}_T(\text{after embedding}) = \mathrm{SINR}_T + K(dB). \qquad \text{Equation (8)}$$

In this case, explicit signaling of K to the WTRU 105 is not required.

[0031] A total UL interference and noise level, $IN_0$, which is averaged across all of the sub-carriers (or radio bearers (RBs)) in use, or a subset of the sub-carriers, may be signaled by the eNodeB 110 to the WTRU 105. This is measured/derived by the eNodeB 110 (and possibly signaled via the BCH). The update rate for this signaling is generally relatively slow. The eNodeB 110 measures/estimates $IN_0$ on a regular basis using an eNodeB proprietary scheme, such as a noise estimation technique.

[0032] The maximum and minimum UL transmit power level, $P_{max}$ and $P_{min}$, may be signaled by the eNodeB 110 to the WTRU 105. These may be WTRU capability dependent parameters or may be expressly signaled by the eNodeB 110.

[0033] A UL CQI, (e.g., UL grant information or MCS information), which is signaled originally for the purpose of UL link adaptation, (e.g., adaptive modulation and coding (AMC)), (with a maximum signaling rate of once per TTI, e.g. 1000 Hz), may be signaled by the eNodeB 110 to the WTRU 105.

[0034] The UL CQI, (e.g., UL grant information), is WTRU-specific feedback information that the eNodeB 110 signals to the WTRU 105. Although UL CQI was originally used for the purpose of UL link adaptation, it is also used for

4

the closed loop component of the proposed combined open loop and closed loop TPC. Generally, the CQI (UL grant) is derived based on the UL channel condition, (e.g., SINR measurement at the eNodeB **110**) and a SINR-to-CQI mapping rule, meaning the UL CQI represents the SINR measured at the eNodeB **110**. Accordingly, once the WTRU **105** receives a CQI and is given the mapping rule which is used for the SINR-to-CQI mapping at the eNodeB **110**, then the WTRU **105** can interpret the received CQI to a SINR estimate. The estimated SINR is used for calculating the correction term in accordance with Equation (6).

[0035] A CQI mapping rule, (or bias between CQI and measured SINR), which the eNodeB **110** uses for CQI feedback generation, may be signaled by the eNodeB **110** to the WTRU **105**. This rule or parameter may be combined into the target SINR. In this case, explicit signaling of the rule (or parameter) is not required.

[0036] The above TPC scheme is advantageous because it does not require additional feedback TPC commands other than the above listed system parameters, including the target SINR, cell interference/noise level, reference signal transmit power, and constant value, which can be broadcast (or directly signaled) to WTRUs on a slow rate basis. Furthermore, the above TPC scheme is designed to be flexible and adaptive to dynamic system/link parameters, (target SINR and inter-cell interference loading condition), and channel conditions, (path loss and shadowing), in order to achieve the E-UTRA requirements. Additionally, the above TPC scheme is compatible with other link adaptation schemes such as AMC, HARQ, and adaptive MIMO.

[0037] Even though the scheme proposed herein uses UL CQI, (e.g., UL grant information), for the closed loop component, (e.g., the correction factor), of the proposed combined open loop and closed loop TPC for E-UTRA UL; alternatively, the eNodeB **110** may explicitly signal to the WTRU **105** a correction command embedded in UL grant information. In this case, the WTRU **105** may use the explicitly signaled correction command for the closed loop correction factor (possibly combined with UL CQI). In addition, the proposed TPC may be used for inter-cell interference mitigation, if the serving eNodeB **110** coordinates inter-cell interference levels with other cells and incorporates them through adjusting the target SIR or possibly $P_{max}$ accordingly.

[0038] For accurate UL channel estimation (for UL data/control signaling demodulation) and CQI estimation (for UL scheduling and link adaptation), it is desirable to adjust the UL reference signal transmit power at a relatively fast rate to cope with poor channel and/or system conditions as quickly as possible. Even though the above proposed UL TPC for data channels updates the WTRU transmit power at a slow rate, (taking into account UL AMC per 1 msec-TTI), an update rate of as fast as 100 Hz may be implemented, (e.g., one update per one or two HARQ cycle period(s)), in order to avoid poor UL channel and CQI estimation. The update rate is controlled by the WTRU **105**, preferably such that the WTRU **105** can update every time a CQI is received.

[0039] For the UL control signaling, the WTRU **105** uses the above combined TPC scheme with the following deviations. When UL CQI is available with a maximum CQI reporting rate of once per 1 msec TTI, a fast TPC update rate

is used (e.g., 1000 Hz). In this case, the correction factor, $f(CQI, SINR_T)$, in Equation (5) can be expressed as follows:

$$f(CQI,SINR_T)=SINR_T-SINR_{est}(CQI)(dB); \quad \text{Equation (9)}$$

where CQI is the most recent UL CQI. In addition, the weighting factor is set equal to one ($\alpha$=1). This results in a combined open loop and fast CQI-based TPC. When no UL CQI is available, the CQI-based TPC component is disabled, (i.e., $\alpha$=0). This results in open loop TPC only.

[0040] For the UL shared data channel **165**, the WTRU **105** determines its transmit power based on a combined open loop and CQI based TPC at a slow update rate, such as 100 Hz. In the initial transmission, and/or when there is no UL CQI available from the eNodeB **110**, such as during a transmission pause, the CQI-based transmit power control component is disabled, and only open loop TPC is used.

[0041] For the UL shared data channel **165**, the WTRU **105** determines its transmit power based on a combined open loop and CQI-based TPC at a fast update rate, such as up to 1000 Hz. When there is no UL CQI available from the eNodeB **110**, such as during a transmission pause, the CQI-based transmit power control component is disabled and only open loop TPC is used.

[0042] The eNodeB **110** broadcasts the TPC associated system parameters including its reference signal transmit power level, interference level, and power margin. In addition, the eNodeB **110** signals to the WTRU **105** the TPC associated WTRU-specific parameters, including target SINR, the WTRU maximum power level, and the minimum power level, where the signaling is done via in-band layer 1/2 control signaling. An outer loop may be used to adjust the target SINR.

[0043] FIG. **2** shows a flow diagram of a TPC procedure **200** that may be implemented by the system **100** of FIG. **1**. In step **205**, an initial UL transmission phase is implemented. The WTRU **105** performs a pathloss-based open loop intra-cell TPC procedure to set the transmit power for the initial UL transmission phase (e.g., similar to a RACH procedure), based on system parameters provided by the serving eNodeB **110**, such as SINR, $IN_0$, K and the transmit power of the DL reference signal **175** (step **210**). In step **215**, a normal UL transmission phase is implemented. The WTRU **105** performs a pathloss-based open loop intra-cell TPC procedure based on system parameters provided by the serving eNodeB **110**, and performs a closed loop (CQI-based) intra-cell TPC procedure based on UL CQI (UL grant information) provided by the serving eNodeB **110** (step **220**). Optionally, the WTRU performs an IoT-based inter-cell TPC procedure based on load indicators (IoT) received from all neighboring cells (eNodeBs) (step **225**). In step **230**, the WTRU **105** sets the transmit power of at least one UL channel, (e.g., the UL shared data channel **165**, the UL control channel **170**), based on values generated by performing step **220**, (and optionally step **225**).

