# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AVIOVISION N.V., | |
| Plaintiff, | C.A. No. _____ |
| v. | **JURY TRIAL DEMANDED** |
| INTELLECTUAL VENTURES II LLC, | |
| Defendant. | |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff AvioVision N.V. ("AvioVision") hereby states that it is a wholly-owned subsidiary of Thales AVS France SAS and its ultimate parent is Thales S.A. ("Thales Group"). No other publicly held corporation owns 10% or more of stock in AvioVision.

Dated: February 4, 2026

OF COUNSEL:

Andrew D. Gish
Benu Wells
Christopher Gerson
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
(212) 518-2000
andrew@gishpllc.com
benu.wells@gishpllc.com
chris.gerson@gishpllc.com

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*

ME1\59861014.v1