[0044] Although the features and elements are described in the embodiments in particular combinations, each feature or element can be used alone without the other features and elements of the embodiments or in various combinations with or without other features and elements of the invention. The methods or flow charts provided herein may be implemented in a computer program, software, or firmware tangibly embodied in a computer-readable storage medium for execution by a general purpose computer or a processor. Examples of computer-readable storage mediums include a

5

read only memory (ROM), a random access memory (RAM), a register, cache memory, semiconductor memory devices, magnetic media such as internal hard disks and removable disks, magneto-optical media, and optical media such as CD-ROM disks, and digital versatile disks (DVDs).

[0045]   Suitable processors include, by way of example, a general purpose processor, a special purpose processor, a conventional processor, a digital signal processor (DSP), a plurality of microprocessors, one or more microprocessors in association with a DSP core, a controller, a microcontroller, Application Specific Integrated Circuits (ASICs), Field Programmable Gate Arrays (FPGAs) circuits, any other type of integrated circuit (IC), and/or a state machine.

[0046]   A processor in association with software may be used to implement a radio frequency transceiver for use in a wireless transmit receive unit (WTRU), user equipment (UE), terminal, base station, radio network controller (RNC), or any host computer. The WTRU may be used in conjunction with modules, implemented in hardware and/or software, such as a camera, a video camera module, a videophone, a speakerphone, a vibration device, a speaker, a microphone, a television transceiver, a hands free headset, a keyboard, a Bluetooth® module, a frequency modulated (FM) radio unit, a liquid crystal display (LCD) display unit, an organic light-emitting diode (OLED) display unit, a digital music player, a media player, a video game player module, an Internet browser, and/or any wireless local area network (WLAN) module.

What is claimed is:

1. A method of performing transmit power control (TPC) of a wireless transmit/receive unit (WTRU), the method comprising:

(a) the WTRU performing an open loop intra-cell TPC procedure based on a periodic uplink (UL) pathloss measurement from the WTRU to a serving evolved Node-B (eNodeB) residing in a serving cell;

(b) the WTRU performing a closed loop intra-cell TPC procedure based on UL channel quality information (CQI) provided to the WTRU by the serving eNodeB; and

(c) the WTRU setting a transmit power level of at least one UL channel based on a combination of parameter values generated by performing the open loop intra-cell TPC procedure and the closed loop intra-cell TPC procedure.

2. The method of claim 1 further comprising:

(d) the WTRU performing a UL interference over thermal noise (IoT)-based inter-cell TPC procedure, wherein step (c) further comprises the WTRU setting the transmit power of the at least one UL channel based on a combination of parameter values generated by performing the open loop intra-cell TPC procedure, the closed loop intra-cell TPC procedure and the IoT-based inter-cell TPC procedure.

3. The method of claim 1 wherein the at least one UL channel includes a UL shared data channel.

4. The method of claim 1 wherein the at least one UL channel includes a UL control channel.

5. The method of claim 2 further comprising:

(e) implementing an initial UL transmission phase for the WTRU.

6. The method of claim 5 wherein step (a) further comprises:

(a1) the serving eNodeB signaling a plurality of open loop parameters to the WTRU, wherein the open loop parameters are signaled either individually or as a single composite parameter; and

(a2) determining the transmit power, $P_{Tx}$, of the WTRU based on a downlink (DL) reference signal and the open loop parameters transmitted by the serving eNodeB as follows:

$P_{Tx}=\max(\min(SINR_T+PL+IN_0+K,P_{max}), \ P_{min})$, where $SINR_T$ is the target signal-to-interference noise ratio (SINR) in dB at the serving eNodeB, PL is the pathloss in dB, including shadowing, from the serving eNodeB to the WTRU based on the DL reference signal, $IN_0$ is UL interference and noise power in dBm at the serving eNodeB, K is a power control margin used for the serving eNodeB, and $P_{max}$ and $P_{min}$ are the maximum and minimum transmit power levels in dBm, respectively, for transmissions made by the WTRU over the at least one UL channel.

7. The method of claim 5 wherein step (d) further comprises:

(d1) determining the transmit power, $P_{Tx}$, of the WTRU based on a downlink (DL) reference signal transmitted by the serving eNodeB as follows:

$P_{Tx}=\max(\min(SINR_T+PL+IN_0+K+\Delta(IoT_S),P_{max}), \ P_{min})$, where $SINR_T$ is the target signal-to-interference ratio (SINR) in dB at the serving eNodeB, PL is the pathloss in dB, including shadowing, from the serving eNodeB to the WTRU based on the DL reference signal, $IN_0$ is UL interference and noise power in dBm at the serving eNodeB, K is a power control margin used for the serving eNodeB, $P_{max}$ and $P_{min}$ are the maximum and minimum transmit power levels in dBm, respectively, for transmissions made by the WTRU over the at least one UL channel, and $\Delta(IoT_S)$ represents a UL load control step size that is a function of a UL interference load indicator of a strongest neighboring cell, $IoT_S$.

8. The method of claim 5 wherein step (a) further comprises:

(a1) the WTRU performing a pathloss-based open loop intra-cell TPC procedure to set the transmit power for the initial UL transmission phase.

9. The method of claim 1 wherein the UL CQI is UL grant information.

10. The method of claim 2 wherein step (d) further comprises:

(d1) the eNodeB measuring a UL interference level;

(d2) the eNodeB determining whether or not the measured UL interference level exceeds a predefined threshold; and

(d3) the eNodeB broadcasting an interference load indicator on a regular basis or a trigger basis, wherein the interference load indicator indicates whether or not the measured UL interference level exceeds the predefined threshold.

US 2008/0081655 A1

Apr. 3, 2008

6

**11**. The method of claim 10 wherein the measured UL interference level is a UL interference over thermal noise (IoT) measurement.

**12**. The method of claim 5 wherein steps (a) and (b) are executed after step (e), and step (b) further comprises:

(b1) calculating the WTRU transmit power as follows:

$P_{tx}$=max(min(SINR$_T$+PL+IN$_0$+K+α·f(CQI,     SINR$_T$), $P_{max}$), $P_{min}$), where SINR$_T$ is the target signal-to-interference noise ratio (SINR) in dB at the serving eNodeB, PL is the pathloss in dB, including shadowing, from the serving eNodeB to the WTRU based on the DL reference signal, IN$_0$ is UL interference and noise power in dBm at the serving eNodeB, K is a power control margin used for the serving eNodeB, f(CQI, SINR$_T$) is a closed loop correction factor based on the UL CQI and the corresponding target SINR, α is a weighting factor, and $P_{max}$ and $P_{min}$ are the maximum and minimum transmit power levels in dBm, respectively, for transmissions made by the WTRU over the at least one UL channel.

**13**. The method of claim 12 wherein $0 \leqq \alpha \leqq 1$.

**14**. The method of claim 12 wherein the closed loop correction factor, f(CQI, SINR$_T$), is used to compensate for open loop TPC related errors.

**15**. The method of claim 12 wherein the closed loop correction factor f(CQI, SINR$_T$) is calculated by the WTRU according to UL CQI feedback from the serving eNodeB, taking into account the fact that the UL CQI represents the SINR received at the eNodeB, such that f(CQI, SINT$_T$)=SINR$_T$−E{SINR$_{est}$(CQI)} (dB), where SINR$_{est}$ (CQI) represents the eNodeB received SINR estimate which the WTRU derives from the UL CQI feedback.

**16**. The method of claim 15 wherein the WTRU derives the eNodeB received SINR estimate based on a SINR-to-CQI mapping table that is signaled via a higher layer from the eNodeB.

**17**. The method of claim 15 wherein E{SINR$_{est}$(CQI)} denotes the estimated SINR average over time such that:

E{SINR$_{est}$(CQI$^k$)}=ρ·E{SINR$_{est}$(CQI$^{k-1}$)}+(1−ρ)·E{SINR$_{est}$(CQI$^k$)}, where CQI$^k$ represents the k-th received CQI and p is an averaging filter coefficient, where $0 \leqq \rho \leqq 1$.

**18**. A wireless transmit/receive unit (WTRU) for performing transmit power control (TPC), the WTRU comprising:

(a) a receiver;

(b) a processor electrically coupled to the receiver, the processor being configured to perform an open loop intra-cell TPC procedure based on a periodic uplink (UL) pathloss measurement from the WTRU to a serving evolved Node-B (eNodeB) residing in a serving cell, and to perform a closed loop intra-cell TPC procedure based on UL channel quality information (CQI) received by the receiver from the serving eNodeB; and

(c) a transmitter electrically coupled to the processor, the transmitter being configured to generate at least one UL channel having a transmit power level based on a combination of parameter values generated by performing the open loop intra-cell TPC procedure and the closed loop intra-cell TPC procedure.

**19**. The WTRU of claim 18 wherein the processor is configured to perform a UL interference over thermal noise (IoT)-based inter-cell TPC procedure, and the transmitter is configured to generate at least one UL channel having a transmit power level based on a combination of parameter values generated by performing the open loop intra-cell TPC procedure, the closed loop intra-cell TPC procedure and the IoT-based inter-cell TPC procedure.

**20**. The WTRU of claim 19 wherein the at least one UL channel includes a UL shared data channel.

**21**. The WTRU of claim 19 wherein the at least one UL channel includes a UL control channel.

**22**. The WTRU of claim 19 wherein the receiver is configured to receive a plurality of open loop parameters signaled by the serving eNodeB signaling to the WTRU, wherein the open loop parameters are signaled either individually or as a single composite parameter, and the processor is configured to determine the transmit power, $P_{tx}$, of the WTRU based on a downlink (DL) reference signal and the open loop parameters transmitted by the serving eNodeB as follows:

$P_{Tx}$=max(min(SINR$_T$+PL+IN$_0$+K, $P_{max}$), $P_{min}$), where SINR$_T$ is the target signal-to-interference noise ratio (SINR) in dB at the serving eNodeB, PL is the pathloss in dB, including shadowing, from the serving eNodeB to the WTRU based on the DL reference signal, IN$_0$ is UL interference and noise power in dBm at the serving eNodeB, K is a power control margin used for the serving eNodeB, and $P_{max}$ and $P_{min}$ are the maximum and minimum transmit power levels in dBm, respectively, for transmissions made by the WTRU over the at least one UL channel.

**23**. The WTRU of claim 19 wherein the processor is configured to determine the transmit power, $P_{Tx}$, of the WTRU based on a downlink (DL) reference signal transmitted by the serving eNodeB as follows:

$P_{Tx}$=max(min(SINR$_T$+PL+IN$_0$+K+Δ(IoT$_S$),$P_{max}$), $P_{min}$), where SINR$_T$ is the target signal-to-interference noise ratio (SINR) in dB at the serving eNodeB, PL is the pathloss in dB, including shadowing, from the serving eNodeB to the WTRU based on the DL reference signal, IN$_0$ is UL interference and noise power in dBm at the serving eNodeB, K is a power control margin used for the serving eNodeB, $P_{max}$ and $P_{min}$ are the maximum and minimum transmit power levels in dBm, respectively, for transmissions made by the WTRU over the at least one UL channel, and Δ(IoT$_S$) represents a UL load control step size that is a function of a UL interference load indicator of a strongest neighboring cell, IoT$_S$.

**24**. The WTRU of claim 18 wherein the processor is configured to perform a pathloss-based open loop intra-cell TPC procedure to set the transmit power for an initial UL transmission phase.

**25**. The WTRU of claim 18 wherein the UL CQI is UL grant information.

**26**. The WTRU of claim 18 wherein the processor is configured to calculate the WTRU transmit power as follows:

P=max(min(SINR$_T$+PL+IN$_0$+K+α·f(CQI,     SINR$_T$), $P_{max}$), $P_{min}$), where SINR$_T$ is the target signal-to-interference noise ratio (SINR) in dB at the serving eNodeB, PL is the pathloss in dB, including shadowing,

from the serving eNodeB to the WTRU based on the DL reference signal, $IN_0$ is UL interference and noise power in dBm at the serving eNodeB, K is a power control margin used for the serving eNodeB, f(CQI, $SINR_T$) is a closed loop correction factor based on the UL CQI and the corresponding target SINR, $\alpha$ is a weighting factor, and $P_{max}$ and $P_{min}$ are the maximum and minimum transmit power levels in dBm, respectively, for transmissions made by the WTRU over the at least one UL channel.

**27**. The WTRU of claim 26 wherein $0 \leqq \alpha \leqq 1$.

**28**. The WTRU of claim 26 wherein the closed loop correction factor, f(CQI, $SINR_T$), is used to compensate for open loop TPC related errors.

**29**. The WTRU of claim 26 wherein the closed loop correction factor f(CQI, $SINR_T$) is calculated by the WTRU according to UL CQI feedback from the serving eNodeB, taking into account the fact that the UL CQI represents the SINR received at the eNodeB, such that f(CQI, $SINR_T$)= $SINR_T - E\{SINR_{est}(CQI)\}$ (dB), where $SINR_{est}$ (CQI) represents the eNodeB received SINR estimate which the WTRU derives from the UL CQI feedback.

**30**. The WTRU of claim 29 wherein the WTRU derives the eNodeB received SINR estimate based on a SINR-to-CQI mapping table that is signaled via a higher layer from the eNodeB.

**31**. The WTRU of claim 29 wherein $E\{SINR_{est}(CQI)\}$ denotes the estimated SINR average over time such that:

$$E\{SINR_{est}(CQI^k)\} = \rho \cdot E\{SINR_{est}(CQI^{k-1})\} + (1 - \rho) \cdot E\{SINR_{est}(CQI^k)\}$$, where $CQI^k$ represents the k-th received CQI and p is an averaging filter coefficient, where $0 \leqq \rho \leqq 1$.

**32**. An evolved Node-B (eNodeB) for performing transmit power control (TPC), the eNodeB comprising:

(a) a processor configured to measure an uplink (UL) interference level, and determine whether or not the measured UL interference level exceeds a predefined threshold; and

(b) a transmitter electrically coupled to the processor, the transmitter being configured to broadcast an interference load indicator on a regular basis or a trigger basis, wherein the interference load indicator indicates whether or not the measured UL interference level exceeds the predefined threshold.

**33**. The eNodeB of claim 32 wherein the measured UL interference level is a UL interference over thermal noise (IoT) measurement.

**34**. The eNodeB of claim 32 wherein the transmitter is configured to signal a target signal-to-interference noise ratio (SINR) level, $SINR_T$, to a wireless transmit/receive unit (WTRU) as a function of at least one of the distance from the eNodeB to the WTRU and a given quality requirement.

**35**. The eNodeB of claim 34 wherein the given quality requirement is block error rate (BLER).

**36**. The eNodeB of claim 32 further comprising:

(c) a mapping table electrically coupled to the processor, wherein the processor is configured to use the mapping table to map a target quality value to a target SINR value.

**37**. The eNodeB of claim 36 wherein the target quality value is block error rate (BLER).

**38**. The eNodeB of claim 32 wherein the transmitter is configured to generate a downlink (DL) reference signal.

**39**. The eNodeB of claim 32 wherein the transmitter is configured to signal a power control margin, K.

**40**. The eNodeB of claim 39 wherein the power control margin, K, is embedded in the target SINR, $SINR_T$, such that $SINR_T$ (after embedding)=$SINR_T$+K in dB.

**41**. The eNodeB of claim 32 wherein the processor is configured to measure or estimate a total UL interference and noise level, $IN_0$, which is averaged by the processor across all of the sub-carriers in use, or a subset of the sub-carriers, and the transmitter is configured to signal the $IN_0$.

**42**. The eNodeB of claim 32 wherein the transmitter is configured signal the maximum and minimum UL transmit power level, $P_{max}$ and $P_{min}$.

**43**. The eNodeB of claim 32 wherein the transmitter is configured to signal UL channel quality information (CQI).

**44**. The eNodeB of claim 43 wherein the UL CQI includes a UL grant information or modulation and coding set (MCS) information, which is signaled originally for the purpose of UL link adaptation.

**45**. The eNodeB of claim 32 wherein the transmitter is configured to signal a channel quality information (CQI) mapping rule used for CQI feedback generation.

**46**. A method of performing transmit power control (TPC) of a wireless transmit/receive unit (WTRU), the method comprising:

(a) the WTRU performing an open loop intra-cell TPC procedure by determining a set point parameter; and

(b) the WTRU performing a closed loop intra-cell TPC procedure to adjust the set point parameter determined by the open loop intra-cell TPC procedure by using a closed loop correction factor.

**47**. The method of claim 46 wherein the set point parameter is uplink (UL) pathloss from the WTRU to a serving evolved Node-B (eNodeB) residing in a serving cell, and the closed loop correction factor is used to compensate for open loop TPC related errors associated with the set point parameter.

**48**. The method of claim 47 wherein the closed loop correction factor is a function of UL channel quality information (CQI) and a target signal-to-interference noise ratio (SINR).

**49**. The method of claim 46 wherein the set point parameter is a target signal-to-interference noise ratio (SINR) at a serving evolved Node-B (eNodeB) residing in a serving cell, and the closed loop correction factor is used to compensate for open loop TPC related errors associated with the set point parameter.

**50**. The method of claim 46 wherein the set point parameter is the UL interference and noise power ($IN_0$) at a serving evolved Node-B (eNodeB) residing in a serving cell, and the closed loop correction factor is used to compensate for open loop TPC related errors associated with the set point parameter.

**51**. The method of claim 46 wherein the set point parameter is a power control margin (K) at a serving evolved Node-B (eNodeB) residing in a serving cell, and the closed loop correction factor is used to compensate for open loop TPC related errors associated with the set point parameter.

**52**. A wireless transmit/receive unit (WTRU) for performing transmit power control (TPC), the WTRU comprising:

US 2008/0081655 A1

Apr. 3, 2008

8

(a) a receiver;

(b) a transmitter; and

(c) a processor electrically coupled to the receiver and the transmitter, the processor being configured to perform an open loop intra-cell TPC procedure by determining a set point parameter, and perform a closed loop intra-cell TPC procedure to adjust the set point parameter determined by the open loop intra-cell TPC procedure by using a closed loop correction factor.

**53**. The WTRU of claim 52 wherein the set point parameter is uplink (UL) pathloss from the WTRU to a serving evolved Node-B (eNodeB) residing in a serving cell, and the closed loop correction factor is used to compensate for open loop TPC related errors associated with the set point parameter.

**54**. The WTRU of claim 52 wherein the closed loop correction factor is a function of uplink (UL) channel quality information (CQI) and a target signal-to-interference noise ratio (SINR).

**55**. The WTRU of claim 52 wherein the set point parameter is a target signal-to-interference noise ratio (SINR) at a serving evolved Node-B (eNodeB) residing in a serving cell, and the closed loop correction factor is used to compensate for open loop TPC related errors associated with the set point parameter.

**56**. The WTRU of claim 52 wherein the set point parameter is the UL interference and noise power ($IN_0$) at a serving evolved Node-B (eNodeB) residing in a serving cell, and the closed loop correction factor is used to compensate for open loop TPC related errors associated with the set point parameter.

**57**. The WTRU of claim 52 wherein the set point parameter is a power control margin (K) at a serving evolved Node-B (eNodeB) residing in a serving cell, and the closed loop correction factor is used to compensate for open loop TPC related errors associated with the set point parameter.

\* \* \* \* \*

# Exhibit G

Case 1:26-cv-00134-UNA    Document 1-1    Filed 02/04/26    Page 287 of 297 PageID #: 341

US 20080084853A1

(19) **United States**

(12) **Patent Application Publication**    (10) **Pub. No.: US 2008/0084853 A1**
    KUCHIBHOTLA et al.    (43) **Pub. Date:    Apr. 10, 2008**

(54) **RADIO RESOURCE ASSIGNMENT IN CONTROL CHANNEL IN WIRELESS COMMUNICATION SYSTEMS**

(75) Inventors:    **RAVI KUCHIBHOTLA**, GURNEE, IL (US); **RAJA S. BACHU**, DES PLAINES, IL (US); **BRIAN K. CLASSON**, PALATINE, IL (US); **ROBERT T. LOVE**, BARRINGTON, IL (US); **RAVIKIRAN NORY**, GRAYSLAKE, IL (US); **KENNETH A. STEWART**, GRAYSLAKE, IL (US); **YAKUN SUN**, EVANSTON, IL (US)

Correspondence Address:
MOTOROLA INC
600 NORTH US HIGHWAY 45, W4 - 39Q
LIBERTYVILLE, IL 60048-5343

(73) Assignee:    **MOTOROLA, INC.,** LIBERTYVILLE, IL (US)

(21) Appl. No.:    **11/538,758**

(22) Filed:    **Oct. 4, 2006**

**Publication Classification**

(51) **Int. Cl.**
    *H04Q 7/24*    (2006.01)
(52) **U.S. Cl.** ...................................................... **370/338**

(57)    **ABSTRACT**

A method in a wireless communication device including receiving (**410**) a composite control channel including at least two control channel elements, each control channel element only contains radio resource assignment information, for example, a codeword, exclusively addressed to a single wireless communication entity. The device combines (**420**) at least two of the control channel elements, and decodes (**430**) the combined control channel elements.





*FIG. 1*



FIG. 2



*FIG. 3*



*400*

RECEIVE COMPOSITE CONTROL CHANNEL INCLUDING ATLEAST TWO CONTROL CHANNEL ELEMENTS, WHEREIN EACH ELEMENT ONLY CONTAINS RADIO RESOURCE ASSIGNMENT INFORMATION EXCLUSIVELY ADDRESSED TO A SINGLE WIRELESS COMMUNICATION ENTITY — *410*

COMBINE TWO OR MORE CONTROL CHANNEL ELEMENTS, IF NECESSARY — *420*

DECODE CONTROL CHANNEL ELEMENT OR COMBINED CONTROL CHANNEL ELEMENTS — *430*

*FIG. 4*



*500*

ALLOCATE ALL OR PORTION OF CONTROL CHANNEL FOR ASSIGNING RADIO RESOURCES IN EACH SUBFRAME BY EMBEDDING A BIT SEQUENCE WITHIN THE CORRESPONDING SUBFRAME — *510*

DYNAMICALLY CHANGING THE PORTION OF THE CONTROL CHANNEL FOR ASSIGNING RADIO RESOURCES IN EACH SUB-FRAME — *520*

TRANSMIT A RADIO FRAME HAVING AT LEAST TWO SUB-FRAMES WITH CONTROL CHANNELS HAVING DIFFERENT PORTIONS ALLOCATED FOR RADIO RESOURCE ASSIGNMENT — *530*

*FIG. 5*

# RADIO RESOURCE ASSIGNMENT IN CONTROL CHANNEL IN WIRELESS COMMUNICATION SYSTEMS

## FIELD OF THE DISCLOSURE

[0001]   The present disclosure relates generally to wireless communications, and more particularly to controlling channel signaling for shared channels in wireless communication systems, for example cellular communication networks, corresponding entities and methods.

## BACKGROUND

[0002]   Time division multiplexing (TDM) and frequency division multiplexing (FDM) methods, including hybrids thereof, have been proposed in addition to separate and joint coding of control channel signaling for scheduling downlink data transmission in the Long Term Evolution (LTE) of UMTS Terrestrial Radio Access (UTRA) and UTRA Network (UTRAN) specifications. In TDM and FDM transmissions of control channel signaling, the control information for downlink and uplink assignments may be transmitted over the first few symbols of the downlink frame or it may be spread out over the length of the frame. The frame duration is approximately 0.5 ms, though other durations are also possible.

[0003]   The various aspects, features and advantages of the disclosure will become more fully apparent to those having ordinary skill in the art upon careful consideration of the following Detailed Description and the accompanying drawings described below. The drawings may have been simplified for clarity and are not necessarily drawn to scale.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0004]   FIG. 1 illustrates a wireless communication system.

[0005]   FIG. 2 illustrates a radio frame comprising a composite control channel having a plurality of control channel elements.

[0006]   FIG. 3 illustrates a composite control channel having different of control channel element types.

[0007]   FIG. 4 illustrates a process flow diagram.

[0008]   FIG. 5 illustrates another process flow diagram.

## DETAILED DESCRIPTION

[0009]   FIG. 1 illustrates a wireless communication system 100 comprising multiple cell serving base units forming a network distributed over a geographical region. A base unit may also be referred to as an access point, access terminal, Node-B, or similar terminologies known in the art. The one or more base units 101 and 102 serve a number of remote units 103 and 110 within a serving area or cell or within a sector thereof. The remote units may also be referred to as subscriber units, mobile units, users, terminals, subscriber stations, user equipment (UE), user terminals or by other terminology known in the art. The network base units communicate with remote units to perform functions such as scheduling the terminals to receive or transmit data using available radio resources. The wireless network also comprises management functionality including data routing, admission control, subscriber billing, terminal authentication etc., which may be controlled by other network entities, as is known generally by those having ordinary skill in the art.

[0010]   Base units 101 and 102 transmit downlink communication signals 104 and 105 to serving remote units on at least a portion of the same resources (time and/or frequency). Remote units 103 and 110 communicate with one or more base units 101 and 102 via uplink communication signals 106 and 113. The one or more base units may comprise one or more transmitters and one or more receivers that serve the remote units. The number of transmitters at the base unit may be related, for example, to the number of transmit antennas 109 at the base unit. When multiple antennas are used to serve each sector to provide various advanced communication modes, for example, adaptive beam-forming, transmit diversity, transmit SDMA, and multiple stream transmission, etc., multiple base units can be deployed. These base units within a sector may be highly integrated and may share various hardware and software components. For example, all base units co-located together to serve a cell can constitute what is traditionally known as a base station. The remote units may also comprise one or more transmitters and one or more receivers. The number of transmitters may be related, for example, to the number of transmit antennas at the remote unit.

[0011]   In one embodiment, the communication system utilizes OFDMA or a next generation single-carrier based FDMA architecture for uplink transmissions, such as interleaved FDMA (IFDMA), Localized FDMA (LFDMA), DFT-spread OFDM (DFT-SOFDM) with IFDMA or LFDMA. In other embodiments, the architecture may also include the use of spreading techniques such as direct-sequence CDMA (DS-CDMA), multi-carrier CDMA (MC-CDMA), multi-carrier direct sequence CDMA (MC-DS-CDMA), Orthogonal Frequency and Code Division Multiplexing (OFCDM) with one or two dimensional spreading, or simpler time and frequency division multiplexing/multiple access techniques.

[0012]   Generally, a wireless communication network infrastructure scheduling entity located, for example, at each base unit 101 and 102 in FIG. 1, allocates or assigns radio resources to remote units in the network. The base units each include a scheduler for scheduling and allocating resources to remote units in corresponding serving areas or cells or sectors. In multiple access schemes such as those based on OFDM methods and the long term evolution of UTRA/UTRAN Study Item in 3GPP (also known as evolved UTRA/UTRAN (EUTRA/EUTRAN)), scheduling may be performed in the time and frequency dimensions using a Frequency Selective (FS) scheduler. In some embodiments, each remote unit may provide a frequency band channel quality indicator (CQI) or other metric to the scheduler to enable scheduling.

[0013]   In OFDM systems or OFDM like systems such as DFT-SOFDM and IFDMA, a resource allocation is a frequency and time allocation that maps information for a particular base unit to sub-carrier resources from a set of available sub-carriers as determined by the scheduler. This allocation may depend, for example, on the frequency-selective channel-quality indication (CQI) or some other metric reported by the UE to the scheduler. The channel-coding rate and the modulation scheme, which may be different for different portions of the sub-carrier resources, are also determined by the scheduler and may also depend on the reported CQI or other metric. In code division multiplexed networks, the resource allocation is code allo-

cation that maps information for a particular base unit to sub-carrier resources from a set of available sub-carriers as determined by the scheduler.

[0014]   FIG. 2 illustrates a frame 200 that constitutes a portion of a radio frame. The radio frame generally comprises a plurality of frames, which may form a concatenated continuum of frames. In FIG. 2, each frame includes a composite control channel portion 210 comprising at least two control channel elements. FIG. 2 illustrates the composite control channel include a plurality of control channel elements 212, 214, 216 and 218. The control channel elements each comprise a codeword that provides a physical mapping of a logical control channel to a sequence of symbols, for example, QAM symbols. The control channel elements are generally not the same type. In FIG. 2, for example, control channel elements 212 and 218 have different sizes. Control channel elements may also be for uplink or downlink assignments, and have different associated information payload. Control channel elements may also be associated with different releases of the specification. In some embodiments, the composite control channel includes reference symbols, for example, pilot symbols, that are distinct from the control channel elements. The reference symbols are typically read by all remote units.

[0015]   Each frame corresponds to a transmission time interval (TTI). An exemplary TTI is 1 ms. In one embodiment, a single TTI has a length 1 ms or 2 ms wherein the TTI is segmented into two sub-frames each having a 0.5 ms length. Such a construction however implies the need to address multiple resource blocks, i.e., more than the number of resource blocks in a single 0.5 ms sub-frame, unless the resource block (RB) definition is expanded to automatically define the RB as extending over the entire length of the TTI, without regard for the TTI duration. This can lead to inefficiency, however, in the form of excessive per-RB capacity. In case the RB is defined to extend over a fraction of the length of the TTI, it would be possible to independently address each of the resource blocks in the multiple sub-frames making up the TTI. Accordingly mechanisms are required to signal resource assignments in the case of a frame or TTI composed of concatenated sub-frames. Furthermore, mechanisms are required to be able to assign resources based on the needs of individual UE wherein fewer resources being assigned for a UE served smaller packets while more resources assigned to UE served with larger packets. In the case of UMTS (Universal Mobile Telecommunications System), a TTI is defined as the length of time over which a transmission or transport block is transmitted. A transmission block or transport block is composed of a block of jointly coded data protected by a single CRC. In the present instance, an alternate definition of TTI could be the length of transmission controlled by a single instance of control channel signaling.

[0016]   In one embodiment, each control channel element contains only radio resource assignment information, for example, a codeword, exclusively addressed to a single wireless communication entity, for example, one of the remote units 102, 103 in FIG. 1. The radio resource assignment information includes, among other remote unit specific information and a time-frequency radio resource assignment. In other embodiments, the radio resource assignment information may additionally comprise modulation, code rate, information block size, antenna mode indicator, and other information.

[0017]   In one embodiment, the wireless communication network infrastructure entity, for example, the scheduler, may address more than one control channel element to the same wireless communication entity, for example, one of the remote units 101 or 103 in FIG. 1. More particularly, the control channel may include a first version of a codeword including a resource assignment on a first control channel element of the composite control channel and a second version of the codeword including a resource assignment on a second control channel element of the composite control channel, wherein both of the first and second versions of the codeword are addressed to the same mobile unit. In one embodiment, the first and second versions of the codeword are the same, and in another embodiment the first and second versions of the codeword are different. Whether codes words addressed to the same entity are different or the same affects how the addressed entity combines the control channel elements as discussed further below. Thus the wireless communication network infrastructure entity transmits the composite control channel including at least two control channel elements, wherein each elements includes corresponding first and second codeword versions addressed to the same entity. In some instances, the wireless network infrastructure entity may, typically based on the channel conditions of the entity, transmit the composite control channel including a single control channel element addressed to the entity.

[0018]   In embodiments where the composite control channel includes a composite control channel including at least two different types of radio resource assignment control channel elements, the remote unit generally determines the number of types of control channel elements constituting the composite control channel upon receiving the composite control channel. In one embodiment, the composite control channel includes type indicator information for each type of control channel element constituting the composite control channel. The remote unit may thus determine the number of types of control channel elements based on the type indicator information. In FIG. 3, a radio frame 300 includes a composite control channel 310 comprising a first control channel element type 312 and a second control channel element types 316. The first control channel element type is identified by a first indicator, for example, a sequence of bits, 314 appended to a last control channel element of the first type. The second control channel element type is identified by a second indicator 318 appended to a last control channel element of the second type. In another embodiment, the indicators 316 and 318 are not present, and the control channel element type is determined after successful decoding of the control element. For example, a type bit may indicate an uplink or downlink control element in the decoded payload. The control element may be addressed to a single UE by a color coded CRC or by other means. According to another aspect of the disclosure, the remote unit determines a number of control channel elements constituting at least one or at least two control channel elements of the composite control channel. FIG. 3 is only one illustrative embodiment of the physical layout of the control channel elements on the radio-sub frame. In an alternate embodiment, the layout may be viewed as a logical layout, where the control channel elements comprise a number of sub-carriers distributed across the frame.

[0019]   In one embodiment, the determining the number of types of control channel elements constituting the composite

US 2008/0084853 A1
Apr. 10, 2008

3

control channel includes determining a number of uplink control channel elements and determining a number of downlink control channel elements. The number of uplink control channel elements may be determined based on a first sequence of bits and the number of downlink control channel elements based on a second sequence of bits embedded within the frame. In one embodiment, the numbers of uplink and down link control channel elements are determined based on where the first and second bit sequences are embedded within the frame. Alternatively, the use of different bit sequences may be used to indicate the different numbers of control channel elements. For example, a first bit sequence may indicate a first number of uplink elements and a second bit sequence may indicate a second number of uplink elements.

[0020]   In some embodiments, the composite control channel includes a first composite control channel portion in a first receive bandwidth on first center frequency and a second composite control channel in a second receive bandwidth on a second center frequency. Such a control channel structure may be implemented to accommodate remote users having limited receive bandwidth. More generally, the composite control channel may be divided into multiple composite control channel portions on corresponding center frequencies. For example, terminals may have their receiver bandwidths limited to 10 MHz, while the carrier bandwidth is 20 MHz. In order accommodate such terminals of limited minimum bandwidth capability, it might be necessary to map the composite control channel to both the lower 10 MHz and the upper 10 MHz sub-bands of the 20 MHz carrier. Terminals with 10 MHz capability camp on either one of the upper or lower sib-bands and receive the respective composite control channel.

[0021]   In the process 400 of FIG. 4, at 410 a wireless communication entity, for example, the remote unit, the terminals receives a composite control channel including at least two control channel elements. In one embodiment, each the control channel element only contains radio resource assignment information exclusively addressed to a single wireless communication entity.

[0022]   In FIG. 4, at 420, two or more control channel elements are combined before decoding at 430. Generally, however, the remote unit may attempt to decode a single control channel element without first combining elements or it may attempt to decode a single control channel element after decoding or attempting to decode combined elements. Whether or not any combining is necessary depends generally on whether the remote unit is successful decoding single control channel elements. Combining may be required, for example, in instances where a cyclic redundancy check (CRC) or other information verification check fails after decoding a single control channel element, or where decoding is not successful. Information verification typically involves remote unit specific information, which may be included in the decoded control channel element, or masked with the encoded control channel element, or masked or fed into a CRC for CRC color coding.

[0023]   In some implementations, each of the plurality of control channel elements has an associated root index, which may be used as a basis for combining the control channel elements. For example, if the composite control channel comprises 12 control channel elements, 4 of those elements may have the same associated root index and may be used as the basis for decoding and combining and

decoding the control channel elements. In embodiments where the control channel is divided into portions on corresponding center frequencies, as discussed above, the remote unit only combines control channel elements from the same control channel portion. In other words, control channel elements from different control channel portions are not combined.

[0024]   In some embodiments, the remote unit combines at least two control channel elements of the composite control channel, wherein each control channel element is of the type that contains only radio resource assignment information exclusively addressed to a single wireless communication entity. Combining may be required, for example, in instances where a cyclic redundancy check (CRC) or other information verification check fails after decoding a single control channel element, or instances where decoding is not successful. Generally, however, the remote unit may attempt to decode a control channel element without first combining.

[0025]   In one embodiment, at least two of the control channel elements are combined by summing soft information derived from first and second codeword information, wherein the first codeword information is within a first control channel element and the second codeword information is within a second control channel element. In such a combination, the combine control channel elements are temporally aligned and superimposed (known as Chase combining). The superposition may involve max-ratio combining, or adding together log-likelihood-ratios (LLRs), or the like. The assumption here is that the first and second codeword information is addressed to the same remote unit. If not, either the decoding or the information verification check after decoding will be unsuccessful. In the case of failure, the remote unit may form a different combination of control channel elements, for example, by combining a different set of control channel elements or by combining an additional element.

[0026]   In another embodiment, at least two of the control channel elements are combined by rearranging and summing soft information derived from different first and second codeword information, wherein the first codeword information is within a first control channel element and the second codeword information is within a second control channel element. For example, the first codeword and second codeword may comprise subsets of an information set and parity bits generated from a lower rate channel encoder. The subsets may be non-overlapping or partially overlapping. Soft information corresponding to overlapping codeword bit positions is typically summed in the remote unit, while non-overlapping bit positions are typically rearranged to an appropriate position for decoding.

[0027]   In one embodiment, the remote unite combines the at least two control channel elements according to pre-defined combinations of control channel elements. For example, at least one of the pre-defined combinations includes a combination of at least two logically contiguous control channel elements. The logically contiguous control channel elements may or may not be physically contiguous. For example, if a set of sub-carriers distributed across frequency (a comb) is used for one control channel element, another control channel element may or may not physically occupy the sub-carriers adjacent to the first control channel element. Or, if the logical and physical orderings of sub-carriers are identical, that is, there is a one-to-one mapping of logical and physical sub-carriers, then logical adjacency

4

implies physical adjacency and vice versa. In other embodiments, at least two non-adjacent control channel elements are combined, wherein the non-adjacent control channel elements may be physical or logical.

[0028] In some implementations, the order in which the remote unit attempts to combine the control channel elements according to the pre-defined combinations is based on one or more hypotheses or assumptions. For example, the control channel elements may be combined based on a determination of the number of control channel elements constituting the composite control channel. Such a determination also includes determining the number of control channel elements constituting a particular type of control channel element in embodiments where the composite control channel includes more than one elements type as discussed above. The number of control channel elements may be determined, for example, based on the existence of control channel element number information included in the composite control channel. For example, the number of control channel elements may be determined based on a sequence of bits appended to the composite control channel. In one implementation, different bit sequences are indicative of different numbers of control channel elements. In another implementation, the location of the sequence of bits within the frame is indicative of the number of the control channel elements. In this latter implementation, the same bit sequence may be used to indicate different numbers of control channel elements depending on where the bit sequence is located within the frame. The number of control channel elements may also be determined based on data or messaging shared between a wireless communication device and a network infrastructure entity. This may occur in a message sent to all remote units via a broadcast channel sent occasionally or a broadcast message sent in each TTI. The number of control channel elements or subset of control channel elements that the remote unit should decode may also be sent via a message dedicated for that remote unit.

[0029] In one embodiment, control channels may be one or two control channel elements, with the size of the control element indicating the type of control element. Convolutional encoding may be used for the control elements. And the decoder may decode the first control element, check the CRC, and then stop decoding if the control element is designated for the user. If not, the decoding may commence from the point just prior to tail bit insertion on the first control element, through the end of the trellis comprised of both control elements. The CRC is again checked. In this way, control channel decoding may be achieved with less effort than if combined control elements were decoded from the beginning of the trellis. Note that the code rate for the single and two control elements must be the same in this embodiment.

[0030] In some embodiments, a portion of the composite control channel is allocated for assigning radio resources in each frame. In these embodiments, the unallocated portion of the control channel may be used for data transfer. Thus a wireless communication network infrastructure entity, for example, a scheduler, may allocate a portion of the control channel for assigning radio resources in each frame by embedding a bit sequence within the corresponding frame. In one embodiment, the location of the sequence of bits within the frame is indicative of the size of the control channel, for example, how many control channel elements are allocated for assigning radio resources to one or more remote units. In this implementation, the control channel elements may be addressed exclusively to a single remote unit or to more than one remote unit. More generally, the network infrastructure entity may dynamically change the portion of the control channel for assigning radio resources in each frame by changing the bit sequence or the location bit sequence embedded in each frame before transmitting the frames. As suggested above, moreover, the network infrastructure entity may also dynamically allocated different types of control channel elements and the number thereof within a frame.

[0031] In another embodiment, the bit sequence embedded within the sub-frame is used to identify that the control channel element is for a remote unit. In this case, the bit sequence embedded within the sub-frame may be a data dependent bit sequence, such as a CRC processed with wireless communication device identification information, the codeword masked with wireless communication device identification information or the like. In this embodiment, a first sub-frame, which may be the last sub-frame of a TTI, contains control information including modulation type, resources, or antenna mode indicator. Each control channel may be one or more control channel elements, and the size of the control channel may be different in the first and second sub-frames. The second sub-frame may occur on the same or different portions of the control channel as the control information from the first sub-frame. If a different portion of the sub-frame is used, blind decoding complexity may be reduced by having the control channel elements in the second sub-frame known from the location of the remote units control channel elements from the first sub-frame.

[0032] In the process diagram 500 of FIG. 5, at 510, the wireless communication network infrastructure entity allocates a portion of the control channel for assigning radio resources in each frame by embedding a bit sequence within the corresponding frame. Allocating a portion of the control channel includes allocating all available portions of the control channel or less than all available portions thereof, wherein the unallocated portion may be used for other purposes, for example, data transfer. At 520, the wireless communication network infrastructure entity dynamically changes the portion of the control channel for assigning radio resources in each frame, wherein multiple frames constitutes a radio frame. According to this aspect of the disclosure, potentially, a different portion of each control channel in each frame, constituting the radio frame, may be allocated to assigning radio resources. The portion of the control channel for assigning radio resources in each frame may be changed dynamically by changing the location of the bit sequence embedded in each frame or by using different bit sequences, as discussed above. At 530, the wireless communication network infrastructure entity transmits at least two frames, for example, constitute a radio frame, wherein each frame includes a control channel having a portion thereof allocated for radio resource assignment.

[0033] In FIG. 2, for example, a portion of the control channel used for radio resource assignment is indicated based on where a bit sequence 220, referred to as a terminating marker or signature, is embedded within the corresponding frame. Depending on where the bit sequence is located, the portion of the control channel, e.g., the number of elements, used for radio resource assignment may be less than the entire control channel of the frame. Generally, different frames constituting a radio frame may allocate

5

different portions of the corresponding control channels for radio resource assignment. In one implementation, a wireless communication device, comprises a receiver capable of receiving a frame corresponding to a transmission time interval, wherein the frame includes a control channel and a bit sequence embedded within the frame. A controller communicably coupled to the receiver is configured for determining a portion of the control channel used for radio resource assignment based on where the corresponding bit sequence is embedded within the received frame, wherein the portion of the control channel used for radio resource assignment may be less than the entire control channel.

[0034]   In the wireless communication device, for example, one of the remote units **101** or **103** in FIG. **1**, the device receives a plurality of at least two frames, wherein each frame includes a control channel having at least two control channel elements and each frame includes a bit sequence embedded within the frame. In one embodiment, the wireless communication device determines a portion of the control channel used for radio resource assignment in each frame based on where the corresponding bit sequence is embedded within the frame. Generally, the portion of the control channel used for radio resource assignment may be less than the entire control channel and each frame may use different portions of the control channel for radio resource assignment based upon where the corresponding bit sequences is embedded within the frame.

[0035]   In some instances, all control channel elements of the composite control channel communicate control channel information. In this particular embodiment, the absence of control channel element number information, e.g., a bit sequence embedded within the frame, is indicative of the use of the full composite control channel for radio resource assignment. For example, in the absence of control channel element number information, the remote unit may assume a default number of control channel elements are used for assigning radio resources.

[0036]   While the present disclosure and the best modes thereof have been described in a manner establishing possession and enabling those of ordinary skill to make and use the same, it will be understood and appreciated that there are equivalents to the exemplary embodiments disclosed herein and that modifications and variations may be made thereto without departing from the scope and spirit of the inventions, which are to be limited not by the exemplary embodiments but by the appended claims.

What is claimed is:

**1**. A method in a wireless communication device, the method comprising:

   receiving a composite control channel including at least two control channel elements,

   each control channel element only contains radio resource assignment information exclusively addressed to a single wireless communication entity;

   combining at least two of the control channel elements;

   decoding the combined control channel elements.

**2**. The method of claim **1**, combining the at least two of the control channel elements includes summing information derived from identical first and second codeword information, the first codeword information is within a first control channel element and the second codeword information is within a second control channel element.

**3**. The method of claim **1**, combining the at least two of the control channel elements includes rearranging and sum-

ming soft information derived from different first and second codeword information, the first codeword information is within a first control channel element and the second codeword information is within a second control channel element.

**4**. The method of claim **1**, combining the at least two control channel elements according to predefined combinations of control channel elements.

**5**. The method of claim **1**,

   combining the at least two control channel elements according to predefined combinations of control channel elements,

   at least one of the pre-defined combinations includes combining at least two logically contiguous control channel elements.

**6**. The method of claim **1**,

   combining the at least two control channel elements according to predefined combinations of control channel elements,

   at least one of the pre-defined combinations includes combining at least two non-adjacent control channel elements.

**7**. The method of claim **4**,

   each of the plurality of control channel elements having an associated root index,

   combining the at least two control channel elements based on the associated root indices.

**8**. The method of claim **1**,

   determining a number of control channel elements constituting the composite control channel,

   combining at least two of the control channel elements based on the determination of the number of control channel elements constituting the composite control channel.

**9**. The method of claim **8**, determining a number of control channel elements based on existence of control channel element number information included in the composite control channel.

**10**. The method of claim **8**, determining a number of control channel elements based on data shared between a wireless communication device and a network infrastructure entity.

**11**. The method of claim **9**, determining that all control channel elements of the composite control channel communicate control channel information in the absence of control channel element number information included in the composite control channel.

**12**. The method of claim **8**, determining a number of control channel elements based on a sequence of bits appended to the composite control channel.

**13**. The method of claim **1**,

   receiving the composite control channel includes receiving a first composite control channel in a first receive bandwidth on first center frequency and receiving a second composite control channel in a second receive bandwidth on a second center frequency,

   at least the first composite control channel including at least two control channel elements;

   combining at least two of the control channel elements;

   decoding the combined control channel elements.

**14**. A method in a wireless communication network infrastructure entity, the method comprising:

   transmitting a composite control channel including at least two control channel elements;

including a first version of a codeword including a resource assignment on a first control channel element of the composite control channel,

including a second version of the codeword including a resource assignment on a second control channel element of the composite control channel,

the first and second versions of the codeword are addressed to the same entity.

**15**. The method of claim **14**, wherein the first and second versions of the codeword are the same.

**16**. The method of claim **14**, wherein the first and second versions of the codeword are different.

**17**. The method of claim **14**, transmitting the composite control channel includes transmitting a composite control channel including at least two control channel elements, wherein each control channel element only contains radio resource assignment information exclusively addressed to a single wireless communication entity.

**18**. A method in a wireless communication device, the method comprising:

receiving a composite control channel including at least two radio resource assignment control channel elements;

determining a number of types of control channel elements constituting the composite control channel.

**19**. The method of claim **18**,

the composite control channel including type indicator information for each type of control channel element constituting the composite control channel,

determining the number of types of control channel elements based on the type indicator information.

**20**. The method of claim **19**, the type indicator information includes a sequence of bits appended to a last control channel element of each type.

**21**. The method of claim **18**, determining a number of control channel elements constituting at least one type of control channel elements of the composite control channel.

**22**. The method of claim **18**, determining a number of control channel elements constituting at least two types of control channel elements of the composite control channel.

**23**. The method of claim **18**, determining a number of control channel elements constituting at least one type of control channel element of the composite control channel.

**24**. The method of claim **18**, determining the number of types of control channel elements constituting the composite control channel includes determining a number of uplink control channel elements and determining a number of downlink control channel elements.

**25**. The method of claim **18**, determining the number of types of control channel elements constituting the composite control channel includes determining a number of uplink control channel elements based on a first sequence of bits and determining a number of downlink control channel elements based on a second sequence of bits.

**26**. The method of claim **25**, determining the number of uplink control channel elements based on where the first sequence of bits is embedded within the frame and determining the number of downlink control channel elements based on where the second sequence of bits is embedded within the frame.

**27**. The method of claim **18**, the type of a control element is determined after successful decoding of the control element, through a type bit included in the decoded payload.

\* \* \* \* \